# EXHIBIT 2

## <u>DECLARATION OF DAN BYLER</u>

I, Dan Byler, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.      I am 44.  I am over eighteen years of age and am competent to make this declaration.

2.      I sell appliances for Reece and build houses.

3.      I first learned of the opportunity to loan money to Triten Financial Group ("Triten") from individuals I met at a commercial real estate networking event in October 2023.  At this event I told them that I was interested in investing $500,000 with the goal of generating $20,000 a month in passive income.

4.      After the event, we spoke about an investment opportunity in which I could earn a 3% monthly return if I invested with them.

5.      On December 6, 2023, I was provided with two documents related to the Project Return Program.  Those documents are attached to my declaration as Exhibits 1 and 2.

6.      After reviewing the documents, I learned that the program generated a 1% daily return and that the program was actually offering investors an 8-10% monthly return.  I also learned that the loans funded by the program had a repayment rate of 99.9%.  I reached out to my contacts and asked several questions about the opportunity.

7.     They arranged for me to speak with Tanner Adam about Triten.  I first spoke to Tanner on December 18, 2023.  I recorded a portion of that call.  When I saved the recording, I erroneously titled the file as "Tanner -12.18.24."  I should have identified it with the correct date of 12.18.23.  A true and correct copy of that recording is attached to my declaration as Exhibit 3.

8.     I provided a copy of the taped call to Melissa Mitchell, an attorney with the Securities and Exchange Commission.  It is my understanding that Ms. Mitchell arranged for the recording I provided to be transcribed.  The transcription erroneously identifies the call as occurring on December 18, 2024, because of how I labeled the file.  I have reviewed the transcription of that recording and except for identifying the wrong date, I can attest that it accurately reflects the information contained in the recording to the extent the recording is audible. A true and correct copy of the transcript is attached to my declaration as Exhibit 4.

9.     Tanner told me that Triten was raising $250 million to help service the demands of a lending pool on a cryptocurrency exchange.  Tanner told me that Triten had an exclusive ten-year contract with the exchange.  Tanner told me that Triten had a proprietary software system that connected the exchanges with lenders and could complete transactions within 7-8 seconds as compared to the industry standard of 30-40 seconds.

10.     In order to receive the set daily return, Triten's agreement with the exchange required Triten's capital to be available at all times for deployment to service the growing loan demand within the lending pool.  Tanner told me that Triten's lending pool had increased from $3 million to $300 million in transactional volume per day.

11.     Tanner told me that his brother Jonathan created the proprietary software system that Triten used.  I asked if I could meet with Jonathan.  Tanner told me that Jonathan does not meet with people because he works with a lot "three letter" government agencies.

12.     Tanner told me that Triten's proprietary software system rejected 80% of the transactions on the exchange each day because they do not meet Triten's governance and standards.

13.     Tanner explained that when Triten received my money it would be locked into a smart contract or "bot" and be loaded on the platform.  Each bot was limited to $100,000 and Tanner told me that Triten had 770 accounts.

14.     Tanner told me that once my money was put into the system, it would be locked into the platform and could not be touched until the bot matured.  When the bot matured, it would release the principal back to Triten.

15.     Tanner told me that the only other way to have access to capital from the lending pool is if no trades occurred in the lending pool for five months straight. If that occurred, the platform would return Triten's capital to it.

16.     Tanner told me that his brother was expecting a $25 million investment from an individual in the United Kingdom.  Tanner also said that his brother was expecting this same individual to invest another $200 million within the next thirty days.  Tanner told me that this individual was tied to a Sovereign Wealth Fund. Tanner told me that if I wanted to invest, I needed to get my money in by January 1, 2024, because he did not think Triten would be seeking additional investors once it received the $200 million.

17.     Tanner told me that Triten has received $20 million from investors and that he and his brother had invested $30 million resulting in $50 million in the lending pool.

18.     Tanner told me that I was required to take my return monthly.  Tanner also told me that I could opt to be paid my return in cryptocurrency instead of US dollars if I wanted to minimize or avoid paying taxes on it.

19.     The next day, I sent Tanner a text asking for the following information:  1) Copies of trade logs; 2) PDF of bank accounts and a point of contact at the bank to verify; and 3) Monthly statements from the exchanges.

-4-

20.     Tanner never responded to my text, and I was told by one of the individuals who introduced me to Tanner that Tanner was not likely to provide the requested data.  I then requested a copy of the lending contract.

21.     On January 15, 2024, Tanner emailed me a copy of the Triten contract and wiring instructions for my $250,000 investment.

22.     Tanner also sent me a non-disclosure agreement to sign.  A copy of that document is attached to my declaration as Exhibit 5.

23.     I entered a one-year contract for an investment of $250,000 for a monthly return of 8%.  A copy of that contract is attached to my declaration as Exhibit 6.

24.     I wired the $250,000 to Triten on January 16, 2024.

25.     At no time did Tanner tell me that he would use my money to pay returns to other investors.

26.     At no time did Tanner tell me that he would use my money to pay his personal expenses.

27.     If he had told me that he would use my money to pay returns to other investors or that he would use my money to pay his personal expenses, I would not have invested in Triten.

28.     Tanner did not tell me that his brother Jonathan had been convicted of securities fraud and sentenced to prison.

29.     If he had told me about his brother's criminal history, I would not have invested in Triten.

30.     Prior to my second investment in Triten, I received my monthly returns as anticipated.

31.     I spoke with Tanner again on March 14, 2024.  During that call, Tanner told me that Triten was offering one-year contracts at a monthly return of 10% for investments between $1 million to $10 million.  A true and correct copy of that recording is attached to my declaration as Exhibit 7.

32.     I provided a copy of the taped call to Melissa Mitchell, an attorney with the Securities and Exchange Commission.  It is my understanding that Ms. Mitchell arranged for the recording I provided to be transcribed.  I have reviewed the transcription of that recording and attest that it accurately reflects the information contained in the recording to the extent the recording is audible.  A true and correct copy of the transcript is attached to my declaration as Exhibit 8.

33.     When I asked Tanner if I could get a five-year contract, he told me that six weeks earlier someone had offered $1 billion to buy Triten.  According to Tanner, if he sold Triten he would have to payout the full amount left on the five-year contracts, so he was only willing to offer one-year contracts.

34.    Tanner also told me that I could not receive the 10% return by adding $750,000 to my original investment.  Instead, I had to invest an additional $1 million to receive the increased return.

35.    Tanner told me that there was no investment risk because Triten had not had a single failed loan transaction.  Tanner also told me that there was no investment risk because Triten was not being paid based on the volume of trades.  Instead, it was being paid based on the amount of money in the lending pool regardless of whether the money was actually deployed.

36.    Tanner also told me that that he was expecting a $400 million investment in Triten within the next 90 days and that I needed to get my money in before that occurred because once Triten received that money, Triten would not need additional funds.

37.    Tanner told me that he was a private wealth banking client of JP Morgan Chase and that he was one of only thirty clients in the world serviced by his personal banker.

38.    On March 15, 2024, I was provided a copy of a video of Jonathan Adam explaining how his system works.  A true and correct copy of that video is attached to this declaration as Exhibit 9.

39.     On March 15, 2024, I made an additional investment in Triten of $500,000 for a monthly return of 8%.  A true and correct copy of that contract is attached to this declaration as Exhibit 10.

40.     At the time I wired the $500,000 to Triten, I intended to invest a total of $1.1 million in order to receive the 10% return.  Tanner told me that I could invest the first $500,000 and would receive an 8% return on that money until I funded the full $1.1 million at which time my return would increase to 10%.

41.     On March 18, 2024, Tanner texted me a document containing Triten's financial information, and a document entitled Triten dashboard. Copies of these documents are attached to my declaration as Exhibits 11 & 12.

42.     Tanner told me that if I was able to bring in any investors that Triten would pay me a finder's fee.  That was the first time that Tanner told me that Triten was paying finder's fees.

43.     I received my monthly interest payments through June 2024.  I have not received an interest payment since _____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2024,

_____
Dan Byler

# EXHIBIT 1



## CONFIDENTIALITY NOTICE

This presentation, including all attachments and enclosures, is the exclusive property of Triten Financial Group and contains confidential, proprietary, and trade secret information that is privileged and intended solely for the viewing and use of the designated recipient(s). Unauthorized use, dissemination, distribution, reproduction, or copying of this presentation, in whole or in part, is strictly prohibited.

If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, retention, or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. If you have received this presentation in error, please immediately notify the sender by return email, delete this presentation from your system, and destroy any printed copies.

By accepting and opening this presentation, you agree to treat all information contained within as confidential and to maintain its confidentiality in accordance with the terms set forth above.

STRICTLY CONFIDENTIAL



**TRITEN FINANCIAL GROUP**



# Discover Smart, Simple Returns

Join Triten Financial Group in redefining wealth-building with tech-powered opportunities.

STRICTLY CONFIDENTIAL

TRITEN FINANCIAL GROUP

2023

TFG Invest - Partnership Proposal

The TFG Opportunity



# Unveiling the TFG Automated System.

Leveraging always-liquid capital to empower flash loans for arbitrage traders, operations, and institutions.



DEPLOYS CAPITAL >>>



Triten Financial Group (TFG) developed an automated software system (bot) that deploys always liquid capital via qualified lending pools to provide flash loans to arbitrage traders, operations, and institutions. TFG provides liquid capital to the top flash liquidity providers that meet TFG's strict criteria for deployments.

KEY:  TFG BOT   LENDING POOL   ARBITRAGE TRADERS   OEPRATIONS   INSTITUTIONS   QUALIFIED LP   FLASH LOAN

STRICTLY CONFIDENTIAL

TRITEN FINANCIAL GROUP

2023

TFG Invest - Partnership Proposal

Setting the Bar High



# Our Criteria for Flash Liquidity Providers.



**$50 M**

EVERY 24 HOURS

Minimum of $50M loan
volume every 24 hours.



PROPRIETARY ORACLES

Deployment of proprietary oracles
for seamless communication.

**99.9%**

REPAYMENT RATE

At least 99.9%
repayment rate.



EVALUTION VIA ORACLE

Robust loan and trade evaluation through
oracles for guaranteed repayment.

**DETAILS:**

• Liquidity pool operators must have a minimum of $50,000,000 (fifty-million dollars) in loan volume per each 24-hour period.

• They must deploy their own oracles within their chain to communicate with our system (bot).

• They must have a minimum of 99.9% repayment of transaction rates.

• They must evaluate all trades and loan requests through their oracle system for validity and profitability of each trade, to ensure the loan can be repaid within the same transaction on the chain. If not, the loan is deemed invalid.

**STRICTLY CONFIDENTIAL**



## Dive into Our Process - How TFG's Automated System Operates (ALT)

TFG has an agreement with Gemini to provide liquidity to meet the daily requirements, with a stipulated daily (calendar day) rate of 1.78% payable by Gemini. Upon funding from the capital partner, the procedure is:





TFG's streamlined system allocates capital segments to its bespoke bot, which subsequently initiates a smart contract with the lending pool. This bot directly communicates with the on-chain oracle, ensuring the authenticity of loan and trade data for the flash loans powered by TFG.

KEY:  ORACLE NETWORK PROTECTION   SMART CONTRACT   AUTOMATION STEPS

**STRICTLY CONFIDENTIAL**

Smart Contracts, Smart Choices



With an impressive average loan duration of approximately **9 seconds**,
our smart contracts stand firm on a set of unwavering rules.



**FLAT DAILY RATE  FOR LIQUIDITY**

Flat daily rate for
liquidity provision.



**DAILY PAYOUT / NO COMPOUNDING**

Daily fee payout without
compounding.



**DEPLOYMENT DAILY @ 200%**

Guaranteed capital deployment daily
with a value of 200% bot origination.



**BI-MONTHLY USDT WITHDRAWAL**

Bi-monthly fee withdrawal
in Tether (USDT).

**DETAILS:**

- The fees paid to TFG for providing the liquidity to the lending pool must be a flat daily guaranteed rate.
- These fees must be paid out to TFG daily with no compounding.
- Each smart contract must be for a period of value to equal 200% of the originating bot creation and minting, with a guarantee that the capital is deployed daily. TFG locks the money into the lending pool for this term, guaranteeing TFG a fixed daily rate.
- The fees must be paid in the stable token of Tether (USDT) and be available to be withdrawn from the TFG account at the lending pool, a minimum of twice per calendar month.

**STRICTLY CONFIDENTIAL**



Minimizing Risk, Maximizing Return



## SAFETY

## PROFITABILITY

### Safety and Profitability: Hand in Hand.

TFG's model prioritizes risk reduction by stringently dictating the timing and types of trades the oracle supports on the lending platform. Our capital is exclusively allocated to trades vetted by Logical AI and registered within established exchanges. This approach guarantees that only profitable trades gain access to TFG funding. Additionally, all flash loans are settled within the same transaction, ensuring that funds not only facilitate the trade but also promptly return the profit to the trader's wallet.

STRICTLY CONFIDENTIAL

TRITEN FINANCIAL
GROUP

2023

TFG Invest - Partnership Proposal





A New Financial Horizon

TRITEN FINANCIAL
GROUP

## Introducing a Revolutionary Financial Software.

TFG's refined model has paved the way for a novel financial product, offering stakeholders the chance to engage via short-term software licensing for external USDT initiatives.

By utilizing TFG's software, our members, partners, and associates can confidently channel their capital into the flash lending realm, guided by the precision of s bot.

STRICTLY CONFIDENTIAL

TRITEN FINANCIAL
GROUP

2023

TFG Invest - Partnership Proposal

Elevate Your Investment Game





## Dive into the Future of Lending.

TFG has created a convenient on-ramp and off-ramp for FIAT-USDT to help traditional capital partners begin to navigate opportunities within the blended traditional-crypto lending space.



STRICTLY CONFIDENTIAL

TRITEN FINANCIAL
GROUP

2023

TFG Invest - Partnership Proposal

End



# Thank you

STRICTLY CONFIDENTIAL

TRITEN FINANCIAL GROUP

2023

TFG Invest - Partnership Proposal

# EXHIBIT 2

# Debt Round Offering

*Term Debt for Our Automated Deployment System*



# Profile: Triten Financial Group

Triten Financial Group, LLC serves as a holding company that houses equity positions in multiple companies that were incubated, or in which they secured a meaningful equity position. These companies are comprised of multiple sectors of the corporate business world including technology, data center hosting, streaming, internet service provider infrastructure, social media, a seltzer company, and Real Estate.

- ➢ Edge Computing Platform Technology Company
  Patents include:
  - Edge Computing
  - Military Grade Encryption
  - Data Transmission
  - File Sharding
  - Secure Socket Layers
  - Clusterization of Data
  - Data Processing

- ➢ Data Center and Processing Hosting
  Decentralized Data Centers housed all over the world including Texas, Nevada, South Africa, California, Chicago, and others

- ➢ Infrastructure Company
  Large Scale Infrastructure Projects

- ➢ Support Center for our decentralized networks

- ➢ Internet Service Provider
  Allows us to be an ISP provider in underserved LI areas that we implement our infrastructure and technology into.

- ➢ International Communications Corporation Network
  Providing a free public internet connectivity to underserved areas around the world.

- ➢ Social E Commerce Streaming Platform
  Content Provided: Movies, Music, Games, Live TV.

- ➢ Delta 8 Seltzer Company
  Seltzer Branded Delta 8 Product with no Alcohol

2

# Smart, Simple Returns

Triten Financial Group (Triten) provides strategic investment and growth capital to startups and established companies that meet its investment thesis. Additionally, Triten offers its clients access to short term, high rates of return, with leading edge, Triten operated, wealth building opportunities.

## The Opportunity

Triten Financial Group, LLC opened a deployable debt round (Round 1) on March 1st, 2023 in the amount of $10,000,000 USD (ten million dollars), and increased the round to $30,000,000 USD (thirty million dollars) on August 1st, 2023. Triten is providing 12, 60 or 120 month terms with a monthly, non-compounding interest rate of 8% to 10%, paid on the 1st of each month, based on the lender's level of investment. Investments range from the required minimum of $100,000 up to $5,000,000. Triten will enter into individual loan agreements with lenders at the level and term of their choice, which will secure their monthly rate.  All interest payments are payable the first business day of the month.

Triten has developed an automated system (bot) that deploys liquid capital via renowned lending pools that provide flash loans to traders, operations, and institutions.  Triten provides liquid capital to the top flash liquidity providers that meet Triten's strict criteria for deployments.                    The criteria is set at the following standards:

1.  Liquidity pool operators must have a minimum of $50,000,000 (fifty-million dollars) in loan volume per each 24-hour period.
2.  They must deploy their own oracles within their chain to communicate with our system (bot).
3.  They must have a minimum of 99.9% repayment per transaction rates.
4.  They must evaluate all trades and loan requests through their oracle system for validity and profitability of each trade, to ensure the loan can be repaid within the same transaction on the chain.  If not, the loan is deemed invalid and will not activate.

Triten's automated system deploys each lender into an individual proprietary bot and then enters into a smart contract with the liquidity provider.  Triten's bot software interfaces directly with the on-chain oracle to secure loan data, and validate trade data for Triten provided liquidity for the flash loan.  The current average loan length is ~9 seconds.  Triten's smart contracts consist of several non-negotiable rules:

1.  The fees paid to Triten for providing the liquidity to the lending pool must be a flat daily guaranteed rate.
2.  These fees must be paid out to Triten daily with no compounding.
3.  Each smart contract must be for a period of twelve months, with a guarantee that the capital is deployed daily. Triten locks the money into the lending pool for this term, guaranteeing Triten a fixed daily rate.

3

4.  The fees must be available to be withdrawn from the Triten account at the lending pool, a minimum of twice per week.

The model described above has empowered Triten to launch a new financial product that creates the opportunity to take on useable, deployable debt through private equity debt vehicles and lock in a monthly interest rate to the providers of the debt to Triten.  Each lender is provided a unique login to Triten's system and access to their performance dashboard, which reflects their bot's performance and interest generated, to be paid out via wire on the 1st of each month.

This debt round opportunity is available to current and prospective Triten Financial Group clients, until the round is filled. At this time, the initial round has been filled and has been increased to meet demand. Please join us.

# EXHIBIT 3

## EXHIBIT IS BEING MANUALLY FILED

# EXHIBIT 4

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 )  File No. A-04106-A

TRITEN FINANCIAL GROUP, LLC   )


SUBJECT:  03 - Tanner - 12.18.24 - 33 min

PAGES:    1 through 31




                    VIDEO TRANSCRIPTION







            Diversified Reporting Services, Inc.

                  (202) 467-9200

Page 2

```
 1            P R O C E E D I N G S
 2  03 - Tanner - 12.18.24 - 33 min
 3         MR. TANNER:  So, we're around a billion
 4  dollars a day within the next ten months.  At that
 5  point I would need a minimum of 250 million or so in
 6  the pool to service that demand, right.
 7         Now, the beautiful thing about it is let's
 8  say we get 250 million in there and we're servicing a
 9  billion dollars and then the demand comes down.
10         The great thing about our situation is
11  because we can service a 4 or 5X multiple basically,
12  um, that allows us to actually hedge against the
13  downside of the demand.
14         So, let's say it gets to a billion then it
15  comes back down to 500 million but we've got 250
16  million in there so were are still 2X.  So, we don't
17  have any inert capital and that's the hedge that we've
18  allowed ourselves to be able to facilitate.
19         MR. BYLER:  Okay, so does that mean, I guess
20  a couple other questions is, one, down the road could
21  we, could we put more money in?  And then the second
22  question would be I guess, I've never met you I was
23  even telling Steve I'll literally just book a flight
24  tomorrow to fly out to Miami or drive anywhere in
25  Texas if needed just to kind of shake someone's hand.
```

Page 3

```
 1         MR. TANNER:  Yeah, I'm in Miami, I'm, yeah,
 2  like I don't hide from people.  Harry actually came
 3  down and spent three or four days with me, I think you
 4  know Harry, or Steven and Bruce know Harry.
 5         Harry came down and spend a few days with
 6  me, you know, and, I was actually was back in Texas
 7  for thanksgiving and I was actually, I told Steve at
 8  the time that I would come to Austin if there was any
 9  meetings set up, um, while I was in Texas.
10         But I think he had some other stuff going on
11  and we didn't get to connect, but yeah, I'm just gonna
12  be honest man, I don't hide from anybody, I have
13  nothing to hide for, you know what I mean, so, um.
14         MR. BYLER:  Just from my end, I got burnt on
15  the ICO's and then with --
16         MR. TANNER:  I get it man, I get it, I had a
17  guy, I had a -- he's one of my largest clients, um,
18  you know, you put four million in with me, um, a few
19  months back, he's actually putting another five in
20  with me over the next probably 30 days?  I'm supposed
21  to get like a couple million this week, from him.
22         And, he's a big oil guy in Texas and I
23  honestly, I drove up to Fort Worth, and Dallas area
24  and had lunch with him and spent time at his ranch
25  and, you know, then like, he was still considering it.
```

Page 4

```
 1  He was like well, you know, like, you know, I wanna
 2  where you're at.  And I'm look like look man whenever
 3  I move, like I'll share my location, you know what I
 4  mean, like, I don't have anything to hide from.
 5         MR. BYLER:  But I didn't -- I don't even
 6  know your last name and when you look your company up
 7  online, I'm like, there's really not a whole lot
 8  there, so I'm --
 9         MR. TANNER:  And I did that for reasons, I
10  did that for reasons, obviously, you know just
11  starting out, um, you know, this isn't a public
12  offering, you know what I mean?
13         So, I didn't want a website, um, you know, I
14  wanted to keep it private for that main reason, the
15  other big reason was because uh, just starting out and
16  even right now, even though we have, you know, 50
17  million in there and you, you know, we have an evaluation
18  of like 1.6 billion dollars, it was done by, the --
19  out of Israel which is one of the top evaluation
20  companies for Web3 and FinTech.
21         And, um, that is based on 200 million
22  running in the system daily, so if we have 50 million
23  in there, I mean, you can just, you know, divide it by
24  4, basically means we're worth about 400 million
25  dollars.  Um, you know, so, you know, but again,
```

Page 5

```
 1  that's not that's not, you know --
 2         MR. BYLER:  What's the goal, I mean, you
 3  plan on building it up if up over the next 5, 10 years
 4  and then selling it, I assume?
 5         MR. TANNER:  You know, Dan, that's a good
 6  question, and that's probably one I can't answer
 7  today, because I don't know yet, you know, I
 8  basically, have been blessed and I don't want to sound
 9  over cocky or anything, but I basically can print
10  money so why would I sell?
11         I've had people offer me 5 million, 15
12  million, 185 million, you know.
13         MR. BYLER:  Yeah, so I guess, my -- one
14  question I have, sorry to cut you off, but I know
15  you're times super value is -- I'm trying -- what to
16  you tell investors to get them comfortable with you
17  not just taking, like, almost like a Madoff scheme
18  where if I put a million dollars in --
19         MR. TANNER:  Yeah no, I mean, that's the
20  biggest thing right, the two biggest things I hear
21  are, is, how do I know you're not gonna take my money
22  and two is, it's too good to be true, right.
23         Well, the first one, is, that we have put
24  securities in place that make it where I don't have
25  access to your money to take your money, right?  So,
```

Page 6

```
 1    when we load the system, you know, when we load the
 2    system with your guys' capital it's locked up in the
 3    platform, and, you know, in my contract with the
 4    lending pool it states that my capital must be
 5    available for deployment, and it's very key when I say
 6    that, available for deployment 365 days a year 24
 7    hours a day for me to get my set standard daily
 8    return.
 9            Now, we have put securities in place within
10    that because, as I said, available for deployment
11    doesn't mean they give the capital, we do about 25,000
12    transactions a day.
13            We turn down, which is probably gonna, you
14    know, freak you out a little bit, but we turn down
15    75 -- 80 plus, thousand transactions a day.  Because
16    they don't meet our governances and they don't meet
17    our requirements.
18            And that alone, right, you know, like I
19    said, it means it's available for deployment as long
20    as our regulations and our governances are met, but
21    let's say you guys put a million dollars with me and
22    you wanna come put another million with me, that's a
23    whole new contract that starts a whole new set of
24    time, right.
25            Because we don't work on anything but that.
```

Page 7

```
 1    So, when we put money into the system it becomes
 2    locked into an end of the platform, and it starts at
 3    zero, and it must meet the daily return until it's at
 4    200%.  Once it hits 200% then our bot in the platform
 5    will actually mature itself, unlock and then release
 6    the principle back to us.
 7            There's only one other way and I'll get to
 8    that in just a second.  But that's the only way that
 9    we're able to actually have access to the capital.
10    So, the other thing that we do is, we don't allow
11    compounding, it's just simple interest, monthly.  And,
12    I make you take your return every month.
13            MR. BYLER:  Yeah, -- reassured that with me,
14    and I think that's great and that's fabulous, I just,
15    I don't wanna put a million bucks and get paid out
16    30,000 a month for however many months and then find
17    out, you know Tanner didn't really exist and he's
18    living in, Southern France.
19            MR. TANNER:  No, absolutely, well,
20    absolutely, and I understand that, but what I'm saying
21    though is, you know, the only other way to have access
22    to the capital is if, because another big question
23    people say is, is like, what happens if the protocol
24    implodes or what happens if, you know, um, crypto is
25    wiped off the face of the Earth.
```

Page 8

```
 1            If there is no movement on our system and
 2    they don't use our capital for -- for five months
 3    straight then the bot will actually mature itself and
 4    return the capital back to us which would then go back
 5    to you.
 6            So we have put securities in place that
 7    allows for the -- obviously the securities of your
 8    capital.
 9            MR. BYLER:  Okay, so, it -- just to try to
10    summarize a part of what you said, if we put a million
11    dollars in now, and that's gonna be -- is that part of
12    the five-year lockup Bruce, or is it gonna be a new
13    12-month lockup or do we even know what that is yet?
14            MR. BRUCE:  Um, yeah, we're gonna be going
15    in for five years.
16            MR. BYLER:  Okay.  And is that lockup --
17            MR. BRUCE:  And that's paid every month.
18            MR. BYLER:  Right and is that lockup Tanner,
19    Bruce, is that at the -- at a new rate that's to be
20    determined, or is that at what's been discussed in the
21    past?
22            MR. BRUCE:  No, we've got a current rate but
23    if we go in at a different time in the future if
24    that's available that's the new contract that Tanner
25    was talking about.
```

Page 9

```
 1            MR. BYLER:  Okay.
 2            MR. TANNER:  Correct, and I that means like,
 3    let's say you put a million in this week, and in a
 4    couple months you wanna put another million in, right,
 5    then what that means is, I have to send you another
 6    new contract, I can't just add to your, you know, I
 7    can't just add to your account basically, you would
 8    have another account.
 9            MR. BYLER:  Okay.
10            MR. TANNER:  Right now I have over 770
11    accounts, right, because, obviously people have come
12    in, registered numbers, and they come in for more, and
13    then they come in for more, and each time I have to
14    send them a new contract and I have to build them a
15    new like, bot in the system.
16            MR. BYLER:  Got it.
17            MR. TANNER:  I can't just add to the bot,
18    because again, I don't have access -- it doesn't allow
19    me access to just add to it, I have to create a new
20    one.
21            MR. BYLER:  Sure.
22            MR. TANNER:  And again, a reason is that
23    allows you the assurances of security.
24            MR. BYLER:  No, I get it.  Well cool, I
25    appreciate that, um, it sounds like you guys were born
```

Page 10

```
 1   and raised in the Texas area?
 2        MR. TANNER:  So, we were born and raised
 3   in -- actually in Southwest Kansas.
 4        MR. BYLER:  Okay.
 5        MR. TANNER:  Um, but we have spent the
 6   majority of our life in Texas, yes.
 7        MR. BYLER:  Okay, I'm gonna invest either
 8   way I'm just trying to figure out the dollar amount to
 9   deploy here.
10        So, I guess my next question would be, would
11   it be possible for me either to fly to Miami to shake
12   your hand for five minutes or would it make more sense
13   for me just to drive out and shake hands with your
14   brother?
15        MR. TANNER:  So, I know it'll cost you more
16   but the Miami thing would be easier because my brother
17   doesn't meet people.
18        MR. BYLER:  Okay.
19        MR. TANNER:  My brother is actually not
20   allowed to meet people really.
21        MR. BYLER:  Okay.
22        MR. TANNER:  So, with our technology, to
23   kind of put that a little bit in perspective now, I
24   don't know how much Bruce and Steve have told you,
25   but, um, we work with a lot of three letter agencies
```

Page 11

```
 1   and my brother's actual like, you know, he isn't
 2   actually being able to be known, you know because of
 3   his, you know, policies.
 4        MR. BYLER:  Okay.
 5        MR. TANNER:  But I mean, if you wanted to
 6   come to Miami, we don't have to just shake and leave,
 7   we can grab a drink, we can have dinner, you know what
 8   I mean?  Miami's a beautiful city, you know?
 9        MR. BYLER:  Yeah no, I probably will do that
10   either way, but yeah, I'm super excited about it,
11   Bruce you were saying that Steve and you would be
12   ready to go in early January, is that still -- is that
13   still?
14        MR. BRUCE:  Uh, that's our deadline
15   actually, so we gotta be in by then or we gotta get a
16   new contract.
17        MR. BYLER:  Okay.
18        MR. BRUCE:  But yeah, no, we're gonna go in,
19   I mean, we're ready to go now, we are just waiting to
20   get this buttoned up with you and we're good to go.
21        MR. BYLER:  Okay, cool, and the, the -- how
22   does that contract's five year, will I be able to read
23   through the legalese on it?
24        MR. TANNER:  Yeah, I mean, Bruce says he has
25   a copy of a contract, I send everything through
```

Page 12

```
 1   DocuSign.
 2        MR. BYLER:  Okay, okay.  Cool.
 3        MR. TANNER:  But I think their contract at
 4   the time was only for, I think it was for half a
 5   million right Bruce?  And you guys decided to do more?
 6   I think I lost you.
 7        MR. BRUCE:  Yeah, sorry guys, yeah, I had it
 8   on mute.  Yes.
 9        MR. TANNER:  So, I know we're gonna have
10   to -- obviously, I mean, the same thing will be
11   applied to the contract but we'll have to re -- we'll
12   have to re-do it again.  Which is fine, that's not a
13   problem.
14        And, Dan just to kind of put a little bit
15   into perspective, we, you know, have, my brother has a
16   guy out of the U.K., we're actually just waiting on
17   the confirmation of the transfer of the funds, but he
18   was sending us 25 million, so he's 16 hours ahead of
19   us, so, we believe his money should hit either today
20   or, tomorrow.
21        And then he is following it up with another
22   like, he's considering it I should say but it looks
23   really good, with another 200 million, in the next 30
24   days.
25        So, he actually is a, very, very, wealthy
```

Page 13

```
 1   guy over in the U.K. and he's a part of the Cerea
 2   (phonetic) Global Fund.  It's a global fund out of --
 3   they run a lot of the Sovereign Wealth Money.
 4        MR. BYLER:  Yeah, ultimately my goal, to be
 5   fully transparent would be to put some of my money in,
 6   and it's not 25 million, but to put some of mine in,
 7   and get a relationship going, you know, obviously with
 8   Bruce and Steve here locally, and just get a comfort
 9   level going, or have some track record.
10        And then if the goal is ultimately to get
11   from three million dollars a day and transacts up to
12   315 million dollars a day in transactions, uh, we all
13   need more money, I don't know if there's any, I don't
14   wanna say finder's fee, but I'm very good at raising
15   money.
16        And I'm sure I could introduce this to other
17   billionaires and hundred plus millionaires in Austin,
18   they're gonna wanna, I'm sure, vet it way more than me
19   'cause they have the teams and resources to do that.
20        But assuming, you know, and I'm sure they'd
21   fly out to meet with you, and maybe start with a zoom
22   call, but if y'all are needing more money down the
23   road and everything pans out well, I'm sure I could
24   help be a part of that funding.
25        MR. TANNER:  Yeah, I mean I won't say never,
```

## Page 14

1  right, um, currently, you know, that's why, obviously
2  this call was very important and Bruce actually, he
3  called me this morning and was like, hey can we get on
4  a call, I said, yeah, I'll make myself available, you
5  know, because it was obviously important.
6          And I think Steven wanted to introduce me
7  and you around Thanksgiving, I think.  But um, um, you
8  know, I haven't said like, this is, you know, but
9  we're looking at a January 1, you know what I mean,
10 kind of like, get your money in by then, um, you know,
11 and then, we're gonna evaluate what it looks like,
12 right.
13         And so, that's all I can really say, the guy
14 that's putting in the 25 million and obviously with
15 Cerea.
16         He has allowed me the opportunity, so me and
17 my brother because he's seen -- some of the stuff he's
18 seen, vetted everything, they've been vetting it for
19 five months now, he has now actually given us, a
20 personal guarantee up to five billion dollars for us
21 to go get institution money and he'll guarantee it for
22 us.
23         MR. BYLER:  Wow.
24         MR. TANNER:  So, you know, it's expensive,
25 you know, he wants his pound of flesh, right?

## Page 15

1          MR. BYLER:  Right.
2          MR. TANNER:  But, you know, they're a multi
3  trillion dollar, you know, wealth fund.
4          MR. BYLER:  Yeah, yeah, it might be worth
5  it.
6          MR. TANNER:  So, like I said, yeah.
7          MR. BYLER:  Cool.
8          MR. TANNER:  So, like I said, we have a lot
9  of stuff in the fire, we have another group out of uh,
10 Europe that, that are interested in putting a hundred
11 million in, I actually spoke with a gentleman, the --
12 Aziz (phonetic) family out of Dubai.
13         They're interested in putting in a hundred
14 million.  So, you know, I'm only, probably gonna take
15 one of those big numbers.
16         MR. BYLER:  Sure.
17         MR. TANNER:  Just because, again, I don't
18 want to overflow the system and I don't wanna overflow
19 the pool and cause it to have too much capital in
20 there.
21         MR. BYLER:  10-4.  We'll cool man, should I,
22 if I were to fly down to Miami, and hang out for a
23 couple days, obviously I'm not gonna spend the entire
24 time with you.
25         I have friends down there as well that I

## Page 16

1  haven't seen for a while, but should I book that
2  through Steve or how would I go about getting in touch
3  with you to see what date and times would be good for
4  you.
5          MR. TANNER:  I'm here and I'm not leaving,
6  so um, you know, I'm game for whatever, right, so, I'm
7  a lone wolf down here, um, you know what I mean, I
8  might bring my girl with me to dinner but other than
9  that, you know, if she wants to come.
10         But other than that, yeah man, I'm free, you
11 know what I mean, I don't take days off, and I -- I
12 work 365 days a year, all these other companies and
13 corporate world shut down, they're probably shut down
14 already, probably don't even open up back up until
15 probably like January 8th.
16         I'm not like that, it's actually been hard
17 for me the last three or four days because I feel like
18 the world shut down on like the 11th or 12th --
19         MR. BYLER:  Yeah, I've noticed everything
20 slowed up here a bit too.
21         MR. TANNER:  And it's like I'm just sitting
22 here twiddling my thumbs.
23         MR. BYLER:  Give me something to do.
24         MR. TANNER:  Yeah, like, I'm just like,
25 twiddling my thumbs, you know.  So, yeah, --

## Page 17

1          MR. BYLER:  What's a good phone number for
2  you Tanner?
3          MR. TANNER:  Uh, Bruce can share my contact
4  with you.
5          MR. BYLER:  Okay, fair enough.
6          MR. TANNER:  Yeah, Bruce can share my
7  contact with you, and that's the only thing I tell all
8  my clients, is, my phone is always on.
9          MR. BYLER:  Cool.
10         MR. TANNER:  I don't do the do not disturb
11 thing; I don't do the, actually like --
12         MR. BYLER:  That's cause you have no kids
13 Tanner.
14         MR. TANNER:  I don't have any kids -- that's
15 it, no kids, no wife.  I have a dog.  And like you
16 said though, I did, I did actually lose a girlfriend
17 over the fact that I would not turn my phone off at
18 night.
19         MR. BYLER:  Oh yeah, like, you'll lose a
20 wife and kid over that too, but that's a whole nother
21 story.
22         MR. TANNER:  Well I mean, she was like, well
23 you need to turn off your iPad, you need to turn off
24 your phone, and I was like, that's not how this works.
25         MR. BYLER:  Yeah, that's a whole nother

Page 18

```
1    conversation, but yeah, I guess, that'd probably be a
2    second date conversation.
3          MR. TANNER:  I mean I have calls with
4    Australia, I have calls with the U.K. I have calls
5    with Europe, I have -- you know what I mean?  Those
6    don't happen until like three or four a.m., you know
7    what I mean?
8          MR. BYLER:  Yeah.
9          MR. TANNER:  So, you know.
10         MR. BYLER:  Well, I appreciate you carving
11   the time out, I don't really have any other questions
12   right now, I'll follow up here in a second with Bruce
13   when we get off, and we'll go from there.
14         MR. TANNER:  Yeah, the biggest thing is I
15   just hope you don't -- just to put it into
16   perspective, like I said, you know, we have about 52
17   million in the system, 20 of that is outside capital,
18   the other 32 million is mine and my brother's like
19   personal company money.
20         So, when we say we put our money where our
21   mouth is, like, we're, we're fully into this way more
22   than anyone else is.
23         MR. BYLER:  Yeah, no, congratulations, man,
24   I'm super excited to get involved and looking forward
25   to the opportunity with Bruce and Steve here, through
```

Page 19

```
1    the local Austin chapter, and I look forward to
2    working with you.
3          MR. TANNER:  Yeah, just let me know what you
4    guys need from me, Bruce just let me know, and then,
5    when we're -- we have a drop-dead date of when the
6    money and the amount is; I'll put a contract together,
7    it only takes me about five to ten minutes to actually
8    get the paperwork and contract put together, because I
9    just do everything through DocuSign.  And, you know,
10   and then everything is funded and it deploys.
11         MR. BYLER:  Cool.
12         MR. TANNER:  Perfect.  One thing I will say,
13   because I don't know about, I don't know how you guys
14   were looking at doing, taking the money out, I do give
15   um, the opportunity to pay people in Tether, in
16   crypto.
17         If that's something you guys were interested
18   in, I didn't know, 'cause I know you said you were,
19   you know, involved in crypto and things like that.
20   So, just think about that if that's something that
21   you're interested in.  It obviously does help with the
22   tax purposes.
23         MR. BYLER:  Cool.
24         MR. TANNER:  Alright guys?
25         MR. BRUCE:  Alright, appreciate it, hey
```

Page 20

```
1    Tanner, thanks for the time, man.
2          MR. TANNER:  Alright buddy, thank you.
3          MR. BRUCE:  Thanks, bye.
4          MR. TANNER:  Thanks.
5          (Pause)
6          (Phone Ringing.
7          MR. BRUCE:  Yo.
8          MR. BYLER:  Hey, thanks for getting him on
9    call, and I guess, on that contract, I hate to ask
10   this but I have to, what's the advantage for you guys
11   to bring me in on this?
12         MR. BRUCE:  There's no advantage.
13         MR. BYLER:  I mean, are you making an extra
14   percent or two on it?
15         MR. BRUCE:  Well, we get a finder's fee on
16   it.
17         MR. BYLER:  Okay.
18         MR. BRUCE:  The issue and I uh, don't know
19   if, -- 'cause Tanner was also saying stuff that I'm
20   not sure I'm completely understanding of.  So, did you
21   meet Harry?
22         MR. BYLER:  I don't know, I never met Harry,
23   I know you and Steve seems to know him pretty well.
24         MR. BRUCE:  Harry's our partner, Harry's the
25   partner of our (inaudible) a couple million bucks.
```

Page 21

```
1          And, at least the way I understood it is
2    that we are investing in Harry's deal.  'Cause Harry
3    has a better deal than I get, than you and I would
4    get. So, um --
5          MR. BYLER:  It  -- so, yeah, I don't
6    understand how to ask that question, but I guess if,
7    are we throwing money into an existing bot, through an
8    existing investment that would kick out that --?
9          MR. BRUCE:  No, basically, it's, we're
10   leveraging a better relationship than what we have.
11   So, you know, Harry's put in a bunch of money and he
12   did it at a time when they needed a bunch of money.
13         MR. BYLER:  Yeah.
14         MR. BRUCE:  And, he negotiated better terms.
15   Something he didn't tell you, I mean, I guess he was
16   kind of saying that 'cause he's got this big money
17   guy, um, is you know, we were informed, I'm not
18   exactly sure when it was but a while back, that
19   because of that big money guy they don't need any
20   more, they don't just need more people.
21         So, he's like we're closing it down we have
22   plenty of the people in the group who want to put more
23   money in, and so that's how it's happening.
24         MR. BYLER:  But then he's also saying if
25   it's going for three million dollars a day in
```

Page 22

1  transactions at -- it started off a three million now
2  it's at 315 million. And he thinks it's gonna get up
3  to somewhere in the billions pretty quickly, you know,
4  then he's gonna need more money, right?
5      MR. BRUCE:  Correct.  I would agree with
6  that, I would agree that they're, my only concern is,
7  um, once he's got -- and I don't know anything about
8  these big guys, you know, I don't know these details,
9  I am in the world of funds and raising money.
10      I know once you've raised 200 million from
11  one guy, it aint gonna be that hard to get 200 million
12  from the next guy or the other 200 million from the
13  same guy, once he's paying 'cause it's kind of like,
14  the same reason you wanna put some money in it and
15  then say, hey once it's working, I'm gonna dump more.
16      I think those big guys are gonna be the same
17  way, that's my only fear, I just, I'd love to think
18  that there's a runway that lasts forever, um, 'cause
19  they're trying to get their contract extended for 20
20  more years.
21      MR. BYLER:  Are you saying that once he's
22  got someone that kicks in 25 billion, that, if he did
23  allow us to kick in another couple million down the
24  road that it would be for a smaller percentage payout?
25      MR. BRUCE:  Well, I can't say it would or it

Page 23

1  wouldn't, our advantage is that he's friends with
2  Harry.
3      MR. BYLER:  Yeah, what's his relationship
4  with Harry?
5      MR. BRUCE:  Do what?
6      MR. BYLER:  I mean, are they high school
7  buddies or something?
8      MR. BRUCE:  No, no, they just, uh, so, um,
9  It think I was telling you the story and I think it
10  was probably boring both of us, but there's a guy in
11  Austin named Carl Noman (phonetic).
12      You could probably look Carl up but he's a
13  business broker, just a regular dude you can meet out
14  networking and he buys and sells businesses for
15  people, he does all the MNA if you ever wanna sell
16  your company, he's a good guy to talk to, that's what
17  he does.
18      Anyway Carl knew these guys and Harry's been
19  working with Carl, he just, 'cause Harry's an
20  entrepreneur he's buying shit all the time, you know,
21  he's a business guy, anyway, but most of his stuff is
22  in real estate.
23      Carl knows these guys, he's know them for
24  ten years, they met that way, but Carl is, I don't
25  wanna say, see, 'cause I'm gonna say stuff that's

Page 24

1  probably not completely accurate, Carl is one of their
2  big money raisers.
3      So, he just through all his business
4  brokerage, he knows a lot of wealthy people and got a
5  lot of people putting money in.  He's the guy that got
6  Harry in.
7      I think Harry started same place you were,
8  and just said, hey I wanna meet and, uh, you know,
9  this is a lot of money and it's all the same questions
10  you have, this would be the only investment that we've
11  ever done that didn't have some sort of real-estate.
12      MR. BYLER:  Yeah, there's no collateral,
13  there's zero.
14      MR. BRUCE:  Yeah, and if Tanner, that's our
15  question if Tanner dies, what happens?  And so, we
16  went through all the same stuff, so, you know nobody
17  is faulting you for doing this.
18      MR. BYLER:  That's a great question, what's
19  the answer on that?
20      MR. BRUCE:  Well, I don't know that we have
21  more comfort other than Harry's really gotten to know
22  the guy very well, um, Carl is somebody I trust.  Carl
23  has his own money in it, his family -- his parent's
24  money, his sister's money, you know, he put a lot of
25  his own family members money in it.

Page 25

1      I believe Carl believes in it.  Harry's been
2  getting all of his checks and um, you know, that's,
3  that's all, that's all we really know.
4      Yeah, I mean I don't think there's anything
5  we can do to take the risk away and make everybody
6  feel better, um, but, yeah.
7      And that's the point, like I don't wanna
8  sell you into it, um --
9      MR. BYLER:  I get that, I mean, 'cause you
10  don't -- there's no way to -- until you get your
11  principle back there's no way to know if you're gonna
12  100% guarantee, there is no 100% guarantee, but that
13  begs a bigger question.
14      MR. BRUCE:  Our goal is to pay ourselves
15  back as fast as we possibly can, and, anything after
16  that we'd say is gravy.
17      Because, you're right there is a
18  relationship here, but we're also getting in, and it
19  sounds like you already are in some pretty good
20  networks anyway.  But, you know, we're gonna get to
21  maybe rub shoulders with some people that have dumped
22  a lot of money in this thing and if they're getting
23  the returns they're gonna need to put in something
24  else, man.
25      MR. BYLER:  Yeah, that's a great, I hadn't

Page 26

1    even thought about that.
2         MR. BRUCE:  So, I like it and I can to
3    someone and say, hey, I've got some commercial
4    projects and put this money in real estate.
5         MR. BYLER:  Yeah, no I guess that, there's
6    two other projects I'll talk to you here about
7    briefly, but um, on this, have you guys answered that
8    question from Tanner if he dies, what happens?
9         MR. BRUCE:  You know, I think there was a
10   question, well, his brother runs everything, but kind
11   of the default on everything is, 'cause I don't think
12   it shuts down if something happens to Tanner.
13        MR. BYLER:  No, I mean, it's all in the
14   cloud though.
15        MR. BRUCE:  His brother is the nerd that
16   created the bot.  And, um, so, he's he would still be
17   running the thing, I think you'd just see someone have
18   to take Tanner's place running the company.
19        MR. BYLER:  Yeah, doing the distribution,
20   but I mean, I just, with this -- my thought would be,
21   if someone's looking to do 25 billion into it, they're
22   gonna have already asked that question and I'm sure
23   Tanner's already answered it.
24        MR. BRUCE:  I think it was million, I don't
25   think it was billion.

Page 27

1         MR. BYLER:  Oh, okay, okay.
2         MR. BRUCE:  Yeah, now, I don't think it's
3    that big yet, um and that's the, 'cause that's the
4    other question a lot of people think that some sort of
5    standardization is coming in this market sooner or
6    later, somebody's gonna come and regulate it.
7         But the only way it works is if every single
8    country regulates it.  'Cause, they make money on the
9    deltas between the markets.  I mean that's -- it's, I
10   think it's a fancy form of arbitrage, really.
11        MR. BYLER:  Oh it is, it is, I mean, I've
12   done my own -- I mean I've gone down rabbit holes on
13   what the flash trading is and it does make sense, I'm
14   not saying it can't be done, I just, I keep coming
15   back to like, I don't know Tanner's last name.
16        I mean, I know he doesn't have kids, but, I
17   mean, for a couple million bucks you can get a face
18   lift and peace off to -- and the way crypto works you
19   can create another digital wallet and a have a new
20   I.D. and start a new life somewhere in France with 100
21   million dollars and nobody's ever gonna be able to
22   find you.  I get that.
23        MR. BRUCE:  That's a good point, that's a
24   good point.
25        MR. BYLER:  So, I like --

Page 28

1         MR. BRUCE:  I can tell you I'm putting
2    enough money in this that I will spend some time
3    hunting him off of the map.  Yeah, this will be, yeah,
4    I mean, they are not gonna want me to get my hands on
5    him if --
6         MR. BYLER:  I get that, I get that, there's
7    a lot of good doctors out there now that can do some
8    pretty tricky stuff.
9         So, but yeah, if there's any docs that you
10   could -- I'm glad you guys are getting a finder's fee,
11   I think that's cool.
12        I didn't know if it's like an on-going one
13   percent or two percent a month or if it's just a flat
14   dollar rate or how that works.
15        MR. BRUCE:  Yeah no, and -- um, I'll be
16   honest with you, um, I'm not sure how that works
17   'cause, I need to do more research on how that works,
18   but um, because again it's a, I'm not even sure it's a
19   Harry thing, actually what he just said.  So, I'm
20   gonna have to do some more understanding of how the
21   things actually work, but I will figure that out.
22        MR. BYLER:  Alright, well keep me posted,
23   um, I probably will fly down to Miami just to get a
24   little bit more comfortable.
25        MR. BRUCE:  Okay.

Page 29

1         MR. BYLER:  'Cause again, I lost every
2    dollar I put into ICO's in 2019 or something and I
3    went balls deep 'cause I made so much money prior to
4    that, that I thought it was gonna be a good
5    investment.
6         And I just got slaughtered when they made
7    their ICO's our valuations got cut by like 99% in a
8    day, and the people that ran the ICO's they were
9    flying private jets and buying Bugatti's.  So that's
10   always gonna leave kind of a bad taste in my mouth,
11   um.
12        MR. BRUCE:  I don't blame you; do we need to
13   go hunt them down, I'm pretty country, I know where
14   some deep holes are.
15        MR. BYLER:  Yeah, I mean, like, like, 'cause
16   that's just like, I don't know if he had like
17   children, 'cause if you got children you're probably
18   not, I feel like if he had children, he'd be a lot
19   less likely to do something shady than if he had
20   children, I'll be honest with you.
21        MR. BRUCE:  You know that's a good question,
22   I never even thought about looking at it from that
23   angle, but I have not had that experience you had, so,
24   that's actually, that's a great question, I'm gonna
25   keep that one in the kitty for the future.

Page 30

1          MR. BYLER:  Cool.  Well, let me know what I
2     can do to follow up with you and Steve, I'm ready to
3     go either way but I would like to fly down there real
4     quick and shake his hand.
5          MR. BRUCE:  Okay, well, when you do you
6     wanna go?  I mean I'll, I'm gonna ping him back and
7     I'm just gonna get you guys in touch with each other
8     and just um --
9          MR. BYLER:  Yeah, I mean probably sooner
10    than later, I mean, I'm flying, that's gonna be tough
11    for me 'cause I'll stay in New York on the 24th and
12    I'm there through the 3rd.
13         So, if you guys are trying to fund that
14    before then or during then or right after, like, I
15    might be booking a flight at the end of the week or
16    over the weekend.
17         MR. BRUCE:  Okay.  Well, let's make it
18    happen now, I'll call Steve and I'll see if I can't
19    get some more answers and I'll just get you and Tanner
20    in touch with each other, and I'll let you all work it
21    out.
22         MR. BYLER:  Cool.  Thanks for your time,
23    Bruce.
24         MR. BRUCE:  No problem, man, thanks.  Bye.
25         MR. BYLER:  Bye.

Page 31

1              TRANSCRIBER CERTIFICATE
2
3     I, Garrett Jennings, hereby  certify that the
4     foregoing transcript is a complete, true and accurate
5     transcription of all matters contained on the recorded
6     proceedings in the matter of:
7     TRITEN FINANCIAL GROUP, LLC
8     03 - Tanner - 12.18.24 - 33 min
9     A-04106-A
10    517624-A
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

**A-04106-A** 1:4
   31:9
**a.m** 18:6
**able** 2:18 7:9
   11:2,22 27:21
**absolutely** 7:19
   7:20
**access** 5:25 7:9
   7:21 9:18,19
**account** 9:7,8
**accounts** 9:11
**accurate** 24:1
   31:4
**actual** 11:1
**add** 9:6,7,17,19
**advantage** 20:10
   20:12 23:1
**agencies** 10:25
**agree** 22:5,6
**ahead** 12:18
**aint** 22:11
**allow** 7:10 9:18
   22:23
**allowed** 2:18
   10:20 14:16
**allows** 2:12 8:7
   9:23
**Alright** 19:24,25
   20:2 28:22
**amount** 10:8
   19:6
**angle** 29:23
**answer** 5:6
   24:19
**answered** 26:7
   26:23
**answers** 30:19
**anybody** 3:12
**anyway** 23:18
   23:21 25:20
**applied** 12:11
**appreciate** 9:25
   18:10 19:25
**arbitrage** 27:10
**area** 3:23 10:1
**asked** 26:22
**assume** 5:4
**assuming** 13:20
**assurances** 9:23

**Austin** 3:8 13:17
   19:1 23:11
**Australia** 18:4
**available** 6:5,6
   6:10,19 8:24
   14:4
**Aziz** 15:12

**B**

**back** 2:15 3:6,19
   7:6 8:4,4 16:14
   21:18 25:11,15
   27:15 30:6
**bad** 29:10
**balls** 29:3
**based** 4:21
**basically** 2:11
   4:24 5:8,9 9:7
   21:9
**beautiful** 2:7
   11:8
**begs** 25:13
**believe** 12:19
   25:1
**believes** 25:1
**better** 21:3,10
   21:14 25:6
**big** 3:22 4:15
   7:22 15:15
   21:16,19 22:8
   22:16 24:2
   27:3
**bigger** 25:13
**biggest** 5:20,20
   18:14
**billion** 2:3,9,14
   4:18 14:20
   22:22 26:21,25
**billionaires**
   13:17
**billions** 22:3
**bit** 6:14 10:23
   12:14 16:20
   28:24
**blame** 29:12
**blessed** 5:8
**book** 2:23 16:1
**booking** 30:15
**boring** 23:10
**born** 9:25 10:2

**bot** 7:4 8:3 9:15
   9:17 21:7
   26:16
**briefly** 26:7
**bring** 16:8 20:11
**broker** 23:13
**brokerage** 24:4
**brother** 10:14
   10:16,19 12:15
   14:17 26:10,15
**brother's** 11:1
   18:18
**Bruce** 3:4 8:12
   8:14,17,19,22
   10:24 11:11,14
   11:18,24 12:5
   12:7 13:8 14:2
   17:3,6 18:12
   18:25 19:4,25
   20:3,7,12,15
   20:18,24 21:9
   21:14 22:5,25
   23:5,8 24:14
   24:20 25:14
   26:2,9,15,24
   27:2,23 28:1
   28:15,25 29:12
   29:21 30:5,17
   30:23,24
**bucks** 7:15
   20:25 27:17
**buddies** 23:7
**buddy** 20:2
**Bugatti's** 29:9
**build** 9:14
**building** 5:3
**bunch** 21:11,12
**burnt** 3:14
**business** 23:13
   23:21 24:3
**businesses** 23:14
**buttoned** 11:20
**buying** 23:20
   29:9
**buys** 23:14
**bye** 20:3 30:24
   30:25
**BYLER** 2:19
   3:14 4:5 5:2,13
   7:13 8:9,16,18

9:1,9,16,21,24
   10:4,7,18,21
   11:4,9,17,21
   12:2 13:4
   14:23 15:1,4,7
   15:16,21 16:19
   16:23 17:1,5,9
   17:12,19,25
   18:8,10,23
   19:11,23 20:8
   20:13,17,22
   21:5,13,24
   22:21 23:3,6
   24:12,18 25:9
   25:25 26:5,13
   26:19 27:1,11
   27:25 28:6,22
   29:1,15 30:1,9
   30:22,25

**C**

**C** 2:1
**call** 13:22 14:2,4
   20:9 30:18
**called** 14:3
**calls** 18:3,4,4
**capital** 2:17 6:2
   6:4,11 7:9,22
   8:2,4,8 15:19
   18:17
**Carl** 23:11,12
   23:18,19,23,24
   24:1,22,22
   25:1
**carving** 18:10
**cause** 13:19
   15:19 17:12
   19:18 20:19
   21:2,16 22:13
   22:18 23:19,25
   25:9 26:11
   27:3,8 28:17
   29:1,3,15,17
   30:11
**Cerea** 13:1
   14:15
**CERTIFICA...**
   31:1
**certify** 31:3
**chapter** 19:1

**checks** 25:2
**children** 29:17
   29:17,18,20
**city** 11:8
**clients** 3:17 17:8
**closing** 21:21
**cloud** 26:14
**cocky** 5:9
**collateral** 24:12
**come** 3:8 6:22
   9:11,12,13
   11:6 16:9 27:6
**comes** 2:9,15
**comfort** 13:8
   24:21
**comfortable**
   5:16 28:24
**coming** 27:5,14
**commercial**
   26:3
**COMMISSION**
   1:1
**companies** 4:20
   16:12
**company** 4:6
   18:19 23:16
   26:18
**complete** 31:4
**completely**
   20:20 24:1
**compounding**
   7:11
**concern** 22:6
**confirmation**
   12:17
**congratulations**
   18:23
**connect** 3:11
**considering**
   3:25 12:22
**contact** 17:3,7
**contained** 31:5
**contract** 6:3,23
   8:24 9:6,14
   11:16,25 12:3
   12:11 19:6,8
   20:9 22:19
**contract's** 11:22
**conversation**
   18:1,2

cool 9:24 11:21
    12:2 15:7,21
    17:9 19:11,23
    28:11 30:1,22
copy 11:25
corporate 16:13
Correct 9:2 22:5
cost 10:15
country 27:8
    29:13
couple 2:20 3:21
    9:4 15:23
    20:25 22:23
    27:17
create 9:19
    27:19
created 26:16
crypto 7:24
    19:16,19 27:18
current 8:22
currently 14:1
cut 5:14 29:7

_____ D _____

D 2:1
daily 4:22 6:7
    7:3
Dallas 3:23
Dan 5:5 12:14
date 16:3 18:2
    19:5
day 2:4 6:7,12
    6:15 13:11,12
    21:25 29:8
days 3:3,5,20
    6:6 12:24
    15:23 16:11,12
    16:17
deadline 11:14
deal 21:2,3
decided 12:5
deep 29:3,14
default 26:11
deltas 27:9
demand 2:6,9
    2:13
deploy 10:9
deployment 6:5
    6:6,10,19
deploys 19:10

details 22:8
determined 8:20
dies 24:15 26:8
different 8:23
digital 27:19
dinner 11:7 16:8
discussed 8:20
distribution
    26:19
disturb 17:10
Diversified 1:24
divide 4:23
docs 28:9
doctors 28:7
DocuSign 12:1
    19:9
dog 17:15
doing 19:14
    24:17 26:19
dollar 10:8 15:3
    28:14 29:2
dollars 2:4,9
    4:18,25 5:18
    6:21 8:11
    13:11,12 14:20
    21:25 27:21
downside 2:13
drink 11:7
drive 2:24 10:13
drop-dead 19:5
drove 3:23
Dubai 15:12
dude 23:13
dump 22:15
dumped 25:21

_____ E _____

E 2:1,1
early 11:12
Earth 7:25
easier 10:16
either 10:7,11
    11:10 12:19
    30:3
entire 15:23
entrepreneur
    23:20
estate 23:22
    26:4
Europe 15:10

    18:5
evaluate 14:11
evaluation 4:17
    4:19
everybody 25:5
exactly 21:18
EXCHANGE
    1:1
excited 11:10
    18:24
exist 7:17
existing 21:7,8
expensive 14:24
experience
    29:23
extended 22:19
extra 20:13

_____ F _____

fabulous 7:14
face 7:25 27:17
facilitate 2:18
fact 17:17
fair 17:5
family 15:12
    24:23,25
fancy 27:10
fast 25:15
faulting 24:17
fear 22:17
fee 13:14 20:15
    28:10
feel 16:17 25:6
    29:18
figure 10:8
    28:21
File 1:4
FINANCIAL
    1:5 31:7
find 7:16 27:22
finder's 13:14
    20:15 28:10
fine 12:12
FinTech 4:20
fire 15:9
first 5:23
five 3:19 8:2,15
    10:12 11:22
    14:19,20 19:7
five-year 8:12

flash 27:13
flat 28:13
flesh 14:25
flight 2:23 30:15
fly 2:24 10:11
    13:21 15:22
    28:23 30:3
flying 29:9
    30:10
follow 18:12
    30:2
following 12:21
foregoing 31:4
forever 22:18
form 27:10
Fort 3:23
forward 18:24
    19:1
four 3:3,18
    16:17 18:6
France 7:18
    27:20
freak 6:14
free 16:10
friends 15:25
    23:1
fully 13:5 18:21
fund 13:2,2 15:3
    30:13
funded 19:10
funding 13:24
funds 12:17 22:9
future 8:23
    29:25

_____ G _____

G 2:1
game 16:6
Garrett 31:3
gentleman
    15:11
getting 16:2
    20:8 25:2,18
    25:22 28:10
girl 16:8
girlfriend 17:16
give 6:11 16:23
    19:14
given 14:19
glad 28:10

global 13:2,2
go 8:4,23 11:12
    11:18,19,20
    14:21 16:2
    18:13 29:13
    30:3,6
goal 5:2 13:4,10
    25:14
going 3:10 8:14
    13:7,9 21:25
gonna 3:11 5:21
    6:13 8:11,12
    8:14 10:7
    11:18 12:9
    13:18 14:11
    15:14,23 22:2
    22:4,11,15,16
    23:25 25:11,20
    25:23 26:22
    27:6,21 28:4
    28:20 29:4,10
    29:24 30:6,7
    30:10
good 5:5,22
    11:20 12:23
    13:14 16:3
    17:1 23:16
    25:19 27:23,24
    28:7 29:4,21
gotta 11:15,15
gotten 24:21
governances
    6:16,20
grab 11:7
gravy 25:16
great 2:10 7:14
    24:18 25:25
    29:24
group 1:5 15:9
    21:22 31:7
guarantee 14:20
    14:21 25:12,12
guess 2:19,22
    5:13 10:10
    18:1 20:9 21:6
    21:15 26:5
guy 3:17,22
    12:16 13:1
    14:13 21:17,19
    22:11,12,13

23:10,16,21
  24:5,22
**guys** 6:21 9:25
  12:5,7 19:4,13
  19:17,24 20:10
  22:8,16 23:18
  23:23 26:7
  28:10 30:7,13
**guys'** 6:2

**H**

**half** 12:4
**hand** 2:25 10:12
  30:4
**hands** 10:13
  28:4
**hang** 15:22
**happen** 18:6
  30:18
**happening**
  21:23
**happens** 7:23,24
  24:15 26:8,12
**hard** 16:16
  22:11
**Harry** 3:2,4,4,5
  20:21,22 21:2
  23:2,4 24:6,7
  28:19
**Harry's** 20:24
  20:24 21:2,11
  23:18,19 24:21
  25:1
**hate** 20:9
**he'll** 14:21
**hear** 5:20
**hedge** 2:12,17
**help** 13:24 19:21
**hey** 14:3 19:25
  20:8 22:15
  24:8 26:3
**hide** 3:2,12,13
  4:4
**high** 23:6
**hit** 12:19
**hits** 7:4
**holes** 27:12
  29:14
**honest** 3:12
  28:16 29:20

**honestly** 3:23
**hope** 18:15
**hours** 6:7 12:18
**hundred** 13:17
  15:10,13
**hunt** 29:13
**hunting** 28:3

**I**

**I.D** 27:20
**ICO's** 3:15 29:2
  29:7,8
**implodes** 7:24
**important** 14:2
  14:5
**inaudible** 20:25
**inert** 2:17
**informed** 21:17
**institution** 14:21
**interest** 7:11
**interested** 15:10
  15:13 19:17,21
**introduce** 13:16
  14:6
**invest** 10:7
**investing** 21:2
**investment** 21:8
  24:10 29:5
**investors** 5:16
**involved** 18:24
  19:19
**iPad** 17:23
**Israel** 4:19
**issue** 20:18
**it'll** 10:15

**J**

**January** 11:12
  14:9 16:15
**Jennings** 31:3
**jets** 29:9

**K**

**Kansas** 10:3
**keep** 4:14 27:14
  28:22 29:25
**key** 6:5
**kick** 21:8 22:23
**kicks** 22:22
**kid** 17:20

**kids** 17:12,14,15
  27:16
**kind** 2:25 10:23
  12:14 14:10
  21:16 22:13
  26:10 29:10
**kitty** 29:25
**knew** 23:18
**know** 3:4,4,6,13
  3:18,25 4:1,1,3
  4:6,10,11,12
  4:13,16,17,23
  4:25,25 5:1,5,7
  5:7,12,14,21
  6:1,3,14,18
  7:17,21,24
  8:13 9:6 10:15
  10:24 11:1,2,3
  11:7,8 12:9,15
  13:7,13,20
  14:1,5,8,8,9,10
  14:24,25 15:2
  15:3,14 16:6,7
  16:9,11,25
  18:5,6,9,16
  19:3,4,9,13,13
  19:18,18,19
  20:18,22,23,23
  21:11,17 22:3
  22:7,8,8,10
  23:20,23 24:8
  24:16,20,21,24
  25:2,3,11,20
  26:9 27:15,16
  28:12 29:13,16
  29:21 30:1
**known** 11:2
**knows** 23:23
  24:4

**L**

**largest** 3:17
**lasts** 22:18
**leave** 11:6 29:10
**leaving** 16:5
**legalese** 11:23
**lending** 6:4
**let's** 2:7,14 6:21
  9:3 30:17
**letter** 10:25

**level** 13:9
**leveraging**
  21:10
**life** 10:6 27:20
**lift** 27:18
**literally** 2:23
**little** 6:14 10:23
  12:14 28:24
**living** 7:18
**LLC** 1:5 31:7
**load** 6:1,1
**local** 19:1
**locally** 13:8
**location** 4:3
**locked** 6:2 7:2
**lockup** 8:12,13
  8:16,18
**lone** 16:7
**long** 6:19
**look** 4:2,2,6 19:1
  23:12
**looking** 14:9
  18:24 19:14
  26:21 29:22
**looks** 12:22
  14:11
**lose** 17:16,19
**lost** 12:6 29:1
**lot** 4:7 10:25
  13:3 15:8 24:4
  24:5,9,24
  25:22 27:4
  28:7 29:18
**love** 22:17
**lunch** 3:24

**M**

**Madoff** 5:17
**main** 4:14
**majority** 10:6
**making** 20:13
**man** 3:12,16 4:2
  15:21 16:10
  18:23 20:1
  25:24 30:24
**map** 28:3
**market** 27:5
**markets** 27:9
**matter** 1:3 31:6
**matters** 31:5

**mature** 7:5 8:3
**mean** 2:19 3:13
  4:4,12,23 5:2
  5:19 6:11 11:5
  11:8,19,24
  12:10 13:25
  14:9 16:7,11
  17:22 18:3,5,7
  20:13 21:15
  23:6 25:4,9
  26:13,20 27:9
  27:11,12,16,17
  28:4 29:15
  30:6,9,10
**means** 4:24 6:19
  9:2,5
**meet** 6:16,16 7:3
  10:17,20 13:21
  20:21 23:13
  24:8
**meetings** 3:9
**members** 24:25
**met** 2:22 6:20
  20:22 23:24
**Miami** 2:24 3:1
  10:11,16 11:6
  15:22 28:23
**Miami's** 11:8
**million** 2:5,8,15
  2:16 3:18,21
  4:17,21,22,24
  5:11,12,12,18
  6:21,22 7:15
  8:10 9:3,4 12:5
  12:18,23 13:6
  13:11,12 14:14
  15:11,14 18:17
  18:18 20:25
  21:25 22:1,2
  22:10,11,12,23
  26:24 27:17,21
**millionaires**
  13:17
**min** 1:7 2:2 31:8
**mine** 13:6 18:18
**minimum** 2:5
**minutes** 10:12
  19:7
**MNA** 23:15
**money** 2:21 5:10

5:21,25,25 7:1
12:19 13:3,5
13:13,15,22
14:10,21 18:19
18:20 19:6,14
21:7,11,12,16
21:19,23 22:4
22:9,14 24:2,5
24:9,23,24,24
24:25 25:22
26:4 27:8 28:2
29:3
**month** 7:12,16
8:17 28:13
**monthly** 7:11
**months** 2:4 3:19
7:16 8:2 9:4
14:19
**morning** 14:3
**mouth** 18:21
29:10
**move** 4:3
**movement** 8:1
**multi** 15:2
**multiple** 2:11
**mute** 12:8

**N**

**N** 2:1
**name** 4:6 27:15
**named** 23:11
**need** 2:5 13:13
17:23,23 19:4
21:19,20 22:4
25:23 28:17
29:12
**needed** 2:25
21:12
**needing** 13:22
**negotiated**
21:14
**nerd** 26:15
**networking**
23:14
**networks** 25:20
**never** 2:22 13:25
20:22 29:22
**new** 6:23,23
8:12,19,24 9:6
9:14,15,19

11:16 27:19,20
30:11
**night** 17:18
**nobody's** 27:21
**Noman** 23:11
**nother** 17:20,25
**noticed** 16:19
**number** 17:1
**numbers** 9:12
15:15

**O**

**O** 2:1
**obviously** 4:10
8:7 9:11 12:10
13:7 14:1,5,14
15:23 19:21
**offer** 5:11
**offering** 4:12
**Oh** 17:19 27:1
27:11
**oil** 3:22
**okay** 2:19 8:9,16
9:1,9 10:4,7,18
10:21 11:4,17
11:21 12:2,2
17:5 20:17
27:1,1 28:25
30:5,17
**on-going** 28:12
**once** 7:4 22:7,10
22:13,15,21
**online** 4:7
**open** 16:14
**opportunity**
14:16 18:25
19:15
**outside** 18:17
**overflow** 15:18
15:18

**P**

**P** 2:1
**PAGES** 1:8
**paid** 7:15 8:17
**pans** 13:23
**paperwork** 19:8
**parent's** 24:23
**part** 8:10,11
13:1,24

**partner** 20:24
20:25
**Pause** 20:5
**pay** 19:15 25:14
**paying** 22:13
**payout** 22:24
**peace** 27:18
**people** 3:2 5:11
7:23 9:11
10:17,20 19:15
21:20,22 23:15
24:4,5 25:21
27:4 29:8
**percent** 20:14
28:13,13
**percentage**
22:24
**Perfect** 19:12
**personal** 14:20
18:19
**perspective**
10:23 12:15
18:16
**phone** 17:1,8,17
17:24 20:6
**phonetic** 13:2
15:12 23:11
**ping** 30:6
**place** 5:24 6:9
8:6 24:7 26:18
**plan** 5:3
**platform** 6:3 7:2
7:4
**plenty** 21:22
**plus** 6:15 13:17
**point** 2:5 25:7
27:23,24
**policies** 11:3
**pool** 2:6 6:4
15:19
**possible** 10:11
**possibly** 25:15
**posted** 28:22
**pound** 14:25
**pretty** 20:23
22:3 25:19
28:8 29:13
**principle** 7:6
25:11
**print** 5:9

**prior** 29:3
**private** 4:14
29:9
**probably** 3:20
5:6 6:13 11:9
15:14 16:13,14
16:15 18:1
23:10,12 24:1
28:23 29:17
30:9
**problem** 12:13
30:24
**proceedings**
31:6
**projects** 26:4,6
**protocol** 7:23
**public** 4:11
**purposes** 19:22
**put** 2:21 3:18
5:18,23 6:9,21
6:22 7:1,15 8:6
8:10 9:3,4
10:23 12:14
13:5,6 18:15
18:20 19:6,8
21:11,22 22:14
24:24 25:23
26:4 29:2
**putting** 3:19
14:14 15:10,13
24:5 28:1

**Q**

**question** 2:22
5:6,14 7:22
10:10 21:6
24:15,18 25:13
26:8,10,22
27:4 29:21,24
**questions** 2:20
18:11 24:9
**quick** 30:4
**quickly** 22:3

**R**

**R** 2:1
**rabbit** 27:12
**raised** 10:1,2
22:10
**raisers** 24:2

**raising** 13:14
22:9
**ran** 29:8
**ranch** 3:24
**rate** 8:19,22
28:14
**re-do** 12:12
**read** 11:22
**ready** 11:12,19
30:2
**real** 23:22 26:4
30:3
**real-estate**
24:11
**really** 4:7 7:17
10:20 12:23
14:13 18:11
24:21 25:3
27:10
**reason** 4:14,15
9:22 22:14
**reasons** 4:9,10
**reassured** 7:13
**record** 13:9
**recorded** 31:5
**registered** 9:12
**regular** 23:13
**regulate** 27:6
**regulates** 27:8
**regulations** 6:20
**relationship**
13:7 21:10
23:3 25:18
**release** 7:5
**Reporting** 1:24
**requirements**
6:17
**research** 28:17
**resources** 13:19
**return** 6:8 7:3
7:12 8:4
**returns** 25:23
**right** 2:6 4:16
5:20,22,25
6:18,24 8:18
9:4,10,11 12:5
14:1,12,25
15:1 16:6
18:12 22:4
25:17 30:14

Ringing 20:6
risk 25:5
road 2:20 13:23
  22:24
rub 25:21
run 13:3
running 4:22
  26:17,18
runs 26:10
runway 22:18

**S**

S 2:1
saying 7:20
  11:11 20:19
  21:16,24 22:21
  27:14
says 11:24
scheme 5:17
school 23:6
second 2:21 7:8
  18:2,12
securities 1:1
  5:24 6:9 8:6,7
security 9:23
see 16:3 23:25
  26:17 30:18
seen 14:17,18
  16:1
sell 5:10 23:15
  25:8
selling 5:4
sells 23:14
send 9:5,14
  11:25
sending 12:18
sense 10:12
  27:13
service 2:6,11
Services 1:24
servicing 2:8
set 3:9 6:7,23
shady 29:19
shake 2:25
  10:11,13 11:6
  30:4
share 4:3 17:3,6
shit 23:20
shoulders 25:21
shut 16:13,13,18

shuts 26:12
simple 7:11
single 27:7
sister's 24:24
sitting 16:21
situation 2:10
slaughtered
  29:6
slowed 16:20
smaller 22:24
somebody 24:22
somebody's
  27:6
someone's 2:25
  26:21
sooner 27:5 30:9
sorry 5:14 12:7
sort 24:11 27:4
sound 5:8
sounds 9:25
  25:19
Southern 7:18
Southwest 10:3
Sovereign 13:3
spend 3:5 15:23
  28:2
spent 3:3,24
  10:5
spoke 15:11
standard 6:7
standardization
  27:5
start 13:21
  27:20
started 22:1
  24:7
starting 4:11,15
starts 6:23 7:2
states 1:1 6:4
stay 30:11
Steve 2:23 3:7
  10:24 11:11
  13:8 16:2
  18:25 20:23
  30:2,18
Steven 3:4 14:6
story 17:21 23:9
straight 8:3
stuff 3:10 14:17
  15:9 20:19

23:21,25 24:16
  28:8
SUBJECT 1:7
summarize 8:10
super 5:15 11:10
  18:24
supposed 3:20
sure 9:21 13:16
  13:18,20,23
  15:16 20:20
  21:18 26:22
  28:16,18
system 4:22 6:1
  6:2 7:1 8:1
  9:15 15:18
  18:17

**T**

take 5:21,25
  7:12 15:14
  16:11 25:5
  26:18
takes 19:7
talk 23:16 26:6
talking 8:25
Tanner 1:7 2:2
  2:3 3:1,16 4:9
  5:5,19 7:17,19
  8:18,24 9:2,10
  9:17,22 10:2,5
  10:15,19,22
  11:5,24 12:3,9
  13:25 14:24
  15:2,6,8,17
  16:5,21,24
  17:2,3,6,10,13
  17:14,22 18:3
  18:9,14 19:3
  19:12,24 20:1
  20:2,4,19
  24:14,15 26:8
  26:12 30:19
  31:8
Tanner's 26:18
  26:23 27:15
taste 29:10
tax 19:22
teams 13:19
technology
  10:22

tell 5:16 17:7
  21:15 28:1
telling 2:23 23:9
ten 2:4 19:7
  23:24
terms 21:14
Tether 19:15
Texas 2:25 3:6,9
  3:22 10:1,6
thank 20:2
thanks 20:1,3,4
  20:8 30:22,24
thanksgiving
  3:7 14:7
that'd 18:1
they'd 13:20
thing 2:7,10
  5:20 7:10
  10:16 12:10
  17:7,11 18:14
  19:12 25:22
  26:17 28:19
things 5:20
  19:19 28:21
think 3:3,10
  7:14 12:3,4,6
  14:6,7 19:20
  22:16,17 23:9
  23:9 24:7 25:4
  26:9,11,17,24
  26:25 27:2,4
  27:10 28:11
thinks 22:2
thought 26:1,20
  29:4,22
thousand 6:15
three 3:3 10:25
  13:11 16:17
  18:6 21:25
  22:1
throwing 21:7
thumbs 16:22
  16:25
time 3:8,24 6:24
  8:23 9:13 12:4
  15:24 18:11
  20:1 21:12
  23:20 28:2
  30:22
times 5:15 16:3

today 5:7 12:19
told 3:7 10:24
tomorrow 2:24
  12:20
top 4:19
touch 16:2 30:7
  30:20
tough 30:10
track 13:9
trading 27:13
transactions
  6:12,15 13:12
  22:1
transacts 13:11
TRANSCRIB...
  31:1
transcript 31:4
transcription
  1:15 31:5
transfer 12:17
transparent
  13:5
tricky 28:8
trillion 15:3
TRITEN 1:5
  31:7
true 5:22 31:4
trust 24:22
try 8:9
trying 5:15 10:8
  22:19 30:13
turn 6:13,14
  17:17,23,23
twiddling 16:22
  16:25
two 5:20,22
  20:14 26:6
  28:13

**U**

U.K 12:16 13:1
  18:4
uh 4:15 11:14
  13:12 15:9
  17:3 20:18
  23:8 24:8
ultimately 13:4
  13:10
um 2:12 3:9,13
  3:17,18 4:11

4:13,21,25
7:24 8:14 9:25
10:5,25 14:1,7
14:7,10 16:6,7
19:15 21:4,17
22:7,18 23:8
24:22 25:2,6,8
26:7,16 27:3
28:15,16,18,23
29:11 30:8
**understand** 7:20
21:6
**understanding**
20:20 28:20
**understood** 21:1
**UNITED** 1:1
**unlock** 7:5
**use** 8:2

**V**

**valuations** 29:7
**value** 5:15
**vet** 13:18
**vetted** 14:18
**vetting** 14:18
**VIDEO** 1:15

**W**

**waiting** 11:19
12:16
**wallet** 27:19
**wanna** 4:1 6:22
7:15 9:4 13:14
13:18 15:18
22:14 23:15,25
24:8 25:7 30:6
**want** 4:13 5:8
15:18 21:22
28:4
**wanted** 4:14
11:5 14:6
**wants** 14:25
16:9
**way** 7:7,8,21
10:8 11:10
13:18 18:21
21:1 22:17
23:24 25:10,11
27:7,18 30:3
**we'll** 12:11,11

15:21 18:13
**we're** 2:3,8 4:24
7:9 8:14 11:18
11:19,20 12:9
12:16 14:9,11
18:21,21 19:5
21:9,21 25:18
25:20
**we've** 2:15,17
8:22 24:10
**wealth** 13:3 15:3
**wealthy** 12:25
24:4
**Web3** 4:20
**website** 4:13
**week** 3:21 9:3
30:15
**weekend** 30:16
**went** 24:16 29:3
**wife** 17:15,20
**wiped** 7:25
**wolf** 16:7
**work** 6:25 10:25
16:12 28:21
30:20
**working** 19:2
22:15 23:19
**works** 17:24
27:7,18 28:14
28:16,17
**world** 16:13,18
22:9
**worth** 3:23 4:24
15:4
**wouldn't** 23:1
**Wow** 14:23

**X**

**Y**

**y'all** 13:22
**yeah** 3:1,1,11
5:13,19 7:13
8:14 11:9,10
11:18,24 12:7
12:7 13:4,25
14:4 15:4,4,6
16:10,19,24,25
17:6,19,25
18:1,8,14,23

19:3 21:5,13
23:3 24:12,14
25:4,6,25 26:5
26:19 27:2
28:3,3,9,15
29:15 30:9
**year** 6:6 11:22
16:12
**years** 5:3 8:15
22:20 23:24
**Yo** 20:7
**York** 30:11

**Z**

**zero** 7:3 24:13
**zoom** 13:21

**0**

**03** 1:7 2:2 31:8

**1**

**1** 1:8 14:9
**1.6** 4:18
**10** 5:3
**10-4** 15:21
**100** 27:20
**100%** 25:12,12
**11th** 16:18
**12-month** 8:13
**12.18.24** 1:7 2:2
31:8
**12th** 16:18
**15** 5:11
**16** 12:18
**185** 5:12

**2**

**20** 18:17 22:19
**200** 4:21 12:23
22:10,11,12
**200%** 7:4,4
**2019** 29:2
**202** 1:25
**24** 6:6
**24th** 30:11
**25** 12:18 13:6
14:14 22:22
26:21
**25,000** 6:11
**250** 2:5,8,15

**2X** 2:16

**3**

**30** 3:20 12:23
**30,000** 7:16
**31** 1:8
**315** 13:12 22:2
**32** 18:18
**33** 1:7 2:2 31:8
**365** 6:6 16:12
**3rd** 30:12

**4**

**4** 2:11 4:24
**400** 4:24
**467-9200** 1:25

**5**

**5** 5:3,11
**50** 4:16,22
**500** 2:15
**517624-A** 31:10
**52** 18:16
**5X** 2:11

**6**

**7**

**75** 6:15
**770** 9:10

**8**

**80** 6:15
**8th** 16:15

**9**

**99%** 29:7

# EXHIBIT 5

## MUTUAL CONFIDENTIALITY, NON-DISCLOSURE AND NON-CIRCUMVENTION AGREEMENT

This CONFIDENTIALITY NON-DISCLOSURE AND NON-CIRCUMVENTION AGREEMENT (this "**Agreement**") is made as of this 15th day of Jan , 2024 by and between Triten Financial Group, LLC a Wyoming limited liability company (together with its principals, officers, directors, representatives, partners and affiliates "**Triten** "), and Daniel Byler II , a MoPac Realty LLC ). (together with their principals, officers, directors, representatives, partners and affiliates " DBI ") each a ("**Party**") together the ("**Parties**").

The Parties have expressed an interest in discussing each other's business and business plans and in the course of the same Triten and DBI will have requested and will have received from the other Party, (or its representatives) certain confidential, proprietary or non-public information, materials and documents (irrespective of whether prepared by either Party or their representatives and whether furnished orally, electronically, in writing, and/or by inspection before or after the date of this Agreement) (all such information, including, without limitation, information generated by Triten or by DBI that contains, reflects or is derived from the furnished information, is collectively, the "Confidential Information"). The Parties are willing to discuss with and provide to each other certain Confidential Information, based on and in reliance upon the mutual agreement that:

1.  The Parties shall keep all Confidential Information strictly confidential and, without the prior written consent of the other Party shall not provide copies of, or disclose in any manner any portion thereof, to any person, entity or individual, any information contained therein (including, but not limited to, the names of any actual or potential parties referred to therein or any information with respect thereto, or the institutions referred to therein, etc.). Each Party agrees, at its sole cost and expense, to take reasonable measures to prevent prohibited and unauthorized disclosure or use of the Confidential Information.

2.  This agreement shall be in effect for a period of three (3) years from the date hereof.

3.  Each Party shall not be required to maintain the confidentiality of the Confidential Information if and only if it (1) was or becomes generally available to the public other than through disclosure by the receiving party in violation of this Agreement, (2) was available to the receiving party on a non-confidential basis prior to disclosure thereof to the receiving party or (3) becomes available to receiving Party from a source that receiving party neither knew nor should have known to have a duty of confidentiality with regard to the Confidential Information. The Parties understand and agree that the Confidential Information is extremely sensitive and confidential and producing party will be irreparably harmed if any of the Confidential Information is disclosed to any person other than pursuant to the terms and conditions of this Agreement, and that the producing party shall have the right to exercise any and all rights and remedies available under law, equity and/or otherwise (including, without limitation, the right to injunctive relief without the posting of any bond and without proof of actual damages) and shall have the right to recover attorneys' fees and other costs and expenses in the event Recipient breaches the terms and conditions of this Agreement. The receiving party further agrees that it shall destroy or return to the producing party at producing party's option, all tangible Confidential Information provided to receiving party (including all copies thereof) upon written request.

4.  The Parties agree that they will not directly or indirectly, circumvent or attempt to circumvent this Agreement or to do any act calculated to adversely affect the other party's ability to conduct business.

5. Should any litigation or other dispute resolution process be commenced between the Parties hereto or their representatives concerning any provision of this Agreement or the rights and duties of any person or entity in relation thereto, the party or parties prevailing in such litigation, whether by final judgment or out-of-court settlement, shall be entitled to, in addition to such other relief as may be granted to it, an award of all actual attorneys' fees and costs incurred in such litigation or proceeding, including, without limitation, fees and costs incurred with regard to post-judgment motions, appeal, contempt proceedings, garnishment, levy and debtor and third-party examinations, discovery, and bankruptcy litigation, without regard to any schedule or rule of court purporting to restrict such an award.  This Agreement shall be governed by the laws of the State of Texas and may be amended or waived only in writing signed by all parties hereto, and shall be binding on the parties and their respective officers, directors, shareholders, members, partners and affiliates.

6. If any term, provision, covenant or condition of this Agreement, or any application thereof, should be held by a court of competent jurisdiction to be invalid, void or unenforceable, all terms, provisions, covenants and conditions of this Agreement, and all applications thereof, not held invalid, void or unenforceable shall continue in full force and effect and shall in no way be affected, impaired or invalidated thereby.   In lieu of such invalid, void or unenforceable term, provision, covenant or condition, there shall be deemed added to this Agreement a term, provision, covenant or condition that is valid, not void and enforceable and is as similar in scope and content to such invalid, void or unenforceable term, provision, covenant or condition as may be possible.

IN WITNESS WHEREOF, each party has executed this Agreement and affixed its seal, by and through its duly authorized officer or representative, all as of the date first set forth above.

**Triten Financial Group, LLC**

[                                                    ]

By: _____
Name: tanner adam

By: _____
Name: Daniel Byler II

# EXHIBIT 6

# TERM LOAN AGREEMENT

This TERM LOAN AGREEMENT (the "**Agreement**") is dated as of this 22nd day of January, 2024 (the "**Effective Date**") by and between **TRITEN FINANCIAL GROUP, LLC**, a Wyoming limited liability company, and or any global affiliates, and or its assigns, (the "**Borrower**") and Mopac Realty LLC, and or its assigns, (the "**Lender**"). In consideration of the Lender lending a certain amount of money (the "**Loan**") to the Borrower, and the Borrower reimbursing the Loan to the Lender, the parties agree to support, execute and satisfy the promises and conditions written in this Agreement.

1. **Loan Amount**.  The total amount of money being borrowed from the Lender under this Agreement Two Hundred Fifty Thousand dollars (USD) ($250,000.00).

2. **Interest Rate**.  The Loan shall bear a non-compounding, simple interest rate of Eight percent (8.0%) monthly on the Principal balance of Two Hundred Fifty Thousand dollars (USD) ($250,000.00).

3. **Term**.  This Loan shall be for a term of Twelve  (12) months and all Principal shall be due and payable of this term loan agreement. ("**Termination Date**").

4. **Payments**.  The Borrower agrees to repay the Loan to the Lender in the form of monthly interest only payment of Twenty Thousand  dollars (USD) ($20,000.00) and followed by a balloon payment of the **Principal** upon the Termination Date. Monthly interest payments shall be made on the first day of each calendar month to the account of Lender's choice. In the event that the money is not deposited on the first of the month any **Principal** to be deployed that following Monday would be subject to a prorated value for the remaining days in the months cycle once Principal Capital is deployed at the daily interest rate agreed to by and between both **Lender** and **Borrower** per agreement.

5. **Late Payment**.  If the Borrower is late in making its monthly payment by more than five (5) days or for any payment due, it shall be considered late. If payment is late, the Borrower shall be charged a late fee equal to 1% of the Principal.

6. **Security**.  Both Lender and Borrower agree that this Agreement shall not be secured by any property or asset of the Borrower.

7. **Acceleration and Breach Clause**. The Lender agrees to lock the **"Principal"** for one (1) year unless contract is breached by Borrower, Tanner Adam, Triten Financial Group, LLC, or any member/person working/acting on behalf of Triten Financial Group, LLC. If such breach occurs, Lender has at their discretion the right to have the "**Principal"** re-paid to the bank account of Lenders's choosing plus any accrued interest paid to Lender's bank account that has not yet been paid and is owed with in two business days of Lender Written Notice of Breach and request of Withdrawal. Furthermore if Tanner Adam becomes deceased or incapacitated, or otherwise unable to continue per the terms of the contract lender has right to declare contract in default and can execute this breach clause at his discretion with principal and any interest accrued up to date due with in two business days of written breach or withdrawal

8. **Compromised Wallets**. In the event of a compromised wallet the party owning the compromised wallet shall inform the other party, in writing, that their wallet has been compromised, and provide a new wallet address within 3 business days prior to the next payout, or deposit, and it shall become the new wallet address to use from that point forward.

9. **Severability**. The provisions of this Agreement are intended to be read and interpreted independently. If any term, condition or provision of this Agreement is found to be invalid or unenforceable by a court of competent jurisdiction, the parties intend that the court reduce the scope of such provision to make it reasonable and enforceable and the remaining provisions of this Agreement will not be affected as a result.

10. **Non Disclosure and Agreement Not to Compete.** Lender agrees they and/or their assignees shall not create nor acquire a flash loans bot program similar to Borrower's product. Lender also agrees to not write code and agree to not pay to have code written for a bot that would reverse engineer or compete against the flash loan pools bot program of Borrower's. Lender also acknowledges being bound to the executed Non-Disclosure and Non-Circumvention Agreement.

11. **Governing Law**. This Agreement will be construed, and the rights, duties, and obligations of the parties will be determined in accordance with the laws of the State of Wyoming.

12. **Entire Agreement**. This Agreement, together with any written modifications or amendments to this Agreement hereafter entered into represents the entire understanding between the parties relative to the subject matter hereof.

13. **Counterparts**. This Agreement may be executed in any number of counterparts,

each of which shall be deemed an original but all of which together shall constitute and be construed as one and the same instrument, with the same effect as if all parties hereto had signed the same document. Electronic signatures are acceptable and will be binding on the parties.

IN WITNESS WHEREOF, Borrower and Lender have executed this Agreement as of the day and year first above written.

**BORROWER**

Triten Financial Group, LLC

By: _____

Name: Tanner Adam

Title: Principal & CEO

**LENDER**

Mopac Realty LLC

By: _____

Name: Daniel Byler II

# EXHIBIT 7

## EXHIBIT IS BEING MANUALLY FILED

# EXHIBIT 8

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:               )

                                ) File No. A-04106-A

TRITEN FINANCIAL GROUP, LLC   )


SUBJECT:  04 - Tanner - 14 March 2024 - 19 min

PAGES:    1 through 21




                    VIDEO TRANSCRIPTION








                Diversified Reporting Services, Inc.
                     (202) 467-9200

## Page 2

```
1            P R O C E E D I N G S
2     04 - Tanner - 14 March 2024 - 19 min
3            MALE SPEAKER:  Yeah, no, I get it.  So I'm
4     investing more money either way and I'll be putting
5     500 in.  My goal is to get to above 1 million pretty
6     quick.  Mark's going to be putting 250 in.  Ideally,
7     he would wait until this deal closes on 4/1 for him to
8     put his 500 in, so we should be at either a minimum of
9     1 million, but likely 1.25 here pretty quick.
10            I've got -- I know these are real small
11     dollar amounts for you, given, you know, the amazing
12     business you've built with your brother and
13     congratulations, man, like what you guys are doing --
14     I'm really excited to be a bigger part of it.  For me,
15     I mean I know -- I mean I've got an 18-month-old kid
16     and all I think about every day is how I'm going to
17     pay for college.  (Inaudible.)  Well, my question, is
18     there -- if we get to 1.25, is there -- is there a
19     way, Tanner, that I could do a five-year contract with
20     you.
21            TANNER:  No, there's not.
22            MALE SPEAKER:  Okay.
23            TANNER:  Yeah, there's not.  I've got to
24     watch the -- you know, I've got to watch the -- you
25     know, what I mean, the demand, I've got to watch like
```

## Page 3

```
1     where the market's going, you know, and it just
2     doesn't -- like I see us not giving out any five-year
3     contracts to anybody anymore.
4            MALE SPEAKER:  Okay.
5            TANNER:  Just because I've seen the demand
6     go up, but with the halving coming, you know what I
7     mean and everything like that and, you know -- you
8     know just being honest with you, like I got offered $1
9     billion to sell six weeks ago.
10            MALE SPEAKER:  Nice.
11            TANNER:  Okay.  If I did that, you know --
12     like if I would've took that billion dollars, then I
13     would've, you know, had five-year contracts that I
14     would've had to pay upfront.
15            MALE SPEAKER:  Got it.
16            TANNER:  You know what I mean?  It just
17     doesn't make -- it's not -- it doesn't make sense as a
18     business, just to stay flexible is the main reason.
19            MALE SPEAKER:  Okay.
20            TANNER:  Now, there's nothing to say --
21     again, Dan, there's nothing to say -- like you get to
22     like 1.5, 2, whatever, there's nothing to say that in
23     a year when it's time to renew that you're not -- that
24     you cannot renew, right?
25            MALE SPEAKER:  But my guess (crosstalk)
```

## Page 4

```
1     would also be if within that year, you guys are able
2     to secure $400Ms or whatever that dollar amount is,
3     you're not going to need my pennies.
4            TANNER:  Well, I wouldn't call it pennies,
5     but again, we don't know where the demand is going to
6     go --
7            MALE SPEAKER:  Got it.
8            TANNER:  -- you know?
9            MALE SPEAKER:  And then one other question
10     I --
11            TANNER:  No, because -- so I'll send it to
12     whatever account that you tell me.  I won't split it,
13     right?  Like that's why I won't do kind of like when I
14     tell people like hey, I'll pay one person and they
15     must pay out whoever they want to pay out, right?
16            MALE SPEAKER:  Okay, okay.  All right.  I'll
17     work on that then.
18            TANNER:  Yeah.  Just to keep it -- just to
19     keep it clean.
20            MALE SPEAKER:  Yeah, I didn't know -- I
21     don't want to be a hassle and I don't want to be a --
22            TANNER:  No, absolutely not, 100 percent,
23     no, no, no.  It's not that at all, you know?  It's
24     just to keep it clean, you know?
25            MALE SPEAKER:  Sure, sure.  All right, man.
```

## Page 5

```
1     I'm just waiting on Mark to find out if he's going to
2     do -- how he wants to break his up as far as wiring
3     money in now because I know to get to that 10 percent,
4     we need 1 million and if I wire 500 now, I'd only be
5     up 750.
6            TANNER:  So okay, so understand, though, you
7     have to put $1 million in, right?  Not -- because
8     you've already put 250 in at 8 percent, I can't change
9     that contract.
10            MALE SPEAKER:  Oh, okay, okay, okay.
11            TANNER:  If you want to do -- if you want to
12     do 10 percent, you have to come in $1 million.
13            MALE SPEAKER:  So the new contract would all
14     right.  Then I'll get with Mark and find out, but if
15     it -- if that new one would need to be $1 million,
16     then that existing one would stay in place as-is, then
17     I'd be good.
18            TANNER:  It'd have to be cause I can't -- I
19     don't have access --
20            MALE SPEAKER:  Okay.
21            TANNER:  -- it's locked, you know what I
22     mean?  That's why I did it, for safety reasons.
23            MALE SPEAKER:  Okay, okay.  And then one
24     other question that Mark had is he's trying to
25     understand that on the liquidity pool, like when we're
```

```
                                                    Page 6
 1   doing these flash loans, like if someone doesn't pay
 2   back the loan or something and someone takes it --
 3          TANNER:  (Inaudible.)
 4          MALE SPEAKER:  Say it --
 5          TANNER:  They can't not pay it back.
 6          MALE SPEAKER:  Oh, okay.  So there's --
 7          TANNER:  Because here's the thing, the money
 8   never actually meets or like hits and stays in the
 9   trader's account.  It's, in essence, basically what
10   happens is it's escrowed between the two exchanges.
11   So he can't say I'm going to buy it on one exchange
12   and then not sell it.  It's all ready the sale order
13   is in place.  That's why it has to be mapped out to
14   the lending pool --
15          MALE SPEAKER:  Okay.
16          TANNER:  -- to get a probability grade put
17   on it.
18          MALE SPEAKER:  Okay.  Most of this is over
19   my head, dude.  You're way more tech savvy than me.
20   (Laughter)
21          TANNER:  So think of it like this, say you
22   found the trade, right?  You're like I'm going to buy
23   it on this exchange because I can sell it on this
24   exchange for a profit right away, okay?
25          MALE SPEAKER:  Uh-huh.
```

```
                                                    Page 7
 1          TANNER:  Just like in real estate, you're
 2   flipping a -- you're flipping it, you're just flipping
 3   it instantaneously, okay?  So what happens is, is the
 4   person that is borrowing the money, the flash loan, he
 5   has to send that full completed trade into the lending
 6   pool and actually get a profitability grade, you know,
 7   90, 89, 94, whatever.  To meet our requirement, that
 8   profitability rate has to be over 99 percent change
 9   profitability that the money is bought, sold returned
10   and locked back into our system in nine seconds or
11   less at a 99 percent chance or they don't get the
12   money.
13          MALE SPEAKER:  Okay.
14          TANNER:  That's how we have -- that's how we
15   have not had a single failed transaction since we
16   started.
17          MALE SPEAKER:  Cool.  Yeah, I guess he's
18   just trying to analyze the risk, like if Bitcoin --
19   you know, if Bitcoin went from 72 grand down to 700
20   bucks in a day because something goofy happened,
21   does -- who loses -- who takes it in the pants?
22          TANNER:  So nobody because we still get
23   paid -- we're not getting paid on volume, right?
24   We're getting paid on amount.
25          MALE SPEAKER:  Okay.
```

```
                                                    Page 8
 1          TANNER:  So our daily number that we make is
 2   off of the amount of money we have in the system that
 3   is deployable as long as our governances are met.
 4          MALE SPEAKER:  Okay.
 5          TANNER:  So let's say there was not a single
 6   trade happening that day, whatever, right?  We would
 7   still make our percentage; therefore, we still pay you
 8   what we -- you know, we agreed to pay you.
 9          MALE SPEAKER:  Cool.  And then last question
10   Mark had and I think is a legit one, I'm just trying
11   to understand it, like the company seems like in the
12   future, it's probably going to be worth more than, you
13   know, $5 billion, I think it's going to continue to go
14   up over time as crypto becomes more mainstream, which
15   I think will take a little bit of time, but I applaud
16   you for, you know, not, you know, like Zuckerberg got
17   offered a lot of money for Facebook way back in the
18   day and he refused it and now he's, you know, a
19   trillionaire, so but my question would be like why
20   don't you guys -- you know, if you have this, why
21   don't -- can't you just get like a $300 million loan
22   for a bank?
23          TANNER:  Well, that's kind of what we're
24   doing.
25          MALE SPEAKER:  Okay.
```

```
                                                    Page 9
 1          TANNER:  You know, that's what the $400
 2   million is.
 3          MALE SPEAKER:  Okay.
 4          TANNER:  You know what I mean?  But it's not
 5   from a bank, it's from a fund.
 6          MALE SPEAKER:  Okay.
 7          TANNER:  So right, I mean the other thing
 8   about it is the banks will not loan to us because they
 9   don't understand it.  We've talked to probably seven
10   different banks.
11          MALE SPEAKER:  Oh, wow.
12          TANNER:  And they are all like oh my God,
13   this is amazing, but I don't know how I can pass this
14   (crosstalk).
15          MALE SPEAKER:  (Laughter.)  Through a board
16   of --
17          TANNER:  Right.
18          MALE SPEAKER:  -- you know 80-year-old white
19   guys.
20          TANNER:  Right.  We even had a group -- a
21   group of credit unions, you know, that was like hey, I
22   have 10 or 20 credit unions that we can do $5 million
23   a month.
24          MALE SPEAKER:  Got it.
25          TANNER:  And we were like okay, great.
```

Page 10

1     MALE SPEAKER:  Well, I guess my next
2  question for you then becomes like I obviously don't
3  want to lose out on this opportunity and I really
4  appreciate your follow up.  Do I wire my 500 in
5  tomorrow or do I wait for Mark to join me and then we
6  get to $1 million.  So let me follow up with him right
7  now and I'll be in touch here later today.
8     TANNER:  And that's fine, you know what I
9  mean?  Like my thing is this, there's a couple ways to
10 do it, right?  If you want to wire your 500 in
11 tomorrow, which would be best because then it could go
12 in the system starting Monday, right?
13    MALE SPEAKER:  Uh-huh.
14    TANNER:  Now if we wrote a contract for $1
15 million and understand that if you don't put $1
16 million in, you don't get the 10 percent, right, but
17 we could write the contract, you'll put in 500
18 tomorrow or, you know, $1 million by the first, we'll
19 call it, right?  Then we could do the deal at 10
20 percent.
21    MALE SPEAKER:  Okay.
22    TANNER:  You know what I'm saying?  You send
23 me 500, then understand that this month, you're only
24 going to get 8 percent on your 500, but starting next
25 month when the other 500 comes in, it would then go to

Page 11

1  10 percent, like I could do that.
2     MALE SPEAKER:  Okay.  I think that's fair.
3  Let me work on that right now.
4     TANNER:  You know, because I would just put
5  it in the system as a 10 percent, you know what I
6  mean, as a contract.
7     MALE SPEAKER:  Sure, okay.
8     TANNER:  So we could do that, you know?  I
9  was (inaudible) because, you know, you had mentioned
10 that you wanted to meet so I didn't know like --
11    MALE SPEAKER:  No, I appreciate it.  I did
12 and I mean I really appreciate your even willingness
13 to fly here because for me to go out and leave my wife
14 with an 18-month-old baby, that's just --
15    TANNER:  Well, and that was the thing.  I
16 was like --
17    MALE SPEAKER:  (Laughter.)
18    TANNER:  -- (inaudible) right.  So I was
19 like, you know, it's easier for one person to fly who
20 doesn't have a wife and kid and, you know, what I mean
21 and a day job (inaudible).
22    MALE SPEAKER:  Man, I -- if this all works
23 out, brother, I will put you on a pedestal with very,
24 very few people because I think your integrity and I
25 just -- I'm super impressed, but I'm sure you know

Page 12

1  like a lot of people when they look at a deal like
2  this, like man, this is so -- you know, most things
3  that appear too good to be true usually are, like I've
4  lost all my money on ICOs and --
5     TANNER:  (Inaudible) here's the thing, I've
6  said this to many people, even here in Miami, I'll
7  tell you right now, right, get me -- you line up 100
8  people on a street and don't tell them anything other
9  than I want five minutes of their time and they will
10 make millions, right?  They'll make an exorbitant
11 amount, more money than they ever made, okay.  You'll
12 get 100 people lined up, but I'll go one by one by
13 one, five minutes at a time, five minutes at a time.
14 I would not get a single one to invest in me --
15    MALE SPEAKER:  (Laughter)
16    TANNER:  -- because they don't know me, they
17 don't trust me.  They don't understand it, right?
18 That's why like you have to have someone to bring
19 credibility to you, like, for instance, Steve brought
20 it to you and Steve knew me.  You have to have someone
21 that's going to break down that first barrier or we
22 would never get any money.
23    MALE SPEAKER:  Yeah.  I mean I'm honestly
24 selfishly hoping you don't get that $400 million
25 because I feel like if -- you know, once four months

Page 13

1  go by and Mark and me as a combined on the second
2  trench are getting paid out, he's going to make some
3  phone calls and I guarantee there'll be a lot more
4  money coming in.  So I look forward to getting there
5  because I would benefit and that's very selfish of me.
6     TANNER:  And again, I don't -- I mean I
7  don't know how long -- so just to be honest with you,
8  okay, I think I told you this, right?  The $400
9  million is part of a like 40 something billion dollar
10 settlement, it's got to settle.  So we don't know how
11 long that's going to take, you know?  We've been
12 waiting almost 30 days already.
13    MALE SPEAKER:  Yeah.
14    TANNER:  You know what I'm saying?  But it's
15 going to -- it's such a large, you know, transaction
16 that it's got to settle on ledger at the central
17 banks.  So we don't know when it's going to happen.
18 It could take another 90 days.  It could take -- you
19 know what I mean?  It could happen next week.
20    MALE SPEAKER:  Yeah.
21    TANNER:  We don't know.
22    MALE SPEAKER:  That's crazy with the
23 uncertainty on that (laughter).
24    TANNER:  Well, when you think about it, it's
25 $40 billion.

Page 14

1  MALE SPEAKER:  That's a lot, but I mean
2  (crosstalk) --
3  TANNER:  -- a piece of that $40 billion.
4  MALE SPEAKER:  Yeah, 10-4.  Well, I
5  appreciate the call man and the follow-up.  Let me --
6  let me get Mark on the line here.  I'll follow up here
7  today with you.
8  TANNER:  Yeah, no problem.  And just let me
9  know if you plan on wiring money tomorrow, which it
10  sounds like you are, I want to -- I'll send you my new
11  banking.  I'm now a member of JP Morgan Private
12  Clients.  MALE SPEAKER:  Okay.
13  TANNER:  So way better system, way better --
14  I have my own personal banker now, like, you know, he
15  has 30 clients in the world, I'm one of them.  Dude
16  is -- dude's a beast.
17  MALE SPEAKER:  I bet.  (Laughter.)
18  TANNER:  So, you know, and for the first
19  time -- I'll be honest with you, for the first time, I
20  felt wanted at a bank.
21  MALE SPEAKER:  Ah, yeah, I can't -- they
22  still don't even let me use the bathroom at the banks,
23  man (laughter).
24  TANNER:  No, I mean like my last bank was
25  like well, this looks like money laundering.  Well,

Page 15

1  this looks like fraud.  Well, this looks like a Ponzi.
2  Well, you have a lot of money coming out, a lot of
3  money going in, a lot of money coming out.
4  (Inaudible) I'm like and what, you know?
5  MALE SPEAKER:  Yeah.
6  TANNER:  It's like for the first time, just
7  being honest with you, for the first time, I felt like
8  I was wanted at their institution (crosstalk).
9  MALE SPEAKER:  That's a good -- that's got
10  to be a great feeling.  Man, again, dude, it's --
11  TANNER:  Honestly.
12  MALE SPEAKER:  -- I hope my skepticism
13  doesn't offend you and -- but it -- I mean
14  (inaudible) --
15  TANNER:  No, none of that -- none of that.
16  MALE SPEAKER:  Congratulations on building
17  this out with your brother and not just to do it
18  yourself, but --
19  TANNER:  (Inaudible.)  No, I mean it's
20  been -- it's been an amazing, amazing ride.  Do you
21  know what I mean (crosstalk).
22  MALE SPEAKER:  With your family, too, like I
23  have a brother and I can't imagine just the ability to
24  work with him every day and build something for the
25  family, man, that's pretty incredible.

Page 16

1  TANNER:  No, I mean that's just -- that's
2  the beauty -- the beauty of it, you know what I mean?
3  I just -- I just paid for my mom and dad's house
4  that's being built right now, you know?  My dad called
5  me two weeks ago and was like hey, son, can I borrow
6  $30,000, I want to buy a tractor for the house.
7  MALE SPEAKER:  Cool.
8  TANNER:  My dad's never asked me for
9  anything.
10  MALE SPEAKER:  (Laughter.)  Well, that's
11  nice to be able to give back to your creator.
12  TANNER:  Exactly.  But like I said, for the
13  first time, like I met -- I met with JP Morgan, right?
14  And he brought me a couple of his -- of his team
15  members with him to lunch, you know what I mean?  They
16  took me to lunch and for the first time, they were
17  like -- they were like treating me -- like you said
18  earlier, they were treating me like I was like Bezos
19  or like Zuckerburg or Musk, you know what I mean?
20  Like they were like we want -- we would be honored to
21  house your money and your assets.  We would be honored
22  to handle your business.  We would be honored for you
23  to sign with JP Morgan.
24  MALE SPEAKER:  Yeah, that's pretty -- wow,
25  I'm sure they're going to make some money off of you,

Page 17

1  too.  You know, I mean they take --
2  TANNER:  Well, it's fine (crosstalk) --
3  MALE SPEAKER:  -- lending.
4  TANNER:  -- expect that, but like you know
5  what I mean like --
6  MALE SPEAKER:  They didn't treat you like a
7  criminal (laughter).
8  TANNER:  That's exactly (inaudible).  Yes,
9  that's exactly what I said, you know what I mean?  You
10  know, for the first time, like my money didn't feel
11  like it was in prison.
12  MALE SPEAKER:  Yeah, yeah.  Well,
13  congratulations, dude.  I think what you're building is
14  incredible and Carl shared with us yesterday about
15  some software or something that your brother built so
16  someone could do a surgery from South Africa over the
17  internet or something.  I mean it's -- I mean
18  everything that you do is way above my pay grade
19  intellectually, so --
20  TANNER:  That's where I'm a little bit
21  different than most people because I understand and I
22  think that's why we built it the way we built it, you
23  know what I mean, like pay whatever, like I
24  understand, though, that's the biggest thing I have to
25  tell people is like bro, like grew up on (inaudible).

Page 18

1    MALE SPEAKER:  Yeah.
2        TANNER:  You know what I mean?  Like I know
3    what is hard earned money.  So when I tell you like I
4    know this is your hard earned money, the last thing I
5    would ever want to do is put it at risk, that's why we
6    built the system the way we built it.  That's why we
7    fought for the 99 percent, so they'd offer us more
8    money to come down off the 99 percent because of, you
9    know what I mean, the volatility, like that's why I
10   was like no, like this is our -- this is hard earned
11   money.  Whether it's $1 million, $100,000, $250,000,
12   whatever it is, that's your hard earned money.
13       MALE SPEAKER:  Oh, and it -- I mean I'm at
14   jobsites all day, every day, I'm up before the sun.  I
15   work until I can't close my eyes.  I mean it's -- it's
16   - it is a lot of money, you know?  But to the same
17   thing, 100 grand today is, you know, not what 100
18   grand was 10 years ago, so --
19       TANNER:  No, it's true.  You know, I had
20   a -- I had a guy, his daughter, he put -- he put some
21   money in for his daughter, right, in her name, and I
22   found out this daughter like is in medical school in
23   an ivy league.  And she wrote me an email on the first
24   of the month because she got her first disbursement,
25   right?

Page 19

1    MALE SPEAKER:  Uh-huh.
2        TANNER:  Because I put it in her account, do
3    you know what I mean?
4        MALE SPEAKER:  Uh-huh.
5        TANNER:  Where she was like dude, it was
6    like the most amazing email I've ever gotten.  There
7    was like -- I don't know what I did to like -- you
8    know, my dad to meet you or whatever, you know what I
9    mean?  And she told me a story about how her mom and
10   dad would never do anything for themselves, they
11   always wanted to provide for her, you know?  And now
12   they're able to like have the nicer bottle of wine or
13   a nicer dinner instead of Subway, bro, like in this
14   email, instead of Subway, like go out to dinner, you
15   know?  And then she was like, you know, and you've
16   given me the opportunity to come out of medical school
17   debt free because of your system.
18       MALE SPEAKER:  And it's changing -- it's
19   going to change people's lives, you know, the -- I
20   call them the poor investors like me, but man, I'm
21   honored and I look forward to it.
22       TANNER:  No, I appreciate that and I respect
23   that, you know?  And I think that's another thing is I
24   respect -- like I give things their respect, you know
25   what I mean?  Like I don't take things for granted.  I

Page 20

1    don't feel -- I just don't live that way.
2        MALE SPEAKER:  Cool.  Well, I appreciate it,
3    man.
4        TANNER:  All right.  Let me know.  Let's
5    have a conversation or just shoot me a text later
6    tonight.  I can get you a contract out in about ten
7    minutes and I can get you my new wire information with
8    Chase as well because I don't use (crosstalk).
9        MALE SPEAKER:  If you can, send me the new
10   wire information now and I'll get you the data here by
11   tomorrow or hopefully tonight.
12       TANNER:  Yeah, I'll send it to you right
13   now.
14       MALE SPEAKER:  All right.  Thanks, Tanner.
15       TANNER:  Yeah, no problem, buddy.
16       MALE SPEAKER:  Okay, bye.
17       TANNER:  Bye.
18   (End of video file.)
19           * * * * *
20
21
22
23
24
25

Page 21

1           TRANSCRIBER'S CERTIFICATE
2
3    I, Wendy Smith, hereby certify that the foregoing
4    transcript is a complete, true and accurate
5    transcription of all matters contained on the recorded
6    proceedings in the matter of:
7    TRITEN FINANCIAL GROUP, LLC
8    04 - Tanner - 14 March 2024 - 19 min
9    517638-A
10   A-04106
11
12
13   _____
14          Transcriber
15
16
17
18
19
20
21
22
23
24
25

**A**

A-04106 21:10
A-04106-A 1:4
ability 15:23
able 4:1 16:11
   19:12
absolutely 4:22
access 5:19
account 4:12 6:9
   19:2
accurate 21:4
Africa 17:16
ago 3:9 16:5
   18:18
agreed 8:8
Ah 14:21
amazing 2:11
   9:13 15:20,20
   19:6
amount 4:2 7:24
   8:2 12:11
amounts 2:11
analyze 7:18
anybody 3:3
anymore 3:3
appear 12:3
applaud 8:15
appreciate 10:4
   11:11,12 14:5
   19:22 20:2
as-is 5:16
asked 16:8
assets 16:21

**B**

baby 11:14
back 6:2,5 7:10
   8:17 16:11
bank 8:22 9:5
   14:20,24
banker 14:14
banking 14:11
banks 9:8,10
   13:17 14:22
barrier 12:21
basically 6:9
bathroom 14:22
beast 14:16
beauty 16:2,2
benefit 13:5

best 10:11
bet 14:17
better 14:13,13
Bezos 16:18
bigger 2:14
biggest 17:24
billion 3:9,12
   8:13 13:9,25
   14:3
bit 8:15 17:20
Bitcoin 7:18,19
board 9:15
borrow 16:5
borrowing 7:4
bottle 19:12
bought 7:9
break 5:2 12:21
bring 12:18
bro 17:25 19:13
brother 2:12
   11:23 15:17,23
   17:15
brought 12:19
   16:14
bucks 7:20
buddy 20:15
build 15:24
building 15:16
   17:13
built 2:12 16:4
   17:15,22,22
   18:6,6
business 2:12
   3:18 16:22
buy 6:11,22 16:6
bye 20:16,17

**C**

C 2:1
call 4:4 10:19
   14:5 19:20
called 16:4
calls 13:3
Carl 17:14
cause 5:18
central 13:16
CERTIFICA...
   21:1
certify 21:3
chance 7:11

change 5:8 7:8
   19:19
changing 19:18
Chase 20:8
clean 4:19,24
clients 14:12,15
close 18:15
closes 2:7
college 2:17
combined 13:1
come 5:12 18:8
   19:16
comes 10:25
coming 3:6 13:4
   15:2,3
COMMISSION
   1:1
company 8:11
complete 21:4
completed 7:5
congratulations
   2:13 15:16
   17:13
contained 21:5
continue 8:13
contract 2:19
   5:9,13 10:14
   10:17 11:6
   20:6
contracts 3:3,13
conversation
   20:5
Cool 7:17 8:9
   16:7 20:2
couple 10:9
   16:14
crazy 13:22
creator 16:11
credibility 12:19
credit 9:21,22
criminal 17:7
crosstalk 3:25
   9:14 14:2 15:8
   15:21 17:2
   20:8
crypto 8:14

**D**

D 2:1
dad 16:4 19:8,10

dad's 16:3,8
daily 8:1
Dan 3:21
data 20:10
daughter 18:20
   18:21,22
day 2:16 7:20
   8:6,18 11:21
   15:24 18:14,14
days 13:12,18
deal 2:7 10:19
   12:1
debt 19:17
demand 2:25
   3:5 4:5
deployable 8:3
different 9:10
   17:21
dinner 19:13,14
disbursement
   18:24
Diversified 1:24
doing 2:13 6:1
   8:24
dollar 2:11 4:2
   13:9
dollars 3:12
dude 6:19 14:15
   15:10 17:13
   19:5
dude's 14:16

**E**

E 2:1,1
earlier 16:18
earned 18:3,4
   18:10,12
easier 11:19
either 2:4,8
email 18:23 19:6
   19:14
escrowed 6:10
essence 6:9
estate 7:1
exactly 16:12
   17:8,9
exchange 1:1
   6:11,23,24
exchanges 6:10
excited 2:14

existing 5:16
exorbitant
   12:10
expect 17:4
eyes 18:15

**F**

Facebook 8:17
failed 7:15
fair 11:2
family 15:22,25
far 5:2
feel 12:25 17:10
   20:1
feeling 15:10
felt 14:20 15:7
file 1:4 20:18
FINANCIAL
   1:5 21:7
find 5:1,14
fine 10:8 17:2
first 10:18 12:21
   14:18,19 15:6
   15:7 16:13,16
   17:10 18:23,24
five 12:9,13,13
five-year 2:19
   3:2,13
flash 6:1 7:4
flexible 3:18
flipping 7:2,2,2
fly 11:13,19
follow 10:4,6
   14:6
follow-up 14:5
foregoing 21:3
forward 13:4
   19:21
fought 18:7
found 6:22
   18:22
four 12:25
fraud 15:1
free 19:17
full 7:5
fund 9:5
future 8:12

**G**

G 2:1

getting 7:23,24
  13:2,4
give 16:11 19:24
given 2:11 19:16
giving 3:2
go 3:6 4:6 8:13
  10:11,25 11:13
  12:12 13:1
  19:14
goal 2:5
God 9:12
going 2:6,16 3:1
  4:3,5 5:1 6:11
  6:22 8:12,13
  10:24 12:21
  13:2,11,15,17
  15:3 16:25
  19:19
good 5:17 12:3
  15:9
goofy 7:20
gotten 19:6
governances 8:3
grade 6:16 7:6
  17:18
grand 7:19
  18:17,18
granted 19:25
great 9:25 15:10
grew 17:25
group 1:5 9:20
  9:21 21:7
guarantee 13:3
guess 3:25 7:17
  10:1
guy 18:20
guys 2:13 4:1
  8:20 9:19

_____ H _____

halving 3:6
handle 16:22
happen 3:17,19
happened 7:20
happening 8:6
happens 6:10
  7:3
hard 18:3,4,10
  18:12
hassle 4:21

head 6:19
hey 4:14 9:21
  16:5
hits 6:8
honest 3:8 13:7
  14:19 15:7
honestly 12:23
  15:11
honored 16:20
  16:21,22 19:21
hope 15:12
hopefully 20:11
hoping 12:24
house 16:3,6,21

_____ I _____

ICOs 12:4
Ideally 2:6
imagine 15:23
impressed 11:25
inaudible 2:17
  6:3 11:9,18,21
  12:5 15:4,14
  15:19 17:8,25
incredible 15:25
  17:14
information
  20:7,10
instance 12:19
instantaneously
  7:3
institution 15:8
integrity 11:24
intellectually
  17:19
internet 17:17
invest 12:14
investing 2:4
investors 19:20
It'd 5:18
ivy 18:23

_____ J _____

job 11:21
jobsites 18:14
join 10:5
JP 14:11 16:13
  16:23

_____ K _____

keep 4:18,19,24
kid 2:15 11:20
kind 4:13 8:23
knew 12:20
know 2:10,11,15
  2:24,25 3:1,6,7
  3:8,11,13,16
  4:5,8,20,23,24
  5:3,21 7:6,19
  8:8,13,16,16
  8:18,20 9:1,4
  9:13,18,21
  10:8,18,22
  11:4,5,8,9,10
  11:19,20,25
  12:2,16,25
  13:7,10,11,14
  13:15,17,19,21
  14:9,14,18
  15:4,21 16:2,4
  16:15,19 17:1
  17:4,9,10,23
  18:2,2,4,9,16
  18:17,19 19:3
  19:7,8,8,11,15
  19:15,19,23,24
  20:4

_____ L _____

large 13:15
laughter 6:20
  9:15 11:17
  12:15 13:23
  14:17,23 16:10
  17:7
laundering
  14:25
league 18:23
leave 11:13
ledger 13:16
legit 8:10
lending 6:14 7:5
  17:3
let's 8:5 20:4
line 12:7 14:6
lined 12:12
liquidity 5:25
little 8:15 17:20
live 20:1
lives 19:19

LLC 1:5 21:7
loan 6:2 7:4 8:21
  9:8
loans 6:1
locked 5:21 7:10
long 8:3 13:7,11
look 12:1 13:4
  19:21
looks 14:25 15:1
  15:1
lose 10:3
loses 7:21
lost 12:4
lot 8:17 12:1
  13:3 14:1 15:2
  15:2,3 18:16
lunch 16:15,16

_____ M _____

main 3:18
mainstream
  8:14
MALE 2:3,22
  3:4,10,15,19
  3:25 4:7,9,16
  4:20,25 5:10
  5:13,20,23 6:4
  6:6,15,18,25
  7:13,17,25 8:4
  8:9,25 9:3,6,11
  9:15,18,24
  10:1,13,21
  11:2,7,11,17
  11:22 12:15,23
  13:13,20,22
  14:1,4,12,17
  14:21 15:5,9
  15:12,16,22
  16:7,10,24
  17:3,6,12 18:1
  18:13 19:1,4
  19:18 20:2,9
  20:14,16
man 2:13 4:25
  11:22 12:2
  14:5,23 15:10
  15:25 19:20
  20:3
mapped 6:13
March 1:7 2:2

21:8
Mark 5:1,14,24
  8:10 10:5 13:1
  14:6
Mark's 2:6
market's 3:1
matter 1:3 21:6
matters 21:5
mean 2:15,15,25
  3:7,16 5:22 9:4
  9:7 10:9 11:6
  11:12,20 12:23
  13:6,19 14:1
  14:24 15:13,19
  15:21 16:1,2
  16:15,19 17:1
  17:5,9,17,17
  17:23 18:2,9
  18:13,15 19:3
  19:9,25
medical 18:22
  19:16
meet 7:7 11:10
  19:8
meets 6:8
member 14:11
members 16:15
mentioned 11:9
met 8:3 16:13,13
Miami 12:6
million 2:5,9 5:4
  5:7,12,15 8:21
  9:2,22 10:6,15
  10:16,18 12:24
  13:9 18:11
millions 12:10
min 1:7 2:2 21:8
minimum 2:8
minutes 12:9,13
  12:13 20:7
mom 16:3 19:9
Monday 10:12
money 2:4 5:3
  6:7 7:4,9,12
  8:2,17 12:4,11
  12:22 13:4
  14:9,25 15:2,3
  15:3 16:21,25
  17:10 18:3,4,8
  18:11,12,16,21

month 9:23
  10:23,25 18:24
months 12:25
Morgan 14:11
  16:13,23
Musk 16:19

N

N 2:1
name 18:21
need 4:3 5:4,15
never 6:8 12:22
  16:8 19:10
new 5:13,15
  14:10 20:7,9
nice 3:10 16:11
nicer 19:12,13
nine 7:10
number 8:1

O

O 2:1
obviously 10:2
offend 15:13
offer 18:7
offered 3:8 8:17
oh 5:10 6:6 9:11
  9:12 18:13
okay 2:22 3:4,11
  3:19 4:16,16
  5:6,10,10,10
  5:20,23,23 6:6
  6:15,18,24 7:3
  7:13,25 8:4,25
  9:3,6,25 10:21
  11:2,7 12:11
  13:8 14:12
  20:16
once 12:25
opportunity
  10:3 19:16
order 6:12

P

P 2:1
PAGES 1:8
paid 7:23,23,24
  13:2 16:3
pants 7:21
part 2:14 13:9

pass 9:13
pay 2:17 3:14
  4:14,15,15 6:1
  6:5 8:7,8 17:18
  17:23
pedestal 11:23
pennies 4:3,4
people 4:18
  11:24 12:1,6,8
  12:12 17:21,25
people's 19:19
percent 4:22 5:3
  5:8,12 7:8,11
  10:16,20,24
  11:1,5 18:7,8
percentage 8:7
person 4:14 7:4
  11:19
personal 14:14
phone 13:3
piece 14:3
place 5:16 6:13
plan 14:9
Ponzi 15:1
pool 5:25 6:14
  7:6
poor 19:20
pretty 2:5,9
  15:25 16:24
prison 17:11
Private 14:11
probability 6:16
probably 8:12
  9:9
problem 14:8
  20:15
proceedings
  21:6
profit 6:24
profitability 7:6
  7:8,9
provide 19:11
put 2:8 5:7,8
  6:16 10:15,17
  11:4,23 18:5
  18:20,20 19:2
putting 2:4,6

Q

question 2:17

4:9 5:24 8:9,19
  10:2
quick 2:6,9

R

R 2:1
rate 7:8
ready 6:12
real 2:10 7:1
really 2:14 10:3
  11:12
reason 3:18
reasons 5:22
recorded 21:5
refused 8:18
renew 3:23,24
Reporting 1:24
requirement 7:7
respect 19:22,24
  19:24
returned 7:9
ride 15:20
right 3:24 4:13
  4:15,16,25 5:7
  5:14 6:22,24
  7:23 8:6 9:7,17
  9:20 10:6,10
  10:12,16,19
  11:3,18 12:7,7
  12:10,17 13:8
  16:4,13 18:21
  18:25 20:4,12
  20:14
risk 7:18 18:5

S

S 2:1
safety 5:22
sale 6:12
savvy 6:19
saying 10:22
  13:14
school 18:22
  19:16
second 13:1
seconds 7:10
secure 4:2
SECURITIES
  1:1
see 3:2

seen 3:5
selfish 13:5
selfishly 12:24
sell 3:9 6:12,23
send 4:11 7:5
  10:22 14:10
  20:9,12
sense 3:17
Services 1:24
settle 13:10,16
settlement 13:10
seven 9:9
shared 17:14
shoot 20:5
sign 16:23
single 7:15 8:5
  12:14
six 3:9
skepticism
  15:12
small 2:10
Smith 21:3
software 17:15
sold 7:9
son 16:5
sounds 14:10
South 17:16
SPEAKER 2:3
  2:22 3:4,10,15
  3:19,25 4:7,9
  4:16,20,25
  5:10,13,20,23
  6:4,6,15,18,25
  7:13,17,25 8:4
  8:9,25 9:3,6,11
  9:15,18,24
  10:1,13,21
  11:2,7,11,17
  11:22 12:15,23
  13:13,20,22
  14:1,4,12,17
  14:21 15:5,9
  15:12,16,22
  16:7,10,24
  17:3,6,12 18:1
  18:13 19:1,4
  19:18 20:2,9
  20:14,16
split 4:12
started 7:16

starting 10:12
  10:24
STATES 1:1
stay 3:18 5:16
stays 6:8
Steve 12:19,20
story 19:9
street 12:8
SUBJECT 1:7
Subway 19:13
  19:14
sun 18:14
super 11:25
sure 4:25,25
  11:7,25 16:25
surgery 17:16
system 7:10 8:2
  10:12 11:5
  14:13 18:6
  19:17

T

take 8:15 13:11
  13:18,18 17:1
  19:25
takes 6:2 7:21
talked 9:9
Tanner 1:7 2:2
  2:19,21,23 3:5
  3:11,16,20 4:4
  4:8,11,18,22
  5:6,11,18,21
  6:3,5,7,16,21
  7:1,14,22 8:1,5
  8:23 9:1,4,7,12
  9:17,20,25
  10:8,14,22
  11:4,8,15,18
  12:5,16 13:6
  13:14,21,24
  14:3,8,13,18
  14:24 15:6,11
  15:15,19 16:1
  16:8,12 17:2,4
  17:8,20 18:2
  18:19 19:2,5
  19:22 20:4,12
  20:14,15,17
  21:8
team 16:14

tech 6:19
tell 4:12,14 12:7
   12:8 17:25
   18:3
ten 20:6
text 20:5
Thanks 20:14
they'd 18:7
thing 6:7 9:7
   10:9 11:15
   12:5 17:24
   18:4,17 19:23
things 12:2
   19:24,25
think 2:16 6:21
   8:10,13,15
   11:2,24 13:8
   13:24 17:13,22
   19:23
time 3:23 8:14
   8:15 12:9,13
   12:13 14:19,19
   15:6,7 16:13
   16:16 17:10
today 10:7 14:7
   18:17
told 13:8 19:9
tomorrow 10:5
   10:11,18 14:9
   20:11
tonight 20:6,11
touch 10:7
tractor 16:6
trade 6:22 7:5
   8:6
trader's 6:9
transaction 7:15
   13:15
Transcriber
   21:14
TRANSCRIB...
   21:1
transcript 21:4
transcription
   1:15 21:5
treat 17:6
treating 16:17
   16:18
trench 13:2
trillionaire 8:19

TRITEN 1:5
   21:7
true 12:3 18:19
   21:4
trust 12:17
trying 5:24 7:18
   8:10
two 6:10 16:5

**U**
Uh-huh 6:25
   10:13 19:1,4
uncertainty
   13:23
understand 5:6
   5:25 8:11 9:9
   10:15,23 12:17
   17:21,24
unions 9:21,22
UNITED 1:1
upfront 3:14
use 14:22 20:8
usually 12:3

**V**
video 1:15 20:18
volatility 18:9
volume 7:23

**W**
wait 2:7 10:5
waiting 5:1
   13:12
want 4:15,21,21
   5:11,11 10:3
   10:10 12:9
   14:10 16:6,20
   18:5
wanted 11:10
   14:20 15:8
   19:11
wants 5:2
watch 2:24,24
   2:25
way 2:4,19 6:19
   8:17 14:13,13
   17:18,22 18:6
   20:1
ways 10:9
we'll 10:18

we're 5:25 7:23
   7:24 8:23
We've 9:9 13:11
week 13:19
weeks 3:9 16:5
Wendy 21:3
went 7:19
white 9:18
wife 11:13,20
willingness
   11:12
wine 19:12
wire 5:4 10:4,10
   20:7,10
wiring 5:2 14:9
work 4:17 11:3
   15:24 18:15
works 11:22
world 14:15
worth 8:12
would've 3:12
   3:13,14
wouldn't 4:4
wow 9:11 16:24
write 10:17
wrote 10:14
   18:23

**X**

**Y**
yeah 2:3,23 4:18
   4:20 7:17
   12:23 13:13,20
   14:4,8,21 15:5
   16:24 17:12,12
   18:1 20:12,15
year 3:23 4:1
years 18:18
yesterday 17:14

**Z**
Zuckerberg
   8:16
Zuckerburg
   16:19

**0**
04 1:7 2:2 21:8

**1**

1 1:8 2:5,9 3:8
   5:4,7,12,15
   10:6,14,15,18
   18:11
1.25 2:9,18
1.5 3:22
10 5:3,12 9:22
   10:16,19 11:1
   11:5 18:18
10-4 14:4
100 4:22 12:7,12
   18:17,17
100,000 18:11
14 1:7 2:2 21:8
18-month-old
   2:15 11:14
19 1:7 2:2 21:8

**2**
2 3:22
20 9:22
202 1:25
2024 1:7 2:2
   21:8
21 1:8
250 2:6 5:8
250,000 18:11

**3**
30 13:12 14:15
30,000 16:6
300 8:21

**4**
4/1 2:7
40 13:9,25 14:3
400 9:1 12:24
   13:8
400Ms 4:2
467-9200 1:25

**5**
5 8:13 9:22
500 2:5,8 5:4
   10:4,10,17,23
   10:24,25
517638-A 21:9

**6**

**7**

700 7:19
72 7:19
750 5:5

**8**
8 5:8 10:24
80-year-old 9:18
89 7:7

**9**
90 7:7 13:18
94 7:7
99 7:8,11 18:7,8

# EXHIBIT 9

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 ) File No. A-04106-A

TRITEN FINANCIAL GROUP, LLC   )


SUBJECT:  02 - Jonathan Adam Video Bio _ Project

          Return Tutorial (1)

PAGES:    1 through 9




                    VIDEO TRANSCRIPTION




              Diversified Reporting Services, Inc.

                    (202) 467-9200

Page 2

```
 1              P R O C E E D I N G S
 2   02 - Jonathan Adam Video Bio _ Project Return Tutorial
 3   (1)
 4        MR. ADAM:  Hi, I'm Jonathan Adam.  I'm a
 5   pioneer in the decenthe principal here at GCZ Global.
 6   I'm also a founder in the CTO Thistle, a fully
 7   decentralized aggregated edge data center solution.  I
 8   know it's a mouthful, but at Thistle, we're changing
 9   the way the world's data is processed, between the Web
10   2 and the Web 3 world.  I have built some of the
11   largest platforms in the data center space for
12   casinos, the Department of Defense, social media
13   companies and others before journeying out into a
14   truly solving aggregating processing in the edge.
15        We use this aggregated processing to power
16   new financial and data systems within Web 3.  I
17   currently serve as a cyber ambassador for the state of
18   Kansas and I advise some of the joint special op
19   command units in areas relating to real time data
20   processing.  I hold seven patents in the data
21   processing, encryption and network transmissions
22   spaces and some of my technology is used in everyday
23   applications, like 5G, 6G, security systems, facial
24   recognition, real time audio translation, think
25   anything that needs to be processed fast, before it
```

Page 3

```
 1   gets to its destination.
 2        I'm a bit of a nerd.  I'm kind of the king
 3   of nerds, and I love to -- I love to code and develop
 4   things.  I use a paradigm in my development that I
 5   never differ from, which is simplicity, organization
 6   and rulesets.  These allow the best platforms to be
 7   created.  When starting my 22-year career in building
 8   platforms, I made sure that I knew everything
 9   necessary in the code from the bottom up.  And I
10   focused on handling most of that development myself.
11   I've been able to do this through having clearly
12   defined rulesets in place for the platform that I
13   never waiver from.
14        These rules within any platform allow for
15   efficiency and derisking the time and capital
16   necessary to build and operate the platform and any
17   platform, really.  Combining this paradigm with my
18   knowledge and capabilities within edge computing and
19   processing allows my platforms to operate faster and
20   compete significantly faster than any other platforms
21   out there because it allows us to compute within the
22   transmission layer of the network.  So this basically
23   means we can tie directly into networks that need a
24   big computational boost.
25        Being a data expert means that I have to
```

Page 4

```
 1   stay up on all new codes and coding languages and the
 2   uses o the data processing levels that we have to be
 3   able to compute anything that needs to be computed in
 4   any standard that it comes in.  After completing the
 5   Thistle platform, I set out to use the massive
 6   processing capacities created to turbocharge the world
 7   of decentralized finance or defi, as we call it.  We
 8   focused on removing the latency and risk from the
 9   fast-paced market that is defi and arbitrage within
10   defi.
11        I have a platform to make funding/lending
12   faster, while removing many of the capital risk
13   factors typically seen in the space.  Our platform
14   focuses on standing up data processing in the same
15   network layers the lending pool sources so we can make
16   real time decisions programmatically.  This helps to
17   reduce and practically eliminate risks on our capital.
18   We provide liquidity to flash lending protocols that
19   interact with our pool of capital through software
20   programs.  Our platform enforces a strict set of rules
21   on the use of the capital to fund the lending requests
22   of arbitrage traders within this defi space.
23        By running the platform within our edge
24   network and enforcing these rules on which
25   transactions actually qualify for the funding, we're
```

Page 5

```
 1   able to fund and be paid back these flash loans within
 2   nine seconds.  This is actually a rule required for
 3   the use of our capital.  Other requirements placed on
 4   the use of the capital are that the protocol must pay
 5   us a set daily rate, instead of giving us a percentage
 6   of each transaction for the capital they accept within
 7   our platform to be used in their system.
 8        This allows us to build a finance model,
 9   allowing for stability and sustainability within our
10   platform itself.  We have some other rules.  We also
11   require the protocol to have a minimum of $50 million
12   worth of trailing loan demand within 24 hours.  This
13   means that we are working with sustained lending
14   pools.  There's a lot of lending pools out there.  We
15   only want to work with the ones that are sustained.
16        We only allow payments to be made to us
17   every day within a stable token.  So this means that
18   we have no downward or upward pressure on our
19   earnings.  And we make them pay us every day.  The
20   last rule of the protocol is that the protocol must
21   deploy what we call an oracle within their network.
22   And their oracle must have a 99 percent success rate
23   on gauging transactional profitability or our system
24   will not interact with it and it will not allow any
25   transactional flow through our network.
```

Page 6

1       This means that we don't tolerate slippage
2   within our network.  Their software has to prove to us
3   that the trade that they want to make is 99 percent
4   statistically proven that it is profitable and can be
5   paid back the amount of the flash loan, plus the fee
6   to the lending pool itself.
7       Since January, we have never funded a
8   nonprofitable trade, due to the rulesets that we
9   enforce on the use of the capital.  I launched the
10  platform in November of 2022.  Between November and
11  April of 2023, the only capital running in the system
12  was my own capital.  I don't believe in bringing
13  things into the market until I've proven the
14  sustainability of the system and I always do that on
15  my own code, on my own efforts and on my own capital.
16  I currently have $13 million of my own money running
17  in the system and I have been reinvesting my returns
18  every day to service the demand that we have within
19  our pool.
20      Since April, we have added some equity debt
21  through Triten Financial that runs within our system
22  as well.  To date, we have $43.5 million running in
23  the system that's generating a set daily return.
24  We've grown -- we're scaling like crazy.  We've grown
25  in end users.  Within the platform, we had 1,300 end

Page 7

1   users in January and now, as of this morning, we have
2   97,380 users.  We've seen our daily demand grow from
3   $3 million in January to $290 million yesterday.  We
4   are scaling rapidly here and we need to get more
5   capital in the system to service the loan demands in
6   the platform.  We're currently generating $774,300 per
7   day in revenue on the $43.5 million we have running in
8   the system and we're servicing nearly $150 million
9   worth of the demand currently.
10      So we decided to create a PPM for $20
11  million to add to the system to service the delta in
12  loan demand.  The nice thing about our system is due
13  to us having a nine second turn rate on our loans, we
14  are able to service demand through a multiple.  So we
15  can use less capital in our system to actually service
16  the demand loads.  This allows for us to be flexible,
17  to have a -- you know, we can be flexible with the
18  rise and the fall of demand in the system.  The last
19  thing that we want to do is be over capitalized and
20  have inert capital.
21      So with all of that being said, we are
22  offering investors in our PPM a three percent monthly
23  return and a 30 percent on the profits generated from
24  the system.  We have a set daily rate paid to us for
25  the use of the capital, so blended, this becomes an

Page 8

1   8.3 percent monthly equivalent return to the LPs of
2   the fund and then we pay that every month.  So on the
3   first of every month, we're basically going to run the
4   fund capital for one calendar year.  So there's a
5   one-year lockup on the investment, however, we're
6   making the returns and profit participation payments
7   on the first day of each month and we will return the
8   lockup at the end of the year of the originating
9   capital.
10      So if you have any questions, please let me
11  know.  I am always here, always available and I look
12  forward to speaking with you.
13      (End of video file.)
14              * * * * *
15
16
17
18
19
20
21
22
23
24
25

Page 9

1           TRANSCRIBER'S CERTIFICATE
2
3   I, Wendy Smith, hereby certify that the foregoing
4   transcript is a complete, true and accurate
5   transcription of all matters contained on the recorded
6   proceedings in the matter of:
7   TRITEN FINANCIAL GROUP, LLC
8   02 - Jonathan Adam Video Bio _ Project Return Tutorial
9   (1)
10  517624-A
11  A-04106
12
13
14      _____
15          Transcriber
16
17
18
19
20
21
22
23
24
25

**A**

A-04106 9:11
A-04106-A 1:4
able 3:11 4:3 5:1
  7:14
accept 5:6
accurate 9:4
Adam 1:7 2:2,4
  2:4 9:8
add 7:11
added 6:20
advise 2:18
aggregated 2:7
  2:15
aggregating
  2:14
allow 3:6,14
  5:16,24
allowing 5:9
allows 3:19,21
  5:8 7:16
ambassador
  2:17
amount 6:5
applications
  2:23
April 6:11,20
arbitrage 4:9,22
areas 2:19
audio 2:24
available 8:11

**B**

back 5:1 6:5
basically 3:22
  8:3
believe 6:12
best 3:6
big 3:24
Bio 1:7 2:2 9:8
bit 3:2
blended 7:25
boost 3:24
bottom 3:9
bringing 6:12
build 3:16 5:8
building 3:7
built 2:10

**C**

**C** 2:1
calendar 8:4
call 4:7 5:21
capabilities 3:18
capacities 4:6
capital 3:15 4:12
  4:17,19,21 5:3
  5:4,6 6:9,11,12
  6:15 7:5,15,20
  7:25 8:4,9
capitalized 7:19
career 3:7
casinos 2:12
center 2:7,11
CERTIFICA...
  9:1
certify 9:3
changing 2:8
clearly 3:11
code 3:3,9 6:15
codes 4:1
coding 4:1
Combining 3:17
comes 4:4
command 2:19
COMMISSION
  1:1
companies 2:13
compete 3:20
complete 9:4
completing 4:4
computational
  3:24
compute 3:21
  4:3
computed 4:3
computing 3:18
contained 9:5
crazy 6:24
create 7:10
created 3:7 4:6
CTO 2:6
currently 2:17
  6:16 7:6,9
cyber 2:17

**D**

**D** 2:1
daily 5:5 6:23
  7:2,24

data 2:7,9,11,16
  2:19,20 3:25
  4:2,14
date 6:22
day 5:17,19 6:18
  7:7 8:7
debt 6:20
decenthe 2:5
decentralized
  2:7 4:7
decided 7:10
decisions 4:16
Defense 2:12
defi 4:7,9,10,22
defined 3:12
delta 7:11
demand 5:12
  6:18 7:2,9,12
  7:14,16,18
demands 7:5
Department
  2:12
deploy 5:21
derisking 3:15
destination 3:1
develop 3:3
development
  3:4,10
differ 3:5
directly 3:23
Diversified 1:24
downward 5:18
due 6:8 7:12

**E**

**E** 2:1,1
earnings 5:19
edge 2:7,14 3:18
  4:23
efficiency 3:15
efforts 6:15
eliminate 4:17
encryption 2:21
enforce 6:9
enforces 4:20
enforcing 4:24
equity 6:20
equivalent 8:1
everyday 2:22
EXCHANGE

1:1
expert 3:25

**F**

facial 2:23
factors 4:13
fall 7:18
fast 2:25
fast-paced 4:9
faster 3:19,20
  4:12
fee 6:5
file 1:4 8:13
finance 4:7 5:8
financial 1:5
  2:16 6:21 9:7
first 8:3,7
flash 4:18 5:1
  6:5
flexible 7:16,17
flow 5:25
focused 3:10 4:8
focuses 4:14
foregoing 9:3
forward 8:12
founder 2:6
fully 2:6
fund 4:21 5:1
  8:2,4
funded 6:7
funding 4:25
funding/lending
  4:11

**G**

**G** 2:1
gauging 5:23
GCZ 2:5
generated 7:23
generating 6:23
  7:6
giving 5:5
Global 2:5
going 8:3
GROUP 1:5 9:7
grow 7:2
grown 6:24,24

**H**

handling 3:10

1:1
expert 3:25

helps 4:16
Hi 2:4
hold 2:20
hours 5:12

**I**

inert 7:20
interact 4:19
  5:24
investment 8:5
investors 7:22

**J**

January 6:7 7:1
  7:3
joint 2:18
Jonathan 1:7
  2:2,4 9:8
journeying 2:13

**K**

Kansas 2:18
kind 3:2
king 3:2
knew 3:8
know 2:8 7:17
  8:11
knowledge 3:18

**L**

languages 4:1
largest 2:11
latency 4:8
launched 6:9
layer 3:22
layers 4:15
lending 4:15,18
  4:21 5:13,14
  6:6
levels 4:2
liquidity 4:18
LLC 1:5 9:7
loads 7:16
loan 5:12 6:5 7:5
  7:12
loans 5:1 7:13
lockup 8:5,8
look 8:11
lot 5:14
love 3:3,3

**LPs** 8:1

**M**

**making** 8:6
**market** 4:9 6:13
**massive** 4:5
**matter** 1:3 9:6
**matters** 9:5
**means** 3:23,25
  5:13,17 6:1
**media** 2:12
**million** 5:11
  6:16,22 7:3,3,7
  7:8,11
**minimum** 5:11
**model** 5:8
**money** 6:16
**month** 8:2,3,7
**monthly** 7:22
  8:1
**morning** 7:1
**mouthful** 2:8
**multiple** 7:14

**N**

**N** 2:1
**nearly** 7:8
**necessary** 3:9,16
**need** 3:23 7:4
**needs** 2:25 4:3
**nerd** 3:2
**nerds** 3:3
**network** 2:21
  3:22 4:15,24
  5:21,25 6:2
**networks** 3:23
**never** 3:5,13 6:7
**new** 2:16 4:1
**nice** 7:12
**nine** 5:2 7:13
**nonprofitable**
  6:8
**November** 6:10
  6:10

**O**

**o** 2:1 4:2
**offering** 7:22
**one-year** 8:5
**ones** 5:15

**op** 2:18
**operate** 3:16,19
**oracle** 5:21,22
**organization** 3:5
**originating** 8:8

**P**

**P** 2:1
**PAGES** 1:9
**paid** 5:1 6:5
  7:24
**paradigm** 3:4,17
**participation**
  8:6
**patents** 2:20
**pay** 5:4,19 8:2
**payments** 5:16
  8:6
**percent** 5:22 6:3
  7:22,23 8:1
**percentage** 5:5
**pioneer** 2:5
**place** 3:12
**placed** 5:3
**platform** 3:12
  3:14,16,17 4:5
  4:11,13,20,23
  5:7,10 6:10,25
  7:6
**platforms** 2:11
  3:6,8,19,20
**please** 8:10
**plus** 6:5
**pool** 4:15,19 6:6
  6:19
**pools** 5:14,14
**power** 2:15
**PPM** 7:10,22
**practically** 4:17
**pressure** 5:18
**principal** 2:5
**proceedings** 9:6
**processed** 2:9,25
**processing** 2:14
  2:15,20,21
  3:19 4:2,6,14
**profit** 8:6
**profitability**
  5:23
**profitable** 6:4

**profits** 7:23
**programmati...**
  4:16
**programs** 4:20
**Project** 1:7 2:2
  9:8
**protocol** 5:4,11
  5:20,20
**protocols** 4:18
**prove** 6:2
**proven** 6:4,13
**provide** 4:18

**Q**

**qualify** 4:25
**questions** 8:10

**R**

**R** 2:1
**rapidly** 7:4
**rate** 5:5,22 7:13
  7:24
**real** 2:19,24
  4:16
**really** 3:17
**recognition** 2:24
**recorded** 9:5
**reduce** 4:17
**reinvesting** 6:17
**relating** 2:19
**removing** 4:8,12
**Reporting** 1:24
**requests** 4:21
**require** 5:11
**required** 5:2
**requirements**
  5:3
**return** 1:8 2:2
  6:23 7:23 8:1,7
  9:8
**returns** 6:17 8:6
**revenue** 7:7
**rise** 7:18
**risk** 4:8,12
**risks** 4:17
**rule** 5:2,20
**rules** 3:14 4:20
  4:24 5:10
**rulesets** 3:6,12
  6:8

**run** 8:3
**running** 4:23
  6:11,16,22 7:7
**runs** 6:21

**S**

**S** 2:1
**scaling** 6:24 7:4
**second** 7:13
**seconds** 5:2
**SECURITIES**
  1:1
**security** 2:23
**seen** 4:13 7:2
**serve** 2:17
**service** 6:18 7:5
  7:11,14,15
**Services** 1:24
**servicing** 7:8
**set** 4:5,20 5:5
  6:23 7:24
**seven** 2:20
**significantly**
  3:20
**simplicity** 3:5
**slippage** 6:1
**Smith** 9:3
**social** 2:12
**software** 4:19
  6:2
**solution** 2:7
**solving** 2:14
**sources** 4:15
**space** 2:11 4:13
  4:22
**spaces** 2:22
**speaking** 8:12
**special** 2:18
**stability** 5:9
**stable** 5:17
**standard** 4:4
**standing** 4:14
**starting** 3:7
**state** 2:17
**STATES** 1:1
**statistically** 6:4
**stay** 4:1
**strict** 4:20
**SUBJECT** 1:7
**success** 5:22

**sure** 3:8
**sustainability**
  5:9 6:14
**sustained** 5:13
  5:15
**system** 5:7,23
  6:11,14,17,21
  6:23 7:5,8,11
  7:12,15,18,24
**systems** 2:16,23

**T**

**technology** 2:22
**thing** 7:12,19
**things** 3:4 6:13
**think** 2:24
**Thistle** 2:6,8 4:5
**three** 7:22
**tie** 3:23
**time** 2:19,24
  3:15 4:16
**token** 5:17
**tolerate** 6:1
**trade** 6:3,8
**traders** 4:22
**trailing** 5:12
**transaction** 5:6
**transactional**
  5:23,25
**transactions**
  4:25
**Transcriber**
  9:15
**TRANSCRIB...**
  9:1
**transcript** 9:4
**transcription**
  1:16 9:5
**translation** 2:24
**transmission**
  3:22
**transmissions**
  2:21
**Triten** 1:5 6:21
  9:7
**true** 9:4
**truly** 2:14
**turbocharge** 4:6
**turn** 7:13
**Tutorial** 1:8 2:2

9:8
**typically** 4:13

**U**

**UNITED** 1:1
**units** 2:19
**upward** 5:18
**use** 2:15 3:4 4:5
  4:21 5:3,4 6:9
  7:15,25
**users** 6:25 7:1,2
**uses** 4:2

**V**

**video** 1:7,16 2:2
  8:13 9:8

**W**

**waiver** 3:13
**want** 5:15 6:3
  7:19
**way** 2:9
**we're** 2:8 4:25
  6:24 7:6,8 8:3
  8:5
**We've** 6:24,24
  7:2
**Web** 2:9,10,16
**Wendy** 9:3
**work** 5:15
**working** 5:13
**world** 2:10 4:6
**world's** 2:9
**worth** 5:12 7:9

**X**

**Y**

**year** 8:4,8
**yesterday** 7:3

**Z**

**0**

**02** 1:7 2:2 9:8

**1**

**1** 1:8,9 2:3 9:9
**1,300** 6:25
**13** 6:16
**150** 7:8

**2**

**2** 2:10
**20** 7:10
**202** 1:25
**2022** 6:10
**2023** 6:11
**22-year** 3:7
**24** 5:12
**290** 7:3

**3**

**3** 2:10,16 7:3
**30** 7:23

**4**

**43.5** 6:22 7:7
**467-9200** 1:25

**5**

**50** 5:11
**517624-A** 9:10
**5G** 2:23

**6**

**6G** 2:23

**7**

**774,300** 7:6

**8**

**8.3** 8:1

**9**

**9** 1:9
**97,380** 7:2
**99** 5:22 6:3

# EXHIBIT 10

# TERM LOAN AGREEMENT

This TERM LOAN AGREEMENT (the "**Agreement**") is dated as of this 18th day of March, 2024 (the "**Effective Date**") by and between **TRITEN FINANCIAL GROUP, LLC**, a Wyoming limited liability company, and or any global affiliates, and or its assigns, (the "**Borrower**") and Mopac Lewis LLC, and or its assigns, (the "**Lender**"). In consideration of the Lender lending a certain amount of money (the "**Loan**") to the Borrower, and the Borrower reimbursing the Loan to the Lender, the parties agree to support, execute and satisfy the promises and conditions written in this Agreement.

1. **Loan Amount**.  The total amount of money being borrowed from the Lender under this Agreement One Million One Hundred Thousand  dollars (USD) ($1,100,000.00).

2. **Interest Rate**.  The Loan shall bear a non-compounding, simple interest rate of Ten percent (10.0%) monthly on the Principal balance of One Million One Hundred Thousand dollars (USD) ($1,100,000.00).

3. **Term**.  This Loan shall be for a term of Twelve (12) months and all Principal shall be due and payable of this term loan agreement. ("**Termination Date**").

4. **Payments**.  The Borrower agrees to repay the Loan to the Lender in the form of monthly interest only payment of One Hundred Ten Thousanddollars (USD) ($110,000.00) and followed by a balloon payment of the **Principal** upon the Termination Date. Monthly interest payments shall be made on the first day of each calendar month to the account of Lender's choice. In the event that the money is not deposited on the first of the month any **Principal** to be deployed that following Monday would be subject to a prorated value for the remaining days in the months cycle once Principal Capital is deployed at the daily interest rate agreed to by and between both **Lender** and **Borrower** per agreement.

5. **Late Payment**.  If the Borrower is late in making its monthly payment by more than five (5) days or for any payment due, it shall be considered late. If payment is late, the Borrower shall be charged a late fee equal to 1% of the Principal.

6. **Security**.  Both Lender and Borrower agree that this Agreement shall not be secured by any property or asset of the Borrower.

7. **Acceleration and Breach Clause**.  The Lender agrees to lock the **"Principal"** for One (1) years unless contract is breached by Borrower, Tanner Adam, Triten Financial Group, LLC, or any member/person working/acting on behalf of Triten Financial Group, LLC. If such breach occurs, Lender has at their discretion the right to have the "**Principal"** re-paid to the bank account of Lenders's choosing plus any accrued interest paid to Lender's bank account that has not yet been paid and is owed with in two business days of Lender Written Notice of Breach and request of Withdrawal. Furthermore if Tanner Adam becomes deceased or incapacitated, or otherwise unable to continue per the terms of the contract lender has right to declare contract in default and can execute this breach clause at his discretion with principal and any interest accrued up to date due with in two business days of written breach or withdrawal.

8. **Compromised Wallets**. In the event of a compromised wallet the party owning the compromised wallet shall inform the other party, in writing, that their wallet has been compromised, and provide a new wallet address within 3 business days prior to the next payout, or deposit, and it shall become the new wallet address to use from that point forward.

9. **Severability**.  The provisions of this Agreement are intended to be read and interpreted independently.  If any term, condition or provision of this Agreement is found to be invalid or unenforceable by a court of competent jurisdiction, the parties intend that the court reduce the scope of such provision to make it reasonable and enforceable and the remaining provisions of this Agreement will not be affected as a result.

10. **Non Disclosure and Agreement Not to Compete.**  Lender agrees they and/or their assignees shall not create nor acquire a flash loans bot program similar to Borrower's product. Lender also agrees to not write code and agree to not pay to have code written for a bot that would reverse engineer or compete against the flash loan pools bot program of Borrower's.  Lender also acknowledges being bound to the executed Non-Disclosure and Non-Circumvention Agreement.

11. **Governing Law**.  This Agreement will be construed, and the rights, duties, and obligations of the parties will be determined in accordance with the laws of the State of Wyoming.

12. **Entire Agreement**.  This Agreement, together with any written modifications or amendments to this Agreement hereafter entered into represents the entire understanding between the parties relative to the subject matter hereof.

13.  **Counterparts**.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute and be construed as one and the same instrument, with the same effect as if all parties hereto had signed the same document. Electronic signatures are acceptable and will be binding on the parties.

IN WITNESS WHEREOF, Borrower and Lender have executed this Agreement as of the day and year first above written.

**<u>BORROWER</u>**

Triten Financial Group, LLC

By: _____

Name: Tanner Adam

Title: Principal & CEO

**<u>LENDER</u>**

Mopac Lewis LLC

By: _____

Name: Daniel Byler II

# EXHIBIT 11

Triten Financial Group Financials 2023 Summary

| Month | Amount Running | Gross Income | Principal Reserve | Profit | Interest Payouts | Commissions | Staff | Operating Expenses | Net Profit | Corporate Reinvested |
|---|---|---|---|---|---|---|---|---|---|---|
| January | $25,000.00 | $6,897.50 | $6,897.50 | $6,552.63 | | | $551.80 | | $6,000.83 | |
| February | $38,000.00 | $10,484.20 | $10,484.20 | $9,959.99 | | | $838.74 | | $9,121.25 | |
| March | $60,000.00 | $16,554.00 | $16,554.00 | $15,726.30 | $10,800.00 | $1,200.00 | $1,324.32 | $5,000.00 | -$2,598.02 | |
| April | $240,000.00 | $64,080.00 | $64,080.00 | $60,876.00 | $24,200.00 | $4,800.00 | $5,126.40 | $31,000.00 | -$4,250.40 | |
| May | $4,250,000.00 | $1,172,575.00 | $1,172,575.00 | $1,113,946.25 | $40,000.00 | $85,000.00 | $93,806.00 | $15,431.54 | $879,708.71 | |
| June | $10,260,000.00 | $2,739,420.00 | $2,739,420.00 | $2,602,449.00 | $481,800.00 | $205,200.00 | $219,153.60 | $318,118.29 | $1,378,177.11 | $1,200,000.00 |
| July | $12,000,000.00 | $3,310,800.00 | $3,310,800.00 | $3,145,260.00 | $914,000.00 | $216,000.00 | $264,864.00 | $198,556.85 | $1,551,839.15 | $2,000,000.00 |
| August | $13,200,000.00 | $3,641,880.00 | $3,641,880.00 | $3,459,786.00 | $1,106,000.00 | $224,000.00 | $291,350.40 | $261,002.71 | $1,577,432.89 | $1,750,000.00 |
| September | $14,400,000.00 | $3,844,800.00 | $3,844,800.00 | $3,652,560.00 | $1,296,000.00 | $254,000.00 | $307,584.00 | $197,430.76 | $1,597,545.24 | $1,700,000.00 |
| October | $19,752,560.00 | $5,449,731.30 | $5,449,731.30 | $5,177,244.74 | $1,911,306.86 | $275,706.86 | $435,978.50 | $1,282,013.00 | $1,272,239.51 | $6,000,000.00 |
| November | $33,627,804.74 | $8,978,623.87 | $8,978,623.87 | $8,529,692.67 | $2,241,508.56 | $217,713.69 | $718,289.91 | $314,761.23 | $5,037,419.28 | |
| December | $44,855,497.41 | $12,375,631.74 | $12,375,631.74 | $11,756,850.15 | $2,907,405.00 | $360,100.00 | $990,050.54 | $1,319,727.34 | $6,179,567.27 | $6,000,000.00 |
| YTD 2023 | $44,855,497.41 | $41,611,477.60 | $41,611,477.60 | $39,530,903.72 | $10,933,020.42 | $1,843,720.55 | $3,328,918.21 | $3,943,041.72 | $19,482,202.83 | $18,650,000.00 |

1

2023 YTD Profit and Loss Statement

| Description | Amount | Notes |
|---|---|---|
| **Revenues:** | | |
| **- Gross Income** | $41,611,477.60 | |
| | | |
| **Total 2023 YTD Revenue** | **$41,611,477.60** | |
| | | |
| **Expenses:** | | |
| **- Commissions** | $1,843,720.55 | |
| **- Staff** | $3,328,918.21 | |
| **- Operating Expenses** | $3,943,041.72 | |
| **- Interest Payments** | $10,933,020.42 | |
| **- Corporate Reinvestment** | $18,650,000.00 | |
| | | |
| **Total 2023 YTD Expenses** | **$38,698,700.89** | |
| | | |
| **2023 YTD Net Revenue** | **$2,912,776.71** | |
| | | |
| **Debt:** | | |
| **- Project Return Debt** | $26,205,497.41 | |
| | | |
| **Total 2023 YTD Debt** | $26,205,497.41 | |
| | | |

2023 YTD Balance Sheet

| Assets: | | | Liabilities: | |
|---|---|---|---|---|
| | | | | |
| Current Assets: | | | Current Liabilities: | |
| | | | | |
| - USDT on Reserve for Principal Repayment | $44,855,497.41 | | | |
| - Cash from Operations | $19,482,202.83 | | | |
| | | | Long Term Liabilities: | |
| Non-Current Assets: | | | | |
| | | | - Debt | $26,205,497.41 |
| - Market Value of Investments | $44,855,497.41 | | | |
| | | | Total Liabilities | $26,205,497.41 |
| Total Assets | $64,337,700.24 | | | |
| | | | Equity: | |
| | | | | |
| | | | - Retained Earnings | $19,482,202.83 |
| | | | - Additional Paid In Capital | $18,650,000.00 |
| | | | Total Equity | $38,132,202.83 |
| | | | | |
| | | | Total Liabilities & Equity | $64,337,700.24 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# EXHIBIT 12

## DEBT ROUND | 61% FILLED

On 11.1.23 the debt round increased to:
### $50 million
to meet demand
_____
### $30.7 million
now deployed in the lending pool



## TRITEN FINANCIAL
### G R O U P

**DASHBOARD | 3.1.24**

## PROJECT RETURN PAYOUTS



Dec
Nov
Oct
Sept

| 1542205 | 1775977 | 1941136 | 2310998 |

## PROJECT RETURN LENDERS
### FAMILY & FRIENDS

**84** 

## TOTAL PAYOUTS

Total Interest and Fees paid out via bank wire by the 5th of each month April 1st – January 5th 2024.

### $17,015,494

## ESTIMATED 4.1.24 PAYOUT



### $3,900,870

## PROJECT RETURN DETAILS

- **Vehicle: Corporate Structured Debt |**   Interest: Simple, non-compounding rate
- **Minimums: Note - $100,000 |**   Term - 4 months or 1 year blockchain smart contract
- **Monthly Interest Rate: 8% |**   Paid via wire on the 1st of each month
- **Annual Interest Rate = 96% (ninety-six percent)**
- **This is NOT a security. This is NOT an investment.**
- **This is a debt round offering for an automated deployment system.**
- **Interest required to be paid monthly to lender.**

## PROTOCOLS & STANDARDS

- Protocol:  Lending Pool
- **Oracle:  Artificial Intelligence (AI) governs the lending pool**
- Bot:  AI Bot communicates with lending pool oracles to govern, execute and transact flash loans through the lending program.

- **The Lending Pool must have a minimum 99.9% historical repayment rate per trade presented to the Lending Pool.**

- **Lending Pool must have a minimum of $50m in loan volume per trailing 24 hr. Period.**



Triten Financiial Group is a proud contributor to the Magic Wand Foundation, providing 20 annual scholarships to young leaders worldwide, attending the 7 Mindstes | Ultimate Life Summit.