# EXHIBIT 3

## DECLARATION OF SCOTT SHICKLER

I, Scott Shickler, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.      I am an entrepreneur.  I am over eighteen years of age and am competent to make this declaration.

2.      In or around May 2023, I was introduced to Tanner Adam by my cousin.  My cousin told me that he had known Tanner and his brother, Jonathan Adam, for about five years.

3.      I was introduced to Tanner's company, Triten Financial Group ("Triten").  I understood Triten to be a company that offered individuals the opportunity to participate in lending pools that would be used to provide flash loans for cryptocurrency trades.

4.      I was offered the opportunity to loan money to Triten for use in its lending pool.

5.      On May 16, 2023, I received an email from Tanner Adam in which he welcomed me to the Project Return Program of Triten.  Attached to that email was an executive summary of the program.  A true and correct copy of that document is attached to my declaration as Exhibit A.

6.      Prior to making my first loan to Triten, I was told that Triten had made interest payments for the month of March of approximately $12,000 and interest payments for the month of April of approximately $27,200.  I also was told

that Triten anticipated making interest payments for the month of May of approximately $80,000 based on the $1,000,000 in loans funding the lending pool.

7.      I initially intended to make a loan of $50,000 to Triten in exchange for a monthly interest rate of 8%.  Ultimately, I was offered a monthly return of 9% and made a loan of $100,000.

8.      I made all of my loans to Triten through a company that I own.  On May 22, 2023, my company entered into a loan agreement with Triten in which it loaned Triten $100,000 in exchange for monthly interest payments of 9% for a period of one year.  A true and correct copy of the loan agreement is attached to my declaration as Exhibit B.

9.      When I made this loan to Triten, I understood that my money had to be transferred to Triten no later than the Friday preceding the week I wanted the loan to deploy.  When the money was received, Triten would deploy the funds the following Monday and the money would be locked into a smart contract for the length of the term of the loan.  I continued to have this understanding for each subsequent loan I made.

10.     I understood that the smart contract associated with the loan could not be broken.  I understood that my principal would be safe and could not be touched by anyone until the end of the loan period.  I also understood that Triten received a

guaranteed 1% each day on the amount of the funds in the lending pool, which would be used to make my monthly interest payment.

11.     At no time did Tanner or Jonathan Adam tell me that my principal loan could be used to pay expenses incurred by Triten.

12.     I understood that any expenses incurred by Triten would be funded from the daily guaranteed 1% return on the funds in the lending pool.

13.     I understood that if Triten defaulted on an interest payment to me, I would have the right to request the return of my full principal and remaining interest.  I understood that any such payment would be funded from the daily guaranteed 1% return and any profits that Triten had amassed.

14.     At no time did Tanner or Jonathan Adam tell me that my principal loan could be used to pay personal expenses incurred by either Adam brother.

15.     At no time did Tanner or Jonathan Adam tell me that my principal loan could be used to make interest payments to other investors.

16.     Had Tanner or Jonathan Adam told me that any of the principal loan amount that I lent to Triten could be used to pay their personal expenses or to make interest payments to other investors, I would not have lent Triten any money.

17.     Towards the end of May 2023, my cousin contacted me to let me know that there was an opportunity to receive a higher monthly return on my loan to Triten.  I was told that another individual had agreed to loan $3 million to Triten

in return for 12% monthly interest for a period of 10 years.  That individual was planning to make four payments to fund the $3 million loan.

18.     My cousin told me that if I agreed to increase my loan to $2 million in one payment, he could get me a monthly return of 12.5% for a period of 10 years, which would be the highest return that Triten offered.

19.     Because the loan amount was substantial, I wanted to better understand the lending program and the technology behind it, so I requested more information about Triten from my cousin.  As part of my due diligence on Triten, I had numerous conversations with Tanner Adam via email, text and telephone.

20.     On June 27, 2023, I participated in a call with my cousin and the Adam brothers to discuss increasing my loan to Triten from $100,000 to $2 million.  I taped a portion of that call so that I would be able to review the information conveyed during that conversation.  A true and correct copy of that recording is attached to my declaration as Exhibit C.

21.     I provided a copy of the taped call to Melissa Mitchell, an attorney with the Securities and Exchange Commission.  It is my understanding that Ms. Mitchell arranged for the recording I provided to be transcribed.  I have reviewed the transcription of that recording and attest that it accurately reflects the information contained in the recording to the extent the recording is audible.  A true and correct copy of the transcript is attached to my declaration as Exhibit D.

22.     The following day, I participated in a video/virtual conference meeting with Jonathan Adam.  I taped a portion of that call so that I would be able to review the information communicated to me by Jonathan Adam to better understand the opportunity.  A true and correct copy of that recording is attached to my declaration as Exhibit E.

23.     I provided a copy of the taped call to Ms. Mitchell.  It is my understanding that Ms. Mitchell arranged for the recording I provided to be transcribed.  I have reviewed the transcription of that recording and attest that it accurately reflects the information contained in the recording to the extent the recording is audible.  A true and correct copy of the transcript is attached to my declaration as Exhibit F.

24.     On June 30, 2023, I participated in a call with Tanner Adam.  I taped a portion of that call so that I would be able to review the information conveyed during that conversation.  A true and correct copy of that recording is attached to my declaration as Exhibit G.

25.     I provided a copy of the taped call to Ms. Mitchell.  It is my understanding that Ms. Mitchell arranged for the recording I provided to be transcribed.  I have reviewed the transcription of that recording and attest that it accurately reflects the information contained in the recording to the extent it is

audible.  A true and correct copy of the transcript is attached to my declaration as Exhibit H.

26.     During my due diligence of Triten, I had numerous conversations, emails and text messages with my cousin, Tanner Adam, Jonathan Adam, and a Triten investor.  I also reviewed documents related to Triten.

27.     During my conversations with the Adam brothers, I was told the following:  Jonathan Adam had developed technology that he used to identify smart contracts for the sale of cryptocurrency.  The technology had a 99% success rate in identifying smart contracts that would be executed successfully.  Once the smart contract was identified, the technology would provide a flash loan that would allow the smart contract to be executed.  The party seeking the flash loan to fund the smart contract would repay the loan within 9 seconds.

28.     It was important to me that Jonathan Adam was the creator of the technology.  I would not have invested in Triten if the Adam brothers had not told me that Jonathan Adam had created the technology that was being used by Triten.

29.     I also was told the following:  Jonathan's technology could make cryptocurrency trades faster than other technology in the market.  Initially, the Adam brothers were using the technology to make trades in their own money on the Gemini platform.  When Gemini realized that the technology used by the Adam

brothers worked faster than the technology Gemini used, Gemini tried to buy the technology from Jonathan Adam.

30.    I was further told the following:  Jonathan Adam did not want to sell his technology, so he negotiated a deal with Gemini in which Jonathan allowed Gemini to use his technology in exchange for agreeing to pay a daily fee of 1% of the amount of the funds that the Adam brothers had in their lending pool on the Gemini platform.

31.    The example I was given is that if they had $100,000 in a fund on the platform, Gemini would pay them $1,000 a day for that money.

32.    I was told that because a monthly return of $30,000 on a $100,000 loan was substantial, the Adam brothers realized that if they could grow the amount of available funds that they had in the lending pool on the Gemini platform, they could offer substantial returns to their friends and family.

33.    During my call with Tanner and Jonathan Adam on June 27, 2023, I questioned them about the litigation brought by the SEC against the Gemini cryptocurrency exchange founded by the Winklevoss twins.  I asked them if they were concerned about the Gemini exchange collapsing and impacting the investment because they were deploying their capital on that exchange.  In response, they did not tell me they were not using the Gemini exchange founded by the Winklevoss twins.  Instead, they explained that Gemini Global was dozens of

different companies and that they were working with Gemini's Panamanian platform.

34.     I asked to see the Gemini platform.  In a subsequent call with Jonathan Adam on June 29, 2023, Jonathan walked me through a demonstration of the Gemini platform.  I videotaped a portion of that demonstration on my phone. A true and correct copy of that video is attached to my declaration as Exhibit I.

35.     I asked to see the agreement with Gemini.  Initially, they declined to show me the agreement.  Once I told them that I would not increase my loan without seeing the agreement, Tanner Adam sent it to me.  A true and correct copy of that agreement is attached to my declaration as Exhibit J.

36.     During a call with Tanner Adam on June 30, 2023, we again discussed the Gemini platform.  Tanner revisited my question about the litigation against Gemini and said that the litigation against Gemini was the reason that Gemini had moved offshore.  Tanner also explained that the reason the logo on the Gemini website that Jonathan had shown me was different from the logo for the Gemini exchange founded by the Winklevoss brothers was because it was the Panama lending pool.

37.     Neither Jonathan nor Tanner Adam told me that the Gemini platform with which Triten worked was a distinct company that had no affiliation with the Gemini lending pool founded by the Winklevoss twins.

38.     During my conversations with the Adam brothers, I also was provided with information about Jonathan Adam's background.  I was told that Jonathan had co-founded a company called Thissl, Inc. ("Thissl") and that Thissl had just completed a round of fundraising in which they received $59 million.  Jonathan told me Thissl had used the Simple Agreement for Future Equity ("SAFE") program and that Sequoia Capital Operations, LLC ("Sequoia") had provided a substantial portion of the fundraising.

39.     Jonathan Adam also told me that Thissl was responsible for powering the entire network for BaseCamp, LLC.

40.     Jonathan Adam told me that the following individuals were on the board of directors of Thissl:  Landham Napier, who was the founder of Rackspace; Dan Tuzzio, who is the father of LiDAR and Allen Sugar, from the Sugar family in Europe.

41.     Based on the information provided by the Adam brothers and the due diligence I conducted, including the review of the agreement with Gemini, I decided to increase my loan to Triten.

42.     On June 30, 2023, I increased my loan to Triten from $100,000 to $1,000,000.  In exchange for increasing my loan by $900,000, I received a new loan agreement in which my company loaned $1,000,000 to Triten in exchange for

monthly interest payments of 12.5% for a period of ten years.  A true and correct copy of the loan agreement is attached to my declaration as Exhibit K.

43.     On November 17, 2023, I was sent a recording of Jonathan Adam and told that he was raising $20 million via a private placement memorandum.  I was asked if I would introduce Jonathan to some private equity firms I know.  I requested a copy of the PPM.  I never received it.  A true and correct copy of that recording is attached to my declaration as Exhibit L.

44.     I provided a copy of the recording to Ms. Mitchell.  It is my understanding that Ms. Mitchell arranged for the recording I provided to be transcribed.  I have reviewed the transcription of that recording and attest that it accurately reflects the information contained in the recording.  A true and correct copy of the transcript is attached to my declaration as Exhibit M.

45.     I received a 1099 for 2023 from Triten reflecting the interest paid on each of my loans.  Receiving the 1099 gave me confidence in the loans I had already made and gave me further confidence to make additional loans because it showed that Triten was reporting its income to the IRS.

46.     In February 2024, I entered into another loan agreement with Triten.  My company loaned Triten $200,000 in exchange for monthly interest payments of 12.5% for a period of five years.  A true and correct copy of the loan agreement is attached to my declaration as Exhibit N.

47.     On April 4, 2024, I had had a conversation with Tanner Adam.  I took notes during that conversation.  After the conversation, I typed those notes into a document.  A true and correct copy of those notes are attached to my declaration as Exhibit O.

48.     During that conversation, Tanner told me that a sovereign government backed by the King of England planned to loan $400 million to Triten.  Tanner said that they planned to make the loan in tranches and that the first $50 million of the loan was already in process.  He was expecting the first $50 million within one to two weeks.  Tanner told me that he was building his parents a dream house and that he gave his younger brother 10% of Tanner's profits, which amounted to $300,000 a month.

49.     In May 2024, I contacted Tanner Adam and asked if Triten was still accepting new loans.  Tanner said Triten was accepting new loans until it was not.  On May 8, 2024, my company loaned Triten $800,000 in exchange for 12.5% monthly interest payments for a period of 3 years.  A true and correct copy of the loan agreement is attached to my declaration as Exhibit P.

50.     I had requested a longer loan term, but Tanner said that Triten was only accepting loans for a three-year period because he wanted to limit the exposure on the loans.  He said that he might sell Triten and if that happened, he would have to fulfill all the open contracts on an accelerated basis.

51.     I received all interest payments on my loans with Triten until July 2024.  I have not received any interest payments since June 5, 2024.

52.     The Adam brothers identified two potential risks associated with making a loan to Triten.  The first risk was that someone could hack into the crypto wallet holding the funds and steal them.  The second risk was a marketplace risk that the global market would no longer value cryptocurrency trading.

53.     The brothers also told me that there was a small risk that the technology would identify an unsuccessful smart contract, but that they had never had an unsuccessful transaction.  Additionally, I was told that there was no risk that the money I lent to Triten would be impacted by market fluctuations in the value of cryptocurrency.

54.     Jonathan Adam told me that the money earned from the lending pool was placed into two cold wallets.  For security purposes, each brother maintained possession of one cold wallet and the security code to access the wallet held by the other brother.  They would meet twice a week to transfer the money from the cold wallet to the Triten banking account.  At some point, I was told that they only transferred funds from the cold wallets once a month due to the transaction fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __13__, 2024,

_____
Scott Shickler

# EXHIBIT A

# Debt Round Offering

*Triten Financial Term Debt for Our Automated Deployment System*



**TRITEN FINANCIAL**
G R O U P

# What is Triten?

**Triten Financial Group** a holding company that houses equity positions in multiple companies that either incubated or took an equity position in. These companies are comprised of multiple sectors of the corporate business world including technology, streaming, infrastructure, movie studio, real estate, a delta 8 seltzer company, social media, isp infrastructure and data center hosting.

**Thissl** - Edge Computing Platform Technology Company https://www.thissl.com

    7 Patents:

- Edge Computing
- Military Grade Encryption
- Data Transmission
- File Sharding
- Secure Socket Layers
- Clusterization of Data
- Data Processing

**Monytize** - Social E Commerce Streaming Platform https://monytizeapp.com/

    Content Provided: Movies, Music, Games, Live TV.

**Spark River Entertainment** - Spiderwood Movie Studios in Bastrop Tx https://spiderwoodstudios969.com/

    Exclusive Content Generator, Movie Productions, Tv Series.

    Sets on 152 acres of land with 1 acre of Colorado River frontage

**Take Flight Seltzer** - Delta 8 Seltzer Company https://takeflight.global/

    Seltzer Branded Delta 8 Product with no Alcohol

**Digital Data Solutions Plus** - Infrastructure Company https://digitaldatasolutionsplus.com

    Large Scale Infrastructure Projects

**Y Suite Data Centers** - Data Center and Processing Hosting

    Decentralized Data Centers housed all over the world including Texas, Nevada, South Africa, California, Chicago, and others

**Shorestream** - Supports Center for our decentralized networks https://shorestream.com/

**ICCN** - International Communications Corporation Network https://www.iccnetworking.com/

    Providing a free public internet connectivity to underserved areas around the world.

**City Zero Networks** - Internet Service Provider

    Allows us to be an ISP provider in underserved LI areas that we implement our infrastructure and technology into.

# Smart, Simple Returns

Triten Financial Group is a financial group that provides investment and operating finance to startups and established corporations that meet its criteria. Triten also offers its clients access to short term, high return rate, outside the box Triten operated finance opportunities.

## The Opportunity

Triten Financial, LLC (Triten) is opening a deployable debt round one in the amount of $10,000,000.00 USD, and is offering 12 month terms at a monthly, non-compounding interest rate of 8% for each month.  Triten will enter into individual loan agreements with each lender at the term of twelve months.  All interest payments are available the first business day of the month.

Triten Financial has developed an automated system that deploys liquidity capital to companies that provide flash loans to traders, operations, and institutions.  We provide liquidity capital to the top flash liquidity providers that meet our criteria for deployments.  This criteria is:

1.  Liquidity pool operators must have a minimum of $50,000,000.00 in loan volume per 24-hour period.
2.  They must have their own oracles deployed within their chain to communicate with our system.
3.  They must have a minimum of 99.9% repayment per transaction rates.
4.  They must evaluate all trades and loan requests through their oracle system for validity and profitability of each trade to ensure the loan can be repaid within the same transaction on the chain.  If not, the loan must be deemed invalid.

Triten Financial's automated system deploys each customer into a proprietary bot deployment and enters into a smart contract with the liquidity provider.  Our bot

software interfaces directly with the on chain Oracle to receive loan data, and the validated trade data for Triten provided liquidity for the flash loan.  The current average loan length is ˜9 seconds.  Our smart contracts consist of several non-negotiable rules:

1.  The fees for providing the liquidity to the lending pool must be a flat daily guaranteed rate.
2.  These fees must be paid out to Triten daily with no compounding.
3.  Each smart contract must be for a period of twelve months, with a guarantee that the capital is deployed daily.  Triten locks the money into the lending pool for this term, guaranteeing Triten a fixed daily rate.
4.  The fees must be available to be withdrawn from the Triten account at the lending pool a minimum of twice per week.

This model has allowed Triten to create a new finance product that opens up the ability to take useable, deployable debt through PE debt vehicles and lock in an 8% monthly interest rate to the providers of the debt to Triten.  Each lender is given a login to our system and access to their performance dashboard which shows their bot's performance and generated interest revenue.

This debt round opportunity is available to current and prospective Triten Financial clients until the round is filled.

# EXHIBIT B

# TERM LOAN AGREEMENT

This TERM LOAN AGREEMENT (the "**Agreement**") is dated as of this 22nd day of May, 2023 (the "**Effective Date**") by and between **TRITEN FINANCIAL GROUP, LLC**, a Wyoming limited liability company, and or any global affiliates, and or its assigns, (the "**Borrower**") and 37 Investments LLC, and or its assigns, (the "**Lender**"). In consideration of the Lender lending a certain amount of money (the "**Loan**") to the Borrower, and the Borrower reimbursing the Loan to the Lender, the parties agree to support, execute and satisfy the promises and conditions written in this Agreement.

1. **Loan Amount**. The total amount of money being borrowed from the Lender under this Agreement is One Hundred Thousand dollars (USD) ($100,000.00).

2. **Interest Rate**. The Loan shall bear a non-compounding, simple interest rate of nine percent (9.0%) monthly on the Principal balance of One Hundred Thousand dollars (USD) ($100,000).

3. **Term**. This Loan shall be for a term of Twelve (12) months and all Principal shall be due and payable on 5/22/2024 ("**Termination Date**").

4. **Payments**. The Borrower agrees to repay the Loan to the Lender in the form of 12 monthly interest only payments of Nine Thousand dollars (USD) ($9,000.00) and followed by a balloon payment of the **Principal** upon the Termination Date. Monthly interest payments shall be made on the first day of each calendar month to the account of Lender's choice. In the event that the money is not deposited on the first of the month any **Principal** to be deployed that following Monday would be subject to a prorated value for the remaining days in the months cycle once Principal Capital is deployed at the daily interest rate agreed to by and between both **Lender** and **Borrower** per agreement.

5. **Late Payment**. If the Borrower is late in making its monthly payment by more than five (5) days or for any payment due, it shall be considered late. If payment is late, the Borrower shall be charged a late fee equal to 1% of the Principal.

6. **Security**. Both Lender and Borrower agree that this Agreement shall not be secured by any property or asset of the Borrower.

7. **Acceleration and Breach Clause**. The Lender agrees to lock the **"Principal"** for one (1) year unless contract is breached by Borrower, Tanner Adam, Triten Financial Group, LLC, or any member/person working/acting on behalf of Triten Financial Group, LLC. If such breach occurs, Lender has at their discretion the right to have the "**Principal"** re-paid to the bank account of Lenders's choosing plus any accrued interest paid to Lender's bank account that has not yet been paid and is owed with in two business days of Lender Written Notice of Breach and request of Withdrawal. Furthermore if Tanner Adam becomes deceased or incapacitated, or otherwise unable to continue per the terms of the contract lender has right to declare contract in default and can execute this breach clause at his discretion with principal and any interest accrued up to date due with in two business days of written breach or withdrawal

8. **Compromised Wallets**. In the event of a compromised wallet the party owning the compromised wallet shall inform the other party, in writing, that their wallet has been compromised, and provide a new wallet address within 3 business days prior to the next payout, or deposit, and it shall become the new wallet address to use from that point forward.

9. **Severability**. The provisions of this Agreement are intended to be read and interpreted independently. If any term, condition or provision of this Agreement is found to be invalid or unenforceable by a court of competent jurisdiction, the parties intend that the court reduce the scope of such provision to make it reasonable and enforceable and the remaining provisions of this Agreement will not be affected as a result.

10. **Non Disclosure and Agreement Not to Compete.** Lender agrees they and/or their assignees shall not create nor acquire a flash loans bot program similar to Borrower's product. Lender also agrees to not write code and agree to not pay to have code written for a bot that would reverse engineer or compete against the flash loan pools bot program of Borrower's. Lender also acknowledges being bound to the executed Non-Disclosure and Non-Circumvention Agreement.

11. **Governing Law**. This Agreement will be construed, and the rights, duties, and obligations of the parties will be determined in accordance with the laws of the State of Wyoming.

12. **Entire Agreement**. This Agreement, together with any written modifications or amendments to this Agreement hereafter entered into represents the entire understanding between the parties relative to the subject matter hereof.

DocuSign Envelope ID: 01DFD609-4797-4BE3-BEB1-1E6A984BBD5B

13. **Counterparts**. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute and be construed as one and the same instrument, with the same effect as if all parties hereto had signed the same document. Electronic signatures are acceptable and will be binding on the parties.

IN WITNESS WHEREOF, Borrower and Lender have executed this Agreement as of the day and year first above written.

**BORROWER**

Triten Financial Group, LLC

By: _____

Name: Tanner Adam

Title: Principal & CEO

**LENDER**

37 Investments LLC

By: _____

Name: Scott Shickler

Title: _____Manager_____

# EXHIBIT C

## EXHIBIT IS BEING MANUALLY FILED

# **EXHIBIT** D

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                    )

                                     )  File No. A-04106

TRITEN FINANCIAL GROUP, LLC    )


SUBJECT:  6-27-23 Carl Jonathan Tanner Richard DD call

PAGES:    1 through 35




                    AUDIO TRANSCRIPTION




            Diversified Reporting Services, Inc.

                 (202) 467-9200

Page 2

1      P R O C E E D I N G S
2   6-27-23 Carl Jonathan Tanner Richard DD call
3            MALE VOICE 1:  All right.  It looks like
4   Richard joined us by phone, so --
5            MALE VOICE 2:  (Inaudible.)
6            MALE VOICE 1:  All right.  Hey, guys,
7   thanks for making the time.  Appreciate it.  Got --
8   got some questions.  Obviously, I'm -- I'm invested or
9   I made a loan as you're aware of at a hundred, and I
10  was considering, you know, another sizable investment,
11  and Richard was looking at it, we were talking about
12  it, and we just got, you know, some more questions,
13  especially at a much higher level.
14           MALE VOICE 2:  Yeah, sounds great.
15           MALE VOICE 1:  So, maybe, you know,
16  Jonathan, I'd love to just understand -- um, I mean, I
17  don't own any cryptocurrency, so I'm not familiar with
18  the exchange sites and how people use them, and what
19  the need for a bot is, you know.  I'd love to hear,
20  like, why did you create the bot?  What were you
21  looking to do?
22           MALE VOICE 2:  Yeah.
23           MALE VOICE 1:  And what does it do, and just
24  help me understand the business more.
25           MALE VOICE 2:  Oh, yeah, a hundred percent.

Page 3

1   This is the part of it I love.  So, about three years
2   ago, we -- I noticed that there (inaudible) a
3   significant amount of volatility constantly growing
4   across the decentralized (inaudible).  One of the
5   advantages that crypto has is that there is no set
6   price.  The price is different per exchange, you know.
7   So, it's (inaudible) but there are also -- get you the
8   (inaudible) of trade and exchange -- exchange -- a
9   cross exchange.  So, a lot of Wall Street, and a lot
10  of the institutional guys, they're writing bot,
11  looking for -- using AI, looking for ways to make
12  faster trades in higher volumes, right?
13           So, there's three ways, really, to win in
14  the crypto space.  One is, you're buying and ended up
15  (inaudible) just like the stock market, so you bought
16  Bitcoin at 20,000 and it's now worth 30,000.  Well,
17  second is you're arbitraging across multiple markets.
18  So, Bitcoin is worth $25,000 Brackin (phonetic), and
19  $28,000 in coin base, so you buy on Brackin and you
20  sell on Coinbits.  What we do, because we are
21  extremely risk adverse here, so what we do, the third
22  way is to make money by staking your tokens, okay?
23  So, you're -- you have a million dollar in Ethereum.
24  You'd put it into the Ethereum network on the trades,
25  and then people borrow it (inaudible).  So, what we

Page 4

1   do, we actually (inaudible) with the (inaudible).
2            So, institutionally, most of the arbitrage
3   trading that happens in the crypto market happens
4   across a lending pool.  So, they were going to a
5   lending pool and they'll say, I want to make a
6   million dollar trade.  I want to buy on here, I want
7   to sell on here, and the lending pool will then issue
8   them a flash loan.  But that loan is really quick.
9   It's very easy to get because the oracles in the
10  network around for the person lending the money to
11  verify their (inaudible) trading will be profitable
12  and they get its loan return plus its fee and send the
13  net to the trader.  Right?
14           So, on the trading bot side, you have a lot
15  of institutions and a lot of AI (inaudible) building
16  bots to make trades.  The building bots, they find
17  those trades and automatically execute them over and
18  over (inaudible).  We know (inaudible) trade until the
19  market (inaudible).  Right?  And we love those guys
20  because they need guys like us to push the capital
21  (inaudible).
22           So, what we did is we said okay, instead of
23  focusing on a bot that had some risk, because if you
24  don't make that trade fast enough, then -- and the
25  market moves (inaudible) the trade won't execute, you

Page 5

1   still owe a fee for the beginning of the transaction.
2   So, if that bot turns around and tries to get that
3   trade 500 times, they're going to get that fee
4   hundreds of times before your bot -- before your bot
5   initializes.
6            So, what we did is we looked at it and we
7   said, (inaudible), I can create a bot that interacts
8   with the oracle and the flash (inaudible) and then I
9   can push capital into that bot and then our bot
10  (inaudible) forcing even greater or strict set of
11  rules on that oracle before it uses our capital.  So,
12  in a nutshell, we put in $100,000 into a bot, for
13  example.  That bot locks up with a smart contract
14  between it and the lending pool to give us a
15  guaranteed rate.
16           So, we attacked this from several different
17  angles.  We attacked it from the ability to enforce a
18  more strict set of rules on the Mong so that were risk
19  adverse, but what we also did is we said instead of
20  you paying us a commission for all we bought, we want
21  to receive a -- a flat amount every day of return.
22  But you're guaranteeing us that you're going to use
23  our capital, instead of paying us hundreds of times
24  (inaudible), you pay us one set rate daily.  So, the
25  lending protocol loves it because they can use our

1    money over and over and over for a set fee.  So, we
2    get preferred treatment in that (inaudible), and our
3    capital gets used a lot because it's more profitable
4    for the lending (inaudible), but it's actually
5    extremely profitable for us because we get a
6    guaranteed daily return.
7         The second thing that we did was we
8    worked -- we worked with -- I went through about a
9    year and what I found is everybody in the lending pool
10   is competing for the -- is competing for the large
11   transactions because they're offering banking
12   two-tenths or three-tenths of a point every time
13   (inaudible).  The thing that (audio drop) money to use
14   on $100,000,000 trade, ten (inaudible) on the trade
15   because it's worth more and more.  So, the bigger
16   guys, you know, the institutionally sides then,
17   they're actually in their competing for those large
18   transactions.  What we do, is there's actually a
19   pretty decent submarket in finding loans (inaudible)
20   $100,000 or less.  And there's -- it's very little
21   competition.
22        So, we've been in (inaudible) get enough
23   capital in there in order to quote/unquote kind of
24   monopolize that market because we made it easy to find
25   a lender, and on paying us, so that the smaller

1    transactions are more profitable for them, and those
2    transactions run significantly more often than the
3    larger transactions do.  So -- but -- so, now that it
4    makes any (inaudible) rules.  So, we -- we, through
5    smart contract, enforcing (inaudible) rules on the
6    use -- the use of the capital, the capital first and
7    foremost must be paid back within the same transaction
8    as the loan.
9         So, there's -- and it -- and it will never
10   touch the trading.  The trader in loans, they're
11   trading into the oracle and then the oracle comes in
12   (audio drop) capital, and it executes that trade, and
13   then the oracle basically sends the name of the trade
14   to the (inaudible).
15        Well, our bot injects that capital every 23
16   hours and 59 minutes into the living (inaudible).  So,
17   it's automatically available as soon as the oracle
18   sends yes, this is good (inaudible).  So, that lets us
19   get these trades a few milliseconds ahead of everybody
20   else, right?  But we still want to be risk adverse.
21   So, the oracle -- we enforce the oracle to have a 99.9
22   percent profitability rating at all times.  Or it
23   can't use our -- it can't use our capital.  That means
24   that every trade that runs through the oracle is
25   profitable and up to pay the lending pool and to

1    return the capital.
2         Second is the lending pool must have at
3    least $50,000,000 to lending transactions volume
4    within a 24-hour period.  One of the things about
5    crypto that was -- has been a little bit of a
6    challenge off and on has been that you get smaller
7    protocols and (inaudible) people jump to me and then
8    people jump off (inaudible).  By enforcing a 24-hour
9    (inaudible) for 50,000,000 that ensures that that
10   protocol is stable.  And that protocol is being used.
11   We want it to be used, right?
12        Third is we enforce the lending pool to pay
13   us every (inaudible).  So, they return the capital and
14   they return our (audio drop) every day in (inaudible).
15   So, we -- when we (inaudible), we (inaudible) -- when
16   we pushed the capital into them, we pushed the capital
17   in with a (inaudible), guaranteeing them that the
18   capital would be available.  But we also enforced them
19   to give it back to us everything.  And this all
20   happened within about a second (audio drop).  They
21   give it back to us and they pull it right back out.
22   But they leave -- they leave our return.
23        MALE VOICE 1:  Okay.
24        MALE VOICE 2:  So, I'll pause there for any
25   questions and then I'll keep going down (inaudible).

1         MALE VOICE 1:  Okay.  So, every day, what
2    happens with the returns that you're making every day?
3    Is that redeployed as loans or does that stay for
4    distribution?
5         MALE VOICE 2:  Yeah.  So, one of the rules
6    that we refer to and one of the biggest risks that you
7    have to capital is compounded.  We do not compound.
8    We do not (inaudible).  We -- we -- this sounds kind
9    of silly, right, but what we make is (audio drop).
10   Right?  So, we send $100,000 in, and we get $100,000
11   plus our return back every day.  The next day, we send
12   in 100,000 and we get the return back every
13   (inaudible).  And that return pools up within our --
14   within our (inaudible) loan every day.  So, it
15   actually reads the system and comes to us every day to
16   pool up into our (inaudible) loans so that it's safe.
17        MALE VOICE 1:  Okay.
18        MALE VOICE 2:  And we do not compound.
19        MALE VOICE 1:  Okay.  And is this the
20   guaranteed return that you're talking about?
21        MALE VOICE 2:  This is the guaranteed -- the
22   guaranteed return, correct.
23        MALE VOICE 1:  And --
24        MALE VOICE 2:  Because we haven't
25   (inaudible) our contract guaranteeing us the

Page 10

1  (inaudible).  Every day from -- from the lending pool
2  for using my capital.  So, it used to be, when we were
3  first starting, we would give three months guarantee
4  on the rate.  So, the rate would go up, rate would go
5  down, rate would go up in the gap.  So, we generated
6  enough volume to commands a long-term deals.  We
7  actually have a ten-year guarantee (inaudible).
8       MALE VOICE 1:  Okay.  And is that daily rate
9  in the neighborhood of one point a day?  Or what --
10  what is the -- is it -- is it -- does this trade 30
11  day -- you know, every day of the month or does it
12  trade like the stock market, you know?  Monday to
13  Friday, not holidays.
14       MALE VOICE 2:  It trades -- it trades 24
15  hours a day.  It technically trades 23 hours and 59
16  minutes.
17       MALE VOICE 1:  Including weekends?
18       MALE VOICE 2:  Yes.  We have the crypto
19  market numbers (inaudible).
20       MALE VOICE 1:  So, am I -- is that the
21  guaranteed rate, roughly a point a day?
22       MALE VOICE 3:  Correct.
23       MALE VOICE 2:  Yes, that's correct.  We have
24  a ten-year guarantee on one percent for a daily return
25  on the capital we (inaudible).

Page 11

1       MALE VOICE 1:  So, using the $100,000
2  example, when you deploy $100,000 on ten years, day
3  one, at the end of day one, you have a $1,000 in your
4  account.  At the end of day two, you have $2,000 in
5  your account.
6       MALE VOICE 3:  Correct.
7       MALE VOICE 1:  Okay.  And is your technology
8  only working with the capital that you're bringing to
9  the pool?
10       MALE VOICE 2:  That's Rule No. 5, is I've
11  actually -- I don't know if Carl has given you my
12  (inaudible) on tech, but I -- I've created some pretty
13  significant technology over a 15-year career, right,
14  and so we actually (audio drop) our own data
15  infrastructure.  We have a decentralized data center
16  company that we own that's (inaudible).  In fact, just
17  today, I got a long-term contract with (inaudible),
18  but -- so, and then I actually have several patents
19  surrounding encryption.  So, we utilize the same
20  encryption that some guys use.  They actually use our
21  encryption (inaudible).  So, our software, our
22  (inaudible), is encrypted on the blockchain.  Nobody
23  can see our configuration, and nobody else can launch
24  capital (inaudible).  Only we can launch capital
25  (inaudible) because we're the only ones who can

Page 12

1  encrypt it.
2       MALE VOICE 1:  Okay.  Um, where is the
3  actual money parked?  Is it like -- and I'll tell you
4  why I'm asking the question.  I want to get my head
5  around, like, you know, I keep most of my money in a
6  bank account, right?
7       MALE VOICE 2:  Sure.  (inaudible).
8       MALE VOICE 1:  If I kept my money in Silicon
9  Valley Bank, and then they went out of business, I
10  might not get --
11       MALE VOICE 2:  (Crosstalk.)
12       MALE VOICE 1:  -- my money.
13       MALE VOICE 2:  I completely get it.  So,
14  remember, we are very risk adverse, right?  So, we
15  have our own (inaudible), and we have our (inaudible).
16  This is why we used a (inaudible) system to store the
17  returns, and then we -- we rushed them through
18  (inaudible) desk at the end of every (audio drop).  We
19  turned them back into the owners and we (inaudible).
20  So, dollars come to us, to our bank, and then we send
21  that -- we send those dollars to (inaudible) desk and
22  we purchase Tether.  We only use Tether.  And the
23  reason that we only use Tether is because it's not
24  something the market envisions.  There's no up.
25  There's no down.  Tether is always worth a dollar.

Page 13

1       So, we don't want anything to be subject to
2  any up sweeps or down sweeps in our system.  So, you
3  send us money; we send it to Kraken and we purchase
4  Tether.  And then from there, Tether is automatically
5  (inaudible) to the bots.  Each bot has its own wallet.
6  So, then it -- from there, it is injected into the
7  lending pool.  Once it's in the lending pool, the
8  lending pool can (inaudible) it as Tether, Bitcoin,
9  Fiat currency, you name it, right.  It just depends on
10  what the -- what the flash number request is.  And
11  then we make -- we make them pay us back in
12  (inaudible).
13       So, we send them dollars.  We get dollars
14  back.  Once the -- once the Tether comes back to us,
15  we transfer it to a cold wallet, then we've taken
16  extreme steps in ensuring (inaudible).  And the reason
17  that we use a cold wallet is because in order to hack
18  it, you'd have to have the private keys.  And the cold
19  wallet and the private keys are never stored in the
20  same place, and we've actually cross stored them
21  across different (inaudible) different safety
22  (inaudible), et cetera.
23       So, in order for us to create dollars back
24  at the end of the month, we get together and we
25  transfer money out of the (inaudible) loans, and that

4  (Pages 10 to 13)

Page 14

```
 1    goes straight back to the Kraken, straight back to the
 2    (inaudible) and then we sell it (inaudible) Kraken
 3    (inaudible) U.S. dollars back to our bank.  And then
 4    we wire those back to you.
 5         So, we -- we -- we don't store it in -- we
 6    don't store it in banks.  We don't -- and it's not
 7    because I'm -- I'm not a super -- I'm a crypto nerd,
 8    but I'm (audio drop) crazy crypto guy who thinks that
 9    crypto is going to topple the entire financial system,
10    right?  That's not the case at all.  The two -- what
11    we've actually done is created a very beautiful
12    meld -- a very beautiful meld of how the two systems
13    can work together.  They need to depend on each other,
14    right?  You know, transporting crypto is -- is secure,
15    but on the other side, you know, we want our customers
16    to have (audio drop), see, that -- if you (inaudible).
17    But most likely we're going to -- you're going to want
18    payback in fiat, and so, we spent a long time really
19    building a good auguring (inaudible) off-ramp system
20    that's very -- that has fail safes, something
21    (inaudible) and Tanner has access to when he needs
22    something happens to Tanner, I have access to what I
23    need so that we don't have any worries, right?
24         MALE VOICE 1:  Richard?
25         MALE VOICE 4:  This is Richard.  How would
```

Page 15

```
 1    I -- how is it possible for me to lose 50 percent of
 2    the money that --
 3         MALE VOICE 2:  Yeah --
 4         (Crosstalk.)
 5         MALE VOICE 4:  -- (inaudible) explained to
 6    you?
 7         MALE VOICE 2:  Yeah, for sure.  So, yeah.
 8    No, a hundred percent, yeah.  So, (audio drop) right?
 9    There is a risk of total (inaudible) collapse.  That's
10    what we've taken steps to make sure that we're working
11    with the biggest protocols.  And we're working with
12    the protocols that have, you know, the largest
13    backings and then (inaudible).
14         The things to remember about (inaudible) is
15    what we are doing.  The thing to remember about
16    (inaudible) is it itself is -- it's like being
17    (inaudible) on the fiat side of the transaction.
18    Like, in itself is not a bank.  In itself is not a
19    lending (audio drop).  In itself is not trading.  It
20    is funding for trades.  And it only (audio drop)
21    (inaudible).
22         So, the big -- the biggest risk to us a
23    gigantic collapse in all -- all of the lending pools,
24    right?  But they are actually pretty risk adverse
25    themselves because no transaction happens that could
```

Page 16

```
 1    have a loss to it.  Right?  (inaudible) is volatility
 2    is what fuels it, but it is -- it's among the
 3    transactional side of the trade, not the trade itself.
 4    So, we're eliminating risk there, but there's always
 5    risk of that collapse.
 6         We weathered -- we went through several
 7    (inaudible) bank, and actually someone (inaudible)
 8    banks were obstacles where obstacles pretty -- was
 9    pretty good for us from a volume standpoint because it
10    creates volatility in the market, and the arbitrage
11    traders were all (audio drop).  So, the second -- the
12    second piece of risk on it would be that -- the second
13    piece of risk on it would be some sort of banking
14    (inaudible), you know.
15         If you were banking and your bank was, um,
16    unavailable at the time, it's not actually have worry
17    and risk, it's more of a procedural hiccup
18    (inaudible).  But if your bank was unavailable to
19    receive wires and (inaudible), you were the one bank,
20    Silicon Valley Bank, with (inaudible) in the middle,
21    then the wire would be returned to us and we would
22    return to a bank in the (inaudible).  So, it writes a
23    check (inaudible).  But the biggest risk to your
24    capital is -- is a collapse of the protocol itself,
25    right?
```

Page 17

```
 1         MALE VOICE 3:  Does that ever happen,
 2    Jonathan?
 3         MALE VOICE 2:  It's never happened to a
 4    defined protocol with more than $10 million in
 5    trading.  So, even if -- even if the protocol
 6    collapses, we still get the crypto because the crypto
 7    (inaudible) our wallet is (inaudible), right?  So
 8    (audio drop) but it's living within the wallet
 9    (inaudible).  We're (inaudible) seeing its
10    availability.  If they're not on that side to receive
11    the availability, then we separate (inaudible) the
12    crypto off and (inaudible) back in and (inaudible)
13    months.
14         MALE VOICE 3:  Jonathan, approximately,
15    ballpark, how many transactions has the bot been --
16    the adam bot affiliated with bits of being in December
17    when you started?
18         MALE VOICE 2:  Oh, man.  I mean, just
19    yesterday, it was 241 transactions yesterday.
20         MALE VOICE 3:  Right.  So, if you take that
21    240 yesterday and you're trading 30 days a month,
22    let's be conservative and say 5,000 a month?  Even go
23    down to four?
24         MALE VOICE 2:  (Inaudible.)
25         MALE VOICE 3:  The 4,000 --
```

Page 18

1 (Crosstalk.)
2 MALE VOICE 2:  Yeah, I mean, you have
3 some -- you have some days that are higher, and you
4 have some days as high as (audio drop) days as low as
5 (inaudible), 35, 40.
6 MALE VOICE 3:  Right.
7 MALE VOICE 2:  But to us, to us it doesn't
8 matter because we get a guaranteed rate of return.
9 MALE VOICE 3:  Right.  But let's just say
10 that since March in the last four months, you've had
11 12,000 transactions, 12,000.  How many of those were
12 failed transactions?
13 MALE VOICE 2:  Oh, we've never -- yeah,
14 we've never had failed transactions.
15 MALE VOICE 3:  Got it.
16 MALE VOICE 4:  The reason being that -- the
17 reason being is because our bot governs it, like I
18 said, with the stipulations.  If they're not met,
19 the -- like, bot governs is a --
20 MALE VOICE 2:  Yeah.
21 (Crosstalk.)
22 MALE VOICE 4:  That's why we've built --
23 MALE VOICE 2:  (Inaudible) the money
24 (inaudible).
25 MALE VOICE 4:  That's why we've built in the

Page 19

1 longevity of it where we -- whether they use our money
2 or not.  If it doesn't meet our requirements, our
3 money doesn't move.
4 (Crosstalk.)
5 MALE VOICE 2:  (Inaudible) opened up this
6 (inaudible).  That's also why they don't think it's
7 opened up the smaller transactions (inaudible).
8 Right?  You might as well because it moves faster.  It
9 is used more often, and there's actually a pretty
10 decent market there.
11 That's one of the reasons underneath, you
12 know, we're currently in the state where we're, you
13 know, we walked -- we walked away from some pretty
14 sizable wall (inaudible) from institutional rallies
15 and stuff like that because, you know, we're getting
16 our name into that size lending point to where, you
17 know, in order to efficiently maximize returns in the
18 lending pool (inaudible), you need a bot like ours
19 that is just a little bit faster than everybody else,
20 right?
21 So, you know, we -- and Carl will tell you
22 that we've been very strict on the stair step of what
23 we take in, right?  We -- we put $1,000 in.  We tested
24 it thoroughly.  We put $10,000.  We tested it
25 thoroughly.  We put a hundred.  We tested it

Page 20

1 thoroughly.  We put a million.  We tested it
2 thoroughly.  Right?
3 So, you know, we're getting ready to close
4 our $10 million (inaudible) now, and then test it very
5 thoroughly, and by being the plan, you know,
6 (inaudible) on time.  They were -- we treat this just
7 like that.  We treat it just like a platform that's
8 getting ready to scale.  So, as soon as put out the
9 new platform, we'll probably open up 40 new rounds and
10 get us to (inaudible).  And then we'll test them
11 thoroughly as we go, but, yeah, we've -- we've never
12 had a failed transaction, and we've never had a date
13 (inaudible).
14 MALE VOICE 4:  I just wanted to add in, so
15 we spoke with (inaudible) a couple weeks ago, and they
16 gave security that we've traced up a billion dollars
17 (inaudible) secure.  Our biggest thing was like
18 Jonathan said, we didn't want to drop a 15 million
19 pound gorilla into a pond and then soak up all the
20 water and saturate the market.  And they gave us the
21 security around it then we were not worried about that
22 anymore, that we can actually now grow that 15 million
23 number, that 100 million number up to a billion and be
24 secure.
25 MALE VOICE 3:  So, Tanner, in your OTA, or

Page 21

1 online trading account, what are you allowed to trade
2 a day comfortably with no red flags or anything?
3 MALE VOICE 4:  I can -- I can move 100
4 million a month.  But then I can -- I can wire out
5 from my bank two million a day.
6 MALE VOICE 3:  Jonathan --
7 MALE VOICE 1:  I've got some questions,
8 Carl.  Just --
9 MALE VOICE 3:  Go ahead.
10 MALE VOICE 1:  Thanks.  So, one, just a, you
11 know, kind of a risk/reward question here, just kind
12 of simple here.  Sounds like you guys feel very
13 confident that this is safe, that the -- that the
14 greatest risk is something that's never happened, and
15 you don't really view it was that risky.  Why pay such
16 high returns?  Why -- why not come out at two percent
17 a month, you know, and blow people away on a 24
18 percent or 36 percent annual return?
19 MALE VOICE 2:  Yeah, so to be totally honest
20 with you, it was -- it was to attract the correct
21 capital partners, right?  Secondarily is we're
22 extremely transparent, right?  So, you know, we're
23 making -- we're making 30 percent a month, and by the
24 time we pay fees, we're, you know, (inaudible) 21
25 percent.  They're paying you -- paying you guys an

Page 22

1  eight percent (inaudible) return minus the cost --
2  minus our costs, right?  We wind up sharing, well,
3  maybe not same eight percent return, right?  We could
4  go up and build this into, you know, four percent into
5  three percents returns.
6         On the other side, it was an extremely
7  (inaudible).  And an extremely new piece in the market
8  to bridge the fiat to the crypto, you know.  So, if we
9  were going out in purely dealing with crypto people,
10  we would be paying significant, right?  But there is a
11  very big (audio drop) for being able to unlock the
12  returns that the crypto market can allow somebody with
13  the traditional fiat (inaudible).
14         The eight percent is a reflection of our
15  respect and the (inaudible).  It's -- it's a new
16  market to people like yourselves.  It's a new market
17  to you guys.  Secondarily, if I can show you eight
18  percents, right, then I will probably always have that
19  (inaudible) to your capital, right, you know, and
20  there's just a certain like, we don't -- we're not
21  anti-greed.
22         You know, we're not anti-profit, we're
23  anti-greed, right?  So, you know, we want -- there's a
24  sizable profit for us.  We know what the people who
25  are taking the initial run with us are -- should be

Page 23

1  allowed to participate in that sizable (inaudible) as
2  well.
3         MALE VOICE 1:  Okay.  Jonathan, let me go a
4  little deeper.  So, I'm an entrepreneur, and when
5  there -- you know, historically when there are margins
6  like you are describing in a marketplace that's new,
7  that where -- where a company like yours can get a
8  contract for 30 percent guaranteed, usually what
9  happens is others want to enter that market, and what
10  happens when someone else creates a possibly a faster
11  bot or possibly a more efficient bot or they say we'll
12  do that, not for 30 percent, we'll do it for 10
13  percent because a 120 percent -- I'm just -- you know
14  what I'm saying?  So --
15         MALE VOICE 2:  I hundred percent agree.
16  That's why (inaudible) forward (inaudible).  That's
17  why we're not going (inaudible) 40 million and $50
18  million offers, you know, in order to deploy the
19  capital, right?  Secondarily, we have a three-year
20  head start.
21         Now, there are -- there are companies out
22  there who could write a bot, who could do -- who could
23  write a bot, you know, could duplicate what we're
24  doing for sure.  We have an encryption set, you know,
25  that is not breakable unless we release it, but to

Page 24

1  your point, that's why we're trying to stay -- that's
2  why we're doing Centurion and then testing.  And then
3  doing 50 and then testing, right?
4         We -- we don't want the Goldmans of the
5  world to see this and come in and (inaudible) it
6  secondarily, those big guys -- those big guys are
7  all -- this (inaudible) with each other for the $10
8  million transactions, no.  Right?  So, at a certain
9  piece, in order to, you know, (inaudible) for us
10  currently is the lending pool itself.  It's helping,
11  actually, keep things at bay for us because there is
12  a -- they're keeping it -- everybody over (inaudible)
13  with the bigger money, and secondarily, they're making
14  more and more money off of us than (inaudible) off of
15  those guys because they can keep the spread.  So,
16  they've been very beneficial and working with us very
17  well.  We've got a direct line to a couple of the
18  executives (inaudible).  Um --
19         MALE VOICE 1:  Jonathan, did --
20         MALE VOICE 2:  -- and they give -- they gave
21  us that year (inaudible).
22         MALE VOICE 1:  Do they only make money on
23  the capital that Triten deploys or do they have access
24  to utilize your bot for other transactions?
25         MALE VOICE 2:  Only -- only Triten.  They're

Page 25

1  only making (inaudible) Triten deploys (inaudible) to
2  allow them to piggyback with us on -- in just -- on
3  them placing more for capital in -- alongside of us,
4  right, but that's another reason that's -- we're not
5  trying to make a lot of (inaudible).  Right?
6         MALE VOICE 1:  Okay.
7         MALE VOICE 2:  Even the -- even the lending
8  pool itself cannot see our bot configurations.  We're
9  actually outperforming -- we're outperforming the
10  pool.  That's why -- that's why they're being so
11  friendly with us is being (inaudible).
12         MALE VOICE 3:  Hey, guys.  Tanner's got
13  something to inject.
14         MALE VOICE 4:  Yeah, I just wanted to say
15  because the fact is, you asked them about, like,
16  someone created a new (inaudible), yes, that's
17  possible.  But because of our technology and our
18  patents around it, the biggest thing is, is we reduce
19  latency.  So, we're down to like, three-tens of a
20  second latency.  That's how we see all of the trades
21  before anyone else.
22         So, even if they did make a bot that was
23  similar to ours, they wouldn't have our technology,
24  and they wouldn't have our encryption, and they
25  wouldn't see the trades abreast.  We could still act

Page 26

1  (inaudible) all the trades.  We would get pick of the
2  litter as we are right now.  That's how we're
3  outperforming even the lending pool's corporate bots
4  by over 200 percent, and that's from them.  They told
5  us that we're out-beating their bots by over 200
6  percent.
7        MALE VOICE 1:  You're closer to the edge.
8        MALE VOICE 4:  Yeah, they offered to wire us
9  (audio drop) in the last six months (inaudible).  You
10  know, we just sent them (inaudible) along the way.
11        MALE VOICE 1:  So, um, that's interesting.
12  So, this is patented?
13        MALE VOICE 2:  The bot itself is not
14  patented. What Tanner is referring to is we own the
15  centralized -- the center company, so I actually own
16  the patents on aggregation of computing power within a
17  layer or two wider inch.  So -- and we have been -- we
18  have been (audio drop) our patents.  We successfully
19  defended our patents against Sysco, Oracle, um,
20  Comcast --
21        MALE VOICE 3:  Comcast --
22        (Crosstalk.)
23        MALE VOICE 2:  Yeah, you know.  So, um, you
24  know, we're -- we're a pretty big deal in the data
25  center space.

Page 27

1        MALE VOICE 3:  Yeah.
2        MALE VOICE 2:  But on the other side, we
3  have our own infrastructure that we get to run.
4  Just -- it  just outperforms everything else in
5  latency and speed because we're processing directly in
6  (inaudible).  So, we're running virtualized notes in
7  the (audio drop) right next to the lending pools
8  (audio drop), I mean.  So, you know, we're as close as
9  you can get to the Oracle.  Everybody else, they're
10  going to be running in Amazon's -- in Amazon's data
11  centers, for example.
12        MALE VOICE 1:  Yeah.
13        MALE VOICE 2:  Which is half a country away,
14  right.
15        MALE VOICE 1:  So, guys, under -- under the
16  heading of due diligence, right, because again, we're
17  not -- we're not talking about a $10,000 flier or a
18  $100,000 flier, we're talking about millions of
19  dollars here.  So, under the heading of due diligence,
20  it's really hard for me to Google you guys.  You
21  don't -- you don't come up.  I don't -- Jonathan, I
22  don't see your name out there, and --
23        MALE VOICE 2:  Oh, that's like --
24        (Crosstalk.)
25        MALE VOICE 1:  -- you know, what --

Page 28

1        MALE VOICE 2:  -- there's a couple reasons
2  behind that.  One is in my professional career, I have
3  worked on platforms and communication platforms for
4  NASA, for the DOD, right?  Um, we currently power
5  real-time communications and translation for JSOP
6  groups within the Middle East.  You know what I mean?
7  So -- and secondarily, having a social media presence
8  is a distraction, right?  I am a professional, I am an
9  entrepreneur, and I'm a tech nerd.  I'm like the kind
10  of nerds.  So, for fun I like (inaudible) and I -- I
11  compile docker containers.  That's what I do.  So, I'm
12  not on Facebook.  I'm not on LinkedIn.
13        I'm not on Twitter because I don't have
14  anything to say to the world that I really don't care
15  what the world has to say to me (inaudible).  I like
16  to -- I like to focus on what I'm doing.  I like to
17  focus on my partners.  And I like to focus on those
18  who are placing their capital where I'm placing my
19  capital, right?  So, from a diligence aspect, I can
20  give you information -- the information that you'd
21  (audio drop).  I have a security clearance that I have
22  to be mindful of.
23        MALE VOICE 1:  Mm-hmm.
24        MALE VOICE 2:  Right?  Because I currently
25  do -- we currently power -- we currently power

Page 29

1  research facilities, pharmaceutical facilities --
2        MALE VOICE 1:  Yeah.
3        MALE VOICE 2:  -- casinos, things like that,
4  right?  So --
5        MALE VOICE 1:  So -- so --
6        (Crosstalk.)
7        MALE VOICE 2:  That's why I'm pretty busy.
8        MALE VOICE 1:  I -- I can appreciate that
9  answer.  How about like, where would we see patents in
10  your name?  Where would we see --
11        MALE VOICE 2:  Yeah, I could get you that.
12        (Crosstalk.)
13        MALE VOICE 1:  -- the --
14        MALE VOICE 2:  (Inaudible) -- you're not
15  accessing them, right, Carl?
16        MALE VOICE 3:  I think I do.  I think you
17  definitely --
18        MALE VOICE 1:  Yeah.
19        (Crosstalk.)
20        MALE VOICE 1:  How about like, you know,
21  anything that shows, you know, you defending against,
22  uh, the court cases, you know, defending the patents
23  against --
24        MALE VOICE 2:  I mean, I'm happy sending you
25  the patents, right?

Page 30

1    MALE VOICE 1:  Yep.
2    MALE VOICE 2:  I'm happy to, you know, at a
3    certain point -- at a certain point, I'm a transparent
4    person, right, so I'm happy to send you the patents.
5    I'm happy to share with you access, you know, I'll
6    give you our corporate wallet address that you can
7    follow on (inaudible), every dollar of every fund that
8    moves in and out of it (inaudible).  Right?  There's
9    millions of dollars of transactions (inaudible).  You
10   know what I mean?  I understand you guys have a --
11   have a -- you know, you guys are doing (inaudible),
12   not a problem whatsoever, you know.  On the other
13   side, you know, we're -- we have (inaudible).  So, you
14   know, we're not a startup or exist -- we're not a
15   startup sitting here and selling hopes and dreams.
16   We're -- you know, we've got millions in this turning
17   and we made sure that our (inaudible) works.
18   MALE VOICE 1:  Yeah.  No, I -- look, again,
19   like I said, this is under the heading of due
20   diligence.  Every -- I've done 20 M&A deals.  There's
21   always due diligence.  I --
22   MALE VOICE 2:  Sure.
23   MALE VOICE 1:  -- invest in --
24   (Crosstalk.)
25   MALE VOICE 2:  (Inaudible) -- if you want to

Page 31

1    send -- if you want to send me over a checklist, we
2    can work through the checklist, with diligence
3    checklist, if you like.
4    MALE VOICE 1:  Okay.
5    MALE VOICE 2:  (Inaudible.)
6    MALE VOICE 1:  Yeah, and --
7    MALE VOICE 2:  It's not a problem.
8    MALE VOICE 1:  -- what I'm --
9    (Crosstalk.)
10   MALE VOICE 2:  We're going to close this
11   route pretty quick though.
12   MALE VOICE 1:  I understand.  What I'm used
13   to, usually, by the way, in court cases and stuff, you
14   go into Google and a lot of those things are public
15   records, and you see --
16   MALE VOICE 2:  For sure.
17   MALE VOICE 1:  -- you know, so if --
18   MALE VOICE 2:  Yeah, for sure.
19   MALE VOICE 1:  -- that -- Carl, that's one
20   of my questions is just to see something, you know,
21   that --
22   MALE VOICE 3:  Sure.
23   MALE VOICE 1:  -- shows Jonathan's name or
24   the company's name, you know.  On any of these court
25   records that are public, not private.  I've got

Page 32

1    another question.  Is -- uh, is the Triten, you know,
2    I don't know how many investors or lenders you plan on
3    having, but just for the sake of this -- of this
4    question, let's say you had 20 or 50 people.  Are all
5    of the funds collectively put into one pool that gets
6    accessed or does each individual investor, lender in a
7    sense have their own bot relationship just with their
8    dollars?
9    MALE VOICE 2:  Every -- every bot is
10   isolated to a client.  So, we -- we (inaudible) bots
11   that are -- have more than 100,000.  So, if you send a
12   million dollars, for example, you would own ten
13   100,000 (audio drop).  So, but those bots are not --
14   (inaudible) not pool, (inaudible).  Everybody's bot
15   was for them and them only.
16   MALE VOICE 1:  Okay.  And -- and does that
17   mean in some way that you have bots, your own bots,
18   competing with each other?
19   MALE VOICE 2:  No.  So, the way that the
20   bots work, the way that the bots is they work in
21   conjunction -- so, say there's a $500,000 (inaudible).
22   Right?  But you guys already have 300,000 and two of
23   our bots would still the other $200,000.  But the
24   transactions would be treated as five $100,000
25   (inaudible).

Page 33

1    MALE VOICE 1:  Okay.  So, help me
2    understand -- again, remember I'm super brand new to
3    this stuff because I don't --
4    MALE VOICE 2:  No, a hundred percent.  But
5    remember, we're -- we are not competing for the
6    transactions because we're being paid a set daily
7    return.
8    MALE VOICE 1:  Yes.  So, does that mean that
9    whatever funds you have in a sense put to work in the
10   broader liquidity pool, whether there's a transaction
11   or not or whether one day has a hundred transactions,
12   another day has a thousand transactions, you're still
13   going to get that fee?  In a sense, my bot or bots are
14   going to -- are going to earn that fee every day
15   regardless?
16   MALE VOICE 2:  They're going to earn one --
17   one percent every day regardless of its volume.
18   MALE VOICE 1:  Okay.  So, Gemini, you know,
19   made the news again recently.
20   MALE VOICE 2:  Sure.
21   MALE VOICE 1:  They were sued, I think in
22   January, by the SEC for that Gemini Earn program that
23   they had.
24   MALE VOICE 2:  Correct.
25   MALE VOICE 1:  The SEC said they were not

Page 34

1    properly informing their investors of the risk.
2            MALE VOICE 2:  Correct.
3            MALE VOICE 1:  And I know that their lawyers
4    put a response in last month.  I'm assuming you pay
5    more attention to that stuff than --
6            MALE VOICE 2:  Oh, I know I would.
7            MALE VOICE 1:  -- than I do.
8            MALE VOICE 2:  I'm all over it.  Yep.
9            MALE VOICE 1:  What -- since -- since you're
10   deploying in the Gemini lending pool, what -- what
11   risk is there of Gemini collapsing and impacting the
12   investments?
13           MALE VOICE 2:  So, one thing to look at is
14   the structure of Gemini Global.  Right?  So, you know,
15   Gemini Global itself is dozens of companies, dozens of
16   different protocols that operate --
17           (End of audio.)
18               * * * * *
19
20
21
22
23
24
25

Page 35

1    I, Desha DeVor, hereby  certify that the foregoing
2    transcript is a complete, true and accurate
3    transcription of all matters contained on the recorded
4    proceedings in the matter of:
5    TRITEN FINANCIAL GROUP, LLC
6    6-27-23 Carl Jonathan Tanner Richard DD call
7    A-04106-A
8    516668-A
9
10
11   Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

A-04106 1:4
A-04106-A 35:7
ability 5:17
able 22:11
abreast 25:25
access 14:21,22
    24:23 30:5
accessed 32:6
accessing 29:15
account 11:4,5
    12:6 21:1
accurate 35:2
act 25:25
actual 12:3
adam 17:16
add 20:14
address 30:6
advantages 3:5
adverse 3:21
    5:19 7:20
    12:14 15:24
affiliated 17:16
aggregation
    26:16
ago 3:2 20:15
agree 23:15
ahead 7:19 21:9
AI 3:11 4:15
allow 22:12 25:2
allowed 21:1
    23:1
alongside 25:3
Amazon's 27:10
    27:10
amount 3:3 5:21
angles 5:17
annual 21:18
answer 29:9
anti-greed 22:21
    22:23
anti-profit
    22:22
anymore 20:22
appreciate 2:7
    29:8
approximately
    17:14
arbitrage 4:2
    16:10

arbitraging 3:17
asked 25:15
asking 12:4
aspect 28:19
assuming 34:4
attacked 5:16,17
attention 34:5
attract 21:20
audio 1:15 6:13
    7:12 8:14,20
    9:9 11:14
    12:18 14:8,16
    15:8,19,20
    16:11 17:8
    18:4 22:11
    26:9,18 27:7,8
    28:21 32:13
    34:17
auguring 14:19
automatically
    4:17 7:17 13:4
availability
    17:10,11
available 7:17
    8:18
aware 2:9

**B**

back 7:7 8:19,21
    8:21 9:11,12
    12:19 13:11,14
    13:14,23 14:1
    14:1,3,4 17:12
backings 15:13
ballpark 17:15
bank 12:6,9,20
    14:3 15:18
    16:7,15,18,19
    16:20,22 21:5
banking 6:11
    16:13,15
banks 14:6 16:8
base 3:19
basically 7:13
bay 24:11
beautiful 14:11
    14:12
beginning 5:1
beneficial 24:16
big 15:22 22:11

24:6,6 26:24
bigger 6:15
    24:13
biggest 9:6
    15:11,22 16:23
    20:17 25:18
billion 20:16,23
bit 8:5 19:19
Bitcoin 3:16,18
    13:8
bits 17:16
blockchain
    11:22
blow 21:17
borrow 3:25
bot 2:19,20 3:10
    4:14,23 5:2,4,4
    5:7,9,9,12,13
    7:15 13:5
    17:15,16 18:17
    18:19 19:18
    23:11,11,22,23
    24:24 25:8,22
    26:13 32:7,9
    32:14 33:13
bots 4:16,16
    13:5 26:3,5
    32:10,13,17,17
    32:20,20,23
    33:13
bought 3:15
    5:20
Brackin 3:18,19
brand 33:2
breakable 23:25
bridge 22:8
bringing 11:8
broader 33:10
build 22:4
building 4:15,16
    14:19
built 18:22,25
business 2:24
    12:9
busy 29:7
buy 3:19 4:6
buying 3:14

**C**

C 2:1

call 1:7 2:2 35:6
capital 4:20 5:9
    5:11,23 6:3,23
    7:6,6,12,15,23
    8:1,13,16,16
    8:18 9:7 10:2
    10:25 11:8,24
    11:24 16:24
    21:21 22:19
    23:19 24:23
    25:3 28:18,19
care 28:14
career 11:13
    28:2
Carl 1:7 2:2
    11:11 19:21
    21:8 29:15
    31:19 35:6
case 14:10
cases 29:22
    31:13
casinos 29:3
center 11:15
    26:15,25
centers 27:11
centralized
    26:15
Centurion 24:2
certain 22:20
    24:8 30:3,3
certify 35:1
cetera 13:22
challenge 8:6
check 16:23
checklist 31:1,2
    31:3
clearance 28:21
client 32:10
close 20:3 27:8
    31:10
closer 26:7
coin 3:19
Coinbits 3:20
cold 13:15,17,18
collapse 15:9,23
    16:5,24
collapses 17:6
collapsing 34:11
collectively 32:5
Comcast 26:20

26:21
come 12:20
    21:16 24:5
    27:21
comes 7:11 9:15
    13:14
comfortably
    21:2
commands 10:6
commission 1:1
    5:20
communication
    28:3
communicatio...
    28:5
companies
    23:21 34:15
company 11:16
    23:7 26:15
company's
    31:24
competing 6:10
    6:10,17 32:18
    33:5
competition
    6:21
compile 28:11
complete 35:2
completely
    12:13
compound 9:7
    9:18
compounded
    9:7
computing
    26:16
confident 21:13
configuration
    11:23
configurations
    25:8
conjunction
    32:21
conservative
    17:22
considering
    2:10
constantly 3:3
contained 35:3
containers

28:11
**contract** 5:13
  7:5 9:25 11:17
  23:8
**corporate** 26:3
  30:6
**correct** 9:22
  10:22,23 11:6
  21:20 33:24
  34:2
**cost** 22:1
**costs** 22:2
**country** 27:13
**couple** 20:15
  24:17 28:1
**court** 29:22
  31:13,24
**crazy** 14:8
**create** 2:20 5:7
  13:23
**created** 11:12
  14:11 25:16
**creates** 16:10
  23:10
**cross** 3:9 13:20
**Crosstalk** 12:11
  15:4 18:1,21
  19:4 26:22
  27:24 29:6,12
  29:19 30:24
  31:9
**crypto** 3:5,14
  4:3 8:5 10:18
  14:7,8,9,14
  17:6,6,12 22:8
  22:9,12
**cryptocurrency**
  2:17
**currency** 13:9
**currently** 19:12
  24:10 28:4,24
  28:25,25
**customers** 14:15

**D**
**D** 2:1
**daily** 5:24 6:6
  10:8,24 33:6
**data** 11:14,15
  26:24 27:10

**date** 20:12
**day** 5:21 8:14
  9:1,2,11,11,14
  9:15 10:1,9,11
  10:11,15,21
  11:2,3,4 21:2,5
  33:11,12,14,17
**days** 17:21 18:3
  18:4,4
**DD** 1:7 2:2 35:6
**deal** 26:24
**dealing** 22:9
**deals** 10:6 30:20
**December** 17:16
**decent** 6:19
  19:10
**decentralized**
  3:4 11:15
**deeper** 23:4
**defended** 26:19
**defending** 29:21
  29:22
**defined** 17:4
**definitely** 29:17
**depend** 14:13
**depends** 13:9
**deploy** 11:2
  23:18
**deploying** 34:10
**deploys** 24:23
  25:1
**describing** 23:6
**Desha** 35:1
**desk** 12:18,21
**DeVor** 35:1
**different** 3:6
  5:16 13:21,21
  34:16
**diligence** 27:16
  27:19 28:19
  30:20,21 31:2
**direct** 24:17
**directly** 27:5
**distraction** 28:8
**distribution** 9:4
**Diversified** 1:24
**docker** 28:11
**DOD** 28:4
**doing** 15:15
  23:24 24:2,3

28:16 30:11
**dollar** 3:23 4:6
  12:25 30:7
**dollars** 12:20,21
  13:13,13,23
  14:3 20:16
  27:19 30:9
  32:8,12
**dozens** 34:15,15
**dreams** 30:15
**drop** 6:13 7:12
  8:14,20 9:9
  11:14 12:18
  14:8,16 15:8
  15:19,20 16:11
  17:8 18:4
  20:18 22:11
  26:9,18 27:7,8
  28:21 32:13
**due** 27:16,19
  30:19,21
**duplicate** 23:23

**E**
**E** 2:1,1
**earn** 33:14,16
  33:22
**East** 28:6
**easy** 4:9 6:24
**edge** 26:7
**efficient** 23:11
**efficiently** 19:17
**eight** 22:1,3,14
  22:17
**eliminating** 16:4
**encrypt** 12:1
**encrypted** 11:22
**encryption**
  11:19,20,21
  23:24 25:24
**ended** 3:14
**enforce** 5:17
  7:21 8:12
**enforced** 8:18
**enforcing** 7:5
  8:8
**ensures** 8:9
**ensuring** 13:16
**enter** 23:9
**entire** 14:9

**entrepreneur**
  23:4 28:9
**envisions** 12:24
**especially** 2:13
**et** 13:22
**Ethereum** 3:23
  3:24
**everybody** 6:9
  7:19 19:19
  24:12 27:9
**Everybody's**
  32:14
**example** 5:13
  11:2 27:11
  32:12
**exchange** 1:1
  2:18 3:6,8,8,9
**execute** 4:17,25
**executes** 7:12
**executives** 24:18
**exist** 30:14
**explained** 15:5
**extreme** 13:16
**extremely** 3:21
  6:5 21:22 22:6
  22:7

**F**
**Facebook** 28:12
**facilities** 29:1,1
**fact** 11:16 25:15
**fail** 14:20
**failed** 18:12,14
  20:12
**familiar** 2:17
**fast** 4:24
**faster** 3:12 19:8
  19:19 23:10
**fee** 4:12 5:1,3
  6:1 33:13,14
**feel** 21:12
**fees** 21:24
**fiat** 13:9 14:18
  15:17 22:8,13
**File** 1:4
**financial** 1:5
  14:9 35:5
**find** 4:16 6:24
**finding** 6:19
**first** 7:6 10:3

**five** 32:24
**flags** 21:2
**flash** 4:8 5:8
  13:10
**flat** 5:21
**flier** 27:17,18
**focus** 28:16,17
  28:17
**focusing** 4:23
**follow** 30:7
**forcing** 5:10
**foregoing** 35:1
**foremost** 7:7
**forward** 23:16
**found** 6:9
**four** 17:23 18:10
  22:4
**Friday** 10:13
**friendly** 25:11
**fuels** 16:2
**fun** 28:10
**fund** 30:7
**funding** 15:20
**funds** 32:5 33:9

**G**
**G** 2:1
**gap** 10:5
**Gemini** 33:18,22
  34:10,11,14,15
**generated** 10:5
**getting** 19:15
  20:3,8
**gigantic** 15:23
**give** 5:14 8:19
  8:21 10:3
  24:20 28:20
  30:6
**given** 11:11
**Global** 34:14,15
**go** 10:4,4,5
  17:22 20:11
  21:9 22:4 23:3
  31:14
**goes** 14:1
**going** 4:4 5:3,22
  8:25 14:9,17
  14:17 22:9
  23:17 27:10
  31:10 33:13,14

Goldmans 24:4
good 7:18 14:19
16:9
Google 27:20
31:14
gorilla 20:19
governs 18:17
18:19
great 2:14
greater 5:10
greatest 21:14
GROUP 1:5
35:5
groups 28:6
grow 20:22
growing 3:3
guarantee 10:3
10:7,24
guaranteed 5:15
6:6 9:20,21,22
10:21 18:8
23:8
guaranteeing
5:22 8:17 9:25
guy 14:8
guys 2:6 3:10
4:19,20 6:16
11:20 21:12,25
22:17 24:6,6
24:15 25:12
27:15,20 30:10
30:11 32:22

**H**
hack 13:17
half 27:13
happen 17:1
happened 8:20
17:3 21:14
happens 4:3,3
9:2 14:22
15:25 23:9,10
happy 29:24
30:2,4,5
hard 27:20
head 12:4 23:20
heading 27:16
27:19 30:19
hear 2:19
help 2:24 33:1

helping 24:10
Hey 2:6 25:12
hiccup 16:17
high 18:4 21:16
higher 2:13 3:12
18:3
historically 23:5
holidays 10:13
honest 21:19
hopes 30:15
hours 7:16
10:15,15
hundred 2:9,25
15:8 19:25
23:15 33:4,11
hundreds 5:4,23

**I**
impacting 34:11
inaudible 2:5
3:2,4,7,8,15,25
4:1,1,11,15,18
4:18,19,21,25
5:7,8,10,24 6:2
6:4,13,14,19
6:22 7:4,5,14
7:16,18 8:7,8,9
8:13,14,15,15
8:17,25 9:8,13
9:14,16,25
10:1,7,19,25
11:12,16,17,21
11:22,24,25
12:7,15,15,16
12:18,19,21
13:5,8,12,16
13:21,22,25
14:2,2,3,16,19
14:21 15:5,9
15:13,14,16,17
15:21 16:1,7,7
16:14,18,19,20
16:22,23 17:7
17:7,9,9,11,12
17:12,24 18:5
18:23,24 19:5
19:6,7,14,18
20:4,6,10,13
20:15,17 21:24
22:1,7,13,15

22:19 23:1,16
23:16,17 24:5
24:7,9,12,14
24:18,21 25:1
25:1,5,11,16
26:1,9,10 27:6
28:10,15 29:14
30:7,8,9,11,13
30:17,25 31:5
32:10,14,14,21
32:25
inch 26:17
Including 10:17
individual 32:6
information
28:20,20
informing 34:1
infrastructure
11:15 27:3
initial 22:25
initializes 5:5
inject 25:13
injected 13:6
injects 7:15
institutional
3:10 19:14
institutionally
4:2 6:16
institutions 4:15
interacts 5:7
interesting
26:11
invest 30:23
invested 2:8
investment 2:10
investments
34:12
investor 32:6
investors 32:2
34:1
isolated 32:10
issue 4:7

**J**
January 33:22
joined 2:4
Jonathan 1:7
2:2,16 17:2,14
20:18 21:6
23:3 24:19

27:21 35:6
Jonathan's
31:23
JSOP 28:5
jump 8:7,8

**K**
keep 8:25 12:5
24:11,15
keeping 24:12
kept 12:8
keys 13:18,19
kind 6:23 9:8
21:11,11 28:9
know 2:10,12,15
2:19 3:6 4:18
6:16 10:11,12
11:11 12:5
14:14,15 15:12
16:14 19:12,13
19:15,17,21
20:3,5 21:11
21:17,22,24
22:4,8,19,22
22:23,24 23:5
23:13,18,23,24
24:9 26:10,23
26:24 27:8,25
28:6 29:20,21
29:22 30:2,5
30:10,11,12,13
30:14,16 31:17
31:20,24 32:1
32:2 33:18
34:3,6,14
Kraken 13:3
14:1,2

**L**
large 6:10,17
larger 7:3
largest 15:12
latency 25:19,20
27:5
launch 11:23,24
lawyers 34:3
layer 26:17
leave 8:22,22
lender 6:25 32:6
lenders 32:2

lending 4:4,5,7
4:10 5:14,25
6:4,9 7:25 8:2
8:3,12 10:1
13:7,7,8 15:19
15:23 19:16,18
24:10 25:7
26:3 27:7
34:10
let's 17:22 18:9
32:4
level 2:13
line 24:17
LinkedIn 28:12
liquidity 33:10
litter 26:2
little 6:20 8:5
19:19 23:4
living 7:16 17:8
LLC 1:5 35:5
loan 2:9 4:8,8,12
7:8 9:14
loans 6:19 7:10
9:3,16 13:25
locks 5:13
long 14:18
long-term 10:6
11:17
longevity 19:1
look 30:18 34:13
looked 5:6
looking 2:11,21
3:11,11
looks 2:3
lose 15:1
loss 16:1
lot 3:9,9 4:14,15
6:3 25:5 31:14
love 2:16,19 3:1
4:19
loves 5:25
low 18:4

**M**
M&A 30:20
making 2:7 9:2
21:23,23 24:13
25:1
MALE 2:3,5,6
2:14,15,22,23

2:25 8:23,24
9:1,5,17,18,19
9:21,23,24
10:8,14,17,18
10:20,22,23
11:1,6,7,10
12:2,7,8,11,12
12:13 14:24,25
15:3,5,7 17:1,3
17:14,18,20,24
17:25 18:2,6,7
18:9,13,15,16
18:20,22,23,25
19:5 20:14,25
21:3,6,7,9,10
21:19 23:3,15
24:19,20,22,25
25:6,7,12,14
26:7,8,11,13
26:21,23 27:1
27:2,12,13,15
27:23,25 28:1
28:23,24 29:2
29:3,5,7,8,11
29:13,14,16,18
29:20,24 30:1
30:2,18,22,23
30:25 31:4,5,6
31:7,8,10,12
31:16,17,18,19
31:22,23 32:9
32:16,19 33:1
33:4,8,16,18
33:20,21,24,25
34:2,3,6,7,8,9
34:13
**man** 17:18
**March** 18:10
**margins** 23:5
**market** 3:15 4:3
4:19,25 6:24
10:12,19 12:24
16:10 19:10
20:20 22:7,12
22:16,16 23:9
**marketplace**
23:6
**markets** 3:17
**matter** 1:3 18:8
35:4

**matters** 35:3
**maximize** 19:17
**mean** 2:16 17:18
18:2 27:8 28:6
29:24 30:10
32:17 33:8
**means** 7:23
**media** 28:7
**meet** 19:2
**meld** 14:12,12
**met** 18:18
**middle** 16:20
28:6
**million** 3:23 4:6
17:4 20:1,4,18
20:22,23 21:4
21:5 23:17,18
24:8 32:12
**millions** 27:18
30:9,16
**milliseconds**
7:19
**mindful** 28:22
**minus** 22:1,2
**minutes** 7:16
10:16
**Mm-hmm** 28:23
**Monday** 10:12
**money** 3:22 4:10
6:1,13 12:3,5,8
12:12 13:3,25
15:2 18:23
19:1,3 24:13
24:14,22
**Mong** 5:18
**monopolize** 6:24
**month** 10:11
13:24 17:21,22
21:4,17,23
34:4
**months** 10:3
17:13 18:10
26:9
**move** 19:3 21:3
**moves** 4:25 19:8
30:8
**multiple** 3:17

**N**

**N** 2:1

**name** 7:13 13:9
19:16 27:22
29:10 31:23,24
**NASA** 28:4
**need** 2:19 4:20
14:13,23 19:18
**needs** 14:21
**neighborhood**
10:9
**nerd** 14:7 28:9
**nerds** 28:10
**net** 4:13
**network** 3:24
4:10
**never** 7:9 13:19
17:3 18:13,14
20:11,12 21:14
**new** 20:9,9 22:7
22:15,16 23:6
25:16 33:2
**news** 33:19
**notes** 27:6
**noticed** 3:2
**number** 13:10
20:23,23
**numbers** 10:19
**nutshell** 5:12

**O**

**O** 2:1
**obstacles** 16:8,8
**Obviously** 2:8
**off-ramp** 14:19
**offered** 26:8
**offering** 6:11
**offers** 23:18
**Oh** 2:25 17:18
18:13 27:23
34:6
**okay** 3:22 4:22
8:23 9:1,17,19
10:8 11:7 12:2
23:3 25:6 31:4
32:16 33:1,18
**once** 13:7,14,14
**ones** 11:25
**online** 21:1
**open** 20:9
**opened** 19:5,7
**operate** 34:16

**oracle** 5:8,11
7:11,11,13,17
7:21,21,24
26:19 27:9
**oracles** 4:9
**order** 6:23 13:17
13:23 19:17
23:18 24:9
**OTA** 20:25
**out-beating** 26:5
**outperforming**
25:9,9 26:3
**outperforms**
27:4
**owe** 5:1
**owners** 12:19

**P**

**P** 2:1
**PAGES** 1:8
**paid** 7:7 33:6
**parked** 12:3
**part** 3:1
**participate** 23:1
**partners** 21:21
28:17
**patented** 26:12
26:14
**patents** 11:18
25:18 26:16,18
26:19 29:9,22
29:25 30:4
**pause** 8:24
**pay** 5:24 7:25
8:12 13:11
21:15,24 34:4
**payback** 14:18
**paying** 5:20,23
6:25 21:25,25
22:10
**people** 2:18 3:25
8:7,8 21:17
22:9,16,24
32:4
**percent** 2:25
7:22 10:24
15:1,8 21:16
21:18,18,23,25
22:1,3,4,14
23:8,12,13,13

23:15 26:4,6
33:4,17
**percents** 22:5,18
**period** 8:4
**person** 4:10 30:4
**pharmaceutical**
29:1
**phone** 2:4
**phonetic** 3:18
**pick** 26:1
**piece** 16:12,13
22:7 24:9
**piggyback** 25:2
**place** 13:20
**placing** 25:3
28:18,18
**plan** 20:5 32:2
**platform** 20:7,9
**platforms** 28:3,3
**plus** 4:12 9:11
**point** 6:12 10:9
10:21 19:16
24:1 30:3,3
**pond** 20:19
**pool** 4:4,5,7 5:14
6:9 7:25 8:2,12
9:16 10:1 11:9
13:7,7,8 19:18
24:10 25:8,10
32:5,14 33:10
34:10
**pool's** 26:3
**pools** 9:13 15:23
27:7
**possible** 15:1
25:17
**possibly** 23:10
23:11
**pound** 20:19
**power** 26:16
28:4,25,25
**preferred** 6:2
**presence** 28:7
**pretty** 6:19
11:12 15:24
16:8,9 19:9,13
26:24 29:7
31:11
**price** 3:6,6
**private** 13:18,19

31:25
**probably** 20:9
  22:18
**problem** 30:12
  31:7
**procedural**
  16:17
**proceedings**
  35:4
**processing** 27:5
**professional**
  28:2,8
**profit** 22:24
**profitability**
  7:22
**profitable** 4:11
  6:3,5 7:1,25
**program** 33:22
**properly** 34:1
**protocol** 5:25
  8:10,10 16:24
  17:4,5
**protocols** 8:7
  15:11,12 34:16
**public** 31:14,25
**pull** 8:21
**purchase** 12:22
  13:3
**purely** 22:9
**push** 4:20 5:9
**pushed** 8:16,16
**put** 3:24 5:12
  19:23,24,25
  20:1,8 32:5
  33:9 34:4

———————
        **Q**
———————
**question** 12:4
  21:11 32:1,4
**questions** 2:8,12
  8:25 21:7
  31:20
**quick** 4:8 31:11
**quote/unquote**
  6:23

———————
        **R**
———————
**R** 2:1
**rallies** 19:14
**rate** 5:15,24

10:4,4,4,5,8,21
  18:8
**rating** 7:22
**reads** 9:15
**ready** 20:3,8
**real-time** 28:5
**really** 3:13 4:8
  14:18 21:15
  27:20 28:14
**reason** 12:23
  13:16 18:16,17
  25:4
**reasons** 19:11
  28:1
**receive** 5:21
  16:19 17:10
**recorded** 35:3
**records** 31:15
  31:25
**red** 21:2
**redeployed** 9:3
**reduce** 25:18
**refer** 9:6
**referring** 26:14
**reflection** 22:14
**regardless** 33:15
  33:17
**relationship**
  32:7
**release** 23:25
**remember**
  12:14 15:14,15
  33:2,5
**Reporting** 1:24
**request** 13:10
**requirements**
  19:2
**research** 29:1
**respect** 22:15
**response** 34:4
**return** 4:12 5:21
  6:6 8:1,13,14
  8:22 9:11,12
  9:13,20,22
  10:24 16:22
  18:8 21:18
  22:1,3 33:7
**returned** 16:21
**returns** 9:2
  12:17 19:17

21:16 22:5,12
**Richard** 1:7 2:2
  2:4,11 14:24
  14:25 35:6
**right** 2:3,6 3:12
  4:13,19 7:20
  8:11,21 9:9,10
  11:13 12:6,14
  13:9 14:10,14
  14:23 15:8,24
  16:1,25 17:7
  17:20 18:6,9
  19:8,20,23
  20:2 21:21,22
  22:2,3,10,18
  22:19,23 23:19
  24:3,8 25:4,5
  26:2 27:7,14
  27:16 28:4,8
  28:19,24 29:4
  29:15,25 30:4
  30:8 32:22
  34:14
**risk** 3:21 4:23
  5:18 7:20
  12:14 15:9,22
  15:24 16:4,5
  16:12,13,17,23
  21:14 34:1,11
**risk/reward**
  21:11
**risks** 9:6
**risky** 21:15
**roughly** 10:21
**rounds** 20:9
**route** 31:11
**Rule** 11:10
**rules** 5:11,18 7:4
  7:5 9:5
**run** 7:2 22:25
  27:3
**running** 27:6,10
**runs** 7:24
**rushed** 12:17

———————
        **S**
———————
**S** 2:1
**safe** 9:16 21:13
**safes** 14:20
**safety** 13:21

**sake** 32:3
**saturate** 20:20
**saying** 23:14
**scale** 20:8
**SEC** 33:22,25
**second** 3:17 6:7
  8:2,20 16:11
  16:12,12 25:20
**secondarily**
  21:21 22:17
  23:19 24:6,13
  28:7
**secure** 14:14
  20:17,24
**SECURITIES**
  1:1
**security** 20:16
  20:21 28:21
**see** 11:23 14:16
  24:5 25:8,20
  25:25 27:22
  29:9,10 31:15
  31:20
**seeing** 17:9
**sell** 3:20 4:7
  14:2
**selling** 30:15
**send** 4:12 9:10
  9:11 12:20,21
  13:3,3,13 30:4
  31:1,1 32:11
**sending** 29:24
**sends** 7:13,18
**sense** 32:7 33:9
  33:13
**sent** 26:10
**separate** 17:11
**Services** 1:24
**set** 3:5 5:10,18
  5:24 6:1 23:24
  33:6
**share** 30:5
**sharing** 22:2
**show** 22:17
**shows** 29:21
  31:23
**side** 4:14 14:15
  15:17 16:3
  17:10 22:6
  27:2 30:13

**sides** 6:16
**significant** 3:3
  11:13 22:10
**significantly** 7:2
**Silicon** 12:8
  16:20
**silly** 9:9
**similar** 25:23
**simple** 21:12
**sites** 2:18
**sitting** 30:15
**six** 26:9
**sizable** 2:10
  19:14 22:24
  23:1
**size** 19:16
**smaller** 6:25 8:6
  19:7
**smart** 5:13 7:5
**soak** 20:19
**social** 28:7
**software** 11:21
**somebody** 22:12
**soon** 7:17 20:8
**sort** 16:13
**sounds** 2:14 9:8
  21:12
**space** 3:14 26:25
**speed** 27:5
**spent** 14:18
**spoke** 20:15
**spread** 24:15
**stable** 8:10
**stair** 19:22
**staking** 3:22
**standpoint** 16:9
**start** 23:20
**started** 17:17
**starting** 10:3
**startup** 30:14,15
**state** 19:12
**STATES** 1:1
**stay** 9:3 24:1
**step** 19:22
**steps** 13:16
  15:10
**stipulations**
  18:18
**stock** 3:15 10:12
**store** 12:16 14:5

14:6
**stored** 13:19,20
**straight** 14:1,1
**Street** 3:9
**strict** 5:10,18
19:22
**structure** 34:14
**stuff** 19:15
31:13 33:3
34:5
**subject** 1:7 13:1
**submarket** 6:19
**successfully**
26:18
**sued** 33:21
**super** 14:7 33:2
**sure** 12:7 15:7
15:10 23:24
30:17,22 31:16
31:18,22 33:20
**surrounding**
11:19
**sweeps** 13:2,2
**Sysco** 26:19
**system** 9:15
12:16 13:2
14:9,19
**systems** 14:12

**T**
**take** 17:20 19:23
**taken** 13:15
15:10
**talking** 2:11
9:20 27:17,18
**Tanner** 1:7 2:2
14:21,22 20:25
26:14 35:6
**Tanner's** 25:12
**tech** 11:12 28:9
**technically**
10:15
**technology** 11:7
11:13 25:17,23
**tell** 12:3 19:21
**ten** 6:14 11:2
32:12
**ten-year** 10:7,24
**test** 20:4,10
**tested** 19:23,24

19:25 20:1
**testing** 24:2,3
**Tether** 12:22,22
12:23,25 13:4
13:4,8,14
**thanks** 2:7 21:10
**thing** 6:7,13
15:15 20:17
25:18 34:13
**things** 8:4 15:14
24:11 29:3
31:14
**think** 19:6 29:16
29:16 33:21
**thinks** 14:8
**third** 3:21 8:12
**thoroughly**
19:24,25 20:1
20:2,5,11
**thousand** 33:12
**three** 3:1,13
10:3 22:5
**three-tens** 25:19
**three-tenths**
6:12
**three-year**
23:19
**time** 2:7 6:12
14:18 16:16
20:6 21:24
**times** 5:3,4,23
7:22
**today** 11:17
**tokens** 3:22
**told** 26:4
**topple** 14:9
**total** 15:9
**totally** 21:19
**touch** 7:10
**traced** 20:16
**trade** 3:8 4:6,18
4:24,25 5:3
6:14,14 7:12
7:13,24 10:10
10:12 16:3,3
21:1
**trader** 4:13 7:10
**traders** 16:11
**trades** 3:12,24
4:16,17 7:19

10:14,14,15
15:20 25:20,25
26:1
**trading** 4:3,11
4:14 7:10,11
15:19 17:5,21
21:1
**traditional**
22:13
**transaction** 5:1
7:7 15:17,25
20:12 33:10
**transactional**
16:3
**transactions**
6:11,18 7:1,2,3
8:3 17:15,19
18:11,12,14
19:7 24:8,24
30:9 32:24
33:6,11,12
**Transcriber**
35:11
**transcript** 35:2
**transcription**
1:15 35:3
**transfer** 13:15
13:25
**translation** 28:5
**transparent**
21:22 30:3
**transporting**
14:14
**treat** 20:6,7
**treated** 32:24
**treatment** 6:2
**tries** 5:2
**Triten** 1:5 24:23
24:25 25:1
32:1 35:5
**true** 35:2
**trying** 24:1 25:5
**turned** 12:19
**turning** 30:16
**turns** 5:2
**Twitter** 28:13
**two** 11:4 14:10
14:12 21:5,16
26:17 32:22
**two-tenths** 6:12

**U**
**U.S** 14:3
**uh** 29:22 32:1
**um** 2:16 12:2
16:15 24:18
26:11,19,23
28:4
**unavailable**
16:16,18
**underneath**
19:11
**understand** 2:16
2:24 30:10
31:12 33:2
**UNITED** 1:1
**unlock** 22:11
**use** 2:18 5:22,25
6:13 7:6,6,23
7:23 11:20,20
12:22,23 13:17
19:1
**uses** 5:11
**usually** 23:8
31:13
**utilize** 11:19
24:24

**V**
**Valley** 12:9
16:20
**verify** 4:11
**view** 21:15
**virtualized** 27:6
**VOICE** 2:3,5,6
2:14,15,22,23
2:25 8:23,24
9:1,5,17,18,19
9:21,23,24
10:8,14,17,18
10:20,22,23
11:1,6,7,10
12:2,7,8,11,12
12:13 14:24,25
15:3,5,7 17:1,3
17:14,18,20,24
17:25 18:2,6,7
18:9,13,15,16
18:20,22,23,25
19:5 20:14,25
21:3,6,7,9,10

21:19 23:3,15
24:19,20,22,25
25:6,7,12,14
26:7,8,11,13
26:21,23 27:1
27:2,12,13,15
27:23,25 28:1
28:23,24 29:2
29:3,5,7,8,11
29:13,14,16,18
29:20,24 30:1
30:2,18,22,23
30:25 31:4,5,6
31:7,8,10,12
31:16,17,18,19
31:22,23 32:9
32:16,19 33:1
33:4,8,16,18
33:20,21,24,25
34:2,3,6,7,8,9
34:13
**volatility** 3:3
16:1,10
**volume** 8:3 10:6
16:9 33:17
**volumes** 3:12

**W**
**walked** 19:13,13
**wall** 3:9 19:14
**wallet** 13:5,15
13:17,19 17:7
17:8 30:6
**want** 4:5,6,6
5:20 7:20 8:11
12:4 13:1
14:15,17 20:18
22:23 23:9
24:4 30:25
31:1
**wanted** 20:14
25:14
**water** 20:20
**way** 3:22 26:10
31:13 32:17,19
32:20
**ways** 3:11,13
**we'll** 20:9,10
23:11,12
**we're** 11:25

14:17 15:10,11
16:4 17:9
19:12,12,15
20:3 21:21,22
21:23,24 22:20
22:22,22 23:17
23:23 24:1,2
25:4,8,9,19
26:2,5,24,24
27:5,6,8,16,17
27:18 30:13,14
30:14,16 31:10
33:5,6
**we've** 6:22 13:15
13:20 14:11
15:10 18:13,14
18:22,25 19:22
20:11,11,12,16
24:17 30:16
**weathered** 16:6
**weekends** 10:17
**weeks** 20:15
**went** 6:8 12:9
16:6
**whatsoever**
30:12
**wider** 26:17
**win** 3:13
**wind** 22:2
**wire** 14:4 16:21
21:4 26:8
**wires** 16:19
**work** 14:13 31:2
32:20,20 33:9
**worked** 6:8,8
28:3
**working** 11:8
15:10,11 24:16
**works** 30:17
**world** 24:5
28:14,15
**worried** 20:21
**worries** 14:23
**worry** 16:16
**worth** 3:16,18
6:15 12:25
**wouldn't** 25:23
25:24,25
**write** 23:22,23
**writes** 16:22

**writing** 3:10

---
**X**
---

---
**Y**
---
**yeah** 2:14,22,25
9:5 15:3,7,7,8
18:2,13,20
20:11 21:19
25:14 26:8,23
27:1,12 29:2
29:11,18 30:18
31:6,18
**year** 6:9 24:21
**years** 3:1 11:2
**Yep** 30:1 34:8
**yesterday** 17:19
17:19,21

---
**Z**
---

---
**0**
---

---
**1**
---
**1** 1:8 2:3,6,15,23
8:23 9:1,17,19
9:23 10:8,17
10:20 11:1,7
12:2,8,12
14:24 21:7,10
23:3 24:19,22
25:6 26:7,11
27:12,15,25
28:23 29:2,5,8
29:13,20 30:1
30:18,23 31:4
31:6,8,12,17
31:19,23 32:16
33:1,8,18,21
33:25 34:3,7,9
**1,000** 11:3 19:23
**10** 17:4 20:4
23:12 24:7
**10,000** 19:24
27:17
**100** 20:23 21:3
**100,000** 5:12
6:20 9:10,10
9:12 11:1,2
27:18 32:11,13
32:24

**100,000,000**
6:14
**12,000** 18:11,11
**120** 23:13
**15** 20:18,22
**15-year** 11:13

---
**2**
---
**2** 2:5,14,22,25
8:24 9:5,18,21
9:24 10:14,18
10:23 11:10
12:7,11,13
15:3,7 17:3,18
17:24 18:2,7
18:13,20,23
19:5 21:19
23:15 24:20,25
25:7 26:13,23
27:2,13,23
28:1,24 29:3,7
29:11,14,18,24
30:2,22,25
31:5,7,10,16
31:18 32:9,19
33:4,16,20,24
34:2,6,8,13
**2,000** 11:4
**20** 30:20 32:4
**20,000** 3:16
**200** 26:4,5
**200,000** 32:23
**202** 1:25
**21** 21:24
**23** 7:15 10:15
**24** 10:14 21:17
**24-hour** 8:4,8
**240** 17:21
**241** 17:19
**25,000** 3:18
**28,000** 3:19

---
**3**
---
**3** 10:22 11:6
17:1,14,20,25
18:6,9,15
20:25 21:6,9
25:12 26:21
27:1 29:16
31:22

**30** 10:10 17:21
21:23 23:8,12
**30,000** 3:16
**300,000** 32:22
**35** 1:8 18:5
**36** 21:18

---
**4**
---
**4** 14:25 15:5
18:16,22,25
20:14 21:3
25:14 26:8
**4,000** 17:25
**40** 18:5 20:9
23:17
**467-9200** 1:25

---
**5**
---
**5** 11:10
**5,000** 17:22
**50** 15:1 23:17
24:3 32:4
**50,000,000** 8:3,9
**500** 5:3
**500,000** 32:21
**516668-A** 35:8
**59** 7:16 10:15

---
**6**
---
**6-27-23** 1:7 2:2
35:6

---
**7**
---

---
**8**
---

---
**9**
---
**99.9** 7:21

# EXHIBIT E

## EXHIBIT IS BEING MANUALLY FILED

# EXHIBIT F

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:          )

                           )  File No. A-04106-A

TRITEN FINANCIAL GROUP     )


SUBJECT:  Jonathan Adam 06_29_2023_1_30pm-2_40_1

PAGES:    1 through 60




AUDIO TRANSCRIPTION








Diversified Reporting Services, Inc.

(202) 467-9200

1  P R O C E E D I N G S
2  Jonathan Adam 06_29_2023_1_30pm-2_40_1
3  MR. ADAM:  The New York Stock Exchange at
4  100 and sell it in -- on Oklahoma's Stock Exchange at
5  107.
6  SCOTT:  Yep.
7  MR. ADAM:  And then I would want to hit that
8  trade as often as I could until the market moved or
9  that trade didn't have the margins I needed to pay my
10  flash vendor.
11  So we are not the one who does the loan, we
12  are the one who provides the capital to the company
13  who does the loan, but our software enforces the
14  rules.
15  SCOTT:  So --
16  MR. ADAM:  -- for that company to loan our
17  money.
18  SCOTT:  -- can you just pause on that for a
19  second?
20  MR. ADAM:  Yeah.
21  SCOTT:  Why does the company that has the
22  capital, in this case it's the Gemini Lending Pool,
23  right?
24  MR. ADAM:  Um-hum.
25  SCOTT:  The 40 billion?  What -- if they

1  have the capital to make a loan, why did -- why do you
2  need to provide a flash loan to them?
3  MR. ADAM:  Because in their -- Gemini itself
4  is a $40 billion company, but it's lending pool is
5  peer capital.  So they're not lending their capital,
6  they're lending the capital of the people who are
7  participating in the protocol.
8  SCOTT:  Okay.  So is this -- are we down to
9  like two people?  A buyer and a seller and the buyer
10  has the money?  Or is there an intermediate as well?
11  MR. ADAM:  So think of -- think of, instead
12  of thinking of it with a buyer and a seller, right?
13  Think of it with OTA disk.  So a lot of the way crypto
14  exchanges work is the exchange itself is purchasing
15  the crypto initially, right?
16  SCOTT:  Okay.
17  MR. ADAM:  And then it -- and then the
18  people, who are buying in the exchange, are buying it
19  directly from the exchange.  This is why some of the
20  exchanges have huge exposures.
21  SCOTT:  Okay.
22  MR. ADAM:  So when we -- when we have a
23  arbitrage trader who's using our capital, they're not
24  selling it directly to another peer, they're selling
25  it at -- at the spot price that the exchange is

1  offering.
2  So then the excahgne will -- will be part of
3  the exchange pooled assets and the exchange is selling
4  it to the people who are making book orders.  That's
5  how the exchange is making their money.
6  They make their money on the fees and they
7  make their money on the difference between the spot
8  market and the book order markget.
9  SCOTT:  Okay.  In that case it's similar to
10  the stock market.
11  MR. ADAM:  Yeah, it works very, very similar
12  to the stock market, for sure.
13  SCOTT:  Okay.  And so are there similar
14  flash loans in the stock market?
15  MR. ADAM:  I'm not a big stock guy, but I do
16  see this a lot in the currency markets and I -- and
17  I'm starting to see it here and there in the
18  commodities arena.
19  SCOTT:  Okay.
20  MR. ADAM:  We -- we do have some -- Forex
21  uses -- in fact the -- the Defi flash lending protocol
22  that Ava, Ava was the first big protocol to use this,
23  the Defi protocol was modeled very much after the
24  Forex markets.
25  SCOTT:  Okay.  So the -- tell me --

1  MR. ADAM:  It's just faster.
2  SCOTT:  Okay.
3  MR. ADAM:  (Crosstalk) is just faster
4  because it's primarily server to server speaking and
5  very little human interaction.
6  SCOTT:  So explain to me now what your bot
7  is doing to make sure that it's a worthy transaction
8  to lend?
9  MR. ADAM:  Yeah.  So instead of -- instead
10  of you -- so in the typical flash lending scenario,
11  right, you would come in and you would say, hey, flash
12  lending protocol, lend me a million dollars, right?
13  And so they would lend you a million dollars
14  and then that -- that order would be open, so now you
15  can't transfer that out of the wallet you received it
16  in unless you're transferring it to your specified
17  wallet that you're making the trade in.
18  Follow me there so far?
19  SCOTT:  Yeah.
20  MR. ADAM:  All right.  But that order could
21  be open for days.  You could say, hey, lend me a
22  million bucks and it's locked into that wallet until
23  you find the trade that you want to execute yourself,
24  right?
25  SCOTT:  Okay.

Page 6

```
 1              MR. ADAM:  But now you still -- you still
 2  can't take the capital and do whatever you want with
 3  it.  You -- because you have to register wallets that
 4  are -- that the Oracle verifies are on exchange
 5  wallets, right?
 6              What we do is we say, okay, instead of the
 7  Oracle giving you the million dollars, you tell -- you
 8  tell the -- you tell the Oracle what trade it is you
 9  want to make, right?
10              So you have to have the trade found and --
11  and made, register that trade with the Oracle in order
12  to have it be funded.  So then our software enforces
13  that.  Our software says we're not going to give your
14  wallet the money, we will fund the trade and then
15  we -- and then the Oracle will send you the net of
16  that trade because the Oracle verifies that the trade
17  is profitable and profitable enough to repay the loan
18  and to pay the fee for borrowing the money.
19              And then whatever's left goes directly to
20  the trader.
21              SCOTT:  Okay.
22              MR. ADAM:  So that's the first step that we
23  take.  So that means that the money's only hot for
24  about nine seconds, ten seconds, long enough to
25  execute the trade because we are API'd through the
```

Page 7

```
 1  Gemini lending pool.
 2              We're API'd into, you know, hundreds of
 3  exchanges, so we can make those trades instantly and
 4  programmitcally, right?
 5              SCOTT:  Okay.
 6              MR. ADAM:  So -- but again, we're not the
 7  ones on the trading site.  We're simply, the Oracle
 8  tells our software we have a trade registered and it
 9  is profitable, so our software says, okay, the gate is
10  open, here's the money.
11              And then the trade's executed and they're --
12  and then the Oracle holds the -- the money that we put
13  in and immediately puts it back in our wallet on
14  Gemini and then Gemini gets the fee, for facilitating
15  the flash loan, and then the trader gets the net.
16              SCOTT:  Okay.  What kind of fee does Gemini
17  take?
18              MR. ADAM:  Gemini typically takes about a
19  quarter to a half a point of the loan value.
20              SCOTT:  Okay.  On every loan?
21              MR. ADAM:  On every single loan.  Right.
22              SCOTT:  Okay.
23              MR. ADAM:  So -- but this is a huge
24  advantage to the trader because if he finds something
25  with a, you know, three percent spread, for example,
```

Page 8

```
 1  right, he can hit that same trade hundreds and
 2  hundreds and hundreds of times not using his own
 3  money, and then he can hit it until the market moves.
 4              So he'll hit that trade, you know, as -- as
 5  many times as he can until the market shifts to where
 6  our -- our software says, that trade is not profitable
 7  anymore.
 8              So we will -- we will not open the door on
 9  our capital.
10              SCOTT:  Okay.  And when you say it's good
11  for the trader, it's because if the trader has a three
12  percent spread or a two percent spread and the cost of
13  the capital is only a half a point.
14              MR. ADAM:  Right.
15              SCOTT:  Is that what you mean?
16              MR. ADAM:  So he's making two -- he's making
17  two and a half points, so he buys, buys, buys, buys,
18  buys, sells, sells, sells, sells, sells.  Well,
19  naturally, the way markets work, right, as that
20  happens the margin shifts from two and a half points
21  to two points.
22              And then to a point and a half, and then to
23  a point, right?  So he's -- he's pulling that net
24  every -- as he goes, until it's down to the point to
25  where he's under what his fee would be to Gemini.
```

Page 9

```
 1              SCOTT:  Okay.  Got it.
 2              What is -- is there a typical average spread
 3  with --
 4              MR. ADAM:  I mean, the good arbitrage guys,
 5  you know, I mean there are guys littered around the
 6  country, but the good arbitrage guys, like the guys
 7  with Blockmetrix in Chicago, for example, they'll run
 8  that -- they'll run that until they're only profiting
 9  say a quarter point and then they'll stop, right?
10              SCOTT:  Um-hum.  Okay.
11              MR. ADAM:  But they -- they have their own
12  trading bot and their trading bot goes out and it
13  finds -- it finds quality arbitrage spreads.  So they
14  might find a spreead that's got 20 points of margin on
15  it sometimes, right?
16              SCOTT:  Okay.
17              MR. ADAM:  And then they'll beat the hell
18  out of that.  They'll make tens of millions in that
19  day beating the hell out of that trade, right?  And
20  they'll move the whole market.
21              So then -- so then people will notice that
22  that -- that -- that there's a whole lot of volume on
23  that exchange, so then they all pounce there, right?
24  So then they pick up -- they like pick at the bones.
25              Well, then you wind up seeing Coinbase,
```

Page 10

1  where Coinbase, you know, so you'll see volume go over
2  to say Coinbase or to Kraken, right, trying to make
3  that same trade on that exchange until it's just
4  exhausted, and then, by then the whole market kind of
5  lines back up on token price.
6      SCOTT:  Okay.
7      MR. ADAM:  But this is what's really cool
8  about having decentralized exchnages, is because the
9  price of Bitcoin is not the same on any of the
10  exchanges.
11      It's -- it's all -- it's usually relatively
12  close, but when you get a day of volatility, right?
13  So say news broke in the US that Bitcoin, I don't
14  know, Anderson Horowitz moved into Bitcoin, you know,
15  you still have opportunity on the market in Malaysia
16  before the news gets there.
17      SCOTT:  Okay.
18      MR. ADAM:  To spread -- to spread these
19  trades across the world.  That's what's awesome
20  about -- that's one of the huge advantages of crypto
21  is it interacts globally.  It doesn't recognize
22  boundaries, right?
23      SCOTT:  Okay.  So help me understand how the
24  Gemini lending pool, that -- you said that they gave
25  you a contract --

Page 11

1      MR. ADAM:  Yeah, we have a minted smart
2  contract on the TRON Network and on the Solana
3  Network, guaranteeing our rate.
4      SCOTT:  Okay.  And -- and --
5      MR. ADAM:  And the cool thing about that is
6  I love smart contracts because they're not -- it's not
7  paper.  There's -- it's not 50 lawyers negotiating a
8  clause.  It's two computers enforcing the rules of the
9  contract.
10      So it's completely binary.  There's no
11  altering it.  Once the token is minted and accepted
12  between the two addresses on the blockchain, it is 100
13  percent programmatically enforced.
14      So I can't go renegotiate it.  I can't --
15  they can't not pay it, right?  It's entirely governed
16  between -- between the two addresses on the
17  blockchain.
18      SCOTT:  Okay.  And so how do you -- so
19  you're not negotiating -- this contract that you're
20  referring to, you're not negotiating it with people or
21  principals at Gemini?
22      MR. ADAM:  So that -- so we did, right?  So
23  we negotiated the terms.
24      SCOTT:  Okay.
25      MR. ADAM:  And then those terms are written

Page 12

1  into a computer program and then that computer program
2  is, we call it minting, it's stamped on to a token,
3  and then that token is shared between the two
4  machines, and then the two machines, and when I say
5  machines, I mean, two blockchain addresses, because
6  they could be 100 machines.
7      SCOTT:  Okay.
8      MR. ADAM:  So then that token has the rules.
9  So it says -- it says, party one, here are the rules,
10  party two, here are the rules.  And then the two
11  machines, it's called consensus, right, so the two
12  machines read the smart contract and they -- and they
13  say, we are in consensus on the terms that are in this
14  software program.
15      Because that program is in the blockchain,
16  it is now spread across everything in the blockchain.
17  So say -- say their machine blew up, right, and it
18  wasn't there, for example, then they have -- but it's
19  in the blockchain, so then all of the machines in the
20  blockchain enforce the consensus of that agreement.
21      SCOTT:  Okay.  Okay.  So tell me the terms
22  of your agreement.
23      MR. ADAM:  So our terms are one percent per
24  calendar day, guaranteed return on the money that's
25  deployed within our network for 10 years.  And that

Page 13

1  started, we got that agreement April 1st.
2      SCOTT:  Okay.  And does deployed mean it has
3  to be transacted?
4      MR. ADAM:  Nope, it just has to be actively
5  available to the lending pool.
6      SCOTT:  Like a line of credit, even though
7  it hasn't been tapped?
8      MR. ADAM:  It's -- yeah, so think of it like
9  this.  When -- if you had a -- if you had a 50 gallon
10  trashcan, right, and we filled it full of money, then
11  we gave permission to our neighbor to come use any
12  amount of that money that he wanted in the trashcan as
13  long as he paid it back instantly, but he had to pay
14  us a return on all of the money in that trashcan.
15      SCOTT:  Got it.  And that's -- and that's
16  the one percent.  So if you have a $10 million fund
17  that that's -- that was your goal, right?  To raise 10
18  millin for right now?
19      MR. ADAM:  10 million generates $100,000 a
20  day to (inaudible).
21      SCOTT:  Oh.  Okay.  And how many -- how many
22  transactions do you estimate you might fund through
23  your bot in a day?
24      MR. ADAM:  We average about 200.
25      SCOTT:  Okay.  So those 200 trades you're on

Page 14

```
 1   a $10 million fund is going to generate $100,000 in
 2   fees from the Gemini lending pool.
 3          MR. ADAM:  I actually have a -- I actually
 4   have a running estimate from Gemini.
 5          SCOTT:  Okay.
 6          MR. ADAM:  I mean, they have been amazing to
 7   work with because we're really working kind of hand in
 8   hand in building this small transaction value market,
 9   right?
10          SCOTT:  Um-hum.  Yeah.
11          MR. ADAM:  So Gemini is averaging five and a
12   half points a day off of our money.  So they pay us
13   one point.
14          SCOTT:  Okay.  That's what I was getting at.
15          MR. ADAM:  Yeah.  Yeah.
16          SCOTT:  How was this working for them?
17          MR. ADAM:  Yeah.  No, yeah.  So they -- and
18   that's one of the reasons that -- you remember
19   yesterday I kept talking about stair stepping revenue,
20   right?
21          SCOTT:  Yeah.
22          MR. ADAM:  Well, one of the reasons I want
23   to stair step revenue is because I -- did you know
24   George Jarkesy?
25          SCOTT:  Just the name.
```

Page 15

```
 1          MR. ADAM:  Okay.  So George is a mentor of
 2   mine.  He and I have done a lot of deals together.
 3   I've been his like tech head for a long time and I've
 4   never let him pay me, so that I can always tap his
 5   advice, right?
 6          SCOTT:  Okay.
 7          MR. ADAM:  So when I started this, George
 8   said, I'm in, but you have to take at least 20 million
 9   from me and then I have to have the option to put in
10   up to 500 million at my leisure, right?
11          Because George is guy who is all about
12   profit.  I want profit, profit.  I live to make
13   profit, right?  And I have a huge amount of respect
14   for that.  The issue is, it's my job to ensure that
15   we're not putting more capital available into the
16   network than what there is demand for in the flash
17   lending protocol on our particular pool size, right?
18          So that we aren't --
19          SCOTT:  Okay.
20          MR. ADAM:  -- overwhelming the network with
21   capital so that -- because the same way Gemini's
22   defending us by keeping people out of our playground,
23   we're also defending them by saying we won't overrun
24   you.
25          SCOTT:  Okay.  So --
```

Page 16

```
 1          MR. ADAM:  Does that make sense?
 2          SCOTT:  Yes.  And the playground you're
 3   talking about is when you said, this is how -- this is
 4   my interpretation of what you said yesterday, because
 5   most transactions make their -- they make their money
 6   at, you know, a percentage of the deal, whether it's a
 7   quarter point or half point, most of the, if people
 8   can, they're looking to fund the million dollar deals
 9   or the $10 million deals because they make more money
10   on that one transaction.
11          MR. ADAM:  Correct.
12          SCOTT:  And you saw an opportunity at the
13   lower end?
14          MR. ADAM:  Correct.  There's a lot of guys
15   out there who trade arbitrage, but they don't have a
16   million dollars, you know?  This is the guy who's
17   making 150k a year trading 50 grand a day, right, from
18   his house who works an hour a day finding arbitrage
19   trades, you know?
20          There's a program out there called Crypto
21   Hopper and Crypto Hopper is a -- it's like a $20 a
22   month service and it will actually feed these guys
23   recommended arbitrage trades, but it -- it's designed
24   for the stay-at-home dad or the guy that works from
25   his house that's not part of any big institution,
```

Page 17

```
 1   right?
 2          He's trading his own -- his own money,
 3   $100,000 net worth guy (inaudible).  So nobody was
 4   catering to them, you know?  So the same principal
 5   that applies to hitting that three point trade, that
 6   three point spread, you know, dozens of times with $10
 7   million applies to the guy who does it with 20 grand.
 8          And he's making his -- he's making his
 9   spread and he's defending his liquidity because he's
10   not having to use his own money.  Well, nobody was
11   catering to them, at all.
12          SCOTT:  Okay.
13          MR. ADAM:  So that's one of the things that
14   we found was we can help automate that and that same
15   thing that -- that same thing that applies to him
16   applies to the big guys.
17          And so -- but none of the big guys want
18   their money in those small pools, it's not worth their
19   time.
20          SCOTT:  Okay.  And what does your bot
21          MR. ADAM:  I'm sorry, say that again?
22          SCOTT:  That's okay.  What is your, when you
23   created your bot, what does it do differently or
24   better than the other AI bots?  Because I recall that
25   it was outperforming the Gemini corporate bot or
```

Page 18

1  something like that?
2      MR. ADAM: Yeah, so Gemini runs a very
3  similar bot to us in the large transactional value
4  pool, right?
5      SCOTT: Okay.
6      MR. ADAM: You know, because they -- they
7  have to run a bot with AI around that in order to help
8  protect stagnant money. Help protect the guy who
9  comes in and borrows 10 million but doesn't close his
10  trade for two weeks.
11      Well, that's not good for Gemini because
12  they're not making any money off of him, right?
13      So but the set of rules that we enforce is
14  partially creating the speed of the transaction, but
15  that's actually a piece that Gemini itself can't see
16  in our configuration because our configuration is
17  encrypted.
18      SCOTT: Okay.
19      MR. ADAM: So by -- be enforcing the
20  registration of the trades through our software before
21  the gate is opened for the capital, that instantly
22  speeds the trade up because that arbitrage trader, he
23  wants that trade, when he finds it, he wants that
24  traded to happen immediately, right?
25      He doesn't -- he doesn't want it -- he can't

Page 19

1  have dilly dallying because the market may move
2  against him. And he wants to be able to hit that
3  trade over and over and over, right?
4      So that's one of the big things that we have
5  that they don't. The second part is most people are
6  building AI bots. AI bots are huge in this space and
7  the stocks space.
8      I mean, you know, half of Wall Street is
9  trying to run on Quant now. But they're all on the
10  trading site, help me find the trade, right?
11      We're one of the only bots out there that
12  says help me defend my capital that I'm providing to
13  the quote, unquote gamblers that are the traders,
14  right? We don't gamble.
15      SCOTT: Okay. Okay. And talk to me about
16  the risk.
17      MR. ADAM: Okay. So on our side, we don't
18  have a transactional risk because we enforce -- we
19  enforce the verification of the trade for
20  profitability, right?
21      So out of the 200 trades or so that we fund,
22  there's probably 60 percent more trades that we don't
23  fund a day.
24      SCOTT: Okay.
25      MR. ADAM: And we've never had a day of

Page 20

1  loss. We've never had a trade of loss because we
2  enforce -- we enforce 99.9 percent. It's impossible
3  to enforce 100 percent, right? So we enforce 99.9
4  percent return instantly on the trade.
5      So that's one of the rules of the bot,
6  right?
7      SCOTT: Um-hum.
8      MR. ADAM: So that -- so we've taken
9  every -- I tried to build risk programmatically. Risk
10  hedging programmatically, but also kind of programming
11  from the human standpoint, right? Which sounds kind
12  of weird, but follow me here. I'm sure you've met a
13  lot of wealthy people, right?
14      So when I talk to the super wealthy people,
15  Lanham Napier, for example, like I spent all day
16  yesterday with Lanham Napier talking about Rackspace
17  in their data center infrastructures, right?
18      They are people who are -- their whole
19  existence is to push and make as much profit as
20  possible, right?
21      And I -- and I completely respect that, but
22  in doing that, they also -- they also open up a little
23  bit of a higher risk profile, you know? Take George
24  for example. I know George better than most people
25  and George is a guy who if he can make a million

Page 21

1  dollars in a day, then he wants to make what he will
2  make tomorrow plus that million, right?
3      And then the next day he wants to make what
4  he would make the next day plus the previous days
5  million and the previous days million, right?
6      SCOTT: Um-hum.
7      MR. ADAM: Well, then you get a bad beat and
8  it's all -- then you go backwards on all of it, you
9  know? We built this system to ensure that what we
10  make is money and we're okay making less money than we
11  would if we were just on a percentage of transaction,
12  right or if we allowed compounding.
13      Becaseu we have fantastic margins and we
14  want to secure those margins every day. So I remember
15  when I was first getting into crypto trading, you
16  know, I was making really good money with my job and
17  you know, I've had some land investments and stuff
18  that did well.
19      But I would -- I would make a crypto trade
20  and then I would take my profit and make another
21  crypto trade and another crypto trade to where you're
22  pushing the envelope and then you make a bad trade and
23  then, before you know it, I had made 30 grand that
24  day, but I'm walking -- I went home with $2,000,
25  right?

Page 22

1    And so that was -- I can tell you that's one
2    of the biggest things that I want to hedge against and
3    risk because I trust computers, that's my job, right?
4    But it's the -- it's the human element, kind of the
5    human factor of it that adds the risk value.
6    You know, how do you -- I didn't take my
7    profit today, I rolled it into the investment, right?
8    Well, that adds risk for tomorrow, you know? Now,
9    on our side, we do everything we can to hedge that
10   risk, but we want to be paid every day and I want to
11   not allow that profit to go back in to the system.
12   One, because in a company culture, we want
13   our people to love the fact that they're making money,
14   right?
15   SCOTT: Yeah.
16   MR. ADAM: So our partners, our lenders, our
17   staff, you know, ourselves, we want to have that
18   feeling of every day we make money. And then,
19   secondly, is that helps lower the risk and it helps
20   create a culture of making this money that is okay
21   with the fact that you're making a 30-point margin
22   every month, right?
23   SCOTT: Yep. Okay. So talk me just through
24   the, at the end of each day you've got your one
25   percent, right?

Page 23

1    MR. ADAM: Yeah.
2    SCOTT: Now, when do you have -- I know you
3    have fees you have to pay, when do those fees come out
4    and who do those fees go to?
5    MR. ADAM: So we pay three different fees.
6    We actually pay a fee at the OTA desk to turn the fiat
7    into Tether, and that fee is just over one percent.
8    And we pay that --
9    SCOTT: Okay.
10   MR. ADAM: -- for our clients. And then, we
11   pay a five percent fee to withdraw our cash.
12   SCOTT: And who gets that? Gemini?
13   MR. ADAM: Gemini gets that. And it's
14   actually not Gemini that gets it. It's the
15   blockchain. So on the blockchain, every transaction
16   costs something.
17   SCOTT: Okay.
18   MR. ADAM: So if you're a coin miners, for
19   example, if I send you Bitcoin, then there is a small
20   fee in every transaction and that fee is what pays the
21   Bitcoin miners to write our transaction to the
22   blockchain.
23   So whenever we -- because we're taking every
24   day the -- we're making them pay us every day, there's
25   a fee for that that -- for them to move that money to

Page 24

1    us every day.
2    Every transaction has a fee in the
3    blockchain.
4    SCOTT: Okay.
5    MR. ADAM: So then they just charge a flat
6    five percent whenever we decide to withdraw, right?
7    And then we pay .08 percent to the OTA desk to sell
8    them the Tether that we withdrew. And then there's
9    about a quarter of a point cost to send them the
10   Tether so that we can sell it to them.
11   You see what I mean?
12   SCOTT: Yep.
13   MR. ADAM: So that's about a -- that's just
14   about another point. So we've got about seven points
15   of fees in there.
16   SCOTT: Okay. Okay. All right.
17   MR. ADAM: And then we have infrastructure
18   costs for running --
19   SCOTT: Yeah.
20   MR. ADAM: -- the infrastructure that runs
21   the nodes et cetera.
22   SCOTT: Yep. All right. So tell me the
23   business practice? So every day you got your -- you
24   got your one percent, and I understand let's just use
25   that as the example, I know you have fees that come

Page 25

1    out of that.
2    MR. ADAM: Yeah.
3    SCOTT: But what are you doing each week?
4    When are you -- and -- and that one percent, is that
5    in a -- is that in crypto and then you --
6    MR. ADAM: It is, yeah.
7    SCOTT: Okay.
8    MR. ADAM: Yeah, it's -- we live entirely in
9    Tether --
10   SCOTT: Okay.
11   MR. ADAM: -- unless we're taking money in
12   or sending cash out.
13   SCOTT: Okay. So you've got Tether. One
14   percent in Tether each day.
15   MR. ADAM: Yeah.
16   SCOTT: How often do you move it -- is it
17   just one -- because I know you're going to pay the
18   investors once a month.
19   MR. ADAM: Right.
20   SCOTT: But do you keep it in their system
21   for the 29 days or?
22   MR. ADAM: No.
23   SCOTT: Okay.
24   MR. ADAM: No. Yeah, we withdraw once or
25   twice a week to what we call cold wallets. Here let

Page 26

1 me, I actually have one.  Let me go grab it.
2          SCOTT:  Okay.
3          (Pause)
4          MR. ADAM:  Sorry, I had to get -- I had to
5 get in my safe.
6          SCOTT:  No problem.
7          MR. ADAM:  So we use cold wallets, right?
8          SCOTT:  Okay.
9          MR. ADAM:  So this is a device called Live
10 Ledger and it is a -- it is -- when you put your -- so
11 you can keep your crypto on here.
12          SCOTT:  All right.  On your phone.
13          MR. ADAM:  So you can keep your crypto on a
14 device like this.
15          SCOTT:  Okay.
16          MR. ADAM:  We use cold wallets because it --
17 one, it's -- your crypto is always on the blockchain
18 but it requires private keys to transact with, right?
19          SCOTT:  Okay.
20          MR. ADAM:  So the difference between this is
21 if someone steals my phone, my keys are on my phone,
22 right?
23          SCOTT:  Okay.
24          MR. ADAM:  But if someone steals this, my
25 keys are stored in a safety deposit box at Wells

Page 27

1 Fargo.
2          SCOTT:  Okay.
3          MR. ADAM:  So then we can -- we can deposit
4 money to this at any time, but in order to send money
5 out of it, we have to have this and the keys --
6          SCOTT:  Okay.
7          MR. ADAM:  -- in order to do it.  So the way
8 that we do it is, I keep the ledger, Tanner keeps the
9 keys, and then on his site, he has a ledger and I have
10 the keys, right?
11          So that there's no -- it's kind of that
12 whole, if somebody robs you at gunpoint and says give
13 me your crypto wallet, they can't do anything with it
14 because they don't have the keys, and the keys are
15 never in the same place as the ledger.
16          SCOTT:  Okay.  So --
17          MR. ADAM:  So we --
18          SCOTT:  -- once --
19          MR. ADAM:  -- deposit to that once, once a
20 week at a minimum, sometimes twice a week.
21          SCOTT:  Okay.
22          MR. ADAM:  And it's not because we don't
23 trust Gemini, it's because the business practice and
24 principal that we set up.
25          SCOTT:  Okay.

Page 28

1          MR. ADAM:  Is we want to take our profits
2 off chain so that in the event that the world comes to
3 an end, right, we at least have, up to that week, of
4 money we've made.
5          SCOTT:  Okay.  So your, with the $10 million
6 pool, you're anticipating moving a few hundred
7 thousand dollars to half a million dollars or so a
8 week into your cold wallet, less the fees?
9          MR. ADAM:  Correct.  Yeah.  They -- they
10 yeah, they keep the fees off the top.
11          SCOTT:  Yep.  Okay.  And then, at the end of
12 each month, you go into your cold wallet and you
13 convert that into dollars?
14          MR. ADAM:  So at the end of each month, what
15 we do is we unlock the cold wallet once a month and we
16 send everything in it to the OTA desk and we sell it.
17          SCOTT:  Okay.
18          MR. ADAM:  So then the OTA desk wires us US
19 dollars.
20          SCOTT:  Okay.  And then --
21          MR. ADAM:  And then we lock the cold wallet
22 and it goes back in the safe until the next month.
23          SCOTT:  Right.  So the cold --
24          MR. ADAM:  For example, tomorrow Tanner will
25 be here --

Page 29

1          SCOTT:  Yep.
2          MR. ADAM:  -- and he and I will unlock the
3 wallets and make all the transfers to the OTA desk and
4 sell the crypto.
5          SCOTT:  Okay.  And you take the proceeds
6 that are supposed to go to the investors, based on
7 their various bot loan term agreements, they get their
8 cash wired and you guys get your profits, et cetera
9 and --
10          MR. ADAM:  Right.
11          SCOTT:  -- your plan is, in a sense, the
12 cold wallet goes to zero at the end of each month and
13 then you start over?
14          MR. ADAM:  Correct.
15          SCOTT:  Okay.  So --
16          MR. ADAM:  Because we don't want to store
17 crypto -- from our side, we want to store cash.
18          SCOTT:  Uh-huh.
19          MR. ADAM:  So the same time you take your
20 cash, we take our cash, and then Tanner and I sit
21 around and we say, great, this is working great,
22 here's what you have in your business, right?
23          SCOTT:  Yep.
24          MR. ADAM:  So one thing -- one thing I
25 wanted to touch on was what the difference was between

8 (Pages 26 to 29)

Page 30

1  me and Triten.
2       SCOTT: Okay.
3       MR. ADAM: So you know -- so Tanner and I
4  sit -- sit around the table and we say, hey, you made
5  $300,000 right, you -- you know, your break even -- so
6  you have $170,000 of net profit, so and then what he
7  will do, in that scenario, is he typically will put
8  $100,000 back into the system that's his corporate
9  owned.
10      SCOTT: Um-hum.
11      MR. ADAM: But he is not paying a monthly
12 fee on, so he's growing his reserve in that manner.
13      SCOTT: Okay.
14      MR. ADAM: But real quick on the -- so
15 Tanner -- I'm the eldest brother out of the three of
16 us. There's me, Tanner, and Garrett, right? Garrett
17 is the -- Garrett's the younger brother that kind of
18 he helps run some of the other investments we've made
19 like we have a support center and a call center that
20 provides support to hospital IT networks and hotel IT
21 networks, things like that.
22      So Garrett isn't really involved all that
23 much in trading. Tanner has like a pretty sharp
24 capital mind, right? And he likes interfacing with
25 clients. You know, I'm not the guy who says hey let's

Page 31

1  go to lunch or let's go play golf, right?
2       SCOTT: Okay.
3       MR. ADAM: So Tanner's good at that. Me,
4  I'm the -- and Tanner is very smart. He's very
5  business process oriented. He runs a very profitable
6  business all the time, right?
7       My role is to be the Einstein of the group,
8  right? You know, and I hate talking about myself
9  because it comes off bad, but you know, I'm an
10 extremely smart individual and I've done some very big
11 things with some very big organizations.
12      And so -- but in our youth, I'm going to be
13 40 next week, right, so over the last 10 years or so,
14 you know, I cast a pretty big shadow, so you know, I
15 help Tanner get Triten started so that, you know, he
16 is no longer John's brother, he's Tanner with Triten,
17 right?
18      So you know the bot, to me, was a way for,
19 you know, me to -- me to get -- continue to
20 diversifying my, you know, where I'm making my money
21 at. I like to make quiet buckets of money and it
22 gives Tanner a way to get Triten propped up and --
23 propped up very well, and he's done amazing.
24      I mean, he's got, you know, almost eight
25 million dollars running in the system now. So you

Page 32

1  know and Tanner works with the Carl's of the world,
2  and you know, Carl is always on me about like, hey,
3  John, come over to dinner and I'm like, Carl, I'm, you
4  know, writing some batch scripting, right?
5       But yeah, you know, and I'm the one -- I'm
6  the one that's married. Tanner's he can go off to
7  Miami and meet with clients and you know go to dinner
8  all he wants --
9       SCOTT: Yeah.
10      MR. ADAM: -- and things like that. But
11 that's kind of our dynamic here. You know, we're a
12 very close-knit family.
13      SCOTT: Where'd you go to school?
14      MR. ADAM: So yeah, so I graduated high
15 school at -- I graduated high school and junior
16 college at 16 in Western Kansas and then I got my -- I
17 got my Unix engineering degree at KU at 18, and then I
18 got my -- I went to Canada and got my -- at Medicine
19 Hats and got my Master's degree.
20      And then, from there, I was almost 20, just
21 before my 20th birthday, so from there I went to work
22 for -- I worked for NASA for a little while and then I
23 did some contracting. I worked with a JCO company
24 that did -- we did -- we do offensive cybersecurity.
25      So you know, we were the group who, you

Page 33

1  know, if you attacked the pipeline, we attacked you to
2  shut it down, that thing, right?
3       And you know, along the way there I had some
4  I had some really good incubation systems and stuff
5  like that that I was doing and then everything -- I've
6  always been focused on this low margin, you know, it
7  takes three months to get started and then it's low
8  margin, but low interaction needs.
9       SCOTT: Um-hum.
10      MR. ADAM: You know, and it allows 50, 60
11 different income streams that you can constantly rely
12 on.
13      And then, I got into a pretty big beef with
14 AWS over some stuff I was doing for the state of
15 Nebraska and it got me to to thinking how can I change
16 how data works, right?
17      So I started working on this decentralized
18 data center and I got a client, the Hollywood Park
19 Casino Group out of LA, they run the casino that's
20 right next to that new Sofi Stadium and all the
21 hustler casinos that are spread throughout LA, the
22 card rooms.
23      And they were having a problem converting
24 digital imaging or analog imaging on their
25 closed-circuit TV cameras to digital, and the cost of

Page 34

1  them changing over was millions of dollars.
2         And so that actually gave me a place to
3  pilot my decentralized data center and it was a
4  huge -- it was a huge hit and I saved them like $6
5  million bucks, right?
6         So they put a few dollars into a JV that
7  where we did, you know, finished out a proof of
8  concept and -- and then I got a deal with JSOC through
9  the Lincoln log within my MIT and we started working
10 with the DoD and I made enough to buy them out of the
11 JV and so from there, we got a DoD contract.  We
12 started working on real-time translations, audio
13 translations.
14        You know, so soldiers can wear these ear
15 buds and they walk through, you know, the streets of
16 Kabul, for example, and they can hear everything
17 around them in English.
18        SCOTT:  Interesting.
19        MR. ADAM:  So -- so I did that and then that
20 project ended and I began to expand the -- I began to
21 expand the data center deal.  My biggest issue I have
22 is I hate to raise money, you know?
23        Thistle is the first capital raise we've
24 ever like truly done, right?  Everything else we've
25 always just done with our revenues.

Page 35

1         SCOTT:  That was through Sequoia?
2         MR. ADAM:  Yeah.  So Sequoia is a big part
3  of the round, Landham Napier is in the round as well.
4         SCOTT:  Has that closed?
5         MR. ADAM:  It is.  And I'll tell you this,
6  we took, off of a Safe -- are you familiar with Safes?
7         SCOTT:  Yes.
8         MR. ADAM:  So off of a Safe, we raised 59
9  million and we didn't give up one bit of equity.  So
10 the conversation of the Safe is into our token nomics,
11 which are happening now.
12        We just hired a economist out of Caltech
13 Poly to help us with that.
14        SCOTT:  Jonathan, how -- how come when I
15 like look at the Thistle website, there's really not
16 much there?
17        MR. ADAM:  Well, so that's -- a lot of
18 that's by design, right?  So think of it like this,
19 when you are in an early-stage protocol, we're
20 creating an early stage protocol for data centers,
21 right?
22        It is -- our biggest worry -- you're
23 extremely vulnerable before you get your token nomics
24 done because when you go to token nomics, you have to
25 open source, so that you get community buy-in and

Page 36

1  that's how you get network effect for people to run
2  it.  I.e. originally, Bitcoin was only mined by nerds
3  in their mom's garage, right?
4         And then it grew to a point to where the big
5  data companies started building you know, 500,000
6  square foot facilities that only mine Bitcoin, you
7  know?  Well, in the early phase, that was allowed
8  because it was completely open and completely visable,
9  right?
10        In our world, we are changing how data
11 works.  You know, for example, we power the entire
12 network from Basecamp, right?  Well, Basecamp was
13 paying AWS $3 million a month for data access, for
14 data center access, and, you know, so we're exposed --
15 if we're too open, we're exposed.  AWS can come in,
16 pick up all of our early tokens and then they'll own
17 51 percent or more of the network, so they have the
18 entire governing right of the network, right?
19        So that's why we're not super visible.  Let
20 me tell you about some of the people on our board,
21 right?  Landham Napier, founder of Rackspace, he's on
22 our board, Dan Tuzzio, who is the father of LiDAR,
23 he's on our board; we have Allen Sugar, from the Sugar
24 family in Europe, he is -- they're like the Waltons
25 over here, right?

Page 37

1         So they have the huge chain of like Walmart
2  like stores across Europe.  Christian Cares is our
3  chairman, he's done over 35 exits to Sequoia in
4  software companies.  You know, we've got some pretty
5  significant people and -- but part of the -- when we
6  raised the Safe round, we raised it under the
7  understanding that we were going to be kind of
8  incognito.
9         And the only reason I talked to you about
10 all of this, I really shouldn't be, but I talked to
11 you about it because Carl says, hey, Scott's family,
12 right and I trust Carl very much.
13        So we raised our Safe round with the -- and
14 we had a hell of a fight with Sequoia about being
15 quiet, you know?  They're a company -- they are like,
16 look, we want to accelerate.  We want to accelerate,
17 you know?
18        We're saying, listen, we, you know, we've
19 already, in the first quarter of Thistle we ended our
20 quarter with seven million in revenue from being three
21 months old.
22        SCOTT:  Okay.
23        MR. ADAM:  So -- but and I'll tell you about
24 the Safe.  The other thing that we actually negotiated
25 in the Safe is if we -- if we decide to give the money

Page 38

1  back before the 12th month, then we only have to give
2  them two percent of the token.
3           And out of that 59 million, we've not spent
4  a dollar.
5           SCOTT:  Okay.  Without getting too far off
6  subject, what is it Thistle doing?
7           MR. ADAM:  So think about it like this, when
8  you -- when you're accessing your data, right, so when
9  you -- you go to AWS and you say I'm gonna launch a
10 new app and I need a virtual server that this big,
11 right?
12          You are renting that space from Amazon, but
13 what you're really doing is giving them your data and
14 renting it back.  So what Thistle does is we sell
15 nodes, we call them nodes.
16          We sell these server machines where you plug
17 it into your business or your enterprise and then it
18 gives you the capacity that you need to run whatever
19 you're trying to run, and that costs you nothing.
20 That costs you the cost of a node, right?
21          But now, what you have is data sovereignty.
22 You own your data, you own your throughput, but you're
23 not using the entirety of that piece of machinery, so
24 you give -- you give back to the entirety of the
25 network your overhead and then we sell it to companies

Page 39

1  like Basecamp and then we take five percent and we
2  give you 95 precent of the revenue that we got from
3  Basecamp, based on how much capacity you gave to the
4  network that Basecamp is using, right?
5           So it's a community powered data center.
6  Our core business is moving people into data
7  sovereignty.  Moving people into owning and operating
8  their own data.
9           SCOTT:  Okay.  And in Thistle, for example,
10 are you a -- are you the founder?  Are you a --
11          MR. ADAM:  I'm the -- I'm a co -- I'm one of
12 I'm one of four.
13          SCOTT:  Okay.
14          MR. ADAM:  Yeah, I'm one of four.  I'm the
15 CTO.
16          SCOTT:  Okay.
17          MR. ADAM:  I'm the CTO there, and I'm locked
18 up pretty tight.  Like, I'm not allowed to drive
19 myself out of the state.  If I leave the state, I have
20 to have a driver.
21          I'm -- I have to get pre-approval to fly
22 commercially, things like that, because of our key man
23 policy.
24          SCOTT:  Okay.  So some of the patents that
25 you applied for and were approved for I saw that you

Page 40

1  have two colleagues on the four that --
2           MR. ADAM:  Yeah, Josh -- Josh and Darrin.
3  So Thistle started as a company called Practical
4  Solutions, and then when we met Christian -- the
5  problem that Josh and Darrin and I have is we are
6  extremely smart technical people, right?  But we had
7  no idea how to commercialize.  We had no idea how to
8  make it a business.
9           And that's where Christian came in,
10 Christian came in and his -- his thing is, he's not
11 technical, but he knows how to commercialize better
12 than anybody I've ever met.
13          So we were floundering -- we were doing
14 fine.  We were making about a million bucks a year off
15 the DoD, but how do I sell it to Basecamp?  Or how do
16 I sell it to Rackspace?  We had no clue.
17          SCOTT:  Okay.
18          MR. ADAM:  So Christian came in and did
19 that.  So in doing that, we started a company that
20 Thistle and Thistle acquired Practical.
21          SCOTT:  I see.
22          MR. ADAM:  That was our -- that was our
23 entry into Thistle.
24          SCOTT:  So the other two guys are still with
25 you at Thistle?

Page 41

1           MR. ADAM:  Yeah.  Yeah, Josh is the CIO of
2  Thistle and Darrin is our CEO.
3           SCOTT:  Okay.  Okay, cool.
4           Does your, back to Triten, is there a patent
5  on the bot that you created?
6           MR. ADAM:  There is not and I'll tell you
7  that's by design.  So what we're doing is not -- it's
8  unique.  We've decided to keep it more trade secret
9  thing patent.
10          So the issue we have with the patents, like
11 when you read through our storage aggregation patent,
12 right, we had to disclose exactly how it works and the
13 full algorithm behind it, right?
14          The issue with anything in the blockchain,
15 is the blockchain is governed -- is governed by the --
16 it's not governed by one government, for example,
17 right?
18          SCOTT:  Okay.
19          MR. ADAM:  The other point with the
20 blockchain is the blockchain enforces transparency.
21 There's -- there's -- you can hide behind your token
22 wallet address, right?  So they don't know it's
23 Jonathan, for example, but they can see everything
24 that's happened in that wallet, right?
25          So if we release and we apply for our

Page 42

1    patents, then we have to release our configuration,
2    which is currently encrypted so that nobody can see
3    it. So then we'd have 150 people using the same
4    configuration that we would basically be competing
5    with.
6        SCOTT:  Okay.
7        MR. ADAM:  So we've decided to keep it trade
8    secret instead and the -- the bot itself, it has no
9    crossings with Thistle whatsoever.  In fact, we're
10   actually a customer of Thistle's because we use their
11   data center capacity to --
12       SCOTT:  Okay.
13       MR. ADAM:  -- speed us up.
14       SCOTT:  Jonathan, this is really helpful.  I
15   know we originally intended or you were going to show
16   me some stuff.
17       MR. ADAM:  Yeah.
18       SCOTT:  If you still have the time, I'd like
19   to --
20       MR. ADAM:  I can do that in --
21       SCOTT:  Yeah.
22       MR. ADAM:  I can do that in four seconds.
23       SCOTT:  Great.
24       MR. ADAM:  It doesn't take too long.
25       SCOTT:  Okay.

Page 43

1        MR. ADAM:  So what I'm -- what I'm going to
2    show you here is what we see at Gemini, right?
3        SCOTT:  Okay.
4        MR. ADAM:  So here is -- here is the Triten
5    three bot, it currently has $20,000 in it.
6        SCOTT:  Okay.
7        MR. ADAM:  It has earned $19,800 against a
8    $40,000 cap, right?  So then what happens is, from a
9    programming standpoint, it's impossible to code to
10   time, right?  Because time actually isn't a constant
11   variable, it differs everywhere, you know, by
12   milliseconds, but it's different everywhere.
13       So we code to value, right?  So what happens
14   is this bot will run until it's worth $40,000 and then
15   it will turn itself off.  And then we will put $20,000
16   more in it and then it will run until it is worth
17   $40,000.
18       SCOTT:  Okay.
19       MR. ADAM:  So here is our -- here is our
20   ROI.  So as you see, on the 29th, remember this is in
21   Singapore, right, so on the 29th we made $300, 28th,
22   $300, 27, $300.  On the 26th, I withdrew $3,900
23   getting ready for our payout, right?
24       SCOTT:  Um-hum.
25       MR. ADAM:  So everyday we have -- we are

Page 44

1    earning a flat point, right?
2        SCOTT:  Yeah.
3        MR. ADAM:  So -- so here -- and here is the
4    entire history of it.  This bot itself launched on
5    March 30th.
6        SCOTT:  Okay.  So this is an example of, you
7    know, I have with you -- like do you have access to
8    the bot that you created for me?  The one -- I put
9    100,000 in.
10       MR. ADAM:  I do.  Let me see here.  And I'm
11   doing this off the top of my head, right?  So --
12       SCOTT:  Okay.
13       MR. ADAM:  I may have to poke around a
14   couple of them.  That's five -- here we go.
15       So here's 100,000.  So here it's -- this
16   one, this bot in particular is earning $2,500 on
17   its -- on its piece.
18       SCOTT:  Okay.
19       MR. ADAM:  So and you see it?  Everyday
20   we're being paid out.
21       SCOTT:  Yeah.
22       MR. ADAM:  Right?  So then what will happen
23   is you'll see an ROI, which (inaudible) in the ledger
24   itself, you'll see an ROI withdrawal and that's
25   where -- that's where the -- and then here are the

Page 45

1    trades that it -- here are the particular trades that
2    this bot funded.
3        SCOTT:  Okay.  When you were saying to me
4    yesterday, you've developed this dashboard and once
5    the lawyers work out the end user license agreement.
6        MR. ADAM:  Yeah.
7        SCOTT:  This is the kind of thing I'd be
8    able to do?  I'd be able to log in --
9        MR. ADAM:  It is.  It is.  I can't give you
10   access to this dashboard, because it requires an
11   encryption key, right?
12       SCOTT:  Sure.
13       MR. ADAM:  So but basically your dashboard
14   would be this information dumped into it all the time.
15       SCOTT:  Okay.  And I think you also said
16   that you limit the amount of money in the bot to
17   100,000?
18       MR. ADAM:  We -- well, we don't fund any --
19   we don't fund any transactions that are greater than
20   $100,000.
21       SCOTT:  Okay.  With a $2 million investment,
22   I already have one bot with you at 100,000, but if I
23   add a million nine tomorrow, am I going to have 20
24   bots?
25       MR. ADAM:  You would probably actually have

Page 46

```
 1    30.  So I would do -- I would do a breakout of mostly
 2   100,000 bots and then some $25,000 bots and some
 3   $15,000 bots and I'd base that all on demand.
 4            SCOTT:  Okay.
 5            MR. ADAM:  On transactional demand that we
 6   see.
 7            SCOTT:  Okay.  And help me make sure I
 8   understand this.  So the reason you want your bots
 9   working round the clock, like you're examining the
10   demand, is because the more they're working, the more
11   money Gemini is going to make on the spread and the
12   happier they are with you.
13            Because you're making the same, right?
14            MR. ADAM:  Right.
15            SCOTT:  If your bots all of a sudden only
16   traded 10 times a day instead of 200 times --
17            MR. ADAM:  Right.
18            SCOTT:  -- you'd make the same, but the fact
19    but if they could trade 300 times, you'd make the
20   same, but Gemini would make more --
21            MR. ADAM:  Correct.
22            SCOTT:  -- which increases your value to
23   them?
24            MR. ADAM:  Correct.  That's 100 percent --
25   that's 100 percent it.  We -- we -- they -- they see
```

Page 47

```
 1   us as a partner that's not just here to make all of
 2   their money.  They see us as a partner that's actually
 3   being defensive of them while they help us build this
 4   smaller transactional market.
 5            So the promises that we make to them is just
 6   pay us a set daily rate, right?  You know, if you
 7   think about a point or a point and a half a day of
 8   rate, then, you know, that's not -- you know, if
 9   they're averaging five and a half points, they're
10   making amazing money, you know?
11            And then, we're also -- we're not being
12   greedy and we're making plenty of cash.  I mean, and
13   eventually, we'll get 50 million, 100 million in here
14   and we'll say, guys, out of that five and a half, you
15   can afford to pay us two points now.
16            SCOTT:  Right.
17            MR. ADAM:  And that will create a new
18   network with a new smart contract that gives us new
19   money launched at two percent a day, right?
20            SCOTT:  Yeah.
21            MR. ADAM:  And this is some of the reasons
22   why we've never been able to have a good answer to why
23   would you pay me eight percent or 12 percent a month,
24   right?  Like, that's crazy.
25            On the other side, I don't know how to say,
```

Page 48

```
 1   hey many, I'm only paying you two percent, but I'm
 2   making 60, you know?  Like, I -- we're just one of
 3   those people who, like it should be -- by the time we
 4   pay our fees and stuff, we -- you make eight percent,
 5   we make eight percent, it's fair.
 6            SCOTT:  Okay.  When you said that they make
 7   five and a half, is that after they pay your one point
 8   or before?
 9            MR. ADAM:  No.  That's before us.  Yeah,
10   they're grossing -- they're grossing an average of
11   five and a half points.  So they're paying us the
12   point and they're making four and a half points, yeah.
13            SCOTT:  Got it.  Okay.  And in the Doomsday
14   model, when you were saying hey, we'd like to take our
15   - you know, convert our Tether to dollars and take it
16   out each -- a couple times a week and, you know, clear
17   house each month, in that Doomsday model though, what
18   happens to the, in my current case, the 100,000 that
19   was deployed on a one-year contract or if I put a
20   million nine in on a 10-year contract, that million
21   nine, my understanding is, that's locked up.  You
22   can't get it.
23            Once it's deployed, under that contract,
24   it's out there in the blockchain and it's not
25   available to -- you can't break that agreement till
```

Page 49

```
 1   the term is up.
 2            MR. ADAM:  Yeah.  So there are a couple of
 3   things that were working on.  One is, this is one of
 4   the reasons that it -- we have to disclose to you its
 5   unsecured, but two, a couple of things that we're
 6   working on there is, remember when I said that we live
 7   to a value, right?
 8            So this bot will live until it's worth
 9   $200,000, right?
10            SCOTT:  Okay.
11            MR. ADAM:  So at that -- so let's take 10
12   million or let's take your two million for example,
13   okay?  And this is likely clearly inside -- please
14   don't tell RJ any of this, right?
15            SCOTT:  Okay.
16            MR. ADAM:  We actually receive your two
17   million back every 112 days, but we have to relaunch
18   it every 112 days to continue to pay you your return.
19   So your locked up in contract, on the loan agreement,
20   right?
21            SCOTT:  Yeah.
22            MR. ADAM:  But the money itself becomes
23   liquid every four months in our world and then we
24   redeploy it.  Once we redeploy it, it's redeployed
25   until it's worth double again.
```

Page 50

1    SCOTT: Okay.
2        MR. ADAM: So in a Doomsday scenario, there
3    could be -- it could be, you know, hey, I want out,
4    right? And if you read his -- if you read his thing,
5    you have the right to demand your money back at a
6    point -- at any point immediately if you're not paid.
7        SCOTT: If there's a default, yeah.
8        MR. ADAM: Yeah, if there's a default,
9    right? So that's one of the outs. That's one of the
10   outs there that you guys have. Second is, we're
11   working -- we are not -- we are not people who need
12   $500,000 a month, right? So we're actually working on
13   building a reserve, so we having to earn that reserve
14   as we go, right? But we're working on building a
15   reserve so that -- in case Carl's example always is,
16   you know, hey, my mom has cancer and I need that money
17   back, right?
18        So we're working on building a reserve where
19   if you wanted to break the term, then you would
20   receive your principal back and we would inherit your
21   bot.
22        SCOTT: Yeah. So that's -- I mean, maybe
23   you know this term, I think they call it the secondary
24   market, you know? That happens all the time in
25   private equity. An investors locked in on a five,

Page 51

1    10-year deal but they need out --
2        MR. ADAM: Yeah.
3        SCOTT: -- and someone buys out their
4    position, sometimes at a discount --
5        MR. ADAM: Yeah.
6        SCOTT: -- but one -- the initial investor
7    takes their money off the table and then somebody
8    steps into their shoes on the remaining term.
9        MR. ADAM: Right. Yeah, and that's one of
10   the things that we're -- that we're building, you
11   know? So you know, I don't spend money ever, right?
12   So I've got a million and a half dollars sitting
13   around in reserve basically.
14        SCOTT: Okay.
15        MR. ADAM: And that's the point of it. Is
16   we -- we're building a reserve so that we have, say,
17   at least 30 percent of the value deployed is liquid
18   for some type of secondary market, but remember, this
19   is new, right?
20        Like we just started taking external capital
21   in March.
22        SCOTT: Yeah. Okay. Anything worry you
23   about what you're doing or taking on outside capital?
24        MR. ADAM: You know, it doesn't and the
25   reasons is is because, you know, I spent the two,

Page 52

1    first two years doing it with my capital, right? And
2    you know, now it's grown to a point where the
3    stability has been proven.
4        I've never had a hiccup with these guys.
5    And you know, you always have that thing in the back
6    of your mind, like, hell, when I buy gold I always
7    have a worry that the markets going to fall out, you
8    know? Even though George tells me it's solid. You
9    know? Things like that.
10        But I don't -- I am -- my job at Thistle is
11   pretty much complete. My job was to build the system
12   and continue to expand it to the point to where as
13   people come on, it becomes their responsibility and
14   then I advise them on technical needs.
15        So I spend a solid 30 hours a week just
16   verifying transactions and verifying configurations in
17   the system for this bot, you know? And then -- so
18   I -- I work a solid 60, 70 hours a week, which is
19   about half what I used to, right?
20        And -- but you know for me it's -- the
21   biggest -- I don't -- I think whenever I invest in
22   something I always want to invest in something where
23   the person asking me to invest has their own capital
24   in it, right?
25        SCOTT: Yep.

Page 53

1        MR. ADAM: So let me show you -- let me show
2    you my bot.
3        SCOTT: Okay.
4    (Pause)
5        MR. ADAM: So here's my bot. So to date I
6    have put in $662,000, $674,000 of -- in just this bot,
7    right?
8        So -- and I make very few withdraws, right?
9    So here's where I've withdrawn all -- every withdrawal
10   I've ever made, right? The bulk of the earnings, I
11   mean, these are some relatively decent numbers, but
12   there's not $600,000 here.
13        So the bulk of what I do, I actually put
14   back into the system constantly. You know? So you
15   know, I'm right here with you on being co-invested,
16   right?
17        SCOTT: Okay. And Carl mentioned that, you
18   know, you had this 10-year deal but you were thinking
19   about trying to launch a new one for years 11 to 20 or
20   something like that?
21        Or are you saving --
22        MR. ADAM: No. Yeah, so actually -- he's
23   got that a little wrong.
24        SCOTT: Okay.
25        MR. ADAM: What we're actually looking at

Page 54

1  doing is continuing on this -- continuing on this
2  path, right, and then we'll launch a new -- we'll
3  launch a new network --
4        SCOTT:  Okay.
5        MR. ADAM:  -- that will have it's own smart
6  contract.  And in that one, we may be able to do
7  something like 50/50 profits splits on two points.
8        You know, like I was telling you when we get
9  the negotiating power built --
10       SCOTT:  Yeah.
11       MR. ADAM:  -- within the network to be able
12 to command more of that five and a half points.
13       SCOTT:  Okay.
14       MR. ADAM:  Right?  So at that point, we'll
15 launch a new network, because remember smart contracts
16 can't be broken, right?  So everything that we launch
17 in this network is governed by that contract.
18       So then we would launch a new contract.
19       SCOTT:  I see.
20       MR. ADAM:  And then that contract would be
21 governed on its own.  So anything that we put in that
22 network is governed by it.  And it may have an
23 entirely different payout structure, right?
24       The whole goal here is to get this thing
25 stabilized to where then we can go to and start

Page 55

1  looking at systems like Chime and how Chime or CashApp
2  built their system, because they're not technically
3  banks, right?  They're a fintech software.
4        And be able to offer retail products.  One
5  of my most proud moments of this bot is my brother --
6  my brother-in-law, my sister-in-law, they work 40 hour
7  a week Walgreen's jobs or 50-hour a week, you know,
8  oil refinery jobs, right?
9        Their 401k was growing three percent, five
10 percent a year, you know?
11       SCOTT:  Yep.
12       MR. ADAM:  So they worked 30 years and have
13 you know a couple hundred thousand dollars in their
14 401k.  I was able to take half of their 401k and
15 return to them what they've made over the last 30
16 years in four months, you know?
17       And I mean, that's an amazing feeling.
18 You've got somebody who's making $16 an hour, and
19 they're -- how are they ever going to buy a home?  You
20 know what I mean?  How are they ever going to have
21 liquidity?
22       SCOTT:  Yeah.  I got it.
23       MR. ADAM:  Yeah.
24       SCOTT:  Wow.  Well, listen, you're generous
25 again with your time.  I really --

Page 56

1        MR. ADAM:  Oh, man, I'm always here for you.
2  Yeah, I'm -- and not just for this.  I'm telling you,
3  I am a huge tech mind in the industry.  I'm always
4  happy to look at investments that you're looking to
5  make, you know, validate things from a tech side.
6        If you have opportunities that you like, I'm
7  happy to look at them to go in with you, kind of
8  thing, right?
9        SCOTT:  Well, I really appreciate that.
10 I've made most of my money in education technology,
11 and --
12       MR. ADAM:  Yep.
13       SCOTT:  -- I like combining -- I'm a go to
14 market kind of guy.  A commercialization kind of guy,
15 like one of your partners.
16       MR. ADAM:  (Inaudible).
17       SCOTT:  Yeah.  And I've relied heavily on
18 much smarter people, not as smart as you, I just --
19 I've not been as fortunate to meet somebody like you,
20 but I've met, you know, caring smart tech people that
21 have built businesses with me and all of our
22 businesses have a double impact mindset.
23       We're always trying to make the world a
24 better place.  Usually, something to do with kids and
25 educators.  My wife was a Kindergarten teacher and

Page 57

1  then a elementary school principal.  And so that's
2  just my thing is helping -- helping young people live
3  to their fullest potential.
4        MR. ADAM:  We have to do something because,
5  you know, technology is not helping them absorb
6  information as they need to to convert into experience
7  in life, right?
8        SCOTT:  Yeah.
9        MR. ADAM:  And I go through that every day.
10 I can hire a guy -- I hire guys all the time that can
11 write amazing computer code, but have no idea how to
12 balance their checkbook.
13       SCOTT:  Yeah.
14       MR. ADAM:  You know?  I mean, we have one
15 guy we have to pay his bills.  Like, he has no clue
16 how to pay his car insurance.  Stuff like that, you
17 know?
18       But he's an absolute genius with a computer,
19 you know?  So I feel the same.  My -- my pet -- the
20 thing that touches me is I think that there is a -- I
21 think that there is the next Bill Gates sitting
22 somewhere in one of the three and a half billion
23 people in the world that don't have access to the
24 internet.
25       And all they need --

Page 58

1    SCOTT:  Interesting.
2         MR. ADAM:  -- the internet is the greatest
3    aggregation of information ever.
4         SCOTT:  Yeah.
5         MR. ADAM:  And all we -- all they need is
6    access to that, but they don't have it and that --
7    that makes me sad.
8         SCOTT:  Interesting.  And is that part of
9    what inspired your charitable giving to --
10        MR. ADAM:  It is.  Yeah, it is.  On the
11   other side though, you have to look at it like, we can
12   do good and do good at the same time.  So that South
13   African network, for example, that South African
14   network costs me about $600,000 to put in and I spend
15   maybe 10 grand a month maintaining it, but you know, I
16   was able to piggyback that equipment on a deal that we
17   did for the NEMA building in Chicago.
18        So I was able to buy that equipment at the
19   same time I was buying $15 million worth of equipment
20   for NEMA.  So the spread on it ended up being, so I could
21   take five points of my margin and touch the lives of
22   800,000 people and not be out of pocket, right?
23        If I had to come out of pocket to do that,
24   it would have been harder, right?
25        SCOTT:  Yeah.

Page 59

1         MR. ADAM:  I still would have loved to do
2    it, but I probably couldn't have.  So I, you know, I
3    didn't do it purely out of charity, I did it out of
4    the ability to do it.
5         SCOTT:  Sure.  Yeah.  I got it.
6         Jonathan, thank you so much.  I really
7    appreciate it, all right?  And you --
8         MR. ADAM:  You have my number, call me
9    anytime.
10        SCOTT:  Thanks a lot.  All right.  Take
11   care.
12        MR. ADAM:  Thanks.  Yeah, bye.
13        SCOTT:  Bye.
14        (Audio ended.)
15             * * * * *
16
17
18
19
20
21
22
23
24
25

Page 60

1              TRANSCRIBER'S CERTIFICATE
2
3    I, Crystal Arbogast, hereby certify that the foregoing
4    transcript is a complete, true and accurate
5    transcription of all matters contained on the recorded
6    proceedings in the matter of:
7    TRITEN FINANCIAL GROUP
8    Jonathan Adam 06_29_2023_1_30pm-2_40_1
9    A-04106-A
10   514892-A
11
12   _____
13          Transcriber
14
15
16
17
18
19
20
21
22
23
24
25

**A**

**A-04106-A** 1:4
  60:9
**ability** 59:4
**able** 19:2 45:8,8
  47:22 54:6,11
  55:4,14 58:16
  58:18
**absolute** 57:18
**absorb** 57:5
**accelerate** 37:16
  37:16
**accepted** 11:11
**access** 36:13,14
  44:7 45:10
  57:23 58:6
**accessing** 38:8
**accurate** 60:4
**acquired** 40:20
**actively** 13:4
**Adam** 1:7 2:2,3
  2:7,16,20,24
  3:3,11,17,22
  4:11,15,20 5:1
  5:3,9,20 6:1,22
  7:6,18,21,23
  8:14,16 9:4,11
  9:17 10:7,18
  11:1,5,22,25
  12:8,23 13:4,8
  13:19,24 14:3
  14:6,11,15,17
  14:22 15:1,7
  15:20 16:1,11
  16:14 17:13,21
  18:2,6,19
  19:17,25 20:8
  21:7 22:16
  23:1,5,10,13
  23:18 24:5,13
  24:17,20 25:2
  25:6,8,11,15
  25:19,22,24
  26:4,7,9,13,16
  26:20,24 27:3
  27:7,17,19,22
  28:1,9,14,18
  28:21,24 29:2
  29:10,14,16,19
  29:24 30:3,11

30:14 31:3
  32:10,14 33:10
  34:19 35:2,5,8
  35:17 37:23
  38:7 39:11,14
  39:17 40:2,18
  40:22 41:1,6
  41:19 42:7,13
  42:17,20,22,24
  43:1,4,7,19,25
  44:3,10,13,19
  44:22 45:6,9
  45:13,18,25
  46:5,14,17,21
  46:24 47:17,21
  48:9 49:2,11
  49:16,22 50:2
  50:8 51:2,5,9
  51:15,24 53:1
  53:5,22,25
  54:5,11,14,20
  55:12,23 56:1
  56:12,16 57:4
  57:9,14 58:2,5
  58:10 59:1,8
  59:12 60:8
**add** 45:23
**address** 41:22
**addresses** 11:12
  11:16 12:5
**adds** 22:5,8
**advantage** 7:24
**advantages**
  10:20
**advice** 15:5
**advise** 52:14
**afford** 47:15
**African** 58:13
  58:13
**aggregation**
  41:11 58:3
**agreement**
  12:20,22 13:1
  45:5 48:25
  49:19
**agreements** 29:7
**AI** 17:24 18:7
  19:6,6
**algorithm** 41:13
**Allen** 36:23

**allow** 22:11
**allowed** 21:12
  36:7 39:18
**allows** 33:10
**altering** 11:11
**amazing** 14:6
  31:23 47:10
**Amazon** 38:12
**amount** 13:12
  15:13 45:16
**analog** 33:24
**Anderson** 10:14
**answer** 47:22
**anticipating**
  28:6
**anybody** 40:12
**anymore** 8:7
**anytime** 59:9
**API'd** 6:25 7:2
**app** 38:10
**applied** 39:25
**applies** 17:5,7
  17:15,16
**apply** 41:25
**appreciate** 56:9
  59:7
**approved** 39:25
**April** 13:1
**arbitrage** 3:23
  9:4,6,13 16:15
  16:18,23 18:22
**Arbogast** 60:3
**arena** 4:18
**asking** 52:23
**assets** 4:3
**attacked** 33:1,1
**audio** 1:15 34:12
  59:14
**automate** 17:14
**Ava** 4:22,22
**available** 13:5
  15:15 48:25
**average** 9:2
  13:24 48:10
**averaging** 14:11
  47:9
**awesome** 10:19
**AWS** 33:14
  36:13,15 38:9

**B**

**back** 7:13 10:5
  13:13 22:11
  28:22 30:8
  38:1,14,24
  41:4 49:17
  50:5,17,20
  52:5 53:14
**backwards** 21:8
**bad** 21:7,22 31:9
**balance** 57:12
**banks** 55:3
**base** 46:3
**Basecamp** 36:12
  36:12 39:1,3,4
  40:15
**based** 29:6 39:3
**basically** 42:4
  45:13 51:13
**batch** 32:4
**beat** 9:17 21:7
**beating** 9:19
**Becaseu** 21:13
**beef** 33:13
**began** 34:20,20
**better** 17:24
  20:24 40:11
  56:24
**big** 4:15,22
  16:25 17:16,17
  19:4 31:10,11
  31:14 33:13
  35:2 36:4
  38:10
**biggest** 22:2
  34:21 35:22
  52:21
**Bill** 57:21
**billion** 2:25 3:4
  57:22
**bills** 57:15
**binary** 11:10
**birthday** 32:21
**bit** 20:23 35:9
**Bitcoin** 10:9,13
  10:14 23:19,21
  36:2,6
**blew** 12:17
**blockchain**
  11:12,17 12:5

12:15,16,19,20
  23:15,15,22
  24:3 26:17
  41:14,15,20,20
  48:24
**Blockmetrix** 9:7
**board** 36:20,22
  36:23
**bones** 9:24
**book** 4:4,8
**borrowing** 6:18
**borrows** 18:9
**bot** 5:6 9:12,12
  13:23 17:20,23
  17:25 18:3,7
  20:5 29:7
  31:18 41:5
  42:8 43:5,14
  44:4,8,16 45:2
  45:16,22 49:8
  50:21 52:17
  53:2,5,6 55:5
**bots** 17:24 19:6
  19:6,11 45:24
  46:2,2,3,8,15
**boundaries**
  10:22
**box** 26:25
**break** 30:5
  48:25 50:19
**breakout** 46:1
**broke** 10:13
**broken** 54:16
**brother** 30:15
  30:17 31:16
  55:5
**brother-in-law**
  55:6
**buckets** 31:21
**bucks** 5:22 34:5
  40:14
**buds** 34:15
**build** 20:9 47:3
  52:11
**building** 14:8
  19:6 36:5
  50:13,14,18
  51:10,16 58:17
**built** 21:9 54:9
  55:2 56:21

**bulk** 53:10,13
**business** 24:23
  27:23 29:22
  31:5,6 38:17
  39:6 40:8
**businesses** 56:21
  56:22
**buy** 34:10 52:6
  55:19 58:18
**buy-in** 35:25
**buyer** 3:9,9,12
**buying** 3:18,18
  58:19
**buys** 8:17,17,17
  8:17,18 51:3
**bye** 59:12,13

**C**

**C** 2:1
**calendar** 12:24
**call** 12:2 25:25
  30:19 38:15
  50:23 59:8
**called** 12:11
  16:20 26:9
  40:3
**Caltech** 35:12
**cameras** 33:25
**Canada** 32:18
**cancer** 50:16
**cap** 43:8
**capacity** 38:18
  39:3 42:11
**capital** 2:12,22
  3:1,5,5,6,23
  6:2 8:9,13
  15:15,21 18:21
  19:12 30:24
  34:23 51:20,23
  52:1,23
**car** 57:16
**card** 33:22
**care** 59:11
**Cares** 37:2
**caring** 56:20
**Carl** 32:2,3
  37:11,12 53:17
**Carl's** 32:1
  50:15
**case** 2:22 4:9

**48**:18 50:15
**cash** 23:11 25:12
  29:8,17,20,20
  47:12
**CashApp** 55:1
**casino** 33:19,19
**casinos** 33:21
**cast** 31:14
**catering** 17:4,11
**center** 20:17
  30:19,19 33:18
  34:3,21 36:14
  39:5 42:11
**centers** 35:20
**CEO** 41:2
**CERTIFICA...**
  60:1
**certify** 60:3
**cetera** 24:21
  29:8
**chain** 28:2 37:1
**chairman** 37:3
**change** 33:15
**changing** 34:1
  36:10
**charge** 24:5
**charitable** 58:9
**charity** 59:3
**checkbook**
  57:12
**Chicago** 9:7
  58:17
**Chime** 55:1,1
**Christian** 37:2
  40:4,9,10,18
**CIO** 41:1
**clause** 11:8
**clear** 48:16
**clearly** 49:13
**client** 33:18
**clients** 23:10
  30:25 32:7
**clock** 46:9
**close** 10:12 18:9
**close-knit** 32:12
**closed** 35:4
**closed-circuit**
  33:25
**clue** 40:16 57:15
**co-invested**

**53**:15
**code** 43:9,13
  57:11
**coin** 23:18
**Coinbase** 9:25
  10:1,2
**cold** 25:25 26:7
  26:16 28:8,12
  28:15,21,23
  29:12
**colleagues** 40:1
**college** 32:16
**combining**
  56:13
**come** 5:11 13:11
  23:3 24:25
  32:3 35:14
  36:15 52:13
  58:23
**comes** 18:9 28:2
  31:9
**command** 54:12
**commercializ...**
  56:14
**commercialize**
  40:7,11
**commercially**
  39:22
**COMMISSION**
  1:1
**commodities**
  4:18
**community**
  35:25 39:5
**companies** 36:5
  37:4 38:25
**company** 2:12
  2:16,21 3:4
  22:12 32:23
  37:15 40:3,19
**competing** 42:4
**complete** 52:11
  60:4
**completely**
  11:10 20:21
  36:8,8
**compounding**
  21:12
**computer** 12:1,1
  57:11,18

**computers** 11:8
  22:3
**concept** 34:8
**configuration**
  18:16,16 42:1
  42:4
**configurations**
  52:16
**consensus** 12:11
  12:13,20
**constant** 43:10
**constantly** 33:11
  53:14
**contained** 60:5
**continue** 31:19
  49:18 52:12
**continuing** 54:1
  54:1
**contract** 10:25
  11:2,9,19
  12:12 34:11
  47:18 48:19,20
  48:23 49:19
  54:6,17,18,20
**contracting**
  32:23
**contracts** 11:6
  54:15
**conversation**
  35:10
**convert** 28:13
  48:15 57:6
**converting**
  33:23
**cool** 10:7 11:5
  41:3
**core** 39:6
**corporate** 17:25
  30:8
**Correct** 16:11
  16:14 28:9
  29:14 46:21,24
**cost** 8:12 24:9
  33:25 38:20
**costs** 23:16
  24:18 38:19,20
  58:14
**country** 9:6
**couple** 44:14
  48:16 49:2,5

**55**:13
**crazy** 47:24
**create** 22:20
  47:17
**created** 17:23
  41:5 44:8
**creating** 18:14
  35:20
**credit** 13:6
**crossings** 42:9
**Crosstalk** 5:3
**crypot** 29:17
**crypto** 3:13,15
  10:20 16:20,21
  21:15,19,21,21
  25:5 26:11,13
  26:17 27:13
  29:4
**Crystal** 60:3
**CTO** 39:15,17
**culture** 22:12,20
**currency** 4:16
**current** 48:18
**currently** 42:2
  43:5
**customer** 42:10
**cybersecurity**
  32:24

**D**

**D** 2:1
**dad** 16:24
**daily** 47:6
**dallying** 19:1
**Dan** 36:22
**Darrin** 40:2,5
  41:2
**dashboard** 45:4
  45:10,13
**data** 20:17 33:16
  33:18 34:3,21
  35:20 36:5,10
  36:13,14 38:8
  38:13,21,22
  39:5,6,8 42:11
**date** 53:5
**day** 9:19 10:12
  12:24 13:20,23
  14:12 16:17,18
  19:23,25 20:15

21:1,3,4,14,24
22:10,18,24
23:24,24 24:1
24:23 25:14
46:16 47:7,19
57:9
**days** 5:21 21:4,5
25:21 49:17,18
**deal** 16:6 34:8
34:21 51:1
53:18 58:16
**deals** 15:2 16:8
16:9
**decent** 53:11
**decentralized**
10:8 33:17
34:3
**decide** 24:6
37:25
**decided** 41:8
42:7
**default** 50:7,8
**defend** 19:12
**defending** 15:22
15:23 17:9
**defensive** 47:3
**Defi** 4:21,23
**degree** 32:17,19
**demand** 15:16
46:3,5,10 50:5
**deployed** 12:25
13:2 48:19,23
51:17
**deposit** 26:25
27:3,19
**design** 35:18
41:7
**designed** 16:23
**desk** 23:6 24:7
28:16,18 29:3
**developed** 45:4
**device** 26:9,14
**difference** 4:7
26:20 29:25
**different** 23:5
33:11 43:12
54:23
**differently**
17:23
**differs** 43:11

**digital** 33:24,25
**dilly** 19:1
**dinner** 32:3,7
**directly** 3:19,24
6:19
**disclose** 41:12
49:4
**discount** 51:4
**disk** 3:13
**Diversified** 1:24
**diversifying**
31:20
**DoD** 34:10,11
40:15
**doing** 5:7 20:22
25:3 33:5,14
38:6,13 40:13
40:19 41:7
44:11 51:23
52:1 54:1
**dollar** 16:8 38:4
**dollars** 5:12,13
6:7 16:16 21:1
28:7,7,13,19
31:25 34:1,6
48:15 51:12
55:13
**Doomsday**
48:13,17 50:2
**door** 8:8
**double** 49:25
56:22
**dozens** 17:6
**drive** 39:18
**driver** 39:20
**dumped** 45:14
**dynamic** 32:11

_____
**E**
**E** 2:1,1
**ear** 34:14
**early** 35:20 36:7
36:16
**early-stage**
35:19
**earn** 50:13
**earned** 43:7
**earning** 44:1,16
**earnings** 53:10
**economist** 35:12

**education** 56:10
**educators** 56:25
**effect** 36:1
**eight** 31:24
47:23 48:4,5
**Einstein** 31:7
**eldest** 30:15
**element** 22:4
**elementary** 57:1
**encrypted** 18:17
42:2
**encryption**
45:11
**ended** 34:20
37:19 58:20
59:14
**enforce** 12:20
18:13 19:18,19
20:2,2,3,3
**enforced** 11:13
**enforces** 2:13
6:12 41:20
**enforcing** 11:8
18:19
**engineering**
32:17
**English** 34:17
**ensure** 15:14
21:9
**enterprise** 38:17
**entire** 36:11,18
44:4
**entirely** 11:15
25:8 54:23
**entirety** 38:23
38:24
**entry** 40:23
**envelope** 21:22
**equipment**
58:16,18,19
**equity** 35:9
50:25
**estimate** 13:22
14:4
**et** 24:21 29:8
**Europe** 36:24
37:2
**event** 28:2
**eventually** 47:13
**everyday** 43:25

44:19
**exactly** 41:12
**examining** 46:9
**example** 7:25
9:7 12:18
20:15,24 23:19
24:25 28:24
34:16 36:11
39:9 41:16,23
44:6 49:12
50:15 58:13
**excahgne** 4:2
**exchange** 1:1
2:3,4 3:14,18
3:19,25 4:3,3,5
6:4 9:23 10:3
**exchanges** 3:14
3:20 7:3 10:10
**execute** 5:23
6:25
**executed** 7:11
**exhausted** 10:4
**exhcnages** 10:8
**existence** 20:19
**exits** 37:3
**expand** 34:20,21
52:12
**experience** 57:6
**explain** 5:6
**exposed** 36:14
36:15
**exposures** 3:20
**external** 51:20
**extremely** 31:10
35:23 40:6

_____
**F**
**facilitating** 7:14
**facilities** 36:6
**fact** 4:21 22:13
22:21 42:9
46:18
**factor** 22:5
**fair** 48:5
**fall** 52:7
**familiar** 35:6
**family** 32:12
36:24 37:11
**fantastic** 21:13
**far** 5:18 38:5

**Fargo** 27:1
**faster** 5:1,3
**father** 36:22
**fee** 6:18 7:14,16
8:25 23:6,7,11
23:20,20,25
24:2 30:12
**feed** 16:22
**feel** 57:19
**feeling** 22:18
55:17
**fees** 4:6 14:2
23:3,3,4,5
24:15,25 28:8
28:10 48:4
**fiat** 23:6
**fight** 37:14
**File** 1:4
**filled** 13:10
**FINANCIAL**
1:5 60:7
**find** 5:23 9:14
19:10
**finding** 16:18
**finds** 7:24 9:13
9:13 18:23
**fine** 40:14
**finished** 34:7
**fintech** 55:3
**first** 4:22 6:22
21:15 34:23
37:19 52:1
**five** 14:11 23:11
24:6 39:1
44:14 47:9,14
48:7,11 50:25
54:12 55:9
58:21
**flash** 2:10 3:2
4:14,21 5:10
5:11 7:15
15:16
**flat** 24:5 44:1
**floundering**
40:13
**fly** 39:21
**focused** 33:6
**follow** 5:18
20:12
**foot** 36:6

foregoing 60:3
Forex 4:20,24
fortunate 56:19
found 6:10
  17:14
founder 36:21
  39:10
four 39:12,14
  40:1 42:22
  48:12 49:23
  55:16
full 13:10 41:13
fullest 57:3
fund 6:14 13:16
  13:22 14:1
  16:8 19:21,23
  45:18,19
funded 6:12
  45:2

**G**

G 2:1
gallon 13:9
gamble 19:14
gamblers 19:13
garage 36:3
Garrett 30:16
  30:16,22
Garrett's 30:17
gate 7:9 18:21
Gates 57:21
Gemini 2:22 3:3
  7:1,14,14,16
  7:18 8:25
  10:24 11:21
  14:2,4,11
  17:25 18:2,11
  18:15 23:12,13
  23:14 27:23
  43:2 46:11,20
Gemini's 15:21
generate 14:1
generates 13:19
generous 55:24
genius 57:18
George 14:24
  15:1,7,11
  20:23,24,25
  52:8
getting 14:14

21:15 38:5
  43:23
give 6:13 27:12
  35:9 37:25
  38:1,24,24
  39:2 45:9
gives 31:22
  38:18 47:18
giving 6:7 38:13
  58:9
globally 10:21
go 10:1 11:14
  21:8 22:11
  23:4 26:1
  28:12 29:6
  31:1,1 32:6,7
  32:13 35:24
  38:9 44:14
  50:14 54:25
  56:7,13 57:9
goal 13:17 54:24
goes 6:19 8:24
  9:12 28:22
  29:12
going 6:13 14:1
  25:17 31:12
  37:7 42:15
  43:1 45:23
  46:11 52:7
  55:19,20
gold 52:6
golf 31:1
gonna 38:9
good 8:10 9:4,6
  18:11 21:16
  31:3 33:4
  47:22 58:12,12
governed 11:15
  41:15,15,16
  54:17,21,22
governing 36:18
government
  41:16
grab 26:1
graduated 32:14
  32:15
grand 16:17
  17:7 21:23
  58:15
great 29:21,21

42:23
greater 45:19
greatest 58:2
greedy 47:12
grew 36:4
grossing 48:10
  48:10
group 1:5 31:7
  32:25 33:19
  60:7
growing 30:12
  55:9
grown 52:2
guaranteed
  12:24
guaranteeing
  11:3
gunpoint 27:12
guy 4:15 15:11
  16:16,24 17:3
  17:7 18:8
  20:25 30:25
  56:14,14 57:10
  57:15
guys 9:4,5,6,6
  16:14,22 17:16
  17:17 29:8
  40:24 47:14
  50:10 52:4
  57:10

**H**

half 7:19 8:13
  8:17,20,22
  14:12 16:7
  19:8 28:7 47:7
  47:9,14 48:7
  48:11,12 51:12
  52:19 54:12
  55:14 57:22
hand 14:7,8
happen 18:24
  44:22
happened 41:24
happening
  35:11
happens 8:20
  43:8,13 48:18
  50:24
happier 46:12

happy 56:4,7
harder 58:24
hate 31:8 34:22
Hats 32:19
he'll 8:4
head 15:3 44:11
hear 34:16
heavily 56:17
hedge 22:2,9
hedging 20:10
hell 9:17,19
  37:14 52:6
help 10:23 17:14
  18:7,8 19:10
  19:12 31:15
  35:13 46:7
  47:3
helpful 42:14
helping 57:2,2,5
helps 22:19,19
  30:18
hey 5:11,21 30:4
  30:25 32:2
  37:11 48:1,14
  50:3,16
hiccup 52:4
hide 41:21
high 32:14,15
higher 20:23
hire 57:10,10
hired 35:12
history 44:4
hit 2:7 8:1,3,4
  19:2 34:4
hitting 17:5
holds 7:12
Hollywood
  33:18
home 21:24
  55:19
Hopper 16:21
  16:21
Horowitz 10:14
hospital 30:20
hot 6:23
hotel 30:20
hour 16:18 55:6
  55:18
hours 52:15,18
house 16:18,25

48:17
huge 3:20 7:23
  10:20 15:13
  19:6 34:4,4
  37:1 56:3
human 5:5
  20:11 22:4,5
hundred 28:6
  55:13
hundreds 7:2
  8:1,2,2
hustler 33:21

**I**

I.e 36:2
idea 40:7,7
  57:11
imaging 33:24
  33:24
immediately
  7:13 18:24
  50:6
impact 56:22
impossible 20:2
  43:9
inaudible 13:20
  17:3 44:23
  56:16
incognito 37:8
income 33:11
increases 46:22
incubation 33:4
individual 31:10
industry 56:3
information
  45:14 57:6
  58:3
infrastructure
  24:17,20
infrastructures
  20:17
inherit 50:20
initial 51:6
initially 3:15
inside 49:13
inspired 58:9
instantly 7:3
  13:13 18:21
  20:4
institution 16:25

insurance 57:16
intended 42:15
interaction 5:5
   33:8
interacts 10:21
Interesting
   34:18 58:1,8
interfacing
   30:24
intermediate
   3:10
internet 57:24
   58:2
interpretation
   16:4
invest 52:21,22
   52:23
investment 22:7
   45:21
investments
   21:17 30:18
   56:4
investor 51:6
investors 25:18
   29:6 50:25
involved 30:22
issue 15:14
   34:21 41:10,14

**J**
Jarkesy 14:24
JCO 32:23
job 15:14 21:16
   22:3 52:10,11
jobs 55:7,8
John 32:3
John's 31:16
Jonathan 1:7
   2:2 35:14
   41:23 42:14
   59:6 60:8
Josh 40:2,2,5
   41:1
JSOC 34:8
junior 32:15
JV 34:6,11

**K**
Kabul 34:16
Kansas 32:16

keep 25:20
   26:11,13 27:8
   28:10 41:8
   42:7
keeping 15:22
keeps 27:8
kept 14:19
key 39:22 45:11
keys 26:18,21,25
   27:5,9,10,14
   27:14
kids 56:24
kind 7:16 10:4
   14:7 20:10,11
   22:4 27:11
   30:17 32:11
   37:7 45:7 56:7
   56:14,14
Kindergarten
   56:25
know 7:2,25 8:4
   9:5 10:1,14,14
   14:23 16:6,16
   16:19 17:4,6
   18:6 19:8
   20:23,24 21:9
   21:16,17,23
   22:6,8,17 23:2
   24:25 25:17
   30:3,5,25 31:8
   31:9,14,14,15
   31:18,19,20,24
   32:1,2,4,5,7,11
   32:25 33:1,3,6
   33:10 34:7,14
   34:15,22 36:5
   36:7,11,14
   37:4,15,17,18
   41:22 42:15
   43:11 44:7
   47:6,8,8,10,25
   48:2,15,16
   50:3,16,23,24
   51:11,11,24,25
   52:2,5,8,9,17
   52:20 53:14,15
   53:18 54:8
   55:7,10,13,16
   55:20 56:5,20
   57:5,14,17,19

58:15 59:2
knows 40:11
Kraken 10:2
KU 32:17

**L**
LA 33:19,21
land 21:17
Landham 35:3
   36:21
Lanham 20:15
   20:16
large 18:3
launch 38:9
   53:19 54:2,3
   54:15,16,18
launched 44:4
   47:19
lawyers 11:7
   45:5
leave 39:19
ledger 26:10
   27:8,9,15
   44:23
left 6:19
leisure 15:10
lend 5:8,12,13
   5:21
lenders 22:16
lending 2:22 3:4
   3:5,6 4:21 5:10
   5:12 7:1 10:24
   13:5 14:2
   15:17
let's 24:24 30:25
   31:1 49:11,12
license 45:5
LiDAR 36:22
life 57:7
likes 30:24
limit 45:16
Lincoln 34:9
line 13:6
lines 10:5
liquid 49:23
   51:17
liquidity 17:9
   55:21
listen 37:18
   55:24

littered 9:5
little 5:5 20:22
   32:22 53:23
live 15:12 25:8
   26:9 49:6,8
   57:2
lives 58:21
loan 2:11,13,16
   3:1,2 6:17 7:15
   7:19,20,21
   29:7 49:19
loans 4:14
lock 28:21
locked 5:22
   39:17 48:21
   49:19 50:25
log 34:9 45:8
long 6:24 13:13
   15:3 42:24
longer 31:16
look 35:15 37:16
   56:4,7 58:11
looking 16:8
   53:25 55:1
   56:4
loss 20:1,1
lot 3:13 4:16
   9:22 15:2
   16:14 20:13
   35:17 59:10
love 11:6 22:13
loved 59:1
low 33:6,7,8
lower 16:13
   22:19
lunch 31:1

**M**
machine 12:17
machinery
   38:23
machines 12:4,4
   12:5,6,11,12
   12:19 38:16
maintaining
   58:15
making 4:4,5
   5:17 8:16,16
   16:17 17:8,8
   18:12 21:10,16

22:13,20,21
   23:24 31:20
   40:14 46:13
   47:10,12 48:2
   48:12 55:18
Malaysia 10:15
man 39:22 56:1
manner 30:12
March 44:5
   51:21
margin 8:20
   9:14 22:21
   33:6,8 58:21
margins 2:9
   21:13,14
market 2:8 4:8
   4:10,12,14 8:3
   8:5 9:20 10:4
   10:15 14:8
   19:1 47:4
   50:24 51:18
   56:14
markets 4:16,24
   8:19 52:7
markget 4:8
married 32:6
Master's 32:19
matter 1:3 60:6
matters 60:5
mean 8:15 9:4,5
   12:5 13:2 14:6
   19:8 24:11
   31:24 47:12
   50:22 53:11
   55:17,20 57:14
means 6:23
Medicine 32:18
meet 32:7 56:19
mentioned
   53:17
mentor 15:1
met 20:12 40:4
   40:12 56:20
Miami 32:7
millin 13:18
million 5:12,13
   5:22 6:7 13:16
   13:19 14:1
   15:8,10 16:8,9
   16:16 17:7

18:9 20:25
21:2,5,5 28:5,7
31:25 34:5
35:9 36:13
37:20 38:3
40:14 45:21,23
47:13,13 48:20
48:20 49:12,12
49:17 51:12
58:19
**millions** 9:18
34:1
**milliseconds**
43:12
**mind** 30:24 52:6
56:3
**mindset** 56:22
**mine** 15:2 36:6
**mined** 36:2
**miners** 23:18,21
**minimum** 27:20
**minted** 11:1,11
**minting** 12:2
**MIT** 34:9
**model** 48:14,17
**modeled** 4:23
**mom** 50:16
**mom's** 36:3
**moments** 55:5
**money** 2:17 3:10
4:5,6,7 6:14,18
7:10,12 8:3
12:24 13:10,12
13:14 14:12
16:5,9 17:2,10
17:18 18:8,12
21:10,10,16
22:13,18,20
23:25 25:11
27:4,4 28:4
31:20,21 34:22
37:25 45:16
46:11 47:2,10
47:19 49:22
50:5,16 51:7
51:11 56:10
**money's** 6:23
**month** 16:22
22:22 25:18
28:12,14,15,22

29:12 36:13
38:1 47:23
48:17 50:12
58:15
**monthly** 30:11
**months** 33:7
37:21 49:23
55:16
**move** 9:20 19:1
23:25 25:16
**moved** 2:8 10:14
**moves** 8:3
**moving** 28:6
39:6,7

**N**

**N** 2:1
**name** 14:25
**Napier** 20:15,16
35:3 36:21
**NASA** 32:22
**naturally** 8:19
**Nebraska** 33:15
**need** 3:2 38:10
38:18 50:11,16
51:1 57:6,25
58:5
**needed** 2:9
**needs** 33:8 52:14
**negotiated**
11:23 37:24
**negotiating** 11:7
11:19,20 54:9
**neighbor** 13:11
**NEMA** 58:17,20
**nerds** 36:2
**net** 6:15 7:15
8:23 17:3 30:6
**network** 11:2,3
12:25 15:16,20
36:1,12,17,18
38:25 39:4
47:18 54:3,11
54:15,17,22
58:13,14
**networks** 30:20
30:21
**never** 15:4 19:25
20:1 27:15
47:22 52:4

**new** 2:3 33:20
38:10 47:17,18
47:18 51:19
53:19 54:2,3
54:15,18
**news** 10:13,16
**nine** 6:24 45:23
48:20,21
**node** 38:20
**nodes** 24:21
38:15,15
**nomics** 35:10,23
35:24
**Nope** 13:4
**notice** 9:21
**number** 59:8
**numbers** 53:11

**O**

**O** 2:1
**offensive** 32:24
**offer** 55:4
**offering** 4:1
**Oh** 13:21 56:1
**oil** 55:8
**okay** 3:8,16,21
4:9,13,19,25
5:2,25 6:6,21
7:5,9,16,20,22
8:10 9:1,10,16
10:6,17,23
11:4,18,24
12:7,21,21
13:2,21,25
14:5,14 15:1,6
15:19,25 17:12
17:20,22 18:5
18:18 19:15,15
19:17,24 21:10
22:20,23 23:9
23:17 24:4,16
24:16 25:7,10
25:13,23 26:2
26:8,15,19,23
27:2,6,16,21
27:25 28:5,11
28:17,20 29:5
29:15 30:2,13
31:2 37:22
38:5 39:9,13

39:16,24 40:17
41:3,3,18 42:6
42:12,25 43:3
43:6,18 44:6
44:12,18 45:3
45:15,21 46:4
46:7 48:6,13
49:10,13,15
50:1 51:14,22
53:3,17,24
54:4,13
**Oklahoma's** 2:4
**old** 37:21
**once** 11:11
25:18,24 27:18
27:19,19 28:15
45:4 48:23
49:24
**one-year** 48:19
**ones** 7:7
**open** 5:14,21
7:10 8:8 20:22
35:25 36:8,15
**opened** 18:21
**operating** 39:7
**opportunities**
56:6
**opportunity**
10:15 16:12
**option** 15:9
**Oracle** 6:4,7,8
6:11,15,16 7:7
7:12
**order** 4:8 5:14
5:20 6:11 18:7
27:4,7
**orders** 4:4
**organizations**
31:11
**oriented** 31:5
**originally** 36:2
42:15
**OTA** 3:13 23:6
24:7 28:16,18
29:3
**outperforming**
17:25
**outs** 50:9,10
**outside** 51:23
**overhead** 38:25

**overrun** 15:23
**overwhelming**
15:20
**owned** 30:9
**owning** 39:7

**P**

**P** 2:1
**PAGES** 1:8
**paid** 13:13 22:10
44:20 50:6
**paper** 11:7
**Park** 33:18
**part** 4:2 16:25
19:5 35:2 37:5
58:8
**partially** 18:14
**participating**
3:7
**particular** 15:17
44:16 45:1
**partner** 47:1,2
**partners** 22:16
56:15
**party** 12:9,10
**patent** 41:4,9,11
**patents** 39:24
41:10 42:1
**path** 54:2
**pause** 2:18 26:3
53:4
**pay** 2:9 6:18
11:15 13:13
14:12 15:4
23:3,5,6,8,11
23:24 24:7
25:17 47:6,15
47:23 48:4,7
49:18 57:15,16
**paying** 30:11
36:13 48:1,11
**payout** 43:23
54:23
**pays** 23:20
**peer** 3:5,24
**people** 3:6,9,18
4:4 9:21 11:20
15:22 16:7
19:5 20:13,14
20:18,24 22:13

36:1,20 37:5
39:6,7 40:6
42:3 48:3
50:11 52:13
56:18,20 57:2
57:23 58:22
**percent** 7:25
8:12,12 11:13
12:23 13:16
19:22 20:2,3,4
22:25 23:7,11
24:6,7,24 25:4
25:14 36:17
38:2 39:1
46:24,25 47:19
47:23,23 48:1
48:4,5 51:17
55:9,10
**percentage** 16:6
21:11
**permission**
13:11
**person** 52:23
**pet** 57:19
**phase** 36:7
**phone** 26:12,21
26:21
**pick** 9:24,24
36:16
**piece** 18:15
38:23 44:17
**piggyback** 58:16
**pilot** 34:3
**pipeline** 33:1
**place** 27:15 34:2
56:24
**plan** 29:11
**play** 31:1
**playground**
15:22 16:2
**please** 49:13
**plenty** 47:12
**plug** 38:16
**plus** 21:2,4
**pocket** 58:22,23
**point** 7:19 8:13
8:22,23,24 9:9
14:13 16:7,7
17:5,6 24:9,14
36:4 41:19

44:1 47:7,7
48:7,12 50:6,6
51:15 52:2,12
54:14
**points** 8:17,20
8:21 9:14
14:12 24:14
47:9,15 48:11
48:12 54:7,12
58:21
**poke** 44:13
**policy** 39:23
**Poly** 35:13
**pool** 2:22 3:4 7:1
10:24 13:5
14:2 15:17
18:4 28:6
**pooled** 4:3
**pools** 17:18
**position** 51:4
**possible** 20:20
**potential** 57:3
**pounce** 9:23
**power** 36:11
54:9
**powered** 39:5
**Practical** 40:3
40:20
**practice** 24:23
27:23
**pre-approval**
39:21
**precent** 39:2
**pretty** 30:23
31:14 33:13
37:4 39:18
52:11
**previous** 21:4,5
**price** 3:25 10:5
10:9
**primarily** 5:4
**principal** 17:4
27:24 50:20
57:1
**principals** 11:21
**private** 26:18
50:25
**probably** 19:22
45:25 59:2
**problem** 26:6

33:23 40:5
**proceedings**
60:6
**proceeds** 29:5
**process** 31:5
**products** 55:4
**profile** 20:23
**profit** 15:12,12
15:12,13 20:19
21:20 22:7,11
30:6
**profitability**
19:20
**profitable** 6:17
6:17 7:9 8:6
31:5
**profiting** 9:8
**profits** 28:1 29:8
54:7
**program** 12:1,1
12:14,15 16:20
**programmati...**
11:13 20:9,10
**programming**
20:10 43:9
**programmitc...**
7:4
**project** 34:20
**promises** 47:5
**proof** 34:7
**propped** 31:22
31:23
**protect** 18:8,8
**protocol** 3:7
4:21,22,23
5:12 15:17
35:19,20
**proud** 55:5
**proven** 52:3
**provide** 3:2
**provides** 2:12
30:20
**providing** 19:12
**pulling** 2:23
**purchasing** 3:14
**purely** 59:3
**push** 20:19
**pushing** 21:22
**put** 7:12 15:9
26:10 30:7

34:6 43:15
44:8 48:19
53:6,13 54:21
58:14
**puts** 7:13
**putting** 15:15

_____
**Q**
**quality** 9:13
**Quant** 19:9
**quarter** 7:19 9:9
16:7 24:9
37:19,20
**quick** 30:14
**quiet** 31:21
37:15
**quote** 19:13

_____
**R**
**R** 2:1
**Rackspace**
20:16 36:21
40:16
**raise** 13:17
34:22,23
**raised** 35:8 37:6
37:6,13
**rate** 11:3 47:6,8
**read** 12:12
41:11 50:4,4
**ready** 43:23
**real** 30:14
**real-time** 34:12
**really** 10:7 14:7
21:16 30:22
33:4 35:15
37:10 38:13
42:14 55:25
56:9 59:6
**reason** 37:9 46:8
**reasons** 14:18
14:22 47:21
49:4 51:25
**recall** 17:24
**receive** 49:16
50:20
**received** 5:15
**recognize** 10:21
**recommended**
16:23

**recorded** 60:5
**redeploy** 49:24
49:24
**redeployed**
49:24
**referring** 11:20
**refinery** 55:8
**register** 6:3,11
**registered** 7:8
**registration**
18:20
**relatively** 10:11
53:11
**relaunch** 49:17
**release** 41:25
42:1
**relied** 56:17
**rely** 33:11
**remaining** 51:8
**remember**
14:18 21:14
43:20 49:6
51:18 54:15
**renegotiate**
11:14
**renting** 38:12,14
**repay** 6:17
**Reporting** 1:24
**requires** 26:18
45:10
**reserve** 30:12
50:13,13,15,18
51:13,16
**respect** 15:13
20:21
**responsibility**
52:13
**retail** 55:4
**return** 12:24
13:14 20:4
49:18 55:15
**revenue** 14:19
14:23 37:20
39:2
**revenues** 34:25
**right** 2:23 3:12
3:15 5:11,12
5:20,24 6:5,9
7:4,21 8:1,14
8:19,23 9:9,15

9:19,23 10:2
10:12,22 11:15
11:22 12:11,17
13:10,17,18
14:9,20 15:5
15:10,13,17
16:17 17:1
18:4,12,24
19:3,10,14,20
20:3,6,11,13
20:17,20 21:2
21:5,12,25
22:3,7,14,22
22:25 24:6,16
24:22 25:19
26:7,12,18,22
27:10 28:3,23
29:10,22 30:5
30:16,24 31:1
31:6,8,13,17
32:4 33:2,16
33:20 34:5,24
35:18,21 36:3
36:9,12,18,18
36:21,25 37:12
38:8,11,20
39:4 40:6
41:12,13,17,22
41:24 43:2,8
43:10,13,21,23
44:1,11,22
45:11 46:13,14
46:17 47:6,16
47:19,24 49:7
49:9,14,20
50:4,5,9,12,14
50:17 51:9,11
51:19 52:1,19
52:24 53:7,8
53:10,15,16
54:2,14,16,23
55:3,8 56:8
57:7 58:22,24
59:7,10
**risk** 19:16,18
20:9,9,23 22:3
22:5,8,10,19
**RJ** 49:14
**robs** 27:12
**ROI** 43:20 44:23

44:24
**role** 31:7
**rolled** 22:7
**rooms** 33:22
**round** 35:3,3
37:6,13 46:9
**rules** 2:14 11:8
12:8,9,10
18:13 20:5
**run** 9:7,8 18:7
19:9 30:18
33:19 36:1
38:18,19 43:14
43:16
**running** 14:4
24:18 31:25
**runs** 18:2 24:20
31:5

---

**S**

**S** 2:1
**sad** 58:7
**safe** 26:5 28:22
35:6,8,10 37:6
37:13,24,25
**Safes** 35:6
**safety** 26:25
**saved** 34:4
**saving** 53:21
**saw** 16:12 39:25
**saying** 15:23
37:18 45:3
48:14
**says** 6:13 7:9 8:6
12:9,9 19:12
27:12 30:25
37:11
**scenario** 5:10
30:7 50:2
**school** 32:13,15
32:15 57:1
**SCOTT** 2:6,15
2:18,21,25 3:8
3:16,21 4:9,13
4:19,25 5:2,6
5:19,25 6:21
7:5,16,20,22
8:10,15 9:1,10
9:16 10:6,17
10:23 11:4,18

11:24 12:7,21
13:2,6,15,21
13:25 14:5,10
14:14,16,21,25
15:6,19,25
16:2,12 17:12
17:20,22 18:5
18:18 19:15,24
20:7 21:6
22:15,23 23:2
23:9,12,17
24:4,12,16,19
24:22 25:3,7
25:10,13,16,20
25:23 26:2,6,8
26:12,15,19,23
27:2,6,16,18
27:21,25 28:5
28:11,17,20,23
29:1,5,11,15
29:18,23 30:2
30:10,13 31:2
32:9,13 33:9
34:18 35:1,4,7
35:14 37:22
38:5 39:9,13
39:16,24 40:17
40:21,24 41:3
41:18 42:6,12
42:14,18,21,23
42:25 43:3,6
43:18,24 44:2
44:6,12,18,21
45:3,7,12,15
45:21 46:4,7
46:15,18,22
47:16,20 48:6
48:13 49:10,15
49:21 50:1,7
50:22 51:3,6
51:14,22 52:25
53:3,17,24
54:4,10,13,19
55:11,22,24
56:9,13,17
57:8,13 58:1,4
58:8,25 59:5
59:10,13
**Scott's** 37:11
**scripting** 32:4

**second** 2:19 19:5
50:10
**secondary** 50:23
51:18
**secondly** 22:19
**seconds** 6:24,24
42:22
**secret** 41:8 42:8
**secure** 21:14
**SECURITIES**
1:1
**see** 4:16,17 10:1
18:15 24:11
40:21 41:23
42:2 43:2,20
44:10,19,23,24
46:6,25 47:2
54:19
**seeing** 9:25
**sell** 2:4 24:7,10
28:16 29:4
38:14,16,25
40:15,16
**seller** 3:9,12
**selling** 3:24,24
4:3
**sells** 8:18,18,18
8:18,18
**send** 6:15 23:19
24:9 27:4
28:16
**sending** 25:12
**sense** 16:1 29:11
**Sequoia** 35:1,2
37:3,14
**server** 5:4,4
38:10,16
**service** 16:22
**Services** 1:24
**set** 18:13 27:24
47:6
**seven** 24:14
37:20
**shadow** 31:14
**shared** 12:3
**sharp** 30:23
**shifts** 8:5,20
**shoes** 51:8
**show** 42:15 43:2
53:1,1

**shut** 33:2
**side** 19:17 22:9
29:17 47:25
56:5 58:11
**significant** 37:5
**similar** 4:9,11
4:13 18:3
**simply** 7:7
**Singapore** 43:21
**single** 7:21
**sister-in-law**
55:6
**sit** 29:20 30:4,4
**site** 7:7 19:10
27:9
**sitting** 51:12
57:21
**size** 15:17
**small** 14:8 17:18
23:19
**smaller** 47:4
**smart** 11:1,6
12:12 31:4,10
40:6 47:18
54:5,15 56:18
56:20
**smarter** 56:18
**Sofi** 33:20
**software** 2:13
6:12,13 7:8,9
8:6 12:14
18:20 37:4
55:3
**Solana** 11:2
**soldiers** 34:14
**solid** 52:8,15,18
**Solutions** 40:4
**somebody** 27:12
51:7 55:18
56:19
**sorry** 17:21 26:4
**sounds** 20:11
**source** 35:25
**South** 58:12,13
**sovereignty**
38:21 39:7
**space** 19:6,7
38:12
**speaking** 5:4
**specified** 5:16

**speed** 18:14
    42:13
**speeds** 18:22
**spend** 51:11
    52:15 58:14
**spent** 20:15 38:3
    51:25
**speread** 9:14
**splits** 54:7
**spot** 3:25 4:7
**spread** 7:25 8:12
    8:12 9:2 10:18
    10:18 12:16
    17:6,9 33:21
    46:11 58:20
**spreads** 9:13
**square** 36:6
**stability** 52:3
**stabilized** 54:25
**Stadium** 33:20
**staff** 22:17
**stage** 35:20
**stagnant** 18:8
**stair** 14:19,23
**stamped** 12:2
**standpoint**
    20:11 43:9
**start** 29:13
    54:25
**started** 13:1
    15:7 31:15
    33:7,17 34:9
    34:12 36:5
    40:3,19 51:20
**starting** 4:17
**state** 33:14
    39:19,19
**STATES** 1:1
**stay-at-home**
    16:24
**steals** 26:21,24
**step** 6:22 14:23
**stepping** 14:19
**steps** 51:8
**stock** 2:3,4 4:10
    4:12,14,15
**stocks** 19:7
**stop** 9:9
**storage** 41:11
**store** 29:16,17

**stored** 26:25
**stores** 37:2
**streams** 33:11
**Street** 19:8
**streets** 34:15
**structure** 54:23
**stuff** 21:17 33:4
    33:14 42:16
    48:4 57:16
**subject** 1:7 38:6
**sudden** 46:15
**Sugar** 36:23,23
**super** 20:14
    36:19
**support** 30:19
    30:20
**supposed** 29:6
**sure** 4:12 5:7
    20:12 45:12
    46:7 59:5
**system** 21:9
    22:11 25:20
    30:8 31:25
    52:11,17 53:14
    55:2
**systems** 33:4
    55:1

_____

**T**

**table** 30:4 51:7
**take** 6:2,23 7:17
    15:8 20:23
    21:20 22:6
    28:1 29:5,19
    29:20 39:1
    42:24 48:14,15
    49:11,12 55:14
    58:21 59:10
**taken** 20:8
**takes** 7:18 33:7
    51:7
**talk** 19:15 20:14
    22:23
**talked** 37:9,10
**talking** 14:19
    16:3 20:16
    31:8
**Tanner** 27:8
    28:24 29:20
    30:3,15,16,23

31:4,15,16,22
    32:1
**Tanner's** 31:3
    32:6
**tap** 15:4
**tapped** 13:7
**teacher** 56:25
**tech** 15:3 56:3,5
    56:20
**technical** 40:6
    40:11 52:14
**technically** 55:2
**technology**
    56:10 57:5
**tell** 4:25 6:7,8,8
    12:21 22:1
    24:22 35:5
    36:20 37:23
    41:6 49:14
**telling** 54:8 56:2
**tells** 7:8 52:8
**ten** 6:24
**tens** 9:18
**term** 29:7 49:1
    50:19,23 51:8
**terms** 11:23,25
    12:13,21,23
**Tether** 23:7 24:8
    24:10 25:9,13
    25:14 48:15
**thank** 59:6
**Thanks** 59:10
    59:12
**thing** 11:5 17:15
    17:15 29:24,24
    33:2 37:24
    40:10 41:9
    45:7 50:4 52:5
    54:24 56:8
    57:2,20
**things** 17:13
    19:4 22:2
    30:21 31:11
    32:10 39:22
    49:3,5 51:10
    52:9 56:5
**think** 3:11,11,13
    13:8 35:18
    38:7 45:15
    47:7 50:23

52:21 57:20,21
**thinking** 3:12
    33:15 53:18
**Thistle** 34:23
    35:15 37:19
    38:6,14 39:9
    40:3,20,20,23
    40:25 41:2
    42:9 52:10
**Thistle's** 42:10
**thousand** 28:7
    55:13
**three** 7:25 8:11
    17:5,6 23:5
    30:15 33:7
    37:20 43:5
    55:9 57:22
**throughput**
    38:22
**tight** 39:18
**till** 48:25
**time** 15:3 17:19
    27:4 29:19
    31:6 42:18
    43:10,10 45:14
    48:3 50:24
    55:25 57:10
    58:12,19
**times** 8:2,5 17:6
    46:16,16,19
    48:16
**today** 22:7
**token** 10:5 11:11
    12:2,3,8 35:10
    35:23,24 38:2
    41:21
**tokens** 36:16
**tomorrow** 21:2
    22:8 28:24
    45:23
**top** 28:10 44:11
**touch** 29:25
    58:21
**touches** 57:20
**trade** 2:8,9 5:17
    5:23 6:8,10,11
    6:14,16,16,25
    7:8 8:1,4,6
    9:19 10:3
    16:15 17:5

18:10,22,23
    19:3,10,19
    20:1,4 21:19
    21:21,21,22
    41:8 42:7
    46:19
**trade's** 7:11
**traded** 18:24
    46:16
**trader** 3:23 6:20
    7:15,24 8:11
    8:11 18:22
**traders** 19:13
**trades** 7:3 10:19
    13:25 16:19,23
    18:20 19:21,22
    45:1,1
**trading** 7:7 9:12
    9:12 16:17
    17:2 19:10
    21:15 30:23
**transact** 26:18
**transacted** 13:3
**transaction** 5:7
    14:8 16:10
    18:14 21:11
    23:15,20,21
    24:2
**transactional**
    18:3 19:18
    46:5 47:4
**transactions**
    13:22 16:5
    45:19 52:16
**Transcriber**
    60:13
**TRANSCRIB...**
    60:1
**transcript** 60:4
**transcription**
    1:15 60:5
**transfer** 5:15
**transferring**
    5:16
**transfers** 29:3
**translations**
    34:12,13
**transparency**
    41:20
**trashcan** 13:10

13:12,14
tried 20:9
Triten 1:5 30:1
  31:15,16,22
  41:4 43:4 60:7
TRON 11:2
true 60:4
truly 34:24
trust 22:3 27:23
  37:12
trying 10:2 19:9
  38:19 53:19
  56:23
turn 23:6 43:15
Tuzzio 36:22
TV 33:25
twice 25:25
  27:20
two 3:9 8:12,16
  8:17,20,21
  11:8,12,16
  12:3,4,5,10,10
  12:11 18:10
  38:2 40:1,24
  47:15,19 48:1
  49:5,12,16
  51:25 52:1
  54:7
type 51:18
typical 5:10 9:2
typically 7:18
  30:7

**U**

Uh-huh 29:18
Um-hum 2:24
  9:10 14:10
  20:7 21:6
  30:10 33:9
  43:24
understand
  10:23 24:24
  46:8
understanding
  37:7 48:21
unique 41:8
UNITED 1:1
Unix 32:17
unlock 28:15
  29:2

unquote 19:13
unsecured 49:5
use 4:22 13:11
  17:10 24:24
  26:7,16 42:10
user 45:5
uses 4:21
usually 10:11
  56:24

**V**

validate 56:5
value 7:19 14:8
  18:3 22:5
  43:13 46:22
  49:7 51:17
variable 43:11
various 29:7
vendor 2:10
verification
  19:19
verifies 6:4,16
verifying 52:16
  52:16
virtual 38:10
visable 36:8
visible 36:19
volatility 10:12
volume 9:22
  10:1
vulnerable
  35:23

**W**

Walgreen's 55:7
walk 34:15
walking 21:24
Wall 19:8
wallet 5:15,17
  5:22 6:14 7:13
  27:13 28:8,12
  28:15,21 29:12
  41:22,24
wallets 6:3,5
  25:25 26:7,16
  29:3
Walmart 37:1
Waltons 36:24
want 2:7 5:23
  6:2,9 14:22

15:12 17:17
18:25 21:14
22:2,10,10,12
22:17 28:1
29:16,17 37:16
37:16 46:8
50:3 52:22
wanted 13:12
  29:25 50:19
wants 18:23,23
  19:2 21:1,3
  32:8
wasn't 12:18
way 3:13 8:19
  15:21 27:7
  31:18,22 33:3
we'll 47:13,14
  54:2,2,14
we're 6:13 7:2,6
  7:7 14:7 15:15
  15:23 19:11
  21:10 23:23,24
  25:11 32:11
  35:19 36:14,15
  36:15,19 37:18
  41:7 42:9
  44:20 47:11,11
  47:12 48:2
  49:5 50:10,12
  50:14,18 51:10
  51:10,16 53:25
  56:23
we've 19:25 20:1
  20:8 24:14
  28:4 30:18
  34:23,24 37:4
  37:18 38:3
  41:8 42:7
  47:22
wealthy 20:13
  20:14
wear 34:14
website 35:15
week 25:3,25
  27:20,20 28:3
  28:8 31:13
  48:16 52:15,18
  55:7,7
weeks 18:10
weird 20:12

Wells 26:25
went 21:24
  32:18,21
Western 32:16
whatever's 6:19
whatsoever 42:9
Where'd 32:13
wife 56:25
wind 9:25
wired 29:8
wires 28:18
withdraw 23:11
  24:6 25:24
withdrawal
  44:24 53:9
withdrawn 53:9
withdraws 53:8
withdrew 24:8
  43:22
work 3:14 8:19
  14:7 32:21
  45:5 52:18
  55:6
worked 32:22
  32:23 55:12
working 14:7,16
  29:21 33:17
  34:9,12 46:9
  46:10 49:3,6
  50:11,12,14,18
works 4:11
  16:18,24 32:1
  33:16 36:11
  41:12
world 10:19
  28:2 32:1
  36:10 49:23
  56:23 57:23
worry 35:22
  51:22 52:7
worth 17:3,18
  43:14,16 49:8
  49:25 58:19
worthy 5:7
Wow 55:24
write 23:21
  57:11
writing 32:4
written 11:25
wrong 53:23

**X**

**Y**

yeah 2:20 4:11
  5:9,19 11:1
  13:8 14:10,15
  14:15,17,17,21
  18:2 22:15
  23:1 24:19
  25:2,6,8,15,24
  28:9,10 32:5,9
  32:14 35:2
  39:14 40:2
  41:1,1 42:17
  42:21 44:2,21
  45:6 47:20
  48:9,12 49:2
  49:21 50:7,8
  50:22 51:2,5,9
  51:22 53:22
  54:10 55:22,23
  56:2,17 57:8
  57:13 58:4,10
  58:25 59:5,12
year 16:17 40:14
  55:10
years 12:25
  31:13 52:1
  53:19 55:12,16
Yep 2:6 22:23
  24:12,22 28:11
  29:1,23 52:25
  55:11 56:12
yesterday 14:19
  16:4 20:16
  45:4
York 2:3
young 57:2
younger 30:17
youth 31:12

**Z**

zero 29:12

**0**

06_29_2023_1...
  1:7 2:2 60:8
08 24:7

**1**

**1** 1:8
**10** 12:25 13:16
   13:17,19 14:1
   16:9 17:6 18:9
   28:5 31:13
   46:16 49:11
   58:15
**10-year** 48:20
   51:1 53:18
**100** 2:4 11:12
   12:6 20:3
   46:24,25 47:13
**100,000** 13:19
   14:1 17:3 30:8
   44:9,15 45:17
   45:20,22 46:2
   48:18
**107** 2:5
**11** 53:19
**112** 49:17,18
**12** 47:23
**12th** 38:1
**15** 58:19
**15,000** 46:3
**150** 42:3
**150k** 16:17
**16** 32:16 55:18
**170,000** 30:6
**18** 32:17
**19,800** 43:7
**1st** 13:1

_____

**2**

**2** 45:21
**2,000** 21:24
**2,500** 44:16
**20** 9:14 15:1
   16:21 17:7
   32:20 45:23
   53:19
**20,000** 43:5,15
**200** 13:24,25
   19:21 46:16
**200,000** 49:9
**202** 1:25
**20th** 32:21
**25,000** 46:2
**26th** 43:22
**27** 43:22
**28th** 43:21

**29** 25:21
**29th** 43:20,21

_____

**3**

**3** 36:13
**3,900** 43:22
**30** 21:23 46:1
   51:17 52:15
   55:12,15
**30-point** 22:21
**300** 43:21,22,22
   46:19
**300,000** 30:5
**30th** 44:5
**35** 37:3

_____

**4**

**40** 2:25 3:4
   31:13 55:6
**40,000** 43:8,14
   43:17
**401k** 55:9,14,14
**467-9200** 1:25

_____

**5**

**50** 11:7 13:9
   16:17 33:10
   47:13
**50-hour** 55:7
**50/50** 54:7
**500** 15:10
**500,000** 36:5
   50:12
**51** 36:17
**514892-A** 60:10
**59** 35:8 38:3

_____

**6**

**6** 34:4
**60** 1:8 19:22
   33:10 48:2
   52:18
**600,000** 53:12
   58:14
**662,000** 53:6
**674,000** 53:6

_____

**7**

**70** 52:18

_____

**8**

**800,000** 58:22

_____

**9**

**95** 39:2
**99.9** 20:2,3

# EXHIBIT G

## EXHIBIT IS BEING MANUALLY FILED

# EXHIBIT H

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:            )

                             )  File No. A-04106-A

TRITEN FINANCIAL GROUP, LLC   )


SUBJECT:  6-30-23 Tanner Calls Scott DD - Final

PAGES:    1 through 55




AUDIO TRANSCRIPTION








Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
 1         P R O C E E D I N G S
 2  6-30-23 Tanner Calls Scott DD - Final
 3         TANNER:  Hey Scott, it's Tanner, how are you
 4  my man?
 5         SCOTT:  I'm all right, Tanner, how are you?
 6         TANNER:  Good, buddy, hey, I just want to
 7  call you, I know that we're in the last little hours
 8  of you making a decision, you know, a very, very
 9  impactful decision.
10         SCOTT:  Yep.
11         TANNER:  You know I -- we -- I respect the
12  hell out of you, I respect the hell out of Carl, first
13  and foremost.
14         SCOTT:  Sure.
15         TANNER:  Hughes speaks volumes about you,
16  right?  He was like, "Look, if there's anyone you
17  would want to (audio drop) it would be Scott," right?
18  And then I plead that, like, you've been very
19  diligent, right?  You've asked a lot of questions.
20  We've tried to answer every question that you've
21  asked.
22         SCOTT:  Yep.
23         TANNER:  You know, we've provided you
24  with -- I mean you've seen more than anyone else.  And
25  that's --
```

Page 3

```
 1         SCOTT:  Yeah, I gather that.
 2         TANNER:  That's more of a tout to you than
 3  anybody right?
 4         SCOTT:  Thank you.
 5         TANNER:  I wanted to talk to you for a few
 6  minutes, I know you're busy.  When I say, look I
 7  didn't grow up rich, right?  Like I know what it takes
 8  to make a dollar, and I know how much of hard-earned
 9  money, what do you put in?  50k, 100k, a million, 2
10  million, whatever, that's your hard-earned money.
11  Right?  And I want you to be comfortable with that, do
12  you know what I'm saying?  Because I couldn't live
13  with myself if I lost anyone's money --
14         SCOTT:  Yeah --
15         TANNER:  It would be like losing my mom and
16  dad's money, right?
17         SCOTT:  Yep.
18         TANNER:  And I just retired my mom and dad
19  this month.  Right, I'm very--It was my number one
20  goal in life to retire my mom and dad, and I did it, I
21  (inaudible) their first month of retirement, right?
22         SCOTT:  Yeah.
23         TANNER:  If there is anything I can ask, but
24  I know, like, look, I'm not trying to, like horse
25  trade, I'm not trying to, you know, like, push you in
```

Page 4

```
 1  one way, you know.  Carl said that 2 million might be
 2  a little heavy, you know, so I said, "Look what if we
 3  dropped it to a million?"
 4         Right?  Like would you be more comfortable
 5  doing a million?  And then on that regard, I don't
 6  know how much he talked to you about, I'm still
 7  committed to the $50,000 a year scholarships.  And
 8  since you wanted to go from five fives to ten years,
 9  which is what you asked in the email, I would go ahead
10  and up to $50,000 dollars a year per year.  So that's
11  $50,000 a year for 10 years, so it's half a million
12  dollars that I would commit to your scholarship fund
13  over the 10 years.  So, I'm basically covering half --
14         SCOTT:  Yeah.
15         TANNER:  Of your number, right?
16         SCOTT:  Yeah.
17         TANNER:  And I'm willing to do that, I'm --
18  you know what I mean?  I'm just trying to get this
19  situation closed and I'm running, like my time -- I
20  have to have the money sent from you to me, and then
21  me, out.
22         SCOTT:  Yeah.
23         TANNER:  By 4 o'clock today.
24         SCOTT:  Yeah.  I, look, first of all, that
25  is a very generous, charitable offer, really
```

Page 5

```
 1  appreciate that, and I appreciate the -- adjustment of
 2  the opportunity.  Tanner for me it's less about the
 3  money and more about a due diligence process that I'm
 4  used to at a certain investment level, you know?
 5  Obviously, I didn't ask anywhere near the kind of
 6  questions I asked when I put a hundred grand in.  I --
 7         TANNER:  Sure.
 8         SCOTT:  I just view that kind of a little
 9  differently, you know?  It's not a $10,000 flyer, but,
10  you know --
11         TANNER:  Of course.
12         SCOTT:  At a 100 grand it's just a different
13  level of due diligence, you know?
14         TANNER:  Of course.
15         SCOTT:  And so, I -- this is more about me
16  than you guys.  I just kind of like --
17         TANNER:  And I respect that, I respect that,
18  and I understand that --
19         SCOTT:  Yeah.
20         TANNER:  Everybody has their processes --
21         SCOTT:  Yep.
22         TANNER:  Right?  The one thing that I don't,
23  like, you know, when you ask about like, well those
24  guys aren't this guy or, you know, the biggest thing
25  you have to understand is that the reason we're able
```

Page 6

```
 1   to be successful the way we are.
 2         SCOTT:  Yeah.
 3         TANNER:  Is because we're in Web3, right?
 4   Web3 there really is no names, right?  It's just
 5   numbers.  You know, that's like -- that's why
 6   everything is encrypted, that's why, you know what I
 7   mean?  Like you can't just go Google somebody and find
 8   them, because that's what Web3 does, it's
 9   decentralized spy games.
10         SCOTT:  Yeah.  Look, here's the thing this
11   is what I said to Carl this morning when I texted him,
12   I didn't speak this to him, but what I said to him
13   today was, "Not that I'm not interested, or that I
14   wouldn't do it," but to get there I had some more
15   questions that I would normally ask, and I call this
16   confirmatory due diligence.
17         There's the kind of due diligence where
18   you're looking to get out of something and then
19   there's the kind of due diligence that says, "I'm
20   going to do this thing as long as I can get XYZ things
21   confirmed."  And that's kind of where I was, and --
22   but I understand that you got this tight timeline.  In
23   order for me --
24         TANNER:  Well and I understand, look --
25         SCOTT:  Yeah.
```

Page 7

```
 1         TANNER:  I mean, look I'm glad you went
 2   under (inaudible).  I hope --
 3         SCOTT:  Yeah.
 4         TANNER:  You've had
 5         SCOTT:  Yeah.  Yeah.
 6         TANNER:  An amazing time.  (Inaudible)
 7   probably deserved it and earned it.
 8         SCOTT:  Yeah.
 9         TANNER:  You know?  You know, but I've been
10   trying to get Carl to print this out for the last
11   three weeks.
12         SCOTT:  No, I get it.
13         TANNER:  You know --
14         SCOTT:  I -- I get it.
15         TANNER:  What is the -- what are, is there,
16   like, a slew of questions left, is there a couple
17   questions left?
18         SCOTT:  Well, I want to be really careful
19   with you because I don't want to send you or your
20   brother --
21         TANNER:  You're not --
22         SCOTT:  The wrong message, okay?
23         TANNER:  I don't feel disrespected.
24         SCOTT:  Okay.
25         TANNER:  And I don't want you to think I
```

Page 8

```
 1   feel disrespected.
 2         SCOTT:  Okay.
 3         TANNER:  I want you to feel respected
 4   because we have showed you --
 5         SCOTT:  I get it, I do, and actually I'm
 6   grateful for that and I believe it's because of Carl
 7   and his trust and your trust in him, so I appreciate
 8   that.
 9         TANNER:  Yeah, because I will be honest, I
10   should not have sent you the agreement, and I asked
11   Carl, I said Carl, let me ask you this:  If I had an
12   agreement with Scott, right?  Like I do with Jim and
13   I, right?
14         And would he be okay with me sending that
15   agreement to other people?  Well probably not.  Well
16   okay, but he wants -- do you know what I mean?  And I
17   say "Carl, you haven't even seen the agreement."
18         SCOTT:  Yeah.  Yeah.
19         TANNER:  Right?  I --
20         SCOTT:  I get it.
21         TANNER:  Carl asked me.  That's why I sent
22   it to you one to one.
23         SCOTT:  Yep.
24         TANNER:  The other side of it is, when you
25   asked about it, I'm going to go a little bit deeper
```

Page 9

```
 1   for you --
 2         SCOTT:  Yeah.
 3         TANNER:  Okay?  And when you asked about
 4   Jonathan's 10 percent , when we said it's a SBP.  What
 5   that means is we enforce the contract with our bots,
 6   Okay?  That means it's black and white, it's
 7   unbreakable, right?  That's what a smart contract is,
 8   it lives in a box saying it's wrote into the code of
 9   the ledger, right?  By two individuals, being on, us,
10   and, two, Gemini.
11         There is no break in that.  It is not
12   breakable, the only way it's breakable is if we
13   replace it together.  A judge can't judge on it,
14   there's no litigation on it, that's the beautiful
15   thing about web3 and smart contracts, it's all black
16   and white.  There's no gray area.  So, because when we
17   were beating their 200 percent, their bots by over 200
18   percent, which they told us, not us, and we used it
19   against them trust me.
20         SCOTT:  Yeah.
21         TANNER:  Right?  Like, they want our
22   configuration, okay?  So, they want to use our bots in
23   their system, in their pools, in the institution sized
24   pools, okay?  So, we worked out -- remember I told you
25   they offered us money up front.
```

Page 10

1      SCOTT: Yeah.
2      TANNER: They offered us more money. What
3 we worked out is a 10 percent ownership of any money
4 our bot brings in that they use. Now they gave us
5 security that they would not play in our pools, it
6 would only be the institution size. And that's what
7 the 10 percent is. Now Jonathan, because he has no
8 ownership ties to Triten Financial, that is my
9 company, 100 percent, Right?
10      SCOTT: Yeah.
11      TANNER: Jonathan owns the 10 percent, and
12 then I pay him 30 percent a month, of whatever I make
13 to be able to make his (inaudible) licensing from
14 that, right?
15      SCOTT: Yeah.
16      TANNER: For his bot. Now, because I'm
17 going super deep here --
18      SCOTT: Yeah.
19      TANNER: Right? I -- you can -- he cannot
20 be in ownership of Triton Financial and own 10 percent
21 of lending pools, That would be a major violation. So
22 that is why Jonathan doesn't own any piece of Triton,
23 and he owns 10 percent -- and you ask why does Jon own
24 10 percent --
25      SCOTT: Right.

Page 11

1      TANNER: So that is to answer your question.
2      SCOTT: Okay, that makes sense. Thank you
3 for explaining that, that was part of my question --
4      TANNER: I put that in --
5      SCOTT: I --
6      TANNER: I put that in the text.
7      SCOTT: Okay. I understand --
8      TANNER: That's why I tried to call you last
9 night.
10      SCOTT: Sure.
11      TANNER: And I know it was late, and I
12 apologize, but since you were texting --
13      SCOTT: Yeah.
14      TANNER: I was like "well maybe we're just
15 doing this right?"
16      SCOTT: Yep, yep.
17      TANNER: And I had Jon all but lying to me,
18 right?
19      SCOTT: I get it. Look if it wasn't, if I
20 wasn't already in bed.
21      TANNER: No, and I get that --
22      SCOTT: Yeah.
23      TANNER: Again, that's why I said --
24      SCOTT: Yeah.
25      TANNER: "Hey, I know it's late," like you

Page 12

1 know, because look, I try to be as respectful as
2 possible.
3      SCOTT: Sure.
4      TANNER: I was raised the right way, my
5 parents raised me the right way.
6      SCOTT: Let me ask you -- I'll ask you
7 another question or two, and I'll tell you what I
8 would've asked for in the next, you know, the next
9 part of the due diligence. But the question -- what
10 about that web address? That app.gemini whatever it
11 is .io?
12      TANNER: So io is a new so, right? .com,
13 .org, whatever, but it's more just a sub link because
14 we have now probably 300 and some plus bots, so each
15 bot has its own web io. (Inaudible.) So when
16 Jonathan logs in, he doesn't just log into one parent
17 site --
18      SCOTT: Yeah.
19      TANNER: He has to log into the bot, like --
20 per bots per site.
21      SCOTT: Okay.
22      TANNER: So, when we talk about "scrapping"
23 and we have to scrape 300 plus bots or whatever every,
24 you know, couple days, or, you know what I'm saying?
25      SCOTT: Yeah.

Page 13

1      TANNER: (Inaudible.) He has to log into
2 each bot, one by one, and individually scrape. The
3 reason we did it that way is because we did not want
4 to automate this and there's just too much money at
5 risk, there's just too much as far as like scraping
6 wise, and you know, and with Crypto, right? With
7 Crypto, if you send it to the wrong place, that's why
8 I verify the address basically two or three times over
9 every time.
10      SCOTT: Yeah.
11      TANNER: Right?
12      SCOTT: So --
13      TANNER: If you send it somewhere, it's
14 gone.
15      SCOTT: So that website that he's using to
16 log in to each individual bot, right --
17      TANNER: Exactly, the bot.
18      SCOTT: Okay. So it's an io website, and
19 it's the bot is that website not affiliated with
20 Gemini?
21      TANNER: So, it's inside of Gemini, so it's
22 not like a Gemini website, it's more of like the back
23 end of Gemini, if that makes sense.
24      SCOTT: Okay, because the logo stuff looks a
25 little different than it does on the Gemini site.

Page 14

1    TANNER: Well, you also got to understand
2    too, like, Gemini, you know, is obviously, this is the
3    Panama of lending pools, right?
4        SCOTT: Okay.
5        TANNER: There is, inside of Gemini, right?
6    And I was trying to explain this to Carl too, right?
7    Like take Coinbase for example, right? Coinbase
8    probably has 400 different companies in 200 different
9    countries, you just don't know about them. They're
10   not just going to be in one central location. You
11   know what I mean?
12       SCOTT: Okay, so what is it about this
13   Panama lending pool, like what is that --
14       TANNER: Well, the reason is because I think
15   you brought it up on our call, either you or maybe I
16   think, was it Richard --
17       SCOTT: Yeah.
18       TANNER: Okay, about Gemini, being sued,
19   like a year or so ago, right?
20       SCOTT: Yeah.
21       TANNER: You know, okay, the reason is -- is
22   Gemini has gone offshore. You know, there's a reason
23   we use the lending pool we use and also the OTA, my
24   OTA is offshore to. Because they can't -- so now the
25   United States can't sue them, like, now we're

Page 15

1    offshore.
2        SCOTT: Okay.
3        TANNER: So now, you know, who the SEC, the
4    government is suing though? Coinbase, Binance,
5    Bittrex, you know what I mean? People that are in the
6    United States, people that are trying -- they're
7    trying to make this a regulatory situation when they
8    can't, they cannot regulate crypto.
9        SCOTT: Yeah.
10       TANNER: There's no way -- you can't
11   regulate something out of the speculatory value, I
12   don't care who you are, who you think you are.
13   There's no regulation on a speculatory value.
14       SCOTT: Yeah.
15       TANNER: So until you can actually back it
16   by a correlated value, there's nothing that anyone has
17   to worry about.
18       SCOTT: Okay. So, Carl mentioned that
19   today, you -- you're paying out roughly $700,000
20   dollars or so.
21       TANNER: Oh my God, yes.
22       SCOTT: Right?
23       TANNER: After I get done with this call, I
24   got to start doing that, yes, but my payouts have
25   been, and I think I told you the other day. So we

Page 16

1    started out -- I was talking about with growth, right?
2    We had $60,000 in month one, from friends and family,
3    that grew in $240,000 in month two. Month three was
4    June 1 with 4.25 million, and then, you know, growing
5    of this month going into July 1, we're just under 8.5
6    right now, right?
7        And so, my payouts though, in month one I
8    did $12,200, I believe just over $12,000 in month one,
9    month two, on 240,000, I paid out just under $30,000.
10   Month three which is June 1, I paid out, because 4.25,
11   but all of it hadn't been in there very long, but I
12   paid out just under $125,000.
13       And then going in, I already calculated
14   everything up to date, it's just over $675,000, like
15   600 -- well actually I just added some money, I added
16   another $155,000 four days ago so actually it would go
17   up. We're probably just under $680,000.
18       SCOTT: Yeah, and that's just your payouts
19   to --
20       TANNER: That's just my pay out to my
21   lenders and to my bookies.
22       SCOTT: Yeah, yep. And, the way I
23   understood it from you and Jon is that you guys are
24   making -- I don't know what ever it is now, 8, 10
25   percent or so, or maybe a little more.

Page 17

1        TANNER: We make between, depending on the
2    term, and depending on the percentage, right?
3        SCOTT: Yep.
4        TANNER: Like, we make between, 10 and 12
5    percent like net --
6        SCOTT: Yeah.
7        TANNER: At the end of the day.
8        SCOTT: Yeah, so --
9        TANNER: After paying all the fees, and
10   paying out everybody, and paying out the finders fees,
11   we make about, we make about, 10 to 12 percent.
12       SCOTT: So, my guess was, this month, your
13   total distribution are probably in the 1 to $1.2
14   million range.
15       TANNER: If this was a full month, yeah, if
16   it was a full month, it would have been total
17   distributions of about 1.2 --
18       SCOTT: Well, I'm saying you got your 700,
19   or just under that to the investors, the 675 to 680 to
20   the investors and the finders fees, and then on top of
21   that you have what you and Jon make.
22       TANNER: Right.
23       SCOTT: Right? That's what I'm saying if
24   you guys --
25       TANNER: No, no, I'm being -- no, yeah, I'm

Page 18

1  being fully transparent, right?  The 675 is because
2  there's money that's in prorated numbers, right?
3      SCOTT:  Yep, yep.
4      TANNER:  So, on a normal month, I already
5  looked at it, on a normal month, we would have paid
6  out like $965,000 to --
7      SCOTT:  Yep.  Investors --
8      TANNER:  Lenders.
9      SCOTT:  Yeah.
10     TANNER:  And then 110, 112, something like
11 that to finder's fees.
12     SCOTT:  Right, but then, the point I'm
13 trying to make is, you and -- you and your brother get
14 the remaining percentage on top of that, because
15 you're starting at 30 percent, you take out your
16 fees --
17     TANNER:  Yeah, absolutely --
18     SCOTT:  Right?
19     TANNER:  That's our 10 to 12 percent, yes.
20     SCOTT:  Right, right, which means the
21 business, in the month of June, the bot business --
22     TANNER:  In -- in the month of, and I can
23 tell you the numbers --
24     SCOTT:  Yeah.
25     TANNER:  To.  In the month of June we

Page 19

1  grossed two, as long as everyone's formulas are
2  correct, right?
3      SCOTT:  Yep, yep.
4      TANNER:  You know, I haven't seen it just
5  yet, right?
6      SCOTT:  Yeah.
7      TANNER:  We just send enough to pay
8  everybody out, then we'll work ourself out, right?
9      SCOTT:  Yeah.
10     TANNER:  But we grossed 2.753.
11     SCOTT:  Okay.  2.753, and then you'll take
12 the fees out of that number?  Or is that after fees?
13     TANNER:  Yes.  No, the fees come out.
14     SCOTT:  Then you'll pay the fees, and then
15 you'll pay the investors, 7, 800 -- you know, 700, or
16 whatever that is prorated.  And then you guys have the
17 rest right?
18     TANNER:  Right.
19     SCOTT:  Okay.
20     TANNER:  And it's -- and again --
21     SCOTT:  Yeah.
22     TANNER:  Being way transparent, but, I paid
23 my little brother, 10 percent, to help out, right?
24     SCOTT:  Yeah.
25     TANNER:  So, he's very happy (laughter) I

Page 20

1  got to say.
2      SCOTT:  Yep.  yep
3      TANNER:  But.  I get -- my two goals in life
4  were to retire my mom and dad, which I've done, and to
5  make sure that my little brother was financially,
6  like, set up.  Because truthfully, Scott, I don't
7  believe he's, like, capable of taking -- not, not
8  taking care of himself, but, like, flourish.
9      SCOTT:  Yeah.
10     TANNER:  He's kind of awkward, he can't talk
11 to people -- he's not -- not a person you would --
12 he's not a person I would put on a call with you about
13 it, right?
14     SCOTT:  Yeah.
15     TANNER:  So it's mine, and my brother's
16 responsibility to kind of take care of them, you know,
17 make sure that, you know -- I wouldn't want to be like me
18 who are, you know, can make millions, and then my
19 little brother who can't and, you know, it wouldn't be
20 a good family situation, you know?
21     SCOTT:  Yeah.
22     TANNER:  And that's very much so about that.
23 That's why we've all moved down to Angleton, that's
24 why -- you know what I mean?  Like, we literally
25 rented two houses, paid a year up front, we rented two

Page 21

1  houses, because my brother, my older brother, bought
2  some land, he's going to build a house, cause his
3  wife's family is from (inaudible) and they're all --
4  her whole family lives there, right?
5      But she's felt better they live there.  And
6  so, now my mom and dad are living down there, you
7  know, so everyone is going to be like -- it's almost
8  like we're going to run the town.  Because it's not
9  that big, you know?
10     SCOTT:  Yeah.
11     TANNER:  But yeah, so I've reached that
12 goal, right?  So 10 percent goes to Garrett, my little
13 brother, then I take 20 percent for myself, and I
14 (inaudible) Jon 30 percent as the license, or, you
15 know, for his contributions.  And then 40 percent goes
16 to Triton financial for growth.
17     SCOTT:  Okay, okay, alright.  So, staying on
18 this line of topic here, the 2.75, whatever it is, of
19 gross that you did in June, right?  Would you be able
20 to show me that that money, because it's June 1
21 through June, whatever it is, 29 or 30, whenever you
22 close out the month.
23     TANNER:  So yeah, so it's a little short,
24 right?  And I technically, I can't yet, because of --
25 we haven't ordered it, right?

Page 22

1      SCOTT: Yeah.
2      TANNER: So we get paid in Tether, right?
3      SCOTT: Yep.
4      TANNER: And then we order our payout
5  from --
6      SCOTT: Yeah.
7      TANNER: The lending pool and then they send
8  it to, you know, our corporate wallet, which I think
9  Jon showed you yesterday.
10     SCOTT: Yeah, yep.
11     TANNER: And then we send the money from our
12 corporate wallet to my OTA account at Kraken. And
13 then I use it, I sell the tether there in U.S.
14 dollars and then it withdraws into my bank.
15     SCOTT: Yeah.
16     TANNER: So that's the reason why we ordered
17 money ahead of time, to be able to pay everybody out,
18 and then I'll wait to get like, my, like,
19 reconciliation. I don't think I'm probably going to
20 make whole on everything, because this was our first
21 big month look down. Probably until, I mean I'm
22 honestly just going to be honest with you, I'm not
23 even seeing my money until the 10th of July, to be
24 honest.
25     SCOTT: Let me back up --

Page 23

1      TANNER: But if you would like to see what's
2  in my actual, like, bank account right now, you
3  know --
4      SCOTT: No, I guess here's -- here's what
5  I'm trying to get under the heading of due diligence,
6  right?  Just making myself comfortable, what I'm
7  trying to get my head around is, I'd love to see that
8  the bots, the collective bots, in the month of June,
9  on a day-to-day basis, brought in, what totaled to be
10 the 2.7 million --
11     TANNER: What if I could show you the polls
12 from June -- like not the month of June, but the
13 previous month?  Because I do have that information, I
14 can send that in a spreadsheet.  It shows you what
15 Triton made.
16     SCOTT: Well, I'm not looking for a
17 spreadsheet, right?  What I'm looking to see is when
18 Jon showed me --
19     TANNER: Well technically it's not a
20 spreadsheet --
21     SCOTT: Okay.
22     TANNER: but it's like, bot 1, bot 2, bot
23 3, it's calculated up all across the bots.  It shows
24 you what each bot made, and then the total that, you
25 know, was sent to Triton.

Page 24

1      SCOTT: So, how many bots did you have
2  working in June?  Approximately?
3      TANNER: I want to say, because Jonathan
4  handles that situation, right?
5      SCOTT: Yep.
6      TANNER: But I want to say, it was well over
7  200 or so.
8      SCOTT: Okay.  So, just tell me if this is
9  accurate.  The 200 bots went to work from June 1 to
10 June 29, because the day's not over today, and every
11 day, each one of those bots, brought in the equivalent
12 of 1 percent of whatever dollar value was assigned to
13 that bot.
14     TANNER: Absolutely, but I think that it was
15 more because of the residual dust that we get for the
16 use of the money.
17     SCOTT: Yeah.
18     TANNER: So, it perforates.
19     SCOTT: Yeah, I got it, right?  But, if
20 there's a $100,000 bot, it brought in at least $1,000
21 per day for the month of June, 29 grand, and what
22 Jonathan was showing me, when he logged in, he said
23 "you see the number," you know?  In this case it's a
24 thousand dollars this day, a thousand dollars that
25 day, a thousand dollars that day.

Page 25

1      And I'm trying to understand from you, the
2  200 bots, for that month of June collectively, if you
3  look at what each bot did, each day, collectively
4  brought in, the 2.7 million or so that you're talking
5  about.
6      TANNER: Correct.  The only thing that I can
7  say about that is, is so what we've done -- honestly
8  we try to do it, so we have -- we work from the 20th
9  to the 20th, this is the first month of us doing that
10 because we're working with larger numbers though,
11 right?
12     SCOTT: Yep.
13     TANNER: So, we work from the 20th to 20th,
14 we'll order the money, it'll hit our account by the
15 25th, which is to pay people out, right?  So we then
16 know, we'll be able to pay everyone out, obviously,
17 when it comes time on the first, right?  Or in this
18 case, today, like (inaudible), right?
19     So yes, like, that's where we, you know, Jon
20 then sends me a reconcile sheet, like, I don't have
21 the June one, yet, he was working on that.  In May,
22 I'm looking at it right now, we had 66 bots, but our
23 growth in June, was, you know, immenseful.
24     SCOTT: Yeah.  But that concept of each bot
25 is bringing in at least 1 percent

Page 26

```
 1        TANNER: Absolutely -- no, well they have
 2   to --
 3        SCOTT: Yes.
 4        TANNER: That's what the -- locked into the
 5   ledger like I said, right?
 6        SCOTT: Yeah.
 7        TANNER: Written into the code.  There's not
 8   a human paying us, right?
 9        SCOTT: Yeah.
10        TANNER: It's their computer, they can't
11   just say, "Well, you know what?  We're not going to
12   pay Jon and Tanner today, because we didn't use their
13   money, we're not going to pay for it."  They can't do
14   it.
15        SCOTT: But the system would show the 270,
16   or, I'm sorry, the $2.7 million, if you went through,
17   bot by bot, which is what -- I think you're telling me
18   Jon does, and puts it into a spreadsheet for you.
19        TANNER: Correct.
20        SCOTT: Right?
21        TANNER: Correct.
22        SCOTT: Okay.  Then the other thing he told
23   me is that once, or sometimes twice a week, he takes
24   whatever amount has been collected up to that point,
25   and he moves it, or converts it, and then pulls it out
```

Page 27

```
 1   of the system, into cash.
 2        TANNER: Right.  That was what we were doing
 3   up until this month.
 4        SCOTT: Okay.
 5        TANNER: We were doing it every Sunday
 6   night, Monday morning, right?  From the hours of 2:00
 7   to 8:00 a.m.  And then every Wednesday night, Thursday
 8   morning, same thing.
 9        SCOTT: Okay.
10        TANNER: That's what we have been doing,
11   yes.
12        SCOTT: Okay.  So, you don't -- you stopped
13   doing it this month?
14        TANNER: We did because we were working out,
15   again, that 10 percent agreement deal.  We were also
16   working out again, the bigger numbers, you know?  And
17   we decided to do it just once a month from the 20th to
18   the 20th, well it was going to be the 25th, right?
19   But, we decided to go 20th to 20th.
20        SCOTT: Okay, So, did you make a pull on the
21   20th of May?  I'm sorry, of June?
22        TANNER: We ordered -- he asked me to go in
23   and look at what I was going to need, right?
24        SCOTT: Yep.
25        TANNER: And we did make a pull for
```

Page 28

```
 1   $400,000.  Because that's what I needed to, you know,
 2   basically pay everyone while we got everything else,
 3   you know, worked out with the lending pool.
 4        SCOTT: Okay.  So -- so you pulled 400 --
 5        TANNER: We pulled $400,000 dollars, it went
 6   to my OTA account, and I got about, after fees, I got
 7   about $396,000 something.  And that is in my bank
 8   account, I can reflect that.
 9        SCOTT: Yeah, so, does that mean, there's
10   another 2.3 million in currency, in tether, or in
11   something that's still in the system?
12        TANNER: Yes, in a way, right?  So, there's
13   a couple facets of this, right?  When I have it in
14   tether, and its mine, right?  I'm actually pending to
15   redeploy it with new money in, if that makes sense and
16   actually save on some of the fees.
17        Which is just smart, but it's mine, right?
18   So, like, it would just be me, like, "Oh let me just
19   send it to my account, they'll let me send it back to
20   them and then" -- you know what I mean?  So, we've
21   used some of that money, you know what I mean?  For
22   new money, to launch out of our system.
23        SCOTT: Can you explain --
24        TANNER: It's almost like wholesale.
25        SCOTT: Explain that to me just -- I didn't
```

Page 29

```
 1   quite follow.
 2        TANNER: So, let's say I have like, let's
 3   say I have a million dollars coming, for me.
 4        SCOTT: Yep, yep.
 5        TANNER: So instead of me pulling that
 6   million dollars and sending it to bank account, for
 7   myself, right?
 8        SCOTT: Yep.
 9        TANNER: I could use that million dollars
10   since it's still sitting in my network, that I haven't
11   pulled out of it, as my profit.
12        SCOTT: You mean from new investments?
13        TANNER: No, no, no, no, like, okay, money
14   made.  Like let's just say for simple reasons, let's
15   say I made a million dollars in profit last month,
16   right?
17        SCOTT: Yes.
18        TANNER: This was mine.  Instead of me
19   taking that million, because I don't need a million
20   dollars right now --
21        SCOTT: Yeah.
22        TANNER: Like it's, you know?
23        SCOTT: Yeah.
24        TANNER: I can leave that in my wallet in
25   the network.
```

Page 30

```
 1        SCOTT:  Yeah, yeah.
 2        TANNER:  And then let's say someone came in
 3   with half a million, right?
 4        SCOTT:  Yeah.
 5        TANNER:  They sent me half a million --
 6        SCOTT:  New -- new money?  New money in?
 7        TANNER:  New money, new money in.
 8        SCOTT:  Yeah, yeah.
 9        TANNER:  Instead of me sending a million
10   dollars to my bank, and then paying those fees on the
11   OTA, and then sending $500,000 from my bank to the
12   OTA, paying those fees, and then on ramping it.  What
13   I could do is just launch it from my own network of
14   profit that's sitting in my wallet.
15        SCOTT:  So, in a sense, leave the half --
16        TANNER:  Leave my ROI, leave -- my ROI in
17   for a little while right?
18        SCOTT:  Yeah.
19        TANNER:  And then launched with (audio
20   drop).
21        SCOTT:  Okay.  So, I guess, like, I'll go
22   back to, if you've done 2 -- roughly 2.7 million,
23   through --
24        TANNER:  What Jon -- what Jon then sent me,
25   I was actually in Miami, right?
```

Page 31

```
 1        SCOTT:  Yeah.
 2        TANNER:  When Jon then sent me the, like,
 3   Tritons total for the month, while I was in Miami,
 4   would reflect about 1.8, give or take, 100,000 with a
 5   couple (inaudible) left, right?  And that was on a 20
 6   to 20 day schedule, right?
 7        SCOTT:  Okay.
 8        TANNER:  So my -- again, in my calculation,
 9   in my charts, and our formulas, it said -- and let
10   me -- actually let me just pull it up real quick,
11   because I'm sitting right here.  It would be this one
12   right here, it's my 10-year calendar, the payout.  So,
13   with -- if we have the money in there for the full 30
14   days, right?  It would have been 2.602 million,
15   $136,000.99.
16        SCOTT:  Okay.
17        TANNER:  Our fees would have been
18   $130,000 -- $130,106.85, we would've netted
19   $2,472,030.14.  And then when I go to my full ledger
20   of money, and this is where I looked up.  On 700 -- on
21   7.72 million, right?
22        My payout between amount owed per month and
23   finders fees, was amount owed, would be $796,200,
24   finder's fees payouts would be $138,800, for a total
25   payout of $935,000.  On a full month if I didn't take
```

Page 32

```
 1   any more money in right now.
 2        SCOTT:  Okay.  So some of that was an
 3   assumption of what the bots would do from June 21 to
 4   June 30?
 5        TANNER:  June -- yes, yeah, because
 6   basically, if you go on a one day PO app (phonetic) at
 7   .0089, something -- you know, like, the four letters
 8   they have in there?
 9        SCOTT:  Yeah.
10        TANNER:  It calculates it.  And then if you
11   just -- the way that are -- we work in formulas, we
12   have it where, like, on our ten year calendar, I can
13   change my days and months to 30 or 20.  So, lets just
14   say I changed it to -- lets just say I changed it to
15   20.  My brother's going to hate me for this but.
16        SCOTT:  Yeah.
17        TANNER:  Because he did the formulas.  But,
18   on 20 days a month, your scrape is $2,325,219.18, so
19   2.3, or a quarter billion.  Of these, it would be
20   116,260, the net would be $2,208,952.
21        SCOTT:  Okay.  So, let's use that, okay?
22   Because the 2.3, right?  Is really through June 20th.
23        TANNER:  It would be, yes.
24        SCOTT:  Right?  And that --
25        TANNER:  If -- if, hold on -- and I have to
```

Page 33

```
 1   say this.
 2        SCOTT:  Yeah.
 3        TANNER:  If that money would be in there,
 4   you know what I mean?  Because, again somebody came
 5   in, you know, in the middle of the month, and then,
 6   like, they were only in -- it was only in there for a
 7   month.  Some of the bigger money came in, like, on the
 8   10th, you know what I mean?
 9        SCOTT:  Yeah.
10        TANNER:  So again, this is just going off,
11   you know, a variable flexed up, well I should say.
12        SCOTT:  Yeah.  I guess I'm trying to
13   understand, like, what is -- forget about what
14   could've been or if it was fully in --
15        TANNER:  Sure.
16        SCOTT:  I'm just trying to get a sense of --
17   for what you know about whether it's from May 21 to
18   June 20, or from --
19        TANNER:  Wait, wait, my brother messaged me.
20   Oh, and let me just read the message.
21        SCOTT:  Yeah.
22        TANNER:  My brother may not give you the
23   date on it.
24        SCOTT:  Yeah.
25        TANNER:  He messaged me -- I was in Miami.
```

Page 34

1    He messaged me, Jesus, I didn't know it was so long
2    ago.  On June 21st at 6:47 p.m.  He said Triton total
3    earnings for the month would be 1.8 million plus or
4    minus $150,000.
5         SCOTT:  Okay.  For the month?
6         TANNER:  Yes.
7         SCOTT:  He meant for the full month of June?
8    Or did he mean from May 21 to June 20?
9         TANNER:  Well, I think he meant for the full
10   month of June, because, like he said, there was
11   partial money in there, right?
12        SCOTT:  Okay.
13        TANNER:  So prorated, you know, those kind
14   of numbers.  So obviously, you know bigger numbers
15   came in, that sort of thing.
16        SCOTT:  Okay, so based on June 21's taxed,
17   the expectation is, the money for June --
18        TANNER:  Between 1.7 and 1.9
19        SCOTT:  Okay, so let's call it 1.8, right?
20        TANNER:  Sure.
21        SCOTT:  So, that was the estimate, putting
22   the money that you had already raised that were in the
23   bots to work?  And he was estimating, the remaining
24   eight, nine days, or whatever it was, ten days, based
25   on what it was, okay, alright, so let's just use that

Page 35

1    number.  For the month of June, 1.8 million.  You've
2    got about 400, right?  That you said you pulled?
3         TANNER:  Well, 400 plus there was -- like I
4    said, there was some new money that came in, right?
5    That I just left in my account because I knew that I
6    was going to pay people, but I didn't (audio drop) I
7    was going to get it.
8         SCOTT:  Yeah.  Yeah.
9         TANNER:  So on that number, it was -- so I
10   had $260,000 early, $155,000 early and then, $400,000
11   so that put me at --
12        SCOTT:  It's about 800.
13        TANNER:  And then my brother, just said last
14   night that he was going to be sending me 400 and --
15   I'm actually just go straight to the message, because
16   he bought out of my network yesterday, because he
17   didn't have time to wire the money, $349,400.
18        SCOTT:  So, before you add the brother --
19   before you had that 349, the numbers that you had --
20   that you were saying that you had, the new money that
21   you had.  And I'm assuming what that means is, like
22   you said, sometimes you'll get money, and instead of
23   moving money out to put it back in, you just leave it
24   in, and you're sitting on it right?
25        TANNER:  Right, right, right.

Page 36

1         SCOTT:  So that money that you had, before
2    you bring up your brother, was about 400 grand?
3         TANNER:  Well, no, 216, 155, and then 800
4    grand.
5         SCOTT:  Plus, the money you pulled, right?
6    That's what you're saying.  The money you pulled, the
7    400, you pulled, plus the new money you were sitting
8    on is 800?
9         TANNER:  Correct, correct, correct.
10        SCOTT:  Okay, okay, we're on the same page.
11        TANNER:  Yeah, yeah.
12        SCOTT:  So, that's about 800.
13        TANNER:  Yes.
14        SCOTT:  Alright.  Now explain to me the 3
15   something that you said your brother just sent you,
16   the 340, or whatever it was.
17        TANNER:  Well he had a -- he had a --
18   because Jon has, a, he has, like a friends and family
19   network of his, right.
20        SCOTT:  Yeah.
21        TANNER:  That he brings in and they do
22   whatever they do, right?  It counts as money in the
23   network, but it doesn't count as Triton money, right?
24        SCOTT:  Okay.
25        TANNER:  So, what he did was, he bought

Page 37

1    basically $350,000 of tether, out of my wallet, my
2    network, that I know is going to be obviously in
3    there.
4         SCOTT:  Okay.
5         TANNER:  And he's going to send to me today,
6    he just couldn't send it to be yesterday because it
7    was after wire end time.
8         SCOTT:  Okay.
9         TANNER:  But he needed to get the money
10   launched, so what he -- instead of us doing, like,
11   sending it back and sending it through, and paying
12   whatever, the 5 percent, 7 percent fees, he just
13   bought it at wholesale, right?  And then he'll send me
14   the wire money today.
15        SCOTT:  Okay, so same concept.  Of --
16        TANNER:  Right.
17        SCOTT:  Then you got money that comes in,
18   instead of moving it in and out.
19        TANNER:  Right it would be like -- it would
20   be like, yes, it would be like if someone sent me
21   $350,000 whatever --
22        SCOTT:  Yeah.
23        TANNER:  Including, like as a deal, and then
24   instead of me sending directly to Kate, I already have
25   it in there.  So, I just launch it.  It actually

Page 38

1  speeds it up by about three hours.
2       SCOTT: Okay, so let's say I add that 340
3  something, whatever, and now we're at --
4       TANNER: Like, 1.15
5       SCOTT: Yes, right? Okay. So that's what
6  you're going to have in your account today roughly, 1-
7  1-5 right?
8       TANNER: Yes. Yes.
9       SCOTT: The 4 you're sitting on that's about
10 to clear, the money you're sitting on, the new money,
11 the money from Jon that's coming over. So, that's
12 1-1-5. Okay how much that part of Triton isn't in the
13 system, that hasn't been pulled, as of today, that's
14 crypto, I'm assuming it's in crypto of some form.
15      TANNER: Right, right, it's just sitting in
16 the wallet, it hasn't been ordered or pulled, correct.
17      SCOTT: Yes.
18      TANNER: I mean the number, it's going to be
19 around $700,000
20      SCOTT: And is that just your assumption
21 with the math or is that, like, you -- there's a way
22 you log in and you see what that is or he tells you
23 what that is.
24      TANNER: Yeah, he tells me what it is and
25 then sends me that spread sheet that I was going over

Page 39

1  with you that shows every bot, like, bang, bang, like,
2  bang, bang, bang, that totals it out. Plus my
3  assumption is I know I'm paying, obviously, you know,
4  Garrett and his 10 percent, Jon with his 30, right?
5       SCOTT: Yeah.
6       TANNER: And so, I know those are the
7  numbers, you know what I mean? That we're able to
8  justify, right? And to understand.
9       SCOTT: Okay. Alright, so, I'm not asking
10 you to do this, Tanner, but I'm just telling you,
11 like, what I would normally then say is, show me the
12 million and eight, and where it is. Show me the
13 crypto amount, show me the amount, the 400, show me --
14 like, I'm really not asking you to do that, I'm just
15 telling you that's the kind of stuff that I am used to
16 doing. So, and I do it for small investments I'm
17 just, you know, right?
18      TANNER: No, no, no, yeah, it's been made
19 clear. What I will say though, that is what Jonathan
20 showed you yesterday.
21      SCOTT: Yeah, but what he showed me
22 yesterday is, he went into a couple of bots and --
23      TANNER: No, he went into our corporate bot.
24      SCOTT: Yeah.
25      TANNER: And all of those numbers, that's

Page 40

1  where the 1.8 exists.
2       SCOTT: Yeah, but he didn't show me anything
3  that totaled, 1.86. That's what I'm telling you. He
4  showed me two or three bots.
5       TANNER: Okay.
6       SCOTT: And then he showed me, "Hey, let me
7  show you my personal account Scott," you know, "Here's
8  how much money I personally have invested. I'm doing
9  this too."
10      TANNER: Right, right.
11      SCOTT: So, I didn't ask him, it's not like
12 he didn't show me what I asked for.
13      TANNER: Sure
14      SCOTT: That wasn't the purpose, I just
15 wanted to see how it worked yesterday, right?
16      TANNER: Right, right. So collectively all
17 those bots that he showed you, right? Collectively
18 moves into the corporate box, right? Which is what I
19 thought he showed you.
20      SCOTT: He didn't show me, like a Triton bot
21 that was, "Hey, here's where we have 1.8 million," or,
22 you know, whatever, I wasn't getting into that, he was
23 just -- he showed me a couple of bots, showing me that
24 it was taking 1 percent. And then he showed me his
25 personal bot, that had some money in it.

Page 41

1       TANNER: Okay, yeah, so, hold on I'm trying
2  to figure it out. Other than getting him back on
3  another call and I know he's busy today.
4       SCOTT: Yeah.
5       TANNER: The justification for that would be
6  like I said, each bot that he showed you, and each
7  correlated bot gets pulled into one bot, right?
8       SCOTT: Yeah.
9       TANNER: And that's the bot we pull from, to
10 the OTA account.
11      SCOTT: Yeah, yeah. Like that's -- when I
12 started this -- you know, I don't know, 20 minutes ago
13 and I started to say to you is "Hey, I" -- what I
14 would look for is -- okay you got all these 200 bots,
15 and, you know, normally I'd be -- you should be able
16 to see if I wanted to look at all 200 bots.
17         I'd look at the total that each bot did for
18 the month and if you added it up it would add to a
19 million eight, or two seven, or whatever it is, you
20 know, the number would be, right? And that would be
21 one way of validating, that this really is working,
22 the way everyone says it's working, because, I'd see
23 every bot and add them up, and boom, right?
24 Brilliant.
25         The second way, which is faster, because

Page 42

1  nobody wants to look at 200 bots, right?  So in due
2  diligence --
3        TANNER:  (Laughter) It would take about four
4  or five hours to scrape everybody, you know?
5        SCOTT:  Yeah, yeah.  But, in due diligence,
6  what you'd say is "I know somebody's scraping them, so
7  show me the spreadsheet," right?
8        TANNER:  Jon -- Jon is scraping them.
9        SCOTT:  So they -- you'd say "show me the
10  spreadsheet," and the spreadsheet probably had, and
11  I'm going to make this up, bot numbers 1 through 200,
12  and this is what they did.
13        And then in due diligence, somebody randomly
14  says, "Okay, show me these seven bots," right?  And
15  then you go in, you log in, you see seven bots instead
16  of 200 bots, and you compare it to the spreadsheet,
17  and there you go, statistically, it's good.  And
18  everybody says confirmatory due diligence on that
19  part, check.
20        And then the next thing I'd say is, "Okay,
21  now once or twice a week, the business model says you
22  scrape, and you take it out of the system and you put
23  it into U.S. currency," and I get it, you did that in
24  May, or you did it in April or March, in May, and you
25  decided, "You know what, we're only going to do it

Page 43

1  once a month, right now while we're in transition," so
2  you show me the scrape that adds up to a million
3  eight, or whatever.
4        And then you have every right to say, "You
5  know what, we didn't do it exactly that way because I
6  didn't want to pay to have money come out, that was
7  going to go back in," and so you break it down just
8  like you did, you said -- I took -- "I got 400 here,
9  400 there, Jonathan's sending me 350, and I got 700
10  remaining in crypto, and here it totals one-eight."
11        And I say, "I get it, just show me those
12  places," confirmatory due diligence, check, right?
13  Like, it's -- it's piece of mind for a large
14  investment, that's how I operate, it's not how, you
15  know, none of your other investors needed that, even
16  the guy at four million.  So, that's why I say this is
17  more me than you guys.  And look, I've done -- I've
18  done tons of due diligence, and still made bad
19  investments, so it's not like this is a perfect
20  process.
21        TANNER:  Right.
22        SCOTT:  But, so, I'll go back to a question
23  I asked you guys a couple nights ago.
24        TANNER:  Okay.
25        SCOTT:  I said, "What was so special about

Page 44

1  June 30th compared to next Friday, July 7th?"  And the
2  answer I --
3        TANNER:  Right.  And again --
4        SCOTT:  Yeah, but the answer --
5        TANNER:  I went super deep, like --
6        SCOTT:  Yeah.  Yeah.
7        TANNER:  I shouldn't be, right?
8        SCOTT:  Yeah.
9        TANNER:  So, and this was -- and I told
10  Carl, my final offer to you, right?
11        SCOTT:  Yeah.
12        TANNER:  So they gave us a challenge,
13  basically, I think it was like, hey, we're going to
14  see if you guys are, you know like, for real, or how
15  we archive things, right?  So, they said if you can
16  bring in 10 million, okay?  And this is my last and
17  final offer to you, right?  One way or the other.
18        SCOTT:  Yeah.
19        TANNER:  And I've only made this to one
20  other person because of the situation.
21        SCOTT:  Yeah.
22        TANNER:  But, if I got to 10 million, in my
23  network by June (inaudible), right?  That's why we
24  are, like, running out of time.  But, they would
25  actually let me go to 2 and a half percent a day,

Page 45

1  instead of 1 and a half percent a day.  And when I say
2  that, when we talk about 1 and a half percent, right?
3  They work on five days, they get the weekend, that's
4  how it equals out to 1 percent for 30 days, right?
5        SCOTT:  Okay.
6        TANNER:  So, now, if I got to 10 million, I
7  would go to 2 and a half percent a day, for the rest
8  of the 10 year contract.  For any new money in.  Now
9  that means I would be making 50 points a month, not 30
10  points a month.  I just didn't want to scare anyone
11  way, because those are big, big, big, big, numbers,
12  right?  Like, people don't even believe me at 30
13  points, now you're going to get 50 points?  Like, so I
14  didn't want to over, like, jumboize things, right?
15        SCOTT:  Okay.
16        TANNER:  That's why it stays so special.  If
17  I don't hit -- because they gave us this month, if I
18  don't hit it, I don't get it, right?  So, my offer to
19  you is, and I've made this to one other person.  If
20  you put the two million in, every 112 days, because
21  that is a cycle, right?  We would make 2 and a half
22  points per day on the two million, I would split -- I
23  have offered this to one other person Scott, okay?  I
24  will split the profits with you 50-50.  Because that
25  will allow me to make 2 and a half points on all the

Page 46

1   new money in, right?  Which would be totally worth it.
2       SCOTT:  So, what does that amount to?
3       TANNER:  $860,000 every 112 days, to you.
4       SCOTT:  How does --
5       TANNER:  So we would pay the fees together,
6   and the holdback, right?  To relaunch you in 112 days,
7   right?
8       SCOTT:  So, what I don't understand is how
9   the monthly part works anymore.  Is there still a
10  monthly?
11      TANNER:  Yes, yes.  Yeah -- yes, yes, yes.
12  You would get paid every month, but I'm saying every
13  112 days, 122.5 days, right?  At 2 and a half percent,
14  you would make, and I would make, $860,000 each.
15      SCOTT:  That, okay, is that in addition to,
16  250 per month?  Or --
17      TANNER:  No.
18      SCOTT:  So that's the part I'm not
19  understanding.  Because --
20      TANNER:  No, no, no, no.  Well, it would
21  be -- so take 850,000 divided by -- right?
22      SCOTT:  Yeah.
23      TANNER:  So that would be -- you would get
24  $850,000, divided by 112.5, because that's the days.
25      SCOTT:  Yeah.

Page 47

1       TANNER:  You would be making $7,644.44 a day
2   for profit.
3       SCOTT:  Okay.
4       TANNER:  That would mean we would split the
5   fees, and the holdback, to relaunch the 2 million.
6   And I'm not -- I only offered that to one other
7   person, just because of what today means.
8       SCOTT:  Yeah.  I'd hate to ask you to do it
9   again but I'm a little slow in understanding it so,
10  here's what I understood the original offer to be.  I
11  put up two million dollars, at 12 and a half percent
12  every 30 days, I'm getting at 250,000.
13      TANNER:  Right.
14      SCOTT:  Okay, so in four months, that's a
15  million dollars, so what I'm not understanding is --
16      TANNER:  Because, because you're not  --
17  well, but -- this what I ask -- this is why I'm
18  saying it though, you know, the way I'm saying it.
19      SCOTT:  Okay.  Okay.
20      TANNER:  There's holdback involved, right?
21  Where we have to relaunch the bot, once it matures,
22  okay?
23      SCOTT:  Okay.
24      TANNER:  So, that would have to be held
25  back.  What we could do, right?  Is just do a short

Page 48

1   term deal with you, on your two million.
2       SCOTT:  And --
3       TANNER:  And instead of doing it for five
4   years --
5       SCOTT:  Yeah.
6       TANNER:  Think about it like this, you're
7   going to make $250,000 times 10 is 2.5, what is that?
8   That 12 and a half percent, which is -- we  -- I'm not
9   that to anybody, the lowest person, I'm paying is 12.
10      SCOTT:  Yeah.
11      TANNER:  (inaudible), but we can just do two
12  million for two terms, so what is 112 and a half, so
13  that's 225 days?  So, 225 on 2 million and you'll make
14  1.72, and then get your two million back.
15      SCOTT:  Okay, what -- what I'm having a hard
16  time understanding, is why your revised offer is
17  better than the other offer, I'm sure it is, because
18  you wouldn't be making it if it wasn't.  In eight
19  months, I get in your --
20      TANNER:  So, every -- every three and a half
21  months you're getting $860,000.
22      SCOTT:  Okay.  And every three months in the
23  original deal?
24      TANNER:  You would 750.
25      SCOTT:  Okay.  So, it's an extra -- say it

Page 49

1   again, what was the?
2       TANNER:  860,000, we'd be splitting,
3   whatever the profit was --
4       SCOTT:  Okay.
5       TANNER:  Which it equals out to be $860,000,
6   we would be doing a fifty --fifty split, after fees.
7       SCOTT:  Okay.  So, it's an extra, roughly,
8   100 grand?
9       TANNER:  Right, but, this situation, you
10  don't have to -- like, you know, this is a one time
11  offer, right?  We don't have to do it for five years.
12  If you wanted to just, you know, do it for five
13  months, six months.
14      SCOTT:  I see, and then you get the two
15  million back, is what you're saying?
16      TANNER:  Yes.  And then, how about -- Scott,
17  what if we did that?  What if you and I did a six
18  month contract or whatever, do you know what I mean?
19  For two million, then make 860,000 every 112.5 days,
20  right?  And then in six months, you then decide
21  how much money you want to put in for the remaining
22  amount of my 10 year contract.  How does that sound?
23      SCOTT:  It sounds better, the -- and thank
24  you, I appreciate that.
25      TANNER:  The only reason I'm doing it is,

Page 50

1   one, because you're capable of it, two, I respect you
2   enough, because of Carl, but three is because I can
3   win long term, on every money going forward.  That's
4   why I'm not offering this to just anybody.  And it's
5   the time, I don't have I can go to to get me the two
6   million today.
7        SCOTT:  Yeah.  What of the -- of the thing I
8   talked to you about, the due diligence stuff about,
9   you know, how much crypto is available today, what's
10  validating the amount -- the money that you're talking
11  about.  What your ability to show me that stuff today?
12       TANNER:  I mean we're going at 10 a.m.  I
13  would have to talk to Jon, I don't know what his
14  schedule is like, I don't -- do you know what I mean?
15  You know, listen, I thought he showed you, know,
16  yesterday.  So, you know, that's what I was on -- off
17  of, you know.
18       SCOTT:  Yeah.
19       TANNER:  I would say not strong just
20  because --
21       SCOTT:  Okay.
22       TANNER:  I don't know if Jon told you Visol
23  and things like that, but I think he did talk about
24  it.  And they're closing up a 50 million dollar deal
25  with Rackspace today.

Page 51

1        SCOTT:  Yeah.  Hey, by the way, on that
2   subject, I mean that was just another question I had,
3   but you know I can't find anything about  -- there's
4   nothing online about Sequoia Capital or Visol, you
5   know, raising money through the safe, or wherever, or
6   any reference to these board members on Visol.
7        TANNER:  So, we, yeah, so -- I'm mean I'm
8   going I have to be fully transparent with you on that
9   as well.  I don't know a ton -- I'm not in the board
10  meetings of Visol -- like I'm not -- you know what I
11  mean?  Like I'm more just an owner of it with Jon,
12  right?
13       SCOTT:  Yeah.
14       TANNER:  On the other side of it, we own
15  27.22 percent, so on that side of it, the reason that
16  Sequoia -- that you're not going to find anything on
17  that because of the (audio drop), but because we
18  brought in a guy named Christian (audio drop),
19  Christian Kares (phonetic) was the number six investor
20  into Uber, he was number three adopter of Ethereum,
21  he's had multiple, multiple, nine figure exits.  And
22  so him and Sequoia have a very close relationship.
23       SCOTT:  Yeah.
24       TANNER:  So, that's probably why you're not
25  going to find anything, and the other thing is I --

Page 52

1   you know, of what I'm going to tell you, you know?  I
2   worked with, you know, a couple people, you know,
3   around this safety project -- the Cyber Rank project,
4   that we're doing in Kansas around teaching kids K
5   through 12 -- I think Jon talked to you about the
6   Smile program.  About threat, intrusion, and things
7   like that?
8        You know, working with people like that we
9   have some people, you know, are in (inaudible), you
10  know, whether they are or not.  But -- end at that,
11  you know what I mean?  And I'm finding out that a lot
12  of these people that are super, uber, you know,
13  important, and, you know, they're like hermits, like,
14  you cannot find them, they have no footprints.  And
15  with Web3 it's just even more so.
16       SCOTT:  Okay.  Alright, let me do this with
17  you, Tanner I appreciate, everything, I'm going to
18  give this a real quick finish over the next five to ten
19  minutes, I have a meeting from 11:00 to 12:30 Eastern,
20  so I'm going to get back to you before my meeting
21  starts in 15 minutes --
22       TANNER:  Okay.
23       SCOTT:  And -- and give you my answer,
24  today, okay?
25       TANNER:  I appreciate that, and I've gone --

Page 53

1   and I know I keep saying --
2        SCOTT:  Yeah.
3        TANNER:  I've gone, like, deeper than
4   anyone, and I don't mind, I want to be transparent.
5        SCOTT:  Sure.
6        TANNER:  The thing is is I want to change to
7   oblige.
8        SCOTT:  Yeah.
9        TANNER:  And I want us to do this together.
10  That's why I texted Carl.  I said, "Carl, you know,
11  it's not wanting do a million (audio drop), that's at
12  12 and a half percent.
13       SCOTT:  Yeah.
14       TANNER:  I'll still do $50,000 a year in
15  scholarships, and if he went from five years to ten
16  years, I'll do it for 10 years.
17       SCOTT:  Yeah.
18       TANNER:  So, I'm able to convince him,
19  $50,000 a year, you know, to his foundation.
20       SCOTT:  I think it's great, I really
21  appreciate it, I'm going to consider everything you've
22  said, and I just need to clear my head and, and do it
23  before my meting.
24       TANNER:  I understand -- you're options --
25  you're options are simple, right?

Page 54

1      SCOTT:  Yeah.
2      TANNER:  You do the 2 million at 12 and a
3  half percent for ten years, like we agreed.
4      SCOTT:  Yeah.
5      TANNER:  Do the $50,000 a year, for 10
6  years, which is a half a million dollars in
7  scholarships.  You do a million, for 10 years, right?
8  And I'll still do $50,000 in scholarships.  Or you do
9  the two million for, two terms, right?
10     SCOTT:  Yeah.
11     TANNER:  112 and a half times two, and we
12 each make $860,000 every 112 and a half days, but
13 those are your three options.
14     SCOTT:  Got it.
15     TANNER:  Or you just don't -- you decide
16 it's not for you and you're not comfortable with it
17 and we just go on, right?
18     SCOTT:  Yeah.
19     TANNER:  (Audio drop)I don't want.
20     (End of audio file.)
21         * * * * *
22
23
24
25

Page 55

1          TRANSCRIBER'S CERTIFICATE
2
3  I, Nolan Evans, hereby certify that the foregoing
4  transcript is a complete, true and accurate
5  transcription of all matters contained on the recorded
6  proceedings in the matter of:
7  TRITEN FINANCIAL GROUP, LLC
8  6-30-23 Tanner Calls Scott DD - Final
9  A-04106-A
10 516658-A
11
12       _____
13          Transcriber
14
15
16
17
18
19
20
21
22
23
24
25

**A**

**A-04106-A** 1:4
55:9
**a.m** 27:7 50:12
**ability** 50:11
**able** 5:25 10:13
21:19 22:17
25:16 39:7
41:15 53:18
**absolutely** 18:17
24:14 26:1
**account** 22:12
23:2 25:14
28:6,8,19 29:6
35:5 38:6 40:7
41:10
**accurate** 24:9
55:4
**actual** 23:2
**add** 35:18 38:2
41:18,23
**added** 16:15,15
41:18
**addition** 46:15
**address** 12:10
13:8
**adds** 43:2
**adjustment** 5:1
**adopter** 51:20
**affiliated** 13:19
**ago** 14:19 16:16
34:2 41:12
43:23
**agreed** 54:3
**agreement** 8:10
8:12,15,17
27:15
**ahead** 4:9 22:17
**allow** 45:25
**alright** 21:17
34:25 36:14
39:9 52:16
**amazing** 7:6
**amount** 26:24
31:22,23 39:13
39:13 46:2
49:22 50:10
**Angleton** 20:23
**answer** 2:20
11:1 44:2,4

52:23
**anybody** 3:3
48:9 50:4
**anymore** 46:9
**anyone's** 3:13
**apologize** 11:12
**app** 32:6
**app.gemini**
12:10
**appreciate** 5:1,1
8:7 49:24
52:17,25 53:21
**Approximately**
24:2
**April** 42:24
**archive** 44:15
**area** 9:16
**asked** 2:19,21
4:9 5:6 8:10,21
8:25 9:3 12:8
27:22 40:12
43:23
**asking** 39:9,14
**assigned** 24:12
**assuming** 35:21
38:14
**assumption** 32:3
38:20 39:3
**audio** 1:12 2:17
30:19 35:6
51:17,18 53:11
54:19,20
**automate** 13:4
**available** 50:9
**awkward** 20:10

**B**

**back** 13:22
15:15 22:25
28:19 30:22
35:23 37:11
41:2 43:7,22
47:25 48:14
49:15 52:20
**bad** 43:18
**bang** 39:1,1,2,2
39:2
**bank** 22:14 23:2
28:7 29:6
30:10,11

**based** 34:16,24
**basically** 4:13
13:8 28:2 32:6
37:1 44:13
**basis** 23:9
**beating** 9:17
**beautiful** 9:14
**bed** 11:20
**believe** 8:6 16:8
20:7 45:12
**better** 21:5
48:17 49:23
**big** 21:9 22:21
45:11,11,11,11
**bigger** 27:16
33:7 34:14
**biggest** 5:24
**billion** 32:19
**Binance** 15:4
**bit** 8:25
**Bittrex** 15:5
**black** 9:6,15
**board** 51:6,9
**bookies** 16:21
**boom** 41:23
**bot** 10:4,16
12:15,19 13:2
13:16,17,19
18:21 23:22,22
23:22,24 24:13
24:20 25:3,24
26:17,17 39:1
39:23 40:20,25
41:6,7,7,9,17
41:23 42:11
47:21
**bots** 9:5,17,22
12:14,20,23
23:8,8,23 24:1
24:9,11 25:2
25:22 32:3
34:23 39:22
40:4,17,23
41:14,16 42:1
42:14,15,16
**bought** 21:1
35:16 36:25
37:13
**box** 9:8 40:18
**break** 9:11 43:7

**breakable** 9:12
9:12
**Brilliant** 41:24
**bring** 36:2 44:16
**bringing** 25:25
**brings** 10:4
36:21
**brother** 7:20
18:13 19:23
20:5,19 21:1,1
21:13 33:19,22
35:13,18 36:2
36:15
**brother's** 20:15
32:15
**brought** 14:15
23:9 24:11,20
25:4 51:18
**buddy** 2:6
**build** 21:2
**business** 18:21
18:21 42:21
**busy** 3:6 41:3
**but's** 23:22

**C**

**C** 2:1
**calculated** 16:13
23:23
**calculates** 32:10
**calculation** 31:8
**calendar** 31:12
32:12
**call** 2:7 6:15
11:8 14:15
15:23 20:12
34:19 41:3
**Calls** 1:7 2:2
55:8
**capable** 20:7
50:1
**Capital** 51:4
**care** 15:12 20:8
20:16
**careful** 7:18
**Carl** 2:12 4:1
6:11 7:10 8:6
8:11,11,17,21
14:6 15:18
44:10 50:2

53:10,10
**case** 24:23 25:18
**cash** 27:1
**cause** 21:2
**central** 14:10
**certain** 5:4
**CERTIFICA...**
55:1
**certify** 55:3
**challenge** 44:12
**change** 32:13
53:6
**changed** 32:14
32:14
**charitable** 4:25
**charts** 31:9
**check** 42:19
43:12
**Christian** 51:18
51:19
**clear** 38:10
39:19 53:22
**close** 21:22
51:22
**closed** 4:19
**closing** 50:24
**code** 9:8 26:7
**Coinbase** 14:7,7
15:4
**collected** 26:24
**collective** 23:8
**collectively** 25:2
25:3 40:16,17
**com** 12:12
**come** 19:13 43:6
**comes** 25:17
37:17
**comfortable**
3:11 4:4 23:6
54:16
**coming** 29:3
38:11
**COMMISSION**
1:1
**commit** 4:12
**committed** 4:7
**companies** 14:8
**company** 10:9
**compare** 42:16
**compared** 44:1

**complete** 55:4
**computer** 26:10
**concept** 25:24
  37:15
**configuration**
  9:22
**confirmatory**
  6:16 42:18
  43:12
**confirmed** 6:21
**consider** 53:21
**contained** 55:5
**contract** 9:5,7
  45:8 49:18,22
**contracts** 9:15
**contributions**
  21:15
**converts** 26:25
**convince** 53:18
**corporate** 22:8
  22:12 39:23
  40:18
**correct** 19:2
  25:6 26:19,21
  36:9,9,9 38:16
**correlated** 15:16
  41:7
**could've** 33:14
**count** 36:23
**countries** 14:9
**counts** 36:22
**couple** 7:16
  12:24 28:13
  31:5 39:22
  40:23 43:23
  52:2
**course** 5:11,14
**covering** 4:13
**crypto** 13:6,7
  15:8 38:14,14
  39:13 43:10
  50:9
**currency** 28:10
  42:23
**Cyber** 52:3
**cycle** 45:21

—————— **D** ——————

**D** 2:1
**dad** 3:18,20 20:4

21:6
**dad's** 3:16
**date** 16:14 33:23
**day** 15:25 17:7
  24:11,21,24,25
  24:25 25:3
  31:6 32:6
  44:25 45:1,7
  45:22 47:1
**day's** 24:10
**day-to-day** 23:9
**days** 12:24
  16:16 31:14
  32:13,18 34:24
  34:24 45:3,4
  45:20 46:3,6
  46:13,13,24
  47:12 48:13
  49:19 54:12
**DD** 1:7 2:2 55:8
**deal** 27:15 37:23
  48:1,23 50:24
**decentralized**
  6:9
**decide** 49:20
  54:15
**decided** 27:17
  27:19 42:25
**decision** 2:8,9
**deep** 10:17 44:5
**deeper** 8:25 53:3
**depending** 17:1
  17:2
**deserved** 7:7
**different** 5:12
  13:25 14:8,8
**differently** 5:9
**diligence** 5:3,13
  6:16,17,19
  12:9 23:5 42:2
  42:5,13,18
  43:12,18 50:8
**diligent** 2:19
**directly** 37:24
**disrespected**
  7:23 8:1
**distribution**
  17:13
**distributions**
  17:17

**Diversified** 1:24
**divided** 46:21,24
**doing** 4:5 11:15
  15:24 25:9
  27:2,5,10,13
  37:10 39:16
  40:8 48:3 49:6
  49:25 52:4
**dollar** 3:8 24:12
  50:24
**dollars** 4:10,12
  15:20 22:14
  24:24,24,25
  28:5 29:3,6,9
  29:15,20 30:10
  47:11,15 54:6
**drop** 2:17 30:20
  35:6 51:17,18
  53:11
**drop)I** 54:19
**dropped** 4:3
**due** 5:3,13 6:16
  6:17,19 12:9
  23:5 42:1,5,13
  42:18 43:12,18
  50:8
**dust** 24:15

—————— **E** ——————

**E** 2:1,1
**early** 35:10,10
**earned** 7:7
**earnings** 34:3
**Eastern** 52:19
**eight** 34:24
  39:12 41:19
  43:3 48:18
**either** 14:15
**email** 4:9
**encrypted** 6:6
**enforce** 9:5
**equals** 45:4 49:5
**equivalent**
  24:11
**estimate** 34:21
**estimating**
  34:23
**Ethereum** 51:20
**Evans** 55:3
**everybody** 5:20

17:10 19:8
  22:17 42:4,18
**everyone's** 19:1
**exactly** 13:17
  43:5
**example** 14:7
**EXCHANGE**
  1:1
**exists** 40:1
**exits** 51:21
**expectation**
  34:17
**explain** 14:6
  28:23,25 36:14
**explaining** 11:3
**extra** 48:25 49:7

—————— **F** ——————

**facets** 28:13
**family** 16:2
  20:20 21:3,4
  36:18
**far** 13:5
**faster** 41:25
**feel** 7:23 8:1,3
**fees** 17:9,10,20
  18:11,16 19:12
  19:12,13,14
  28:6,16 30:10
  30:12 31:17,23
  31:24 37:12
  46:5 47:5 49:6
**felt** 21:5
**fifty** 49:6,6
**figure** 41:2
  51:21
**file** 1:4 54:20
**final** 1:7 2:2
  44:10,17 55:8
**financial** 1:5
  10:8,20 21:16
  55:7
**financially** 20:5
**find** 6:7 51:3,16
  51:25 52:14
**finder's** 18:11
  31:24
**finders** 17:10,20
  31:23
**finding** 52:11

**first** 2:12 3:21
  4:24 22:20
  25:9,17
**five** 4:8 42:4
  45:3 48:3
  49:11,12 52:18
  53:15
**flexed** 33:11
**flourish** 20:8
**flyer** 5:9
**follow** 29:1
**footprints** 52:14
**foregoing** 55:3
**foremost** 2:13
**forget** 33:13
**form** 38:14
**formulas** 19:1
  31:9 32:11,17
**forward** 50:3
**foundation**
  53:19
**four** 16:16 32:7
  42:3 43:16
  47:14
**Friday** 44:1
**friends** 16:2
  36:18
**front** 9:25 20:25
**full** 17:15,16
  31:13,19,25
  34:7,9
**fully** 18:1 33:14
  51:8
**fund** 4:12

—————— **G** ——————

**G** 2:1
**games** 6:9
**Garrett** 21:12
  39:4
**gather** 3:1
**Gemini** 9:10
  13:20,21,22,23
  13:25 14:2,5
  14:18,22
**generous** 4:25
**getting** 40:22
  41:2 47:12
  48:21
**give** 31:4 33:22

52:18,23
**glad** 7:1
**go** 4:8,9 6:7 8:25
  16:16 27:19,22
  30:21 31:19
  32:6 35:15
  42:15,17 43:7
  43:22 44:25
  45:7 50:5
  54:17
**goal** 3:20 21:12
**goals** 20:3
**God** 15:21
**goes** 21:12,15
**going** 6:20 8:25
  10:17 14:10
  16:5,13 21:2,7
  21:8 22:19,22
  26:11,13 27:18
  27:23 32:15
  33:10 35:6,7
  35:14 37:2,5
  38:6,18,25
  42:11,25 43:7
  44:13 45:13
  48:7 50:3,12
  51:8,16,25
  52:1,17,20
  53:21
**good** 2:6 20:20
  42:17
**Google** 6:7
**government**
  15:4
**grand** 5:6,12
  24:21 36:2,4
  49:8
**grateful** 8:6
**gray** 9:16
**great** 53:20
**grew** 16:3
**gross** 21:19
**grossed** 19:1,10
**GROUP** 1:5
  55:7
**grow** 3:7
**growing** 16:4
**growth** 16:1
  21:16 25:23
**guess** 17:12 23:4

30:21 33:12
**guy** 5:24 43:16
  51:18
**guys** 5:16,24
  16:23 17:24
  19:16 43:17,23
  44:14

**H**
**half** 4:11,13
  30:3,5,15
  44:25 45:1,2,7
  45:21,25 46:13
  47:11 48:8,12
  48:20 53:12
  54:3,6,11,12
**handles** 24:4
**happy** 19:25
**hard** 48:15
**hard-earned** 3:8
  3:10
**hate** 32:15 47:8
**he'll** 37:13
**head** 23:7 53:22
**heading** 23:5
**heavy** 4:2
**held** 47:24
**hell** 2:12,12
**help** 19:23
**hermits** 52:13
**hey** 2:3,6 11:25
  40:6,21 41:13
  44:13 51:1
**hit** 25:14 45:17
  45:18
**hold** 32:25 41:1
**holdback** 46:6
  47:5,20
**honest** 8:9 22:22
  22:24
**honestly** 22:22
  25:7
**hope** 7:2
**horse** 3:24
**hours** 2:7 27:6
  38:1 42:4
**house** 21:2
**houses** 20:25
  21:1
**Hughes** 2:15

**human** 26:8
**hundred** 5:6

**I**
**immenseful**
  25:23
**impactful** 2:9
**important** 52:13
**inaudible** 3:21
  7:2,6 10:13
  12:15 13:1
  21:3,14 25:18
  31:5 44:23
  48:11 52:9
**Including** 37:23
**individual** 13:16
**individually**
  13:2
**individuals** 9:9
**information**
  23:13
**inside** 13:21
  14:5
**institution** 9:23
  10:6
**interested** 6:13
**intrusion** 52:6
**invested** 40:8
**investment** 5:4
  43:14
**investments**
  29:12 39:16
  43:19
**investor** 51:19
**investors** 17:19
  17:20 18:7
  19:15 43:15
**involved** 47:20
**io** 12:11,12,15
  13:18
**it'll** 25:14

**J**
**Jesus** 34:1
**Jim** 8:12
**Jon** 10:23 11:17
  16:23 17:21
  21:14 22:9
  23:18 25:19
  26:12,18 30:24

30:24 31:2
  36:18 38:11
  39:4 42:8,8
  50:13,22 51:11
  52:5
**Jonathan** 10:7
  10:11,22 12:16
  24:3,22 39:19
**Jonathan's** 9:4
  43:9
**judge** 9:13,13
**July** 16:5 22:23
  44:1
**jumboize** 45:14
**June** 16:4,10
  18:21,25 21:19
  21:20,21 23:8
  23:12,12 24:2
  24:9,10,21
  25:2,21,23
  27:21 32:3,4,5
  32:22 33:18
  34:2,7,8,10,16
  34:17 35:1
  44:1,23
**justification**
  41:5
**justify** 39:8

**K**
**K** 52:4
**Kansas** 52:4
**Kares** 51:19
**Kate** 37:24
**keep** 53:1
**kids** 52:4
**kind** 5:5,8,16
  6:17,19,21
  20:10,16 34:13
  39:15
**knew** 35:5
**know** 2:7,8,11
  2:23 3:6,7,8,12
  3:24,25 4:1,2,6
  4:18 5:4,9,10
  5:13,23,24 6:5
  6:6 7:9,9,13
  8:16 11:11,25
  12:1,8,24,24
  13:6 14:2,9,11

14:21,22 15:3
  15:5 16:4,24
  19:4,15 20:16
  20:17,18,19,20
  20:24 21:7,9
  21:15 22:8
  23:3,25 24:23
  25:16,19,23
  26:11 27:16
  28:1,3,20,21
  29:22 32:7
  33:4,5,8,11,17
  34:1,13,14
  37:2 39:3,3,6,7
  39:17 40:7,22
  41:3,12,12,15
  41:20 42:4,6
  42:25 43:5,15
  44:14 47:18
  49:10,12,18
  50:9,13,14,15
  50:15,16,17,22
  51:3,5,9,10
  52:1,1,2,8,9
  52:10,11,12,13
  53:1,10,19
**Kraken** 22:12

**L**
**land** 21:2
**large** 43:13
**larger** 25:10
**late** 11:11,25
**laughter** 19:25
  42:3
**launch** 28:22
  30:13 37:25
**launched** 30:19
  37:10
**leave** 29:24
  30:15,16,16
  35:23
**ledger** 9:9 26:5
  31:19
**left** 7:16,17 31:5
  35:5
**lenders** 16:21
  18:8
**lending** 10:21
  14:3,13,23

22:7 28:3
**let's** 29:2,2,14
  29:14 30:2
  32:21 34:19,25
  38:2
**letters** 32:7
**level** 5:4,13
**license** 21:14
**licensing** 10:13
**life** 3:20 20:3
**line** 21:18
**link** 12:13
**listen** 50:15
**literally** 20:24
**litigation** 9:14
**little** 2:7 4:2 5:8
  8:25 13:25
  16:25 19:23
  20:5,19 21:12
  21:23 30:17
  47:9
**live** 3:12 21:5
**lives** 9:8 21:4
**living** 21:6
**LLC** 1:5 55:7
**location** 14:10
**locked** 26:4
**log** 12:16,19
  13:1,16 38:22
  42:15
**logged** 24:22
**logo** 13:24
**logs** 12:16
**long** 6:20 16:11
  19:1 34:1 50:3
**look** 2:16 3:6,24
  4:2,24 6:10,24
  7:1 11:19 12:1
  22:21 25:3
  27:23 41:14,16
  41:17 42:1
  43:17
**looked** 18:5
  31:20
**looking** 6:18
  23:16,17 25:22
**looks** 13:24
**losing** 3:15
**lost** 3:13
**lot** 2:19 52:11

**love** 23:7
**lowest** 48:9
**lying** 11:17

**M**
**major** 10:21
**making** 2:8
  16:24 23:6
  45:9 47:1
  48:18
**man** 2:4
**March** 42:24
**math** 38:21
**matter** 1:3 55:6
**matters** 55:5
**matures** 47:21
**mean** 2:24 4:18
  6:7 7:1 8:16
  14:11 15:5
  20:24 22:21
  28:9,20,21
  29:12 33:4,8
  34:8 38:18
  39:7 47:4
  49:18 50:12,14
  51:2,7,11
  52:11
**means** 9:5,6
  18:20 35:21
  45:9 47:7
**meant** 34:7,9
**meeting** 52:19
  52:20
**meetings** 51:10
**members** 51:6
**mentioned**
  15:18
**message** 7:22
  33:20 35:15
**messaged** 33:19
  33:25 34:1
**meting** 53:23
**Miami** 30:25
  31:3 33:25
**middle** 33:5
**million** 3:9,10
  4:1,3,5,11 16:4
  17:14 23:10
  25:4 26:16
  28:10 29:3,6,9

29:15,19,19
30:3,5,9,22
31:14,21 34:3
35:1 39:12
40:21 41:19
43:2,16 44:16
44:22 45:6,20
45:22 47:5,11
47:15 48:1,12
48:13,14 49:15
49:19 50:6,24
53:11 54:2,6,7
54:9
**millions** 20:18
**mind** 43:13 53:4
**mine** 20:15
  28:14,17 29:18
**minus** 34:4
**minutes** 3:6
  41:12 52:19,21
**model** 42:21
**mom** 3:15,18,20
  20:4 21:6
**Monday** 27:6
**money** 3:9,10,13
  3:16 4:20 5:3
  9:25 10:2,3
  13:4 16:15
  18:2 21:20
  22:11,17,23
  24:16 25:14
  26:13 28:15,21
  28:22 29:13
  30:6,6,7,7
  31:13,20 32:1
  33:3,7 34:11
  34:17,22 35:4
  35:17,20,22,23
  36:1,5,6,7,22
  36:23 37:9,14
  37:17 38:10,10
  38:11 40:8,25
  43:6 45:8 46:1
  49:21 50:3,10
  51:5
**month** 3:19,21
  10:12 16:2,3,3
  16:5,7,8,9,10
  17:12,15,16
  18:4,5,21,22

18:25 21:22
22:21 23:8,12
23:13 24:21
25:2,9 27:3,13
27:17 29:15
31:3,22,25
32:18 33:5,7
34:3,5,7,10
35:1 41:18
43:1 45:9,10
45:17 46:12,16
49:18
**monthly** 46:9,10
**months** 32:13
  47:14 48:19,21
  48:22 49:13,13
  49:20
**morning** 6:11
  27:6,8
**moved** 20:23
**moves** 26:25
  40:18
**moving** 35:23
  37:18
**multiple** 51:21
  51:21

**N**
**N** 2:1
**named** 51:18
**names** 6:4
**near** 5:5
**need** 27:23
  29:19 53:22
**needed** 28:1
  37:9 43:15
**net** 17:5 32:20
**netted** 31:18
**network** 29:10
  29:25 30:13
  35:16 36:19,23
  37:2 44:23
**new** 12:12 28:15
  28:22 29:12
  30:6,6,6,7,7
  35:4,20 36:7
  38:10 45:8
  46:1
**night** 11:9 27:6
  27:7 35:14

**nights** 43:23
**nine** 34:24 51:21
**Nolan** 55:3
**normal** 18:4,5
**normally** 6:15
  39:11 41:15
**number** 3:19
  4:15 19:12
  24:23 35:1,9
  38:18 41:20
  51:19,20
**numbers** 6:5
  18:2,23 25:10
  27:16 34:14,14
  35:19 39:7,25
  42:11 45:11

**O**
**O** 2:1
**o'clock** 4:23
**oblige** 53:7
**obviously** 5:5
  14:2 25:16
  34:14 37:2
  39:3
**offer** 4:25 44:10
  44:17 45:18
  47:10 48:16,17
  49:11
**offered** 9:25
  10:2 45:23
  47:6
**offering** 50:4
**offshore** 14:22
  14:24 15:1
**Oh** 15:21 28:18
  33:20
**okay** 7:22,24 8:2
  8:14,16 9:3,6
  9:22,24 11:2,7
  12:21 13:18,24
  14:4,12,18,21
  15:2,18 19:11
  19:19 21:17,17
  23:21 24:8
  26:22 27:4,9
  27:12,20 28:4
  29:13 30:21
  31:7,16 32:2
  32:21,21 34:5

34:12,16,19,25
36:10,10,24
37:4,8,15 38:2
38:5,12 39:9
40:5 41:1,14
42:14,20 43:24
44:16 45:5,15
45:23 46:15
47:3,14,19,19
47:22,23 48:15
48:22,25 49:4
49:7 50:21
52:16,22,24
**older** 21:1
**once** 26:23
27:17 42:21
43:1 47:21
**one-eight** 43:10
**online** 51:4
**operate** 43:14
**opportunity** 5:2
**options** 53:24,25
54:13
**order** 6:23 22:4
25:14
**ordered** 21:25
22:16 27:22
38:16
**org** 12:13
**original** 47:10
48:23
**OTA** 14:23,24
22:12 28:6
30:11,12 41:10
**ourself** 19:8
**owed** 31:22,23
**owner** 51:11
**ownership** 10:3
10:8,20
**owns** 10:11,23

**P**

**P** 2:1
**p.m** 34:2
**page** 36:10
**PAGES** 1:8
**paid** 16:9,10,12
18:5 19:22
20:25 22:2
46:12

**Panama** 14:3,13
**parent** 12:16
**parents** 12:5
**part** 11:3 12:9
38:12 42:19
46:9,18
**partial** 34:11
**pay** 10:12 16:20
19:7,14,15
22:17 25:15,16
26:12,13 28:2
35:6 43:6 46:5
**paying** 15:19
17:9,10,10
26:8 30:10,12
37:11 39:3
48:9
**payout** 22:4
31:12,22,25
**payouts** 15:24
16:7,18 31:24
**pending** 28:14
**people** 8:15 15:5
15:6 20:11
25:15 35:6
45:12 52:2,8,9
52:12
**percent** 9:4,17
9:18 10:3,7,9
10:11,12,20,23
10:24 16:25
17:5,11 18:15
18:19 19:23
21:12,13,14,15
24:12 25:25
27:15 37:12,12
39:4 40:24
44:25 45:1,2,4
45:7 46:13
47:11 48:8
51:15 53:12
54:3
**percentage** 17:2
18:14
**perfect** 43:19
**perforates** 24:18
**person** 20:11,12
44:20 45:19,23
47:7 48:9
**personal** 40:7,25

**personally** 40:8
**phonetic** 32:6
51:19
**piece** 10:22
43:13
**place** 13:7
**places** 43:12
**play** 10:5
**plead** 2:18
**plus** 12:14,23
34:3 35:3 36:5
36:7 39:2
**PO** 32:6
**point** 18:12
26:24
**points** 45:9,10
45:13,13,22,25
**polls** 23:11
**pool** 14:13,23
22:7 28:3
**pools** 9:23,24
10:5,21 14:3
**possible** 12:2
**previous** 23:13
**print** 7:10
**probably** 7:7
8:15 12:14
14:8 16:17
17:13 22:19,21
42:10 51:24
**proceedings**
55:6
**process** 5:3
43:20
**processes** 5:20
**profit** 29:11,15
30:14 47:2
49:3
**profits** 45:24
**program** 52:6
**project** 52:3,3
**prorated** 18:2
19:16 34:13
**provided** 2:23
**pull** 27:20,25
31:10 41:9
**pulled** 28:4,5
29:11 35:2
36:5,6,7 38:13
38:16 41:7

**pulling** 29:5
**pulls** 26:25
**purpose** 40:14
**push** 3:25
**put** 3:9 5:6 11:4
11:6 20:12
35:11,23 42:22
45:20 47:11
49:21
**puts** 26:18
**putting** 34:21

**Q**

**quarter** 32:19
**question** 2:20
11:1,3 12:7,9
43:22 51:2
**questions** 2:19
5:6 6:15 7:16
7:17
**quick** 31:10
52:18
**quite** 29:1

**R**

**R** 2:1
**Rackspace**
50:25
**raised** 12:4,5
34:22
**raising** 51:5
**ramping** 30:12
**randomly** 42:13
**range** 17:14
**Rank** 52:3
**reached** 21:11
**read** 33:20
**real** 31:10 44:14
52:18
**really** 4:25 6:4
7:18 32:22
39:14 41:21
53:20
**reason** 5:25 13:3
14:14,21,22
22:16 49:25
51:15
**reasons** 29:14
**reconcile** 25:20
**reconciliation**

22:19
**recorded** 55:5
**redeploy** 28:15
**reference** 51:6
**reflect** 28:8 31:4
**regard** 4:5
**regulate** 15:8,11
**regulation** 15:13
**regulatory** 15:7
**relationship**
51:22
**relaunch** 46:6
47:5,21
**remaining** 18:14
34:23 43:10
49:21
**remember** 9:24
**rented** 20:25,25
**replace** 9:13
**Reporting** 1:24
**residual** 24:15
**respect** 2:11,12
5:17,17 50:1
**respected** 8:3
**respectful** 12:1
**responsibility**
20:16
**rest** 19:17 45:7
**retire** 3:20 20:4
**retired** 3:18
**retirement** 3:21
**revised** 48:16
**rich** 3:7
**Richard** 14:16
**right** 2:5,16,17
2:19 3:3,7,11
3:16,19,21 4:4
4:15 5:22 6:3,4
8:12,13,19 9:7
9:9,21 10:9,14
10:19,25 11:15
11:18 12:4,5
12:12 13:6,11
13:16 14:3,5,6
14:7,19 15:22
16:1,6,6 17:2
17:22,23 18:1
18:2,12,18,20
18:20 19:2,5,8
19:17,18,23

20:13 21:4,12
21:19,24,25
22:2 23:2,6,17
24:4,19 25:11
25:15,17,18,22
26:5,8,20 27:2
27:6,18,23
28:12,13,14,17
29:7,16,20
30:3,17,25
31:5,6,11,12
31:14,21 32:1
32:22,24 34:11
34:19 35:2,4
35:24,25,25,25
36:5,19,22,23
37:13,16,19
38:5,7,15,15
39:4,8,17
40:10,10,15,16
40:16,17,18
41:7,20,23
42:1,7,14 43:1
43:4,12,21
44:3,7,10,15
44:17,23 45:2
45:4,12,14,18
45:21 46:1,6,7
46:13,21 47:13
47:20,25 49:9
49:11,20 51:12
53:25 54:7,9
54:17
**risk** 13:5
**ROI** 30:16,16
**roughly** 15:19
  30:22 38:6
  49:7
**run** 21:8
**running** 4:19
  44:24

—————
**S**
**S** 2:1
**safe** 51:5
**safety** 52:3
**save** 28:16
**saying** 3:12 9:8
  12:24 17:18,23
  35:20 36:6

46:12 47:18,18
49:15 53:1
**says** 6:19 41:22
  42:14,18,21
**SBP** 9:4
**scare** 45:10
**schedule** 31:6
  50:14
**scholarship** 4:12
**scholarships** 4:7
  53:15 54:7,8
**Scott** 1:7 2:2,3,5
  2:10,14,17,22
  3:1,4,14,17,22
  4:14,16,22,24
  5:8,12,15,19
  5:21 6:2,10,25
  7:3,5,8,12,14
  7:18,22,24 8:2
  8:5,12,18,20
  8:23 9:2,20
  10:1,10,15,18
  10:25 11:2,5,7
  11:10,13,16,19
  11:22,24 12:3
  12:6,18,21,25
  13:10,12,15,18
  13:24 14:4,12
  14:17,20 15:2
  15:9,14,18,22
  16:18,22 17:3
  17:6,8,12,18
  17:23 18:3,7,9
  18:12,18,20,24
  19:3,6,9,11,14
  19:19,21,24
  20:2,6,9,14,21
  21:10,17 22:1
  22:3,6,10,15
  22:25 23:4,16
  23:21 24:1,5,8
  24:17,19 25:12
  25:24 26:3,6,9
  26:15,20,22
  27:4,9,12,20
  27:24 28:4,9
  28:23,25 29:4
  29:8,12,17,21
  29:23 30:1,4,6
  30:8,15,18,21

31:1,7,16 32:2
32:9,16,21,24
33:2,9,12,16
33:21,24 34:5
34:7,12,16,19
34:21 35:8,12
35:18 36:1,5
36:10,12,14,20
36:24 37:4,8
37:15,17,22
38:2,5,9,17,20
39:5,9,21,24
40:2,6,7,11,14
40:20 41:4,8
41:11 42:5,9
43:22,25 44:4
44:6,8,11,18
44:21 45:5,15
45:23 46:2,4,8
46:15,18,22,25
47:3,8,14,19
47:23 48:2,5
48:10,15,22,25
49:4,7,14,16
49:23 50:7,18
50:21 51:1,13
51:23 52:16,23
53:2,5,8,13,17
53:20 54:1,4
54:10,14,18
55:8
**scrape** 12:23
  13:2 32:18
  42:4,22 43:2
**scraping** 13:5
  42:6,8
**scrapping** 12:22
**SEC** 15:3
**second** 41:25
**SECURITIES**
  1:1
**security** 10:5
**see** 23:1,7,17
  24:23 38:22
  40:15 41:16,22
  42:15 44:14
  49:14
**seeing** 22:23
**seen** 2:24 8:17
  19:4

**sell** 22:13
**send** 7:19 13:7
  13:13 19:7
  22:7,11 23:14
  28:19,19 37:5
  37:6,13
**sending** 8:14
  29:6 30:9,11
  35:14 37:11,11
  37:24 43:9
**sends** 25:20
  38:25
**sense** 11:2 13:23
  28:15 30:15
  33:16
**sent** 4:20 8:10
  8:21 23:25
  30:5,24 31:2
  36:15 37:20
**Sequoia** 51:4,16
  51:22
**Services** 1:24
**set** 20:6
**seven** 41:19
  42:14,15
**sheet** 25:20
  38:25
**short** 21:23
  47:25
**show** 21:20
  23:11 26:15
  39:11,12,13,13
  40:2,7,12,20
  42:7,9,14 43:2
  43:11 50:11
**showed** 8:4 22:9
  23:18 39:20,21
  40:4,6,17,19
  40:23,24 41:6
  50:15
**showing** 24:22
  40:23
**shows** 23:14,23
  39:1
**side** 8:24 51:14
  51:15
**simple** 29:14
  53:25
**site** 12:17,20
  13:25

**sitting** 29:10
  30:14 31:11
  35:24 36:7
  38:9,10,15
**situation** 4:19
  15:7 20:20
  24:4 44:20
  49:9
**six** 49:13,17,20
  51:19
**size** 10:6
**sized** 9:23
**slew** 7:16
**slow** 47:9
**small** 39:16
**smart** 9:7,15
  28:17
**Smile** 52:6
**somebody** 6:7
  33:4 42:13
**somebody's**
  42:6
**sorry** 26:16
  27:21
**sort** 34:15
**sound** 49:22
**sounds** 49:23
**speak** 6:12
**speaks** 2:15
**special** 43:25
  45:16
**speculatory**
  15:11,13
**speeds** 38:1
**split** 45:22,24
  47:4 49:6
**splitting** 49:2
**spread** 38:25
**spreadsheet**
  23:14,17,20
  26:18 42:7,10
  42:10,16
**spy** 6:9
**start** 15:24
**started** 16:1
  41:12,13
**starting** 18:15
**starts** 52:21
**States** 1:1 14:25
  15:6

**statistically** 42:17
**staying** 21:17
**stays** 45:16
**stopped** 27:12
**straight** 35:15
**strong** 50:19
**stuff** 13:24
  39:15 50:8,11
**sub** 12:13
**subject** 1:7 51:2
**successful** 6:1
**sue** 14:25
**sued** 14:18
**suing** 15:4
**Sunday** 27:5
**super** 10:17 44:5
  52:12
**sure** 2:14 5:7
  11:10 12:3
  20:5,17 33:15
  34:20 40:13
  48:17 53:5
**system** 9:23
  26:15 27:1
  28:11,22 38:13
  42:22

**T**
**take** 14:7 18:15
  19:11 20:16
  21:13 31:4,25
  42:3,22 46:21
**takes** 3:7 26:23
**talk** 3:5 12:22
  20:10 45:2
  50:13,23
**talked** 4:6 50:8
  52:5
**talking** 16:1
  25:4 50:10
**Tanner** 1:7 2:2
  2:3,3,5,6,11,15
  2:23 3:2,5,15
  3:18,23 4:15
  4:17,23 5:2,7
  5:11,14,17,20
  5:22 6:3,24 7:1
  7:4,6,9,13,15
  7:21,23,25 8:3

8:9,19,21,24
9:3,21 10:2,11
10:16,19 11:1
11:4,6,8,11,14
11:17,21,23,25
12:4,12,19,22
13:1,11,13,17
13:21 14:1,5
14:14,18,21
15:3,10,15,21
15:23 16:20
17:1,4,7,9,15
17:22,25 18:4
18:8,10,17,19
18:22,25 19:4
19:7,10,13,18
19:20,22,25
20:3,10,15,22
21:11,23 22:2
22:4,7,11,16
23:1,11,19,22
24:3,6,14,18
25:6,13 26:1,4
26:7,10,12,19
26:21 27:2,5
27:10,14,22,25
28:5,12,24
29:2,5,9,13,18
29:22,24 30:2
30:5,7,9,16,19
30:24 31:2,8
31:17 32:5,10
32:17,23,25
33:3,10,15,19
33:22,25 34:6
34:9,13,18,20
35:3,9,13,25
36:3,9,11,13
36:17,21,25
37:5,9,16,19
37:23 38:4,8
38:15,18,24
39:6,10,18,23
39:25 40:5,10
40:13,16 41:1
41:5,9 42:3,8
43:21,24 44:3
44:5,7,9,12,19
44:22 45:6,16
46:3,5,11,17

46:20,23 47:1
47:4,13,16,20
47:24 48:3,6
48:11,20,24
49:2,5,9,16,25
50:12,19,22
51:7,14,24
52:17,22,25
53:3,6,9,14,18
53:24 54:2,5
54:11,15,19
55:8
**taxed** 34:16
**teaching** 52:4
**technically**
  21:24 23:19
**tell** 12:7 18:23
  24:8 52:1
**telling** 26:17
  39:10,15 40:3
**tells** 38:22,24
**ten** 4:8 32:12
  34:24 52:18
  53:15 54:3
**term** 17:2 48:1
  50:3
**terms** 48:12
  54:9
**tether** 22:2,13
  28:10,14 37:1
**text** 11:6
**texted** 6:11
  53:10
**texting** 11:12
**thank** 3:4 11:2
  49:23
**thing** 5:22,24
  6:10,20 9:15
  25:6 26:22
  27:8 34:15
  42:20 50:7
  51:25 53:6
**things** 6:20
  44:15 45:14
  50:23 52:6
**think** 7:25 14:14
  14:16 15:12,25
  22:8,19 24:14
  26:17 34:9
  44:13 48:6

50:23 52:5,18
53:20
**thought** 40:19
  50:15
**thousand** 24:24
  24:24,25
**threat** 52:6
**three** 7:11 13:8
  16:3,10 38:1
  40:4 48:20,22
  50:2 51:20
  54:13
**Thursday** 27:7
**ties** 10:8
**tight** 6:22
**time** 4:19 7:6
  13:9 22:17
  25:17 35:17
  37:7 44:24
  48:16 49:10
  50:5
**timeline** 6:22
**times** 13:8 48:7
  54:11
**today** 4:23 6:13
  15:19 24:10
  25:18 26:12
  37:5,14 38:6
  38:13 41:3
  47:7 50:6,9,11
  50:25 52:24
**told** 9:18,24
  15:25 26:22
  44:9 50:22
**ton** 51:9
**tons** 43:18
**top** 17:20 18:14
**topic** 21:18
**total** 17:13,16
  23:24 31:3,24
  34:2 41:17
**totaled** 23:9
  40:3
**totally** 46:1
**totals** 39:2 43:10
**tout** 3:2
**town** 21:8
**trade** 3:25
**Transcriber**
  55:13

**TRANSCRIB...**
  55:1
**transcript** 55:4
**transcription**
  1:12 55:5
**transition** 43:1
**transparent**
  18:1 19:22
  51:8 53:4
**tried** 2:20 11:8
**Triten** 1:5 10:8
  55:7
**Triton** 10:20,22
  21:16 23:15,25
  34:2 36:23
  38:12 40:20
**Tritons** 31:3
**true** 55:4
**trust** 8:7,7 9:19
**truthfully** 20:6
**try** 12:1 25:8
**trying** 3:24,25
  4:18 7:10 14:6
  15:6,7 18:13
  23:5,7 25:1
  33:12,16 41:1
**twice** 26:23
  42:21
**two** 9:9,10 12:7
  13:8 16:3,9
  19:1 20:3,25
  20:25 40:4
  41:19 45:20,22
  47:11 48:1,11
  48:12,14 49:14
  49:19 50:1,5
  54:9,9,11

**U**
**U.S** 22:13 42:23
**uber** 51:20
  52:12
**unbreakable** 9:7
**understand** 5:18
  5:25 6:22,24
  11:7 14:1 25:1
  33:13 39:8
  46:8 53:24
**understanding**
  46:19 47:9,15

48:16
**understood**
16:23 47:10
**United** 1:1 14:25
15:6
**use** 9:22 10:4
14:23,23 22:13
24:16 26:12
29:9 32:21
34:25

---
**V**
---
**validating** 41:21
50:10
**value** 15:11,13
15:16 24:12
**variable** 33:11
**verify** 13:8
**very--It** 3:19
**view** 5:8
**violation** 10:21
**Visol** 50:22 51:4
51:6,10
**volumes** 2:15

---
**W**
---
**wait** 22:18 33:19
33:19
**wallet** 22:8,12
29:24 30:14
37:1 38:16
**want** 2:6,17 3:11
7:18,19,25 8:3
9:21,22 13:3
20:17 24:3,6
43:6 45:10,14
49:21 53:4,6,9
54:19
**wanted** 3:5 4:8
40:15 41:16
49:12
**wanting** 53:11
**wants** 8:16 42:1
**wasn't** 11:19,20
40:14,22 48:18
**way** 4:1 6:1 9:12
12:4,5 13:3
15:10 16:22
19:22 28:12
32:11 38:21

41:21,22,25
43:5 44:17
45:11 47:18
51:1
**we'll** 19:8 25:14
25:16
**we're** 2:7 5:25
6:3 11:14
14:25 16:5,17
21:8 25:10
26:11,13 36:10
38:3 39:7
42:25 43:1
44:13 50:12
52:4
**we've** 2:20,23
20:23 25:7
28:20
**web** 12:10,15
**web3** 6:3,4,8
9:15 52:15
**website** 13:15,18
13:19,22
**Wednesday**
27:7
**week** 26:23
42:21
**weekend** 45:3
**weeks** 7:11
**went** 7:1 24:9
26:16 28:5
39:22,23 44:5
53:15
**white** 9:6,16
**wholesale** 28:24
37:13
**wife's** 21:3
**willing** 4:17
**win** 50:3
**wire** 35:17 37:7
37:14
**wise** 13:6
**withdraws**
22:14
**work** 19:8 24:9
25:8,13 32:11
34:23 45:3
**worked** 9:24
10:3 28:3
40:15 52:2

**working** 24:2
25:10,21 27:14
27:16 41:21,22
52:8
**works** 46:9
**worry** 15:17
**worth** 46:1
**would've** 12:8
31:18
**wouldn't** 6:14
20:17,19 48:18
**Written** 26:7
**wrong** 7:22 13:7
**wrote** 9:8

---
**X**
---
**XYZ** 6:20

---
**Y**
---
**yeah** 3:1,14,22
4:14,16,22,24
5:19 6:2,10,25
7:3,5,5,8 8:9
8:18,18 9:2,20
10:1,10,15,18
11:13,22,24
12:18,25 13:10
14:17,20 15:9
15:14 16:18,22
17:6,8,15,25
18:9,17,24
19:6,9,21,24
20:9,14,21
21:10,11,23
22:1,6,10,15
24:17,19 25:24
26:6,9 28:9
29:21,23 30:1
30:1,4,8,8,18
31:1 32:2,5,9
32:16 33:2,9
33:12,21,24
35:8,8 36:11
36:11,20 37:22
38:24 39:5,18
39:21,24 40:2
41:1,4,8,11,11
42:5,5 44:4,6,6
44:8,11,18,21
46:11,22,25

47:8 48:5,10
50:7,18 51:1,7
51:13,23 53:2
53:8,13,17
54:1,4,10,18
**year** 4:7,10,10
4:11 14:19
20:25 32:12
45:8 49:22
53:14,19 54:5
**years** 4:8,8,11
4:13 48:4
49:11 53:15,16
53:16 54:3,6,7
**yep** 2:10,22 3:17
5:21 8:23
11:16,16 16:22
17:3 18:3,3,7
19:3,3 20:2,2
22:3,10 24:5
25:12 27:24
29:4,4,8
**yesterday** 22:9
35:16 37:6
39:20,22 40:15
50:16

---
**Z**
---

---
**0**
---
**0089** 32:7

---
**1**
---
**1** 1:8 16:4,5,10
17:13 21:20
23:22 24:9,12
25:25 40:24
42:11 45:1,2,4
**1-** 38:6
**1-1-5** 38:12
**1-5** 38:7
**1,000** 24:20
**1.15** 38:4
**1.2** 17:13,17
**1.7** 34:18
**1.72** 48:14
**1.8** 31:4 34:3,19
35:1 40:1,21
**1.86** 40:3
**1.9** 34:18

**10** 4:11,13 9:4
10:3,7,11,20
10:23,24 16:24
17:4,11 18:19
19:23 21:12
27:15 39:4
44:16,22 45:6
45:8 48:7
49:22 50:12
53:16 54:5,7
**10-year** 31:12
**10,000** 5:9
**100** 5:12 10:9
49:8
**100,000** 24:20
31:4
**100k** 3:9
**10th** 22:23 33:8
**11:00** 52:19
**110** 18:10
**112** 18:10 45:20
46:3,6,13
48:12 54:11,12
**112.5** 46:24
49:19
**116,260** 32:20
**12** 17:4,11 18:19
47:11 48:8,9
52:5 53:12
54:2
**12,000** 16:8
**12,200** 16:8
**12:30** 52:19
**122.5** 46:13
**125,000** 16:12
**130,000** 31:18
**130,106.85**
31:18
**136,000.99**
31:15
**138,800** 31:24
**15** 52:21
**150,000** 34:4
**155** 36:3
**155,000** 16:16
35:10

---
**2**
---
**2** 3:9 4:1 23:22
30:22 44:25

45:7,21,25
46:13 47:5
48:13 54:2
**2,208,952** 32:20
**2,325,219.18**
32:18
**2,472,030.14**
31:19
**2.3** 28:10 32:19
32:22
**2.5** 48:7
**2.602** 31:14
**2.7** 23:10 25:4
26:16 30:22
**2.75** 21:18
**2.753** 19:10,11
**2:00** 27:6
**20** 21:13 31:5,6
32:13,15,18
33:18 34:8
41:12
**200** 9:17,17 14:8
24:7,9 25:2
41:14,16 42:1
42:11,16
**202** 1:25
**20th** 25:8,9,13
25:13 27:17,18
27:19,19,21
32:22
**21** 32:3 33:17
34:8
**21's** 34:16
**216** 36:3
**21st** 34:2
**225** 48:13,13
**240,000** 16:3,9
**250** 46:16
**250,000** 47:12
48:7
**25th** 25:15 27:18
**260,000** 35:10
**27.22** 51:15
**270** 26:15
**29** 21:21 24:10
24:21

—————
**3**
—————
**3** 23:23 36:14
**30** 10:12 18:15

21:14,21 31:13
32:4,13 39:4
45:4,9,12
47:12
**30,000** 16:9
**300** 12:14,23
**30th** 44:1
**340** 36:16 38:2
**349** 35:19
**349,400** 35:17
**350** 43:9
**350,000** 37:1,21
**396,000** 28:7

—————
**4**
—————
**4** 4:23 38:9
**4.25** 16:4,10
**40** 21:15
**400** 14:8 28:4
35:2,3,14 36:2
36:7 39:13
43:8,9
**400,000** 28:1,5
35:10
**467-9200** 1:25

—————
**5**
—————
**5** 37:12
**50** 45:9,13 50:24
**50-50** 45:24
**50,000** 4:7,10,11
53:14,19 54:5
54:8
**500,000** 30:11
**50k** 3:9
**516658-A** 55:10
**55** 1:8

—————
**6**
—————
**6-30-23** 1:7 2:2
55:8
**6:47** 34:2
**60,000** 16:2
**600** 16:15
**66** 25:22
**675** 17:19 18:1
**675,000** 16:14
**680** 17:19
**680,000** 16:17

—————
**7**
—————

**7** 19:15 37:12
**7,644.44** 47:1
**7.72** 31:21
**700** 17:18 19:15
31:20 43:9
**700,000** 15:19
38:19
**750** 48:24
**796,200** 31:23
**7th** 44:1

—————
**8**
—————
**8** 16:24
**8.5** 16:5
**8:00** 27:7
**800** 19:15 35:12
36:3,8,12
**850,000** 46:21
46:24
**860,000** 46:3,14
48:21 49:2,5
49:19 54:12

—————
**9**
—————
**935,000** 31:25
**965,000** 18:6

# EXHIBIT I

## EXHIBIT IS BEING MANUALLY FILED

# EXHIBIT J

## PARTNERSHIP AND CONFIDENTIALITY AGREEMENT

Part 1:

GROUP GEMINI INTERNATIONAL CAPITAL, S.A., a business entity registered under Public Registry number 73248/2019, on February 21, 2019, with headquarters in PANAMA, herein represented by the two expansion directors of the company GROUP GEMINI INTERNATIONAL CAPITAL, S.A.

THOMAZ JEFF ALVAREZ, Single, resident and domiciled in BRAZIL, holder of Passport No. ███751D

GERSON DE CARVALHO, Married, resident and domiciled in BRAZIL, holder of Passport No. ███4V49

Part 2:

JONATHAN ADAM, resident and domiciled in the UNITED STATES OF AMERICA, Single, ENTREPRENEUR

Part 1 and Part 2 of this Agreement are collectively referred to as the "Parties" and individually as a "Party."

Considering the decision of the above-identified Parties to establish clauses and conditions to regulate the exchange, use, and protection of confidential information that one Party ("Disclosing Party") may disclose to the other Party ("Receiving Party") for the purposes set forth in this document,

The Parties hereby agree to enter into this Confidentiality Agreement ("Agreement") under the following clauses and conditions:

## CONFIDENTIAL INFORMATION

Clause 1. For the purposes of this Agreement, regardless of the actual execution of contracts or any other agreements or arrangements between the Parties, all information disclosed as a result of discussions or negotiations between the Parties regarding the business at hand, or originating from each Party, and not known to the general public, whether of technical, commercial, or any other nature, whether tangible or intangible, shall be considered as confidential information ("Confidential Information"). Therefore, subject to these terms, all information exchanged between the Parties shall be protected by this Agreement, and the Receiving Party shall consider as Confidential Information even information without any identification of confidentiality.

Clause 2. Confidential Information may be transmitted by any means and without any specification or identification of confidentiality, including but not limited to physical means (e.g., printed documents, manuscripts, facsimile, electronic messages (email), photographs, etc.) or any form recorded in electronic media, such as tapes, laser discs, floppy disks (or any other magnetic media); orally; summaries, notes, and any oral or written comments.

Clause 3. For the purposes of this Agreement, (i) "Affiliates" mean (a) companies that directly or indirectly control a Party, (b) companies directly or indirectly controlled by a Party, (c) companies that are directly or indirectly controlled by a company that controls such Party, or (d) any other company under common or shared control, directly or indirectly, by such Party or the controller of such Party.

Clause 4. The concept of Confidential Information includes trade secrets, know-how, and information related to technology, clients, professional projects, promotional and marketing activities, finances, and other professional information, including but not limited to any patented or non-patented information of a technical, operational, commercial, legal nature, inventions, processes, formulas, and designs, patentable or not, business plans, accounting methods, techniques and accumulated experiences, commercial plans, budgets, prices, expansion plans, commercial strategies, discoveries, ideas, concepts, techniques, projects, specifications, diagrams, models, samples, flowcharts, computer programs, disks, floppy disks, tapes, marketing and sales plans, customer names, and other technical, financial, legal, and/or commercial information transmitted to the Receiving Party.

## PURPOSE

Clause 5. The Receiving Party may use the Confidential Information for the specific purpose of fulfilling the negotiations between the Parties, for the eventual conclusion of agreements, contracts, or arrangements between the Parties, not limited to, but especially for negotiations and eventual contracts entered into between the Parties.

Clause 5.1. The Receiving Party shall restrict the knowledge and use of the Confidential Information to the professionals of the company who are necessary for the conduct of the work related to the purpose of

fulfilling the negotiations between the Parties. On this occasion, the Parties undertake to inform these employees of the confidentiality obligation established herein.

Clause 6. This Agreement does not imply any obligation of future hiring. It is solely intended to regulate the negotiation phase between the Parties, as stated in the clause above. The termination of any contract to be concluded between the Parties does not release them from the confidentiality aspect assumed in this Agreement.

## OWNERSHIP

Clause 7. All Confidential Information shall remain the exclusive property of the Disclosing Party, and the Receiving Party shall not be entitled to claim any rights related to copyrights, patents, trademarks, or any similar registrations of confidential information owned by the Disclosing Party.

## USE AND TREATMENT OF CONFIDENTIAL INFORMATION

Clause 8. The Receiving Party is obligated not to disclose any of the Confidential Information to third parties without the prior consent of the Disclosing Party, who shall take all necessary precautions to prevent unauthorized use, publication, or dissemination of the Confidential Information.

Clause 9. The Receiving Party shall take measures to prevent the disclosure of the Confidential Information to third parties, exercising the same diligence and care as it would with its own equally important Confidential Information. The Parties agree that all Confidential Information will be kept by the Receiving Party in a secure location with limited access to employees, consultants, or agents of the Receiving Party or its Affiliates who need such Confidential Information for the purpose of this Agreement. The Receiving Party shall be responsible for maintaining the confidentiality of the aforementioned Parties, and shall obtain written commitment to the terms of this Agreement from its consultants, agents, and Affiliates. Such formality is unnecessary for its employees, as the Receiving Party is directly responsible for maintaining their confidentiality.

## OBLIGATIONS

Clause 10. Mr. JONATHAN ADAM, hereinafter referred to as a partner of the company GROUP GEMINI INTERNATIONAL CAPITAL, S.A., owning a 10% share of the corporation.

Clause 10.1. Mr. JONATHAN ADAM, all financial contributions made to GROUP GEMINI INTERNATIONAL CAPITAL, S.A., from May 25, 2023, to June 30, 2033, will have a daily yield of 1%. The profit from the yield can be requested for withdrawal through the system and will be credited to the designated digital wallet as indicated in the system. After the specified date, the yield will be reevaluated and adjusted in a contractual addendum.

Clause 10.2. The distribution of net profits of the company GROUP GEMINI INTERNATIONAL CAPITAL, S.A. will be conducted on a weekly basis. A movement report will be presented, and all partners will analyze the amount to be withdrawn.

Clause 10.3. After confirmation from both parties, the corresponding amount will be sent to Mr. JONATHAN's digital wallet.

## EXCEPTIONS

Clause 11. The restrictions set forth in this Agreement for the exchange, use, and protection of Confidential Information shall not apply to information that: (i) Has been or becomes publicly available or enters the public domain, provided that such disclosures were not caused in any way by the Receiving Party's fault; (ii) Was in the lawful possession of the Receiving Party free of any confidentiality obligations prior to its disclosure by the Disclosing Party; (iii) Is identified by the Disclosing Party as no longer being confidential.

Clause 11.1. The Receiving Party is prohibited from disclosing to third parties, without the prior express written consent of the Disclosing Party, information that has been developed based on the Confidential Information, as well as developing products, methods, or services based on both the Confidential Information and other information and knowledge obtained in the process of business development, action, or procedure agreed upon by the Parties.

Clause 11.2. If the Receiving Party is required by law, regulation, court order, or government authority with the power to do so to disclose any Confidential Information, the Receiving Party shall promptly notify the Disclosing Party in writing prior to such disclosure, so that the Disclosing Party may seek a court order or other remedy from the appropriate authority to prevent the disclosure. The Receiving Party undertakes to cooperate with the Disclosing Party in obtaining such court order or other remedy to prevent the disclosure.

The Receiving Party also agrees that if the Disclosing Party is not successful in its attempt to avoid the obligation to disclose the Confidential Information, it will disclose only the portion of the Confidential Information that is legally required and will make its best efforts to obtain reliable assurances that confidential treatment will be given to the disclosed Confidential Information.

DURATION AND TERM

Clause 12. This Agreement shall commence on May 25, 2023 and shall have a term of 120 months, with the contract terminating on May 25, 2033.

COMMUNICATION BETWEEN THE PARTIES

Clause 13. Any communication required or authorized under this Agreement from one Party to the other shall be delivered digitally to the parties involved, with acknowledgment of receipt.

Clause 13.1. Communication may also take place through electronic means and shall be confirmed in writing within 48 (forty-eight) hours, with the delivery of the duly registered original document, signed by the legal representative of the Party, if applicable.

**PENALTIES**

Clause 14. In the event of termination due to non-compliance with any of the clauses of this Agreement by either Party, after granting a period of 3 (three) days to remedy the breach, if unsuccessful, the breaching Party shall be liable to pay a fine in the amount of US $2,000,000.00 dollars.

Clause 14.1. Failure to comply with any of the confidentiality provisions set forth in this Agreement shall subject the breaching Party, as well as the causing or facilitating agent, by action or omission of any of those acts related to this Agreement, to the payment or compensation of all proven losses and damages suffered by the other Party, including moral or competitive damages, as well as respective civil and criminal liabilities, which shall be determined in a regular judicial or administrative process.

**GENERAL PROVISIONS**

Clause 15. No license, right to exploit trademarks, inventions, copyrights, patents, or intellectual property rights are implied, included, or granted through this Agreement, or through the exchange of confidential information between the Parties.

Clause 16. The Disclosing Party shall have no responsibility for the decisions made by the Receiving Party based on Confidential Information disclosed under this Agreement.

Clause 17. This Agreement binds, in addition to the contracting Parties, their successors, regardless of the form of succession, in all rights and obligations assumed by virtue of this Agreement. It is also emphasized that this Agreement represents the complete understanding between the Parties regarding the subject matter herein, and shall prevail over any prior verbal or written understandings on the same subject matter.

Clause 18. This Agreement establishes various mutual obligations between the Disclosing Party and the Receiving Party, but no provision herein shall be construed as aiming to establish joint liability between the Parties arising from or related to the same.

Clause 19. Neither Party may assign or otherwise transfer, in whole or in part, the Agreement or any rights arising therefrom, without the prior written consent of the other Party, except if such assignment or transfer is made to an Affiliate, solely for the purpose of achieving the objectives of this Agreement.

Clause 20. It is expressly and irrevocably established that the waiver by either Party to exercise any right or privilege conferred by the Agreement or the agreement to a delay in the performance of obligations by the other Party shall not affect those rights or privileges, which may be exercised at any time and at its sole discretion, and shall not alter the conditions stipulated in the Agreement.

Clause 21. Neither Party shall disclose the existence of the terms of the Agreement or the discussions that led to the Agreement, or the fact that there have been or will be discussions or negotiations covered by it, except by mutual understanding between the Parties or as required by law.

Clause 22. This Agreement may only be amended by written agreement between the Parties, through the execution of an addendum, and any tolerance shall not constitute a novation. It represents the entire agreement between the parties regarding its subject matter, superseding any prior oral or written understandings.

Clause 23. The Agreement shall be governed by the laws of PANAMA, and the Parties hereby elect the jurisdiction of the District of PANAMA as competent to settle any disputes arising from the Agreement, waiving any other jurisdiction, no matter how privileged.

Clause 24. All signatories acknowledge that this Agreement is fully valid in electronic format, and it is considered equivalent to a physical document for all legal purposes. The signatories, in accordance with

Article 10, Section 2 of Provisional Measure No. 2,200-2 of August 24, 2001, recognize and declare that the electronic signature of this Agreement on the RocketSign platform is the mutually agreed means to prove authorship and integrity of the instrument, and give it full legal effect as if it were a physical document.

Thus, the Parties, in mutual agreement regarding the matters herein, declare it fair and binding, and digitally sign this Agreement to produce all legal effects.

São Paulo, 26 de Maio de 2023.

**ACORDANTE 1:**

_____
THOMAZ JEFF ALVAREZ

_____
GERSON DE CARVALHO

**ACORDANTE 2:**

_____
JONATHAN ADAM

**TESTEMUNHAS:**

_____
WILSON LEONARD SHURDEL

# EXHIBIT K

# TERM LOAN AGREEMENT

This TERM LOAN AGREEMENT (the "**Agreement**") is dated as of this 1st day of July, 2023 (the "**Effective Date**") by and between **TRITEN FINANCIAL GROUP, LLC**, a Wyoming limited liability company, and or any global affiliates, and or its assigns, (the "**Borrower**") and 37 Investments LLC, and or its assigns, (the "**Lender**"). In consideration of the Lender lending a certain amount of money (the "**Loan**") to the Borrower, and the Borrower reimbursing the Loan to the Lender, the parties agree to support, execute and satisfy the promises and conditions written in this Agreement.

1. **Loan Amount**. The total amount of money being borrowed from the Lender under this Agreement is One Million dollars (USD) ($1,000,000.00).

2. **Interest Rate**. The Loan shall bear a non-compounding, simple interest rate of twelve and one half percent (12.5%) monthly on the Principal balance of One Million dollars (USD) ($1,000,000.00).

3. **Term**. This Loan be for a term of One Hundred Twenty (120) months and all Principal shall be due and payable on 07/01/2033 ("**Termination Date**").

4. **Payments**. The Borrower agrees to repay the Loan to the Lender in the form of 120 monthly interest only payments of One Hundred Twenty Five Thousand dollars (USD) ($125,000.00) and followed by a balloon payment of the **Principal** upon the Termination Date. Monthly interest payments shall be made on the first day of each calendar month to the account of Lender's choice. In the event that the money is not deposited on the first of the month any **Principal** to be deployed that following Monday would be subject to a prorated value for the remaining days in the months cycle once Principal Capital is deployed at the daily interest rate agreed to by and between both **Lender** and **Borrower** per agreement.

5. **Late Payment**. If the Borrower is late in making its monthly payment by more than five (5) days or for any payment due, it shall be considered late. If payment is late, the Borrower shall be charged a late fee equal to 1% of the Principal.

6. **Security**. Both Lender and Borrower agree that this Agreement shall not be secured by any property or asset of the Borrower.

7. **Acceleration and Breach Clause**. The Lender agrees to lock the **"Principal"** for one (1)  year unless contract is breached by Borrower, Tanner Adam, Triten Financial Group, LLC, or any member/person working/acting on behalf of Triten Financial Group, LLC. If such breach occurs, Lender has at their discretion the right to have the "**Principal**" re-paid to the bank account of Lenders's choosing plus any accrued interest paid to Lender's bank account that has not yet been paid and is owed with in two business days of Lender Written Notice of Breach and request of Withdrawal. Furthermore if Tanner Adam becomes deceased or incapacitated, or otherwise unable to continue per the terms of the contract lender has right to declare contract in default and can execute this breach clause at his discretion with principal and any interest accrued up to date due with in two business days of written breach or withdrawal

8. **Compromised Wallets**. In the event of a compromised wallet the party owning the compromised wallet shall inform the other party, in writing, that their wallet has been compromised, and provide a new wallet address within 3 business days prior to the next payout, or deposit, and it shall become the new wallet address to use from that point forward.

9. **Severability**.  The provisions of this Agreement are intended to be read and interpreted independently.  If any term, condition or provision of this Agreement is found to be invalid or unenforceable by a court of competent jurisdiction, the parties intend that the court reduce the scope of such provision to make it reasonable and enforceable and the remaining provisions of this Agreement will not be affected as a result.

10. **Non Disclosure and Agreement Not to Compete.** Lender agrees they and/or their assignees shall not create nor acquire a flash loans bot program similar to Borrower's product. Lender also agrees to not write code and agree to not pay to have code written for a bot that would reverse engineer or compete against the flash loan pools bot program of Borrower's.  Lender also acknowledges being bound to the executed Non-Disclosure and Non-Circumvention Agreement.

11. **Governing Law**.  This Agreement will be construed, and the rights, duties, and obligations of the parties will be determined in accordance with the laws of the State of Wyoming.

12. **Entire Agreement**.  This Agreement, together with any written modifications or amendments to this Agreement hereafter entered into represents the entire understanding between the parties relative to the subject matter hereof.

13. **Counterparts**. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute and be construed as one and the same instrument, with the same effect as if all parties hereto had signed the same document. Electronic signatures are acceptable and will be binding on the parties.

IN WITNESS WHEREOF, Borrower and Lender have executed this Agreement as of the day and year first above written.

**BORROWER**

Triten Financial Group, LLC

By: _____

Name: Tanner Adam

Title: Principal & CEO


**LENDER**

37 Investments LLC

By: _____

Name: Scott Shickler

Title: Manager

# EXHIBIT L

## EXHIBIT IS BEING MANUALLY FILED

# EXHIBIT M

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                    )

                                     ) File No. A-04106-A

TRITEN FINANCIAL GROUP, LLC    )


SUBJECT:  02 - Jonathan Adam Video Bio _ Project

          Return Tutorial (1)

PAGES:    1 through 9




VIDEO TRANSCRIPTION




Diversified Reporting Services, Inc.

(202) 467-9200

PROCEEDINGS

02 - Jonathan Adam Video Bio _ Project Return Tutorial (1)

MR. ADAM: Hi, I'm Jonathan Adam. I'm a pioneer in the decenthe principal here at GCZ Global. I'm also a founder in the CTO Thistle, a fully decentralized aggregated edge data center solution. I know it's a mouthful, but at Thistle, we're changing the way the world's data is processed, between the Web 2 and the Web 3 world. I have built some of the largest platforms in the data center space for casinos, the Department of Defense, social media companies and others before journeying out into a truly solving aggregating processing in the edge.

We use this aggregated processing to power new financial and data systems within Web 3. I currently serve as a cyber ambassador for the state of Kansas and I advise some of the joint special op command units in areas relating to real time data processing. I hold seven patents in the data processing, encryption and network transmissions spaces and some of my technology is used in everyday applications, like 5G, 6G, security systems, facial recognition, real time audio translation, think anything that needs to be processed fast, before it

gets to its destination.

I'm a bit of a nerd. I'm kind of the king of nerds, and I love to -- I love to code and develop things. I use a paradigm in my development that I never differ from, which is simplicity, organization and rulesets. These allow the best platforms to be created. When starting my 22-year career in building platforms, I made sure that I knew everything necessary in the code from the bottom up. And I focused on handling most of that development myself. I've been able to do this through having clearly defined rulesets in place for the platform that I never waiver from.

These rules within any platform allow for efficiency and derisking the time and capital necessary to build and operate the platform and any platform, really. Combining this paradigm with my knowledge and capabilities within edge computing and processing allows my platforms to operate faster and compete significantly faster than any other platforms out there because it allows us to compute within the transmission layer of the network. So this basically means we can tie directly into networks that need a big computational boost.

Being a data expert means that I have to

stay up on all new codes and coding languages and the uses o the data processing levels that we have to be able to compute anything that needs to be computed in any standard that it comes in. After completing the Thistle platform, I set out to use the massive processing capacities created to turbocharge the world of decentralized finance or defi, as we call it. We focused on removing the latency and risk from the fast-paced market that is defi and arbitrage within defi.

I have a platform to make funding/lending faster, while removing many of the capital risk factors typically seen in the space. Our platform focuses on standing up data processing in the same network layers the lending pool sources so we can make real time decisions programmatically. This helps to reduce and practically eliminate risks on our capital. We provide liquidity to flash lending protocols that interact with our pool of capital through software programs. Our platform enforces a strict set of rules on the use of the capital to fund the lending requests of arbitrage traders within this defi space.

By running the platform within our edge network and enforcing these rules on which transactions actually qualify for the funding, we're

able to fund and be paid back these flash loans within nine seconds. This is actually a rule required for the use of our capital. Other requirements placed on the use of the capital are that the protocol must pay us a set daily rate, instead of giving us a percentage of each transaction for the capital they accept within our platform to be used in their system.

This allows us to build a finance model, allowing for stability and sustainability within our platform itself. We have some other rules. We also require the protocol to have a minimum of $50 million worth of trailing loan demand within 24 hours. This means that we are working with sustained lending pools. There's a lot of lending pools out there. We only want to work with the ones that are sustained.

We only allow payments to be made to us every day within a stable token. So this means that we have no downward or upward pressure on our earnings. And we make them pay us every day. The last rule of the protocol is that the protocol must deploy what we call an oracle within their network. And their oracle must have a 99 percent success rate on gauging transactional profitability or our system will not interact with it and it will not allow any transactional flow through our network.

Page 6

1    This means that we don't tolerate slippage
2  within our network.  Their software has to prove to us
3  that the trade that they want to make is 99 percent
4  statistically proven that it is profitable and can be
5  paid back the amount of the flash loan, plus the fee
6  to the lending pool itself.
7    Since January, we have never funded a
8  nonprofitable trade, due to the rulesets that we
9  enforce on the use of the capital.  I launched the
10  platform in November of 2022.  Between November and
11  April of 2023, the only capital running in the system
12  was my own capital.  I don't believe in bringing
13  things into the market until I've proven the
14  sustainability of the system and I always do that on
15  my own code, on my own efforts and on my own capital.
16  I currently have $13 million of my own money running
17  in the system and I have been reinvesting my returns
18  every day to service the demand that we have within
19  our pool.
20    Since April, we have added some equity debt
21  through Triten Financial that runs within our system
22  as well.  To date, we have $43.5 million running in
23  the system that's generating a set daily return.
24  We've grown -- we're scaling like crazy.  We've grown
25  in end users.  Within the platform, we had 1,300 end

Page 7

1  users in January and now, as of this morning, we have
2  97,380 users.  We've seen our daily demand grow from
3  $3 million in January to $290 million yesterday.  We
4  are scaling rapidly here and we need to get more
5  capital in the system to service the loan demands in
6  the platform.  We're currently generating $774,300 per
7  day in revenue on the $43.5 million we have running in
8  the system and we're servicing nearly $150 million
9  worth of the demand currently.
10    So we decided to create a PPM for $20
11  million to add to the system to service the delta in
12  loan demand.  The nice thing about our system is due
13  to us having a nine second turn rate on our loans, we
14  are able to service demand through a multiple.  So we
15  can use less capital in our system to actually service
16  the demand loads.  This allows for us to be flexible,
17  to have a -- you know, we can be flexible with the
18  rise and the fall of demand in the system.  The last
19  thing that we want to do is be over capitalized and
20  have inert capital.
21    So with all of that being said, we are
22  offering investors in our PPM a three percent monthly
23  return and a 30 percent on the profits generated from
24  the system.  We have a set daily rate paid to us for
25  the use of the capital, so blended, this becomes an

Page 8

1  8.3 percent monthly equivalent return to the LPs of
2  the fund and then we pay that every month.  So on the
3  first of every month, we're basically going to run the
4  fund capital for one calendar year.  So there's a
5  one-year lockup on the investment, however, we're
6  making the returns and profit participation payments
7  on the first day of each month and we will return the
8  lockup at the end of the year of the originating
9  capital.
10    So if you have any questions, please let me
11  know.  I am always here, always available and I look
12  forward to speaking with you.
13    (End of video file.)
14    * * * * *
15
16
17
18
19
20
21
22
23
24
25

Page 9

1    TRANSCRIBER'S CERTIFICATE
2
3  I, Wendy Smith, hereby certify that the foregoing
4  transcript is a complete, true and accurate
5  transcription of all matters contained on the recorded
6  proceedings in the matter of:
7  TRITEN FINANCIAL GROUP, LLC
8  02 - Jonathan Adam Video Bio _ Project Return Tutorial
9  (1)
10  517624-A
11  A-04106
12
13
14  _____
15    Transcriber
16
17
18
19
20
21
22
23
24
25

**A**

A-04106 9:11
A-04106-A 1:4
able 3:11 4:3 5:1
    7:14
accept 5:6
accurate 9:4
Adam 1:7 2:2,4
    2:4 9:8
add 7:11
added 6:20
advise 2:18
aggregated 2:7
    2:15
aggregating
    2:14
allow 3:6,14
    5:16,24
allowing 5:9
allows 3:19,21
    5:8 7:16
ambassador
    2:17
amount 6:5
applications
    2:23
April 6:11,20
arbitrage 4:9,22
areas 2:19
audio 2:24
available 8:11

**B**

back 5:1 6:5
basically 3:22
    8:3
believe 6:12
best 3:6
big 3:24
Bio 1:7 2:2 9:8
bit 3:2
blended 7:25
boost 3:24
bottom 3:9
bringing 6:12
build 3:16 5:8
building 3:7
built 2:10

**C**

**C** 2:1
calendar 8:4
call 4:7 5:21
capabilities 3:18
capacities 4:6
capital 3:15 4:12
    4:17,19,21 5:3
    5:4,6 6:9,11,12
    6:15 7:5,15,20
    7:25 8:4,9
capitalized 7:19
career 3:7
casinos 2:12
center 2:7,11
CERTIFICA...
    9:1
certify 9:3
changing 2:8
clearly 3:11
code 3:3,9 6:15
codes 4:1
coding 4:1
Combining 3:17
comes 4:4
command 2:19
COMMISSION
    1:1
companies 2:13
compete 3:20
complete 9:4
completing 4:4
computational
    3:24
compute 3:21
    4:3
computed 4:3
computing 3:18
contained 9:5
crazy 6:24
create 7:10
created 3:7 4:6
CTO 2:6
currently 2:17
    6:16 7:6,9
cyber 2:17

**D**

**D** 2:1
daily 5:5 6:23
    7:2,24

data 2:7,9,11,16
    2:19,20 3:25
    4:2,14
date 6:22
day 5:17,19 6:18
    7:7 8:7
debt 6:20
decenthe 2:5
decentralized
    2:7 4:7
decided 7:10
decisions 4:16
Defense 2:12
defi 4:7,9,10,22
defined 3:12
delta 7:11
demand 5:12
    6:18 7:2,9,12
    7:14,16,18
demands 7:5
Department
    2:12
deploy 5:21
derisking 3:15
destination 3:1
develop 3:3
development
    3:4,10
differ 3:5
directly 3:23
Diversified 1:24
downward 5:18
due 6:8 7:12

**E**

**E** 2:1,1
earnings 5:19
edge 2:7,14 3:18
    4:23
efficiency 3:15
efforts 6:15
eliminate 4:17
encryption 2:21
enforce 6:9
enforces 4:20
enforcing 4:24
equity 6:20
equivalent 8:1
everyday 2:22
EXCHANGE

1:1
expert 3:25

**F**

facial 2:23
factors 4:13
fall 7:18
fast 2:25
fast-paced 4:9
faster 3:19,20
    4:12
fee 6:5
file 1:4 8:13
finance 4:7 5:8
financial 1:5
    2:16 6:21 9:7
first 8:3,7
flash 4:18 5:1
    6:5
flexible 7:16,17
flow 5:25
focused 3:10 4:8
focuses 4:14
foregoing 9:3
forward 8:12
founder 2:6
fully 2:6
fund 4:21 5:1
    8:2,4
funded 6:7
funding 4:25
funding/lending
    4:11

**G**

**G** 2:1
gauging 5:23
GCZ 2:5
generated 7:23
generating 6:23
    7:6
giving 5:5
Global 2:5
going 8:3
GROUP 1:5 9:7
grow 7:2
grown 6:24,24

**H**

handling 3:10

helps 4:16
Hi 2:4
hold 2:20
hours 5:12

**I**

inert 7:20
interact 4:19
    5:24
investment 8:5
investors 7:22

**J**

January 6:7 7:1
    7:3
joint 2:18
Jonathan 1:7
    2:2,4 9:8
journeying 2:13

**K**

Kansas 2:18
kind 3:2
king 3:2
knew 3:8
know 2:8 7:17
    8:11
knowledge 3:18

**L**

languages 4:1
largest 2:11
latency 4:8
launched 6:9
layer 3:22
layers 4:15
lending 4:15,18
    4:21 5:13,14
    6:6
levels 4:2
liquidity 4:18
LLC 1:5 9:7
loads 7:16
loan 5:12 6:5 7:5
    7:12
loans 5:1 7:13
lockup 8:5,8
look 8:11
lot 5:14
love 3:3,3

**LPs** 8:1

**M**

**making** 8:6
**market** 4:9 6:13
**massive** 4:5
**matter** 1:3 9:6
**matters** 9:5
**means** 3:23,25
  5:13,17 6:1
**media** 2:12
**million** 5:11
  6:16,22 7:3,3,7
  7:8,11
**minimum** 5:11
**model** 5:8
**money** 6:16
**month** 8:2,3,7
**monthly** 7:22
  8:1
**morning** 7:1
**mouthful** 2:8
**multiple** 7:14

**N**

**N** 2:1
**nearly** 7:8
**necessary** 3:9,16
**need** 3:23 7:4
**needs** 2:25 4:3
**nerd** 3:2
**nerds** 3:3
**network** 2:21
  3:22 4:15,24
  5:21,25 6:2
**networks** 3:23
**never** 3:5,13 6:7
**new** 2:16 4:1
**nice** 7:12
**nine** 5:2 7:13
**nonprofitable**
  6:8
**November** 6:10
  6:10

**O**

**o** 2:1 4:2
**offering** 7:22
**one-year** 8:5
**ones** 5:15

**op** 2:18
**operate** 3:16,19
**oracle** 5:21,22
**organization** 3:5
**originating** 8:8

**P**

**P** 2:1
**PAGES** 1:9
**paid** 5:1 6:5
  7:24
**paradigm** 3:4,17
**participation**
  8:6
**patents** 2:20
**pay** 5:4,19 8:2
**payments** 5:16
  8:6
**percent** 5:22 6:3
  7:22,23 8:1
**percentage** 5:5
**pioneer** 2:5
**place** 3:12
**placed** 5:3
**platform** 3:12
  3:14,16,17 4:5
  4:11,13,20,23
  5:7,10 6:10,25
  7:6
**platforms** 2:11
  3:6,8,19,20
**please** 8:10
**plus** 6:5
**pool** 4:15,19 6:6
  6:19
**pools** 5:14,14
**power** 2:15
**PPM** 7:10,22
**practically** 4:17
**pressure** 5:18
**principal** 2:5
**proceedings** 9:6
**processed** 2:9,25
**processing** 2:14
  2:15,20,21
  3:19 4:2,6,14
**profit** 8:6
**profitability**
  5:23
**profitable** 6:4

**profits** 7:23
**programmati...**
  4:16
**programs** 4:20
**Project** 1:7 2:2
  9:8
**protocol** 5:4,11
  5:20,20
**protocols** 4:18
**prove** 6:2
**proven** 6:4,13
**provide** 4:18

**Q**

**qualify** 4:25
**questions** 8:10

**R**

**R** 2:1
**rapidly** 7:4
**rate** 5:5,22 7:13
  7:24
**real** 2:19,24
  4:16
**really** 3:17
**recognition** 2:24
**recorded** 9:5
**reduce** 4:17
**reinvesting** 6:17
**relating** 2:19
**removing** 4:8,12
**Reporting** 1:24
**requests** 4:21
**require** 5:11
**required** 5:2
**requirements**
  5:3
**return** 1:8 2:2
  6:23 7:23 8:1,7
  9:8
**returns** 6:17 8:6
**revenue** 7:7
**rise** 7:18
**risk** 4:8,12
**risks** 4:17
**rule** 5:2,20
**rules** 3:14 4:20
  4:24 5:10
**rulesets** 3:6,12
  6:8

**run** 8:3
**running** 4:23
  6:11,16,22 7:7
**runs** 6:21

**S**

**S** 2:1
**scaling** 6:24 7:4
**second** 7:13
**seconds** 5:2
**SECURITIES**
  1:1
**security** 2:23
**seen** 4:13 7:2
**serve** 2:17
**service** 6:18 7:5
  7:11,14,15
**Services** 1:24
**servicing** 7:8
**set** 4:5,20 5:5
  6:23 7:24
**seven** 2:20
**significantly**
  3:20
**simplicity** 3:5
**slippage** 6:1
**Smith** 9:3
**social** 2:12
**software** 4:19
  6:2
**solution** 2:7
**solving** 2:14
**sources** 4:15
**space** 2:11 4:13
  4:22
**spaces** 2:22
**speaking** 8:12
**special** 2:18
**stability** 5:9
**stable** 5:17
**standard** 4:4
**standing** 4:14
**starting** 3:7
**state** 2:17
**STATES** 1:1
**statistically** 6:4
**stay** 4:1
**strict** 4:20
**SUBJECT** 1:7
**success** 5:22

**sure** 3:8
**sustainability**
  5:9 6:14
**sustained** 5:13
  5:15
**system** 5:7,23
  6:11,14,17,21
  6:23 7:5,8,11
  7:12,15,18,24
**systems** 2:16,23

**T**

**technology** 2:22
**thing** 7:12,19
**things** 3:4 6:13
**think** 2:24
**Thistle** 2:6,8 4:5
**three** 7:22
**tie** 3:23
**time** 2:19,24
  3:15 4:16
**token** 5:17
**tolerate** 6:1
**trade** 6:3,8
**traders** 4:22
**trailing** 5:12
**transaction** 5:6
**transactional**
  5:23,25
**transactions**
  4:25
**Transcriber**
  9:15
**TRANSCRIB...**
  9:1
**transcript** 9:4
**transcription**
  1:16 9:5
**translation** 2:24
**transmission**
  3:22
**transmissions**
  2:21
**Triten** 1:5 6:21
  9:7
**true** 9:4
**truly** 2:14
**turbocharge** 4:6
**turn** 7:13
**Tutorial** 1:8 2:2

9:8
**typically** 4:13

**U**

**UNITED** 1:1
**units** 2:19
**upward** 5:18
**use** 2:15 3:4 4:5
  4:21 5:3,4 6:9
  7:15,25
**users** 6:25 7:1,2
**uses** 4:2

**V**

**video** 1:7,16 2:2
  8:13 9:8

**W**

**waiver** 3:13
**want** 5:15 6:3
  7:19
**way** 2:9
**we're** 2:8 4:25
  6:24 7:6,8 8:3
  8:5
**We've** 6:24,24
  7:2
**Web** 2:9,10,16
**Wendy** 9:3
**work** 5:15
**working** 5:13
**world** 2:10 4:6
**world's** 2:9
**worth** 5:12 7:9

**X**

**Y**

**year** 8:4,8
**yesterday** 7:3

**Z**

**0**

**02** 1:7 2:2 9:8

**1**

**1** 1:8,9 2:3 9:9
**1,300** 6:25
**13** 6:16
**150** 7:8

**2**

**2** 2:10
**20** 7:10
**202** 1:25
**2022** 6:10
**2023** 6:11
**22-year** 3:7
**24** 5:12
**290** 7:3

**3**

**3** 2:10,16 7:3
**30** 7:23

**4**

**43.5** 6:22 7:7
**467-9200** 1:25

**5**

**50** 5:11
**517624-A** 9:10
**5G** 2:23

**6**

**6G** 2:23

**7**

**774,300** 7:6

**8**

**8.3** 8:1

**9**

**9** 1:9
**97,380** 7:2
**99** 5:22 6:3

# EXHIBIT N

# TERM LOAN AGREEMENT

This TERM LOAN AGREEMENT (the "**Agreement**") is dated as of this 1st day of February, 2024 (the "**Effective Date**") by and between **TRITEN FINANCIAL GROUP, LLC**, a Wyoming limited liability company, and or any global affiliates, and or its assigns, (the "**Borrower**") and 37 Investments LLC, and or its assigns, (the "**Lender**"). In consideration of the Lender lending a certain amount of money (the "**Loan**") to the Borrower, and the Borrower reimbursing the Loan to the Lender, the parties agree to support, execute and satisfy the promises and conditions written in this Agreement.

1. **Loan Amount**.  The total amount of money being borrowed from the Lender under this Agreement Two Hundred Thousand dollars (USD) ($200,000.00).

2. **Interest Rate**.  The Loan shall bear a non-compounding, simple interest rate of Twelve and one half   percent (12.50%) monthly on the Principal balance of Two Hundred Thousand dollars (USD) ($200,000.00).

3. **Term**.  This Loan shall be for a term of Sixty  (60) months and all Principal shall be due and payable of this term loan agreement. ("**Termination Date**").

4. **Payments**.  The Borrower agrees to repay the Loan to the Lender in the form of monthly interest only payment of Twenty Five Thousand dollars (USD) ($25,000.00) and followed by a balloon payment of the **Principal** upon the Termination Date. Monthly interest payments shall be made on the first day of each calendar month to the account of Lender's choice. In the event that the money is not deposited on the first of the month any **Principal** to be deployed that following Monday would be subject to a prorated value for the remaining days in the months cycle once Principal Capital is deployed at the daily interest rate agreed to by and between both **Lender** and **Borrower** per agreement.

5. **Late Payment**.  If the Borrower is late in making its monthly payment by more than five (5) days or for any payment due, it shall be considered late. If payment is late, the Borrower shall be charged a late fee equal to 1% of the Principal.

6. **Security**.  Both Lender and Borrower agree that this Agreement shall not be secured by any property or asset of the Borrower.

7. **Acceleration and Breach Clause**. The Lender agrees to lock the **"Principal"** for five (5) years unless contract is breached by Borrower, Tanner Adam, Triten Financial Group, LLC, or any member/person working/acting on behalf of Triten Financial Group, LLC. If such breach occurs, Lender has at their discretion the right to have the "**Principal"** re-paid to the bank account of Lenders's choosing plus any accrued interest paid to Lender's bank account that has not yet been paid and is owed with in two business days of Lender Written Notice of Breach and request of Withdrawal. Furthermore if Tanner Adam becomes deceased or incapacitated, or otherwise unable to continue per the terms of the contract lender has right to declare contract in default and can execute this breach clause at his discretion with principal and any interest accrued up to date due with in two business days of written breach or withdrawal

8. **Compromised Wallets**. In the event of a compromised wallet the party owning the compromised wallet shall inform the other party, in writing, that their wallet has been compromised, and provide a new wallet address within 3 business days prior to the next payout, or deposit, and it shall become the new wallet address to use from that point forward.

9. **Severability**. The provisions of this Agreement are intended to be read and interpreted independently. If any term, condition or provision of this Agreement is found to be invalid or unenforceable by a court of competent jurisdiction, the parties intend that the court reduce the scope of such provision to make it reasonable and enforceable and the remaining provisions of this Agreement will not be affected as a result.

10. **Non Disclosure and Agreement Not to Compete.** Lender agrees they and/or their assignees shall not create nor acquire a flash loans bot program similar to Borrower's product. Lender also agrees to not write code and agree to not pay to have code written for a bot that would reverse engineer or compete against the flash loan pools bot program of Borrower's. Lender also acknowledges being bound to the executed Non-Disclosure and Non-Circumvention Agreement.

11. **Governing Law**. This Agreement will be construed, and the rights, duties, and obligations of the parties will be determined in accordance with the laws of the State of Wyoming.

12. **Entire Agreement**. This Agreement, together with any written modifications or amendments to this Agreement hereafter entered into represents the entire understanding between the parties relative to the subject matter hereof.

13.  **Counterparts**.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute and be construed as one and the same instrument, with the same effect as if all parties hereto had signed the same document. Electronic signatures are acceptable and will be binding on the parties.

IN WITNESS WHEREOF, Borrower and Lender have executed this Agreement as of the day and year first above written.

**BORROWER**

Triten Financial Group, LLC

By: _____

Name: Tanner Adam

Title: Principal & CEO

**LENDER**

37 Investments LLC

By: _____

Name: Scott Shickler

# EXHIBIT O

RE: Production from Scott Shickler in the amtter of Triten Financial Group A-4106

 scottshickler███████████

Jun 3, 2024, 4:19 PM
To: jonesmarj@sec.gov
Cc: cannonk@sec.gov, enf-cpu@sec.gov
No attachments
Message body secured

I spoke with Tanner Adam on 4/4/24 and these are the personal notes I took and saved into my records...

"I spoke with Tanner on 4/4/24  and he said he would put $100K into a contract for MWF tomorrow and it will start paying $12,500 / mo in donations beginning May '24 which will total $100K in '24. I asked him if he could make a $25K catch-up donation in April and he asked me to give him a week to sort through it as he's expecting to be at $100M in his lending pool by the end of the month.
On a side note he says he has a sovereign govt backed by the King of England who is loaning $400M and doing it in $50M traunches starting this month. He said he has loan demand of $500M in the fund due to all the people who want to trade crypto and his agreement is that he has to maintain at least 65% of the demand in order to remain exclusive. He is able to leverage his lending pool 4 to 1 so the $100M he expects to have by end of the month can satisfy $400M of demand. He said this is so much bigger and better then he ever dreamed. His two goals were to retire his parents and they are months away from moving into their dream home that is being built for them. He also gave 10% of his profits to his younger brother Garret (who worked in a bank) thinking that the 10% would generate around $8-10K per month for him and the $100-120k per year could really take care of him for life. However, he said it's been so successful that Garret now received $300k per month!! Garret just bought a house and a Porsche. Tanner said he now lives in Brickle in Miami and happy to take me to dinner when I come and visit in October."

---

**From:** jonesmarj@sec.gov
**Sent:** Thursday, May 30, 2024 12:51 PM
**To:** scottshickler███████████ <scottshickler███████████
**Cc:** cannonk@sec.gov <cannonk@sec.gov>;enf-cpu@sec.gov  <enf-cpu@sec.gov>
**Subject:** Production from Scott Shickler in the amtter of Triten Financial Group A-4106

Good afternoon Mr. Shickler:

Please forward the information for Krysta Cannon and reply all so the information can be processed in a timely manner. If you have any questions, please let us know.  Have a great day.

Thank you,
Marjorie K. Jones (C2 Alaska Contractor)
Sr. Paralegal
U.S. Securities and Exchange Commission
Atlanta Regional Office
950 E. Paces Ferry Road, Suite 900
Atlanta, GA 30326
(404)942-0695
jonesmarj@sec.gov

# EXHIBIT P

# TERM LOAN AGREEMENT

This TERM LOAN AGREEMENT (the "**Agreement**") is dated as of this 13th day of May, 2024 (the "**Effective Date**") by and between **TRITEN FINANCIAL GROUP, LLC**, a Wyoming limited liability company, and or any global affiliates, and or its assigns, (the "**Borrower**") and 37 Investments LLC, and or its assigns, (the "**Lender**"). In consideration of the Lender lending a certain amount of money (the "**Loan**") to the Borrower, and the Borrower reimbursing the Loan to the Lender, the parties agree to support, execute and satisfy the promises and conditions written in this Agreement.

1. **Loan Amount**. The total amount of money being borrowed from the Lender under this Agreement is Eight Hundred Thousand dollars (USD) ($800,000.00).

2. **Interest Rate**. The Loan shall bear a non-compounding, simple interest rate of Twelve and one half  percent (12.50%) monthly on the Principal balance of Eight Hundred Thousand dollars (USD) ($800,000.00).

3. **Term**. This Loan shall be for a term of Thirty Six (36) months and all Principal shall be due and payable of this term loan agreement. ("**Termination Date**").

4. **Payments**. The Borrower agrees to repay the Loan to the Lender in the form of 36 monthly interest only payments of One Hundred Thousand dollars (USD) ($100,000.00) and followed by a balloon payment of the **Principal** upon the Termination Date. Monthly interest payments shall be made on the first day of each calendar month to the account of Lender's choice. In the event that the money is not deposited on the first of the month any **Principal** to be deployed that following Monday would be subject to a prorated value for the remaining days in the months cycle once Principal Capital is deployed at the daily interest rate agreed to by and between both **Lender** and **Borrower** per agreement.

5. **Late Payment**.  If the Borrower is late in making its monthly payment by more than five (5) business days or for any payment due, it shall be considered late. If payment is late, the Borrower shall be charged a late fee equal to 1% of the Principal.

6. **Security**. Both Lender and Borrower agree that this Agreement shall not be secured by any property or asset of the Borrower.

7. **Acceleration and Breach Clause**. The Lender agrees to lock the **"Principal"** for three (3)  year unless contract is breached by Borrower, Tanner Adam, Triten Financial Group, LLC, or any member/person working/acting on behalf of Triten Financial Group, LLC. If such breach occurs, Lender has at their discretion the right to have the "**Principal"** re-paid to the bank account of Lenders's choosing plus any accrued interest paid to Lender's bank account that has not yet been paid and is owed with in two business days of Lender Written Notice of Breach and request of Withdrawal. Furthermore if Tanner Adam becomes deceased or incapacitated, or otherwise unable to continue per the terms of the contract lender has right to declare contract in default and can execute this breach clause at his discretion with principal and any interest accrued up to date due with in two business days of written breach or withdrawal

8. **Compromised Wallets**. In the event of a compromised wallet the party owning the compromised wallet shall inform the other party, in writing, that their wallet has been compromised, and provide a new wallet address within 3 business days prior to the next payout, or deposit, and it shall become the new wallet address to use from that point forward.

9. **Severability**. The provisions of this Agreement are intended to be read and interpreted independently.  If any term, condition or provision of this Agreement is found to be invalid or unenforceable by a court of competent jurisdiction, the parties intend that the court reduce the scope of such provision to make it reasonable and enforceable and the remaining provisions of this Agreement will not be affected as a result.

10. **Non Disclosure and Agreement Not to Compete.** Lender agrees they and/or their assignees shall not create nor acquire a flash loans bot program similar to Borrower's product. Lender also agrees to not write code and agree to not pay to have code written for a bot that would reverse engineer or compete against the flash loan pools bot program of Borrower's.  Lender also acknowledges being bound to the executed Non-Disclosure and Non-Circumvention Agreement.

11. **Governing Law**. This Agreement will be construed, and the rights, duties, and obligations of the parties will be determined in accordance with the laws of the State of Wyoming.

12. **Entire Agreement**. This Agreement, together with any written modifications or amendments to this Agreement hereafter entered into represents the entire understanding between the parties relative to the subject matter hereof.

13.  **Counterparts**. This Agreement may be executed in any number of counterparts,

each of which shall be deemed an original but all of which together shall constitute and be construed as one and the same instrument, with the same effect as if all parties hereto had signed the same document. Electronic signatures are acceptable and will be binding on the parties.

IN WITNESS WHEREOF, Borrower and Lender have executed this Agreement as of the day and year first above written.

**BORROWER**

Triten Financial Group, LLC

By: _____ _____

Name: Tanner Adam

Title: Principal & CEO

**LENDER**

37 Investments LLC

By: _____ _____

Name: Scott Shickler