# EXHIBIT 6

# **DECLARATION OF ELAINE RICHARDS**

I, Elaine Y. Richards, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am the Chief Operations Officer at 37Signals, LLC, previously known as Basecamp, LLC. I have been employed by 37Signals, LLC, since September 2021. I am over eighteen years of age and am competent to make this declaration.

2. 37signals is a company that sells project management systems to businesses.

3. In June 2024, I was contacted by Melissa Mitchell, a staff attorney with the Securities and Exchange Commission. During our initial conversation, Ms. Mitchell inquired as to whether Basecamp had any relationship with an entity called Thissl, Inc. or an individual named Jonathan Adam. I indicated that I would check internally to determine whether Basecamp had engaged in business with either Thissl, Inc. or Jonathan Adam.

4. After our initial call, Ms. Mitchell sent me a list of a names of individuals and entities and asked that I determine whether Basecamp had interacted with any of the individuals or entities identified.

5. The list identified the following individuals: Jonathan Adam, Joshua Mendiola, Darren Furtado, Simon Campbell, Garrett Adam, and Tanner Adam. Ms.

Mitchell also provided hyperlinks to the LinkedIn profiles of Messrs. Adam, Mendiola, Furtado, and Campbell.

6.     The list identified the following entities:  Thissl, Inc., Practechal Solutions, Inc., Digital Divide Bridge, Shorestream, ySuite, Monytize, GCZ Global, LLC, and Group Gemini International Capital, S.A.  Ms. Mitchell also provided me with the website address for Digital Divide Bridge.

7.     After consulting with Basecamp's operations leader, I can confirm that Basecamp has never heard of or done business with any of the individuals or entities identified on the list provided by Ms. Mitchell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2024,

_____
Elaine Y. Richards