# EXHIBIT 7

## **DECLARATION OF ROBIN CHANG**

I, Robin Chang, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.      I am the Chief Compliance Officer at Sequoia Capital Operations LLC ("Sequoia"). I have been employed by Sequoia since May 2015. I am over eighteen years of age and am competent to make this declaration.

2.      Sequoia is a venture capital firm that specializes in seed stage, early stage, and growth stage investments in private companies across technology sectors.

3.      I understand that in June 2024, Sequoia's outside legal counsel, Amy Jane Longo, a Partner with the law firm Ropes & Gray, LLP ("Ropes & Gray"), was contacted by Melissa Mitchell, a staff attorney with the Securities and Exchange Commission, to inquire as to whether Sequoia had any relationship with an entity called Thissl, Inc. or an individual named Jonathan Adam.

4.      I subsequently received a list provided by Ms. Mitchell of the names of various individuals and entities and was asked to determine whether Sequoia had interacted with any of the individuals or entities identified.

5.      The list identified the following individuals: Jonathan Adam, Joshua Mendiola, Darren Furtado, Simon Campbell, Garrett Adam, and Tanner Adam. Ms.

Mitchell also provided hyperlinks to the LinkedIn profiles of Messrs. Jonathan Adam, Mendiola, Furtado, and Campbell.

6. The list identified the following entities: Thissl, Inc., Practechal Solutions, Inc., Digital Divide Bridge, Shorestream, ySuite, Monytize, GCZ Global, LLC, and Group Gemini International Capital, S.A. Ms. Mitchell also provided the website address for Digital Divide Bridge.

7. I subsequently conducted a search and review of Sequoia's email system for any communications with the individuals and entities identified by Ms. Mitchell.

8. While the search of Sequoia's email system did identify blast or spam emails reflecting variations of the some of the names provided by Ms. Mitchell, I was able to confirm that, according to Sequoia's records, Sequoia has not made any investment nor engaged in any business with any of the individuals or entities identified on the list provided by Ms. Mitchell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2024,

_____
Robin Chang