UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,<br><br>Defendants. | Civil Action File No.<br>1:24-cv-03774-MHC<br><br>JURY DEMAND |

### PLAINTIFF'S NOTICE OF MANUAL FILING OF AUDIO/VIDEO EXHIBITS TO DECLARATIONS

Plaintiff Securities and Exchange Commission ("Commission") hereby submits the enclosed thumb drive which contains the following audio and video clips referenced in declarations previously filed in support of the Commission's Emergency Motion for Asset Freeze and Other Equitable Relief:

1. Exhibits 3 & 7 to the 7/24/2024 Declaration of Dan Byler [Dkt. No. 2-5];

2. Exhibits C, E, G, I & L to the 8/13/2024 Declaration of Scott Shickler [Dkt. No. 2-6]; and

3. Exhibit 1 to the 7/25/2024 Declaration of David Mireles [Dkt. No. 2-7].

Respectfully submitted this 26th day of August, 2024.

/s/ *Kristin W. Murnahan*
Kristin W. Murnahan
Senior Trial Counsel
Georgia Bar No. 759054
murnahank@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar Number 457868
loomism@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382
Tel (main): (404) 842-7600
Fax: (404) 842-7679

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that on August 26, 2024, she electronically filed *Plaintiff's Notice of Manual Filing of Audio/Video Exhibits to Declarations* with the Clerk of Court using the CM/ECF system. A copy of same with thumb drive was placed in UPS overnight mail to:

United States District Court
Northern District of Georgia
Attn: Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309


                                            */s/ Kristin W. Murnahan*
                                            Kristin W. Murnahan
                                            Counsel for Plaintiff