UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,<br><br>Defendants. | Civil Action File No. 1:24-cv-03774-MHC<br><br>JURY DEMAND |

## MOTION FOR ENTRY OF CONSENT JUDGMENTS

The Securities and Exchange Commission (the "Commission") moves for entry of four judgments in the forms filed with the Court.  As grounds for this motion, the Commission states that Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, and GCZ Global LLC have acknowledged being served with the complaint in this matter, entered general appearances, and have consented to the entry of judgments in the forms filed with this court that:

(a)   permanently restrain and enjoin Defendants from violation of Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)] and Section 10(b) of the Securities Exchange Act of 1934

("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5];

(b)  permanently restrain and enjoin Defendant Tanner S. Adam and Jonathan L. Adam from directly or indirectly participating in the issuance, purchase, offer, or sale of any security, provided that such injunction shall not prevent them from purchasing or selling securities listed on a national securities exchange for their own personal account; and

(c)  agree that upon motion of the Commission, the Court shall order disgorgement of ill-gotten gains, prejudgment interest thereon, and a civil penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].

WHEREFORE, the Commission requests that the Court enter the judgments against Defendants in the forms filed with this Court.

Respectfully submitted this 26th day of August, 2024,

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
United States Securities & Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
404-842-7622
Georgia Bar No. 457868

-3-

loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
United States Securities & Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
404-842-7655
Georgia Bar No. 759054
murnahank@sec.gov

COUNSEL FOR PLAINTIFF