UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,**<br><br>**Defendants.** | Civil Action File No.<br>1:24-cv-03774-MHC<br><br>JURY DEMAND |

## NOTICE OF INTENT TO SERVE SUBPOENAS

Plaintiff Securities and Exchange Commission ("Commission") hereby gives notice pursuant to Federal Rule of Civil Procedure 45 that it will cause to be served subpoenas for the production of documents upon the following entities:

Gemini Trust Company, LLC
PAXOS
UPHOLD

True and correct copies of the subpoenas are attached.

Respectfully submitted this 24th day of October, 2024,

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel

-2-

United States Securities & Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
404-842-7622
Georgia Bar No. 457868
loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
United States Securities & Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
404-842-7655
Georgia Bar No. 759054
murnahank@sec.gov

COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record.

I also certify that I sent the foregoing filing via UPS to the following counsel for Defendants:

Robert Rhatigan
Practus, LLP
2001 L Street, NW, Suite 310
Washington, DC 20036

Dated:  October 24, 2024

*/s/ Kristin W. Murnahan*
Kristin W. Murnahan