IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC and GCZ GLOBAL LLC,<br><br>　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-3774-MHC |

## ORDER

Before the Court is Plaintiff Securities and Exchange Commission's Motion for Leave to File First Amended Complaint [Doc. 17].

Under Federal Rule of Civil Procedure 15(a), a party may amend its pleading once as a matter of course within twenty-one days after serving it or within twenty-one days after a responsive pleading is served. Otherwise, the party may amend its answer "only with the opposing party's written consent or the court's leave." FED. R. CIV. P. 15(a)(2). Rule 15(a) further instructs that "[t]he court should freely give leave when justice so requires." Id. "The Supreme Court has emphasized that leave to amend must be granted absent a specific, significant

reason for denial." Spanish Broad. Sys. v. Clear Channel Commc'ns, 376 F.3d 1065, 1077 (11th Cir. 2004) (citing Foman v. Davis, 371 U.S. 178, 182 (1962)); Thomas v. Town of Davie, 847 F.2d 771, 773 (11th Cir. 1988) (quotation and citation omitted) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial.").

Accordingly, it is hereby **ORDERED** that Plaintiff Securities and Exchange Commission's Motion for Leave to File First Amended Complaint [Doc. 17] is **GRANTED**.

The Clerk is **DIRECTED** to file Plaintiff's Amended Complaint attached to its Motion as Exhibit B [Doc. 17-2] as its First Amended Complaint.

**IT IS SO ORDERED** this 17th day of April, 2025.

*/s/ Mark H. Cohen*
MARK H. COHEN
United States District Judge