**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Georgia**

Securities and Exchange Commission
   Plaintiff

Case Number: 1:24-cv-03774

vs.

Tanner S. Adam, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Garrett Adam at 9 Greystone Ct, Angleton, TX 77515.

I, Maria DelaCerda, being duly sworn, depose and say that on April 28, 2025 at or about 5:19 PM I served Summons & Amended Complaint; Standing Order Regarding Civil Litigation; Instructions Regarding Pretrial Proceedings with Appendix B; Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge (Blank); Notice And Consent To Proceed Before A Magistrate Judge In A Social Security Appeal (Blank) personally to Garrett Adam at 9 Greystone Ct, Angleton, TX 77515.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Maria DelaCerda
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Date 5/2/2025

Our Job Number: 2025-140751
Reference: 25-ARO-006