## Return of Service

**UNITED STATES DISTRICT COURT**
**Northern District of Georgia**

Securities and Exchange Commission
   Plaintiff

Case Number: 1:24-cv-03774

vs.

Tanner S. Adam, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Carrie L. Adam at 719 S. Walker St, Angleton, TX 77515.

I, Maria DelaCerda, being duly sworn, depose and say that on April 28, 2025 at or about 5:05 PM I served Summons & Amended Complaint; Standing Order Regarding Civil Litigation; Instructions Regarding Pretrial Proceedings with Appendix B; Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge (Blank); Notice And Consent To Proceed Before A Magistrate Judge In A Social Security Appeal (Blank) personally to Carrie L. Adam at 719 S. Walker St, Angleton, TX 77515.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Maria DelaCerda
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Date: 5/2/2025

Our Job Number: 2025-140753
Reference: 25-ARO-006