UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC, <br><br> Defendants, and <br><br> AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, AND VIRGINIA I. HINOJOSA, <br><br> Relief Defendants. | Civil Action File No. 1:24-cv-03774-MHC <br><br> JURY DEMAND |

### DECLARATION OF KRISTIN W. MURNAHAN

I, Kristin W. Murnahan, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am a Senior Trial Counsel in the Enforcement Division of the United States Securities and Exchange Commission (the "Commission"). I am over twenty-one years of age and am competent to make this declaration.

2. I am one of the trial attorneys in charge for the Plaintiff in the above-entitled cause, and I submit this declaration in support of the Commission's Motion for Remedies.

3. Attached hereto as Exhibit 1 is a true and correct copy of a prejudgment interest calculation that I prepared on September 24, 2025, to determine the amount of prejudgment interest owed by the Defendants. The prejudgment interest calculation is based on the requested disgorgement of $30,512,775 and is calculated from January 1, 2023 through July 31, 2025, using the same rate used by the Internal Revenue Service to calculate underpayment penalties.

4. Attached hereto as Exhibit 2 is a true and correct copy of a prejudgment interest calculation that I prepared on June 12, 2025, to determine the amount of prejudgment interest owed by Relief Defendant Ava Adam. The prejudgment interest calculation is based on the requested disgorgement of $931,000 and is calculated from August 16, 2024 through July 31, 2025, using the same rate used by the Internal Revenue Service to calculate underpayment penalties. I used August 16, 2024 as the start date for calculating prejudgment interest because it was the date of the last payment made for her benefit.

5. Attached hereto as Exhibit 3 is a true and correct copy of a prejudgment interest calculation that I prepared on June 12, 2025, to determine the

amount of prejudgment interest owed by Relief Defendant Garrett Adam. The prejudgment interest calculation is based on the requested disgorgement of $657,254 and is calculated from April 19, 2024 through July 31, 2025, using the same rate used by the Internal Revenue Service to calculate underpayment penalties. I used April 19, 2024 as the start date for calculating prejudgment interest because it was the date of the last payment made for his benefit.

6. Attached hereto as Exhibit 4 is a true and correct copy of a prejudgment interest calculation that I prepared on June 12, 2025, to determine the amount of prejudgment interest owed by Relief Defendants Robert and Carrie Adam. The prejudgment interest calculation is based on the requested disgorgement of $515,782 and is calculated from July 30, 2024 through July 31, 2025, using the same rate used by the Internal Revenue Service to calculate underpayment penalties. I used July 30, 2024 as the start date for calculating prejudgment interest because it was the date of the last payment made for their benefit.

7. Attached hereto as Exhibit 5 is a true and correct copy of a prejudgment interest calculation that I prepared on June 12, 2025, to determine the amount of prejudgment interest owed by Relief Defendant Ava Adam. The prejudgment interest calculation is based on the requested disgorgement of $379,695 and is calculated from May 10, 2024 through July 31, 2025, using the

penalties. I used May 10, 2024 as the start date for calculating prejudgment interest because it was the date of the last payment made for their benefit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025,

*Kristin W. Murnahan*
_____
Kristin W. Murnahan