

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$30,512,775.00** |
| 02/01/2023-03/31/2023 | 7.00% | 1.13% | $345,254.14 | $30,858,029.14 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $538,536.02 | $31,396,565.16 |
| 07/01/2023-09/30/2023 | 7.00% | 1.76% | $553,955.83 | $31,950,520.99 |
| 10/01/2023-12/31/2023 | 8.00% | 2.02% | $644,262.56 | $32,594,783.55 |
| 01/01/2024-03/31/2024 | 8.00% | 1.99% | $648,333.40 | $33,243,116.95 |
| 04/01/2024-06/30/2024 | 8.00% | 1.99% | $661,229.21 | $33,904,346.16 |
| 07/01/2024-09/30/2024 | 8.00% | 2.01% | $681,792.32 | $34,586,138.48 |
| 10/01/2024-12/31/2024 | 8.00% | 2.01% | $695,502.68 | $35,281,641.16 |
| 01/01/2025-03/31/2025 | 7.00% | 1.73% | $608,970.79 | $35,890,611.95 |
| 04/01/2025-06/30/2025 | 7.00% | 1.75% | $626,364.93 | $36,516,976.88 |
| 07/01/2025-07/31/2025 | 7.00% | 0.59% | $217,100.93 | $36,734,077.81 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 02/01/2023-07/31/2025 | | | $6,221,302.81 | $36,734,077.81 |