

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$931,000.00** |
| 09/01/2024-09/30/2024 | 8.00% | 0.66% | $6,104.92 | $937,104.92 |
| 10/01/2024-12/31/2024 | 8.00% | 2.01% | $18,844.51 | $955,949.43 |
| 01/01/2025-03/31/2025 | 7.00% | 1.73% | $16,499.95 | $972,449.38 |
| 04/01/2025-07/31/2025 | 7.00% | 2.34% | $22,752.65 | $995,202.03 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **09/01/2024-07/31/2025** | | | **$64,202.03** | **$995,202.03** |