

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$657,254.00** |
| 05/01/2024-06/30/2024 | 8.00% | 1.33% | $8,763.39 | $666,017.39 |
| 07/01/2024-09/30/2024 | 8.00% | 2.01% | $13,393.14 | $679,410.53 |
| 10/01/2024-12/31/2024 | 8.00% | 2.01% | $13,662.46 | $693,072.99 |
| 01/01/2025-03/31/2025 | 7.00% | 1.73% | $11,962.63 | $705,035.62 |
| 04/01/2025-07/31/2025 | 7.00% | 2.34% | $16,495.90 | $721,531.52 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **05/01/2024-07/31/2025** | | | **$64,277.52** | **$721,531.52** |