

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$515,782.00** |
| 08/01/2024-09/30/2024 | 8.00% | 1.33% | $6,877.09 | $522,659.09 |
| 10/01/2024-12/31/2024 | 8.00% | 2.01% | $10,510.30 | $533,169.39 |
| 01/01/2025-03/31/2025 | 7.00% | 1.73% | $9,202.65 | $542,372.04 |
| 04/01/2025-07/31/2025 | 7.00% | 2.34% | $12,690.02 | $555,062.06 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 08/01/2024-07/31/2025 | | | $39,280.06 | $555,062.06 |