

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$379,695.00** |
| 06/01/2024-06/30/2024 | 8.00% | 0.66% | $2,489.80 | $382,184.80 |
| 07/01/2024-09/30/2024 | 8.00% | 2.01% | $7,685.46 | $389,870.26 |
| 10/01/2024-12/31/2024 | 8.00% | 2.01% | $7,840.01 | $397,710.27 |
| 01/01/2025-03/31/2025 | 7.00% | 1.73% | $6,864.59 | $404,574.86 |
| 04/01/2025-07/31/2025 | 7.00% | 2.34% | $9,465.94 | $414,040.80 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 06/01/2024-07/31/2025 | $34,345.80 | $414,040.80 |