UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,<br><br>Defendants, and<br><br>AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, and VIRGINIA I. HINOJOSA,<br><br>Relief Defendants. | Civil Action No. 1:24-cv-03774-MHC |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
<u>UNOPPOSED MOTION FOR RELIEF FROM FINAL JUDGMENT</u>**

Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC, and GCZ Global LLC, and the Relief Defendants, Ava A. Adam, Garrett L.W. Adam, Robert S. Adam, Carrie L. Adam, Emilio F. Hinojosa, and Virginia I. Hinojosa, filed an *Unopposed Motion For Relief From Final Judgment*.

Plaintiff Securities and Exchange Commission does not oppose this Motion.

The Motion is GRANTED.

IT IS SO ORDERED this ____ day of _____, 2025.

 

_____
Mark H. Cohen
United States District Judge