# APPLICATION FOR REFUND OF FEES
# PAID ELECTRONICALLY THROUGH PAY.GOV

Date of Request: 10/20/2025

Date of Fee Payment: 10/20/2025

Case Number: 1:24-cv-03774-MHC

Receipt Number: AGANDC-14718711

Amount to be Refunded: $100

Reason for Request:
**Pro Hac Vice fee paid but filing did not go through.**

Supervisor's Recommendation:

Action Taken:  _____   Approved

 _____   Denied

 _____   Referred to Judge for further action

_____   _____
DATE                                              KEVIN P. WEIMER
                                                         Clerk of Court

# Wade, Kelley C.

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, October 20, 2025 3:03 PM |
| **To:** | Wade, Kelley C. |
| **Subject:** | Pay.gov Payment Confirmation: GEORGIA NORTHERN DISTRICT COURT |

!----------------------------------------------------------------|

CAUTION: This message came from outside the firm.  DO NOT click links
or open attachments unless you recognize this sender (look at the
actual email address) and confirm the content is safe.

|----------------------------------------------------------------!

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at GANDml_Financial@gand.uscourts.gov or at 404-215-1630.

Account Number: 5529710
Court: GEORGIA NORTHERN DISTRICT COURT
Amount: $100.00
Tracking Id: AGANDC-14718711
Approval Code: 049800
Card Number: ************5843
Date/Time: 10/20/2025 03:03:15 ET


NOTE: This is an automated message. Please do not reply