IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC and GCZ GLOBAL LLC,<br><br>    Defendants, and<br><br>AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, and VIRGINIA I. HINOJOSA,<br><br>    Relief Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-3774-MHC |

## ORDER

The undersigned hereby recuses himself from further participation in this action, pursuant to Canon 3(C) of the Code of Conduct for United States Judges. See also 28 U.S.C. § 455.

The Clerk is **DIRECTED** to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.

**IT IS SO ORDERED** this 21st day of October, 2025.

_____
MARK H. COHEN
United States District Judge