# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**TANNER S. ADAM, et al,**<br><br>　　　　　**Defendants.** | CIVIL ACTION NO.<br>1:24-cv-03774-AT |

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 23rd day of October, 2025.

_/s/ Amy Totenberg_
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**