IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>TANNER S. ADAM, et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-3774-SCJ |

## **O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 13th day of November, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE