## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,<br><br>Defendants, and<br><br>AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, and VIRGINIA I. HINOJOSA,<br><br>Relief Defendants. | Civil Action No. 1:24-cv-03774-MHC |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR REMEDIES AND DEFAULT JUDGMENT

Defendants, Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC, and GCZ Global LLC (the "Defendants"), and Relief Defendants, Ava A. Adam, Garrett L.W. Adam, Robert S. Adam, Carrie L. Adam, Emilio F. Hinojosa, and Virginia I. Hinojosa (the "Relief Defendants") respectfully request that the Court grant them an extension of time through and including March 16, 2026 to respond

to Plaintiff's Motion for Remedies and Default Judgment (Doc. 29).  Defendants and Relief Defendants state as follows in support of this Motion:

1.     Plaintiff commenced this action by filing the Complaint on or about August 26, 2024.  (ECF No. 1.)

2.     On August 26, 2024, Defendants "agreed to the entry of judgments in which they consented, without admitting or denying the allegations of the complaint, to the entry of a judgment against them," and Plaintiff contemporaneously filed a Motion to Approve Consent Judgment.  (ECF Nos. 7, 17-1 at 2.)

3.     The case was then terminated the next day, on August 27, 2024.

4.     On March 21, 2025, Plaintiff filed a Motion for Leave to File First Amended Complaint, to add six Relief Defendants to the action.  (ECF No. 17-1 at 3.)  The Court granted the motion on April 17, 2025 (ECF No. 18), and Plaintiff filed its Amended Complaint that same day (ECF No. 19).

5.     On May 5, 2025, Plaintiff issued returns of service for each of the six Relief Defendants.  (ECF Nos. 22–27.)

6.     On September 26, 2025, Plaintiff filed a Motion for Clerk's Entry of Default.  (ECF No. 28.)

7.     On October 1, 2025, Plaintiff filed its Motion for Remedies and Default, but on that same day, an administrative order stayed this case for lapse in appropriations.  (ECF Nos. 29, 30.)

8.    Despite the stay, the Court entered a final judgment as to the Relief Defendants on October 14, 2025.  (ECF No. 31.)

9.    On October 20, 2025, Defendants and Relief Defendants filed an Unopposed Motion for Relief from Final Judgment.  (ECF No. 34.)

10.    On January 14, 2026, the Court granted Defendants' and Relief Defendants' Unopposed Motion for Relief from Final Judgment.  (ECF No. 41.)  In its Order, the Court required "the Parties . . . to meet and confer on an agreed form of final judgment."  (*Id.*)  The Court further ordered "that if the Parties are unable to come to an agreement on a final judgment, the Relief Defendants are instructed to file a response to Plaintiff's Motion for Remedies and Default Judgment [Doc. 29] no later than" February 13, 2026.  (*Id.*)

11.    Pursuant to the Court's Order, as soon as practicable thereafter, the Parties met and conferred on January 22, 2026.  Following the initial meet and confer, the Parties have exchanged—and continue to exchange—significant productions of documents and information.

12.    Defendants and Relief Defendants are actively reviewing Plaintiff's document productions, including those made on January 27, 2026, January 30, 2026, and February 6, 2026.  In connection therewith, and given the upcoming briefing deadline, Defendants and Relief Defendants requested a further meet and confer with Plaintiff for February 9, 2026 or as soon as possible thereafter; however, Plaintiff

has indicated it cannot be available until February 11, 2026 to further meet and confer.

13.     Defendants and Relief Defendants do not believe it is the best use of resources to file a response to the Plaintiff's Motion for Remedies and Default Judgment while Defendants and Relief Defendants are reviewing Plaintiff's document productions, and the Parties are productively negotiating towards a resolution and agreed-upon form of final judgment.

14.     Counsel, therefore, has requested an extension of time to file a Response to Plaintiff's Motion for Remedies and Default Judgment to allow the Parties to further meet and confer, review the extensive document productions exchanged, and continue to exchange information.

15.     This is Defendants' and Relief Defendants' first request for an extension of time for this purpose.

16.     Defendants and Relief Defendants are requesting this extension in good faith and not for the purpose of undue delay, and further submit that this extension will not prejudice the conduct of the litigation.

17.     Defendants and Relief Defendants stipulate that no further extensions of time to file a Response to Plaintiff's Motion for Remedies and Default Judgment will be sought for any reason.  Plaintiff's counsel has indicated that Plaintiff does not oppose this Motion, subject to the aforementioned stipulation.

18.    For the Court's convenience, a proposed order is attached hereto as **Exhibit A**.

For the foregoing reasons, Defendants request that the Court grant this Motion and extend their time to file a response to Plaintiff's Motion for Remedies and Default Judgment for thirty (30) days, through and including March 16, 2026.

Respectfully submitted this 9th day of February, 2026.

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Mary M. Weeks*
Mary M. Weeks
Georgia Bar No. 559181
Hannah L. Baskind
Georgia Bar No. 276384
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
T: 404-885-3000
F: 404-885-3900
mary.weeks@troutman.com
hannah.baskind@troutman.com

Patrick Clendenen (admitted *pro hac vice*)
**PRACTUS, LLP**
555 Long Wharf Drive
New Haven, CT 06511
T: 203-212-9046
patrick.clendenen@practus.com

*Counsel for Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC and GCZ Global LLC and Relief Defendants Ava A. Adam, Garrett L.W. Adam, Robert S. Adam, Carrie L. Adam, Emilio F. Hinojosa, and Virginia I. Hinojosa*

- 5 -

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D, I certify that the foregoing document was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1.C.

/s/ *Mary M. Weeks*
Mary M. Weeks
Georgia Bar No. 559181

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2026, I electronically filed Defendants'
Motion for Extension of Time to Respond to Plaintiff's Motion for Remedies and
Default Judgment with the Clerk of the Court using the CM/ECF system, which
automatically serves notification of such filing to all counsel of record.

This 9th day of February, 2026.

/s/ *Mary M. Weeks*
Mary M. Weeks
Georgia Bar No. 559181