UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,<br><br>　　　　Defendants, and<br><br>AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, and VIRGINIA I. HINOJOSA,<br><br>　　　　Relief Defendants. | Civil Action No. 1:24-cv-03774-VMC |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR REMEDIES AND DEFAULT JUDGMENT**

This cause having come before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Remedies and Default Judgment (the "Motion"), and having considered the Motion, and good cause being shown for the relief requested therein,

The Court hereby **GRANTS** the Motion and extends the time by which Defendants must file a response to Plaintiff's Motion for Remedies and Default Judgment through and including March 16, 2026.

SO ORDERED this 17th day of February, 2026.

_____
Victoria Marie Calvert
United States District Judge