# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, *et al.*,<br><br>Defendants, and<br><br>AVA A. ADAM, *et al.*,<br><br>Relief Defendants. | Civil Action No. 1:24-cv-03774-MHC |

### DEFENDANTS AND RELIEF DEFENDANTS' UNOPPOSED MOTION TO INCREASE PAGE LIMITATION FOR THEIR RESPONSE IN OPPOSITION TO PLAINTIFF'S REMEDIES MOTION AND MEMORANDUM IN SUPPORT

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Northern District of Georgia Local Rule ("Local Rule") 7.1(D), and Paragraph (r) of the Court's Standing Order providing Guidelines to Parties and Counsel, Defendants and Relief Defendants hereby request leave to increase by fifteen (15) pages the page limitation for their Response in Opposition to Plaintiff's Remedies Motion. This Motion and Memorandum in Support are accompanied by a proposed Order granting leave to increase page limitation.

On October 1, 2025, Plaintiff filed its Remedies Motion. Pursuant to this Court's Local Rule 7.1(B) and factoring in filing delays caused by the government shutdown, Defendants and Relief Defendants' Response to the Remedies Motion ("Opposition Brief") is due to be filed on March 16, 2026. This Motion is timely pursuant to Local Rule 7.1(D), as it is filed more than three (3) days prior to the March 16 filing deadline.

This case involves the legal complexities of disgorgement, prejudgment interest, civil penalties, and other equitable remedies. The Opposition Brief is the only response Defendants and Relief Defendants are authorized to file regarding the calculation of these highly disputed penalties and payments. In order to adequately and concisely address these various issues, Defendants and Relief Defendants have moved this Court for an Order pursuant to Local Rule 7.1(D) increasing the page limitation for its Opposition Brief by fifteen (15) pages. Counsel for the SEC has represented that it does not oppose the requested increase.

This Court has granted such a Motion in comparable cases. *See, e.g.*, *U.S. Sec. & Exch. Comm'n v. Megalli*, No. 1:13-CV-3783-AT, 2015 WL 11216815, at *1 (N.D. Ga. Apr. 17, 2015) (allowing the defendant an enlargement of fifteen pages, as such expansion is required "in order to adequately address and assist the Court in sorting through the contested factual and legal questions involved in

determining the amount, if any, Defendant shall be required to pay if he is found liable for the alleged securities violations.").

WHEREFORE, for good cause shown, Defendants and Relief Defendants request that this Court enter the attached proposed Order increasing the length of their Opposition Brief from twenty-five (25) pages to forty (40) pages.

Respectfully submitted, this 11th day of March, 2026.

        **TROUTMAN PEPPER LOCKE LLP**

        */s/ Mary M. Weeks*
        Mary M. Weeks
        Georgia Bar No. 559181
        Hannah L. Baskind
        Georgia Bar No. 276384
        600 Peachtree Street, N.E., Suite 3000
        Atlanta, Georgia 30308
        T: 404-885-3000
        F: 404-885-3900
        mary.weeks@troutman.com
        hannah.baskind@troutman.com

        Patrick Clendenen (admitted *pro hac vice*)
        **PRACTUS, LLP**
        555 Long Wharf Drive
        New Haven, CT 06511
        T: 203-212-9046
        patrick.clendenen@practus.com

        *Counsel for Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC and GCZ Global LLC and Relief Defendants Ava A. Adam, Garrett L.W. Adam, Robert S. Adam, Carrie L. Adam, Emilio F. Hinojosa, and Virginia I. Hinojosa*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D, I certify that the foregoing document was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1.C.

                                        */s/ Mary M. Weeks*
                                        Mary M. Weeks
                                        mary.weeks@troutman.com
                                        Georgia Bar No. 559181

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 11th day of March, 2026.

                                          */s/ Mary M. Weeks*
                                          Mary M. Weeks
                                          mary.weeks@troutman.com
                                          Georgia Bar No. 559181