UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, *et al.*,<br><br>Defendants, and<br><br>AVA A. ADAM, *et al.*,<br><br>Relief Defendants. | Civil Action No. 1:24-cv-03774-VMC |

**ORDER GRANTING DEFENDANTS AND RELIEF DEFENDANTS'
MOTION TO INCREASE PAGE LIMITATION FOR THEIR RESPONSE
IN OPPOSITION TO PLAINTIFF'S REMEDIES MOTION**

Upon Motion of the Defendants and Relief Defendants pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Northern District of Georgia Local Rule 7.1(D), and Paragraph (r) of the Court's Standing Order providing Guidelines to Parties and Counsel, and for good cause shown, the page limitation of Defendants and Relief Defendants Response in Opposition to Plaintiff's Remedies Motion shall be increased by fifteen (15) pages for a total of forty (40) pages. The page limitation for Plaintiff shall also be increased by fifteen (15) pages for its reply

brief for a total of thirty (30) pages.

So Ordered this <u>13th</u> day of March, 2026.

                        Victoria M. Calvert
                        United States District Judge

Order prepared and submitted by:

Mary M. Weeks
Georgia Bar No. 559181
Hannah L. Baskind
Georgia Bar No. 276384
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
T: 404-885-3000
F: 404-885-3900
mary.weeks@troutman.com
hannah.baskind@troutman.com

Patrick Clendenen (admitted *pro hac vice*)
**PRACTUS, LLP**
555 Long Wharf Drive
New Haven, CT 06511
T: 203-212-9046
patrick.clendenen@practus.com

*Counsel for Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC and GCZ Global LLC and Relief Defendants Ava A. Adam, Garrett L.W. Adam, Robert S. Adam, Carrie L. Adam, Emilio F. Hinojosa, and Virginia I. Hinojosa*