# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>          Plaintiff,<br>v.<br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,<br>          Defendants, and<br><br>AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, and VIRGINIA I. HINOJOSA,<br><br>          Relief Defendants. | Civil Action No. 1:24-cv-03774-VMC |

## ENTRY OF APPEARANCE

Derek L. Centola of the law firm Troutman Pepper Locke LLP hereby enters an appearance in the above-captioned matter as counsel for Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC and GCZ Global LLC, and the Relief Defendants, Ava A. Adam, Garrett L.W. Adam, Robert S. Adam, Carrie L. Adam, Emilio F. Hinojosa, and Virginia I. Hinojosa.[1]

---

[1] This Appearance of Counsel is filed in addition to, and not in substitution for, prior entries of appearance by counsel for Defendants and Relief Defendants, including previously appearing Troutman Pepper Locke LLP attorneys.

Respectfully submitted, this 16th day of March, 2026.

        **TROUTMAN PEPPER LOCKE LLP**

        */s/ Derek L. Centola*
        Derek L. Centola (Ga. Bar No. 749911)
        derek.centola@troutman.com
        600 Peachtree Street, N.E., Suite 3000
        Atlanta, Georgia 30308
        T: 404-885-3000
        F: 404-885-3900

        *Counsel for Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC and GCZ Global LLC and Relief Defendants Ava A. Adam, Garrett L.W. Adam, Robert S. Adam, Carrie L. Adam, Emilio F. Hinojosa, and Virginia I. Hinojosa*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

This 16th day of March, 2026.

*/s/ Derek L. Centola*
Derek L. Centola
derek.centola@troutman.com
Georgia Bar No. 749911

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 16th day of March, 2026.

*/s/ Derek L. Centola*
Derek L. Centola
derek.centola@troutman.com
Georgia Bar No. 749911