# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, *et al.*,<br><br>Defendants, and<br><br>AVA A. ADAM, *et al.*,<br><br>Relief Defendants. | Civil Action No. 1:24-cv-03774-VMC |

**Declaration of Kevin Strenski**

I, Kevin Strenski, hereby declare as follows:

1.     I am a Senior Analyst at Nardello & Co. LLC , a global investigations firm.  As a member of the Financial Investigations & Forensic Accounting practice group, I am responsible for conducting investigations into cryptocurrencies and other digital assets in the context of civil, criminal or regulatory proceedings.

2.     I respectfully submit this declaration on behalf of Jonathan Adam.  I submit this declaration based on my personal knowledge and my investigation of the facts herein.  If called as a witness, I could and would testify completely to them.

3.     I have five years of experience in the investigations field and, more specifically, three years of experience conducting blockchain investigations.  Prior

to joining Nardello & Co., I was a Blockchain Analyst and Cyber Threat Analyst at the DoD Cyber Crime Center (DC3).  I have traced and analyzed billions of dollars in blockchain transaction flows, including money laundering perpetrated by transnational organized crime syndicates, non-state hacktivists, and other cybercriminals.  I have tracked and attributed transactions through sophisticated obfuscation techniques, including bridges, mixers, and decentralized exchange platforms.  I am an active member of the anti-money laundering community and hold industry-recognized certifications, including Certified Anti-Money Laundering Specialist (CAMS), Chainalysis Reactor Certification, and Chainalysis Investigations Specialist Certification.

4.      Counsel for Mr. Adam requested that I review a list of cryptocurrency addresses identified as under Mr. Adam's control.  It is my understanding that these addresses were used to send funds to the Gemini Global Panama platform across two blockchains: Solana and Tron.

5.      Using industry-standard blockchain forensic tools such as Chainalysis Reactor, TRM Labs, and open-source blockchain explorers that index the immutable blockchain ledger, I traced 178 deposits made from Mr. Adam's cryptocurrency addresses to both Solana and Tron blockchain addresses that appear to be under the control of Gemini Global Panama.  These deposits totaled $9,481,105 in U.S. Dollar Tether ("USDT") between January 20, 2023, and September 9, 2023.

6.    Mr. Adam provided Nardello & Co. with two Tron blockchain addresses under his control.  Using industry-recognized Tron activation tracing techniques, I identified 11 additional Tron addresses under the control of Mr. Adam (13 total addresses).  Using a combination of the aforementioned tools, I traced all transactions from Mr. Adam's addresses to addresses that appear to be under the control of Gemini Global Panama.  In total, Mr. Adam transferred $263,681 (USDT) on the Tron blockchain to Gemini Global Panama across 37 transactions between January 20, 2023, and April 21, 2023.  Gemini Global Panama used the same address, hosted at the custodial payment processing service CoinPayments, to receive all deposits from Mr. Adam.

7.    Mr. Adam provided Nardello & Co. with three Solana blockchain addresses under his control.  Using the same combination of tools, I traced all transactions from Mr. Adam's Solana addresses to Gemini Global Panama.  In total, Mr. Adam transferred $9,217,424 in USDT to Gemini Global Panama across 141 transactions between April 24, 2023, and September 9, 2023.

8.    Blockchain analysis indicates that Mr. Adam deposited his funds into what appears to be distinct Gemini Global Panama-controlled intermediary addresses, which were likely generated by Gemini Global Panama to receive new deposits.  After receiving a deposit into an intermediary address, Gemini Global Panama transferred approximately 99% of the deposit funds to a central

3

consolidation address on the Solana blockchain and approximately 1% of funds to the cryptocurrency exchange Binance.

9. Utilizing the same blockchain forensic tools, I traced $1,775,649 in USDT that was returned to cryptocurrency addresses under the control of Mr. Adam between January 3, 2023, and July 12, 2023, from previously identified Gemini Global Panama cryptocurrency addresses.

10. I traced $358,899 in USDT on the Tron blockchain from Gemini Global Panama to Mr. Adam across 1,211 transactions between January 3, 2023, and April 13, 2023.

11. Using the same blockchain forensic tools, I traced $1,416,750 in USDT on the Solana blockchain from Gemini Global Panama to Mr. Adam across 846 transactions between April 20, 2023, and July 12, 2023.

12. Using the sum of funds Mr. Adam deposited into Gemini Global Panama ($9,481,105) and subtracting the funds returned to Mr. Adam from Gemini Global Panama ($1,775,649), I calculated a net delta of $7,705,456 owed to Mr. Adam from Gemini Global Panama, not including any potential returns on investment or other contractual obligations.

13. Using the same blockchain forensic tools, I traced a total of $2,318,042 in USDT deposits received by the same Gemini Global Panama Tron address hosted

4

at CoinPayments, which was the same address used to receive deposits from Mr. Adam, between November 18, 2022, and June 15, 2024.

Similarly, I traced $10,565,738 in USDT deposits received by the same Gemini Global Panama Solana address that was used to receive deposits from Mr. Adam between April 14, 2023, and January 31, 2025.

14.    A subdomain of the Gemini Global Panama website was captured and preserved by Nardello & Co.  Within the subdomain, a webpage titled "Saques" was identified.  This webpage appeared to function as a ledger of Gemini Global Panama platform activity, including records of returns on investment paid out to customers of the platform.

15.    Blockchain analysis of each cryptocurrency address listed within this webpage identified likely returns on investment sent to customers from Gemini Global Panama on three different blockchains: 94 unique addresses totaling $235,528 in USDT on Tron, 349 unique addresses totaling $6,075,630 in USDT on Solana and 58 unique addresses totaling $23,195 in USDT on Binance Smart Chain.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___15 March___, 2026, at ___Washington, DC___.

Kevin Strenski
Digitally signed by Kevin Strenski
Date: 2026.03.15 21:32:17 -04'00'

Kevin Strenski

5

# EXHIBIT 1

# Blockchain Investigation into Gemini Global Panama (GGP)

Information contained in this slide deck is based on the investigative findings to date and is not an exhaustive analysis of every transaction made on the GGP platform



# Mr. Adam's Blockchain Wallets and Transactions with GGP Platform



# Blockchain Transactions



### Tron Blockchain

- Mr. Adam controlled 13 cryptocurrency addresses on the Tron blockchain

- Mr. Adam transferred **$263,681** in U.S. Dollar Tether on the Tron blockchain (USDT_TRX) to Gemini Global Panama (GGP) across 37 transactions between 20 January 2023 and 21 April 2023

### Solana Blockchain

- Mr. Adam controlled 3 cryptocurrency addresses on Solana blockchain

- Mr. Adam transferred **$9,217,424** in U.S. Dollar Tether on Solana blockchain (USDT_SOL) to GGP across 141 transactions between 24 April 2023 and 9 September 2023

### GGP Activity

- GGP deposited funds into cryptocurrency payments processor *CoinPayments*

- GGP maintained a hosted wallet at *CoinPayments*



### Total Funds Sent to GGP

- Mr. Adam transferred a total of **$9,481,105** to GGP across both Tron and Solana blockchains



Confidential

©2025 Nardello & Co.

March 16, 2026

3

# Tron Blockchain Transactions

- The graph below illustrates two transaction flows. One, (green line) showing *CoinPayments* sending Mr. Adam **$358,899,** ROI from GGP, and another (blue line) showing Mr. Adam sending funds to GGP, which then routes money back to *CoinPayments.*



- JA = Jonathan Adam
- GGP = Gemini Global Panama

Confidential

©2025 Nardello & Co.

March 16, 2026



# Solana Blockchain Transactions

Confidential

March 16, 2026

**Mr. Adam controlled 3 cryptocurrency addresses on the Solana blockchain**

These three addresses are labeled as "**JA 1**", "**JA 2**" and "**JA 3**".

**JA 1**

Transferred **$6,684,980** in USDT_SOL to GGP between 11 May and 9 September 2023

Did not receive funds from GGP

**JA 2**

Transferred **$2,122,456** in USDT_SOL to GGP between 24 April and 5 August 2023

Received **$18,007** in USDT_SOL from GGP on 7 July 2023

**JA 3**

Transferred **$449,998** in UDST_SOL to GGP between 24 April and 30 June 2023

Received **$1,398,743** in USDT_SOL from GGP between 20 April and 12 July 2023

©2025 Nardello & Co.

# Transfers to GGP

- The graph to the right illustrates the flow of funds between the three addresses controlled by Mr. Adam on the Solana blockchain to known GGP addresses (as relayed to Nardello & Co. by Mr. Adam)

- Below is a summary of the sum of funds sent from Mr. Adam to GGP and the funds sent from GGP to Mr. Adam.

Total sent from JA to GGP: **$9,217,424**

Total sent from GGP to JA: **$1,416,750**

Blue Lines = Fees to GGP Binance
Yellow Lines = JA Transfers to GGP
Green Lines = JA Receiving from GGP

Confidential

March 16, 2026

©2025 Nardello & Co.



# Existence and Operation of GGP Site



Nardello ·]Co.

# GGP Platform Operations

- A *CoinPayments* address associated with GGP on the Tron blockchain received a total of **$2.3 million** between 18 Nov 2022 and 15 Jun 2024 across 1,469 transactions

  - Mr. Adam accounted for **11%** of total *value* of deposits made into the GGP *CoinPayments* address

  - Mr. Adam accounted for less than **2%** of total *volume* deposits into the GGP *CoinPayments* address

- GGP received **$10,565,738** in USDT_SOL across 5,674 transactions between 14 April 2023 and 31 January 2025

  - Mr. Adam accounted for **34%** of total *volume* of deposits into GGP on Solana

  - Mr. Adam accounted for **87%** of total *value* of deposits received by GGP on Solana

- GGP received funds from hundreds of other customers in addition to Mr. Adam

  - At least **58%** of funds deposited into GGP were returned to customers, only **13%** of which were returned to Mr. Adam

  - GGP sent approximately **1%** of each deposit received to Binance as a possible processing fee, demonstrating platform operability

- GGP withdrew **30%** of funds received on Solana to Binance

  - The withdrawal of these funds can point to possible trading activity, cash-out, or token swaps



©2025 Nardello & Co.

Confidential

March 16, 2026

# GGP Transfers to Exchanges



Confidential

©2025 Nardello & Co.

# GGP Customer Withdrawals

- GGP withdrew funds to several customer accounts listed on the site

  - Illustrative of likely customer ROIs

- GGP withdrawals to customers on Tron

  - Withdrew funds to 94 unique cryptocurrency addresses

  - Withdrew $235,528 including transfer to Mr. Adam

- GGP withdrawals to customers on SOL

  - Withdrew funds to 349 unique cryptocurrency addresses

  - Total of $6,075,630 including transfers to Mr. Adam

- GGP withdrawals to customers on Binance Smart Chain (BSC)

  - Withdrew funds to 58 unique cryptocurrency addresses

  - Total of $23,195

- Customer ROIs on blockchain demonstrate site functioning and platform viability

- Blockchain analysis confirmed that GGP withdrew funds to 501 different customers across SOL, TRX and BSC.

  - Open-source research on the email addresses associated with each of the customers on the GGP user list confirmed the identities of 340/501 of these customers



Confidential

March 16, 2026

©2025 Nardello & Co.

# Investment Losses

## Nardello Co.



GEMINI

# Mr. Adam's Total Losses

- Mr. Adam transferred a total of **$9,481,105** to GGP across the Tron and Solana blockchains

- Mr. Adam transferred **$9,217,424** to GGP on Solana

  - Mr. Adam received a confirmed total of **$1,416,750** from GGP on Solana

  - Based on blockchain analysis, a delta of **$7,800,674** is owed to Mr. Adam on Solana

- Mr. Adam transferred **$263,681** to GGP on Tron

  - Mr. Adam received **$358,899** from GGP on Tron

- Total delta of **$7,705,456** owed to Mr. Adam



Confidential

March 16, 2026

©2025 Nardello & Co.