# EXHIBIT D

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC AND GCZ GLOBAL LLC,<br><br>Defendants, and<br><br>AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, AND VIRGINIA I. HINOJOSA,<br><br>Relief Defendants | Civil Action File No.<br><br>1:24-cv-03774-MHC<br><br><br><br>DECLARATION OF DAVID WHITE IN SUPPORT OF DEFENDANTS AND RELIEF DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR FINAL JUDGMENTS AND REMEDIES |

I, David J. White, hereby state and declare as follows:

1.     I am a Partner and Managing Director in the Investigations, Compliance and Privacy practice group at AlixPartners LLP.

2.     I am over 18 years of age and have personal knowledge of the facts set forth in this declaration. I am otherwise competent to testify.  If called upon to testify, I could and would testify competently to these facts under oath.

1

3.     I submit this Declaration in support of Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC ("Triten") and GCZ Global LLC ("GCZ") Opposition to Securities and Exchange Commissions' Amended Complaint.

4.     AlixPartners provides litigation support services in a variety of forensic related fields including corporate finance and digital assets, in both criminal and civil litigation and government investigations. AlixPartners is a global firm with over 3,000 professionals on three continents.

5.     I am an expert in digital currencies, blockchain, smart contracts, and NFTs. I am a Certified Cryptocurrency Forensic Investigator (CCFI) and have provided forensic investigation expertise into numerous disputes involving various forms of digital assets and blockchain technologies.

6.     Over the course of the past 30 years, I have also advised and assisted numerous Fortune 100 and many other smaller corporations and their attorneys to investigate financial issues, beginning from the early days of my career supporting the Department of Justice as a member of their multi agency Bank Fraud Task Force, and most recently assisting the FTX bankruptcy estate to rebuild the company's books and records, for example.

7.     As a result of my skill, experience, training, and education, I have expert knowledge in the areas of corporate investigations, digital asset forensics, and financial malfeasance.  My full CV is attached as Exhibit 1.

8.     AlixPartners has been retained by the Defendants, Jonathan L. Adam and Triten Financial Group LLP, through their counsel at Practus LLP, and I have been asked to review the relevant financial records and provide my statement as to the:

2

a. The total net deposits made by Defendants into Genesis Group Panama ("GGP"), a cryptocurrency exchange that the Defendants had both deposited digital assets to and received payouts from;

b. The costs involved in converting funds related to deposits and withdrawals at GGP;

c. The digital asset deposits made by lenders to Triten and GCZ and any digital asset payouts from Triten and GCZ made to lenders.

**Materials Relied Upon for my Statements**

9.      In preparing this statement I have reviewed the Securities and Exchange Commission's Amended Complaint against the Defendants Tanner and Jonathan Adam, dated April 17, 2025. I have also reviewed the Declaration of Krysta M. Cannon, dated October 1, 2025, made in support of Plaintiff's Amended Complaint.

10.     Additionally, I have reviewed certain relevant information and records provided to me by the Defendants.  These include:

a. A listing of public addresses for the Tron and Solana blockchains purported to be under the Defendants' control as referenced in Exhibit 2,

b. A listing of public addresses purported to be attributable to GGP as referenced in Exhibit 2,

c. Public blockchain records,

d. Exchange account records at Coinbase and Kraken as referenced in Exhibit 3,

e. Defendant's screenshots of GGP account statements,

3

  f. Descriptions regarding certain flows of funds related to Defendants' business activities,

  g. Select bank statement transactions with annotations, provided by the Defendants (the "AFO files");[1] as referenced in Exhibit 3.

**GGP Net Deposits**

11. To quantify net deposits to GGP, I performed the following analysis:

  a. I compiled a list addresses represented by the Defendants as being under their control (the "GCZ/TFG Addresses") or under GGP's control.

  b. I reviewed the AFO files annotations related to the transfers of digital assets and extracted from them specific blockchain-related references (e.g., transaction details, blockchain addresses) as well as the specific related lender from the accompanying fiat records.

  c. I extracted all blockchain transactions on both the SOL and TRX blockchains in which these addresses participated.

  d. I reviewed the exchange account activity of Jonathan Adam's Coinbase and Kraken accounts, as well as Triten Financial Group's Kraken account (together, the "TFG Exchange Accounts"), to understand each account's withdrawal and deposit history.

  e. I then consolidated the transactions data derived from the public blockchains transaction history and the exchange activity records into a single ledger.

---

[1] "(Tracing) Copy of AFO Acct Submission JA AA Personal Chk Accout 1972", "(Tracing) Copy of AFO Acct Submission JA GCZ Main Checking 5573", and "AFO Acct Submission JA GCZ Oper Acct 3372 4886-9319-1154 v.1"

f.  I analyzed the counterparty addresses for each transaction and identified GGP deposits and payouts as detailed below. My identification of these deposits and payouts was based on descriptions of funds flows by the Defendants, corroborated by what I observed in on-chain activity and payouts identified in the GGP account statements. This included both Direct and Indirect deposits and withdrawals.

   i.  **Direct**: Exchange withdrawals from the TFG Exchange Accounts and transfers from GCZ/TFG Addresses sent directly to CoinPayments.net cluster[2] on BTC[3] or directly to Tron address TYbyMQ[4] or directly to Solana address BWYfaa[5] were classified as deposits to GGP. Likewise, any exchange deposits to the TFG Exchange Accounts and transfers to GCZ/TFG Addresses directly from CoinPayments.net cluster on BTC, directly from Tron address TYbyMQ or directly from Solana address BWYfaa were classified as payouts from GGP.

   ii.  **Indirect**: Exchange withdrawals from the TFG Exchange Accounts and transfers from GCZ/TFG Addresses sent to intermediary addresses, where that address then sent a subsequent transfer to CoinPayments.net cluster on BTC, directly to Tron address TYbyMQ or to Solana address BWYfaa were classified as deposits

---

[2] The term cluster is typically used in cryptocurrency forensics to refer to a group of addresses believed to be under the common control of the same entity.

[3] Its is our understanding that all transfers that Defendants made to the Coinpayments.net cluster on BTC were deposits being routed to GGP.

[4] TYbyMQkQR5QLt9g2vwpYpASFZirUFT9cEy

[5] BWYfaakpoJUsp5zwhuEdPhA2SYVWabTwQTe8fXWXjzze

to GGP. Third-party addresses that act as these intermediaries were classified as GGP Intermediary Addresses. Likewise, any exchange deposits to the TFG Exchange Accounts and transfers to GCZ/TFG Addresses from such GGP Intermediary addresses were classified as payouts from GGP.

12. I then summarized the identified deposits and payouts to and from GGP, as identified from the aforementioned analyses and determined the net deposits to GGP as follows:

| Blockchain | Deposits to GGP (USD) | Payouts from GGP (USD) | Net Deposits (USD) |
|---|---|---|---|
| BTC | $ 541,443 | $ - | $ 541,443 |
| TRON | $ 233,654 | $ 358,899 | $ (125,245) |
| SOL | $ 9,217,424 | $ 1,687,072 | $ 7,530,352 |
| Total | $ 9,992,521 | $ 2,045,971 | $ 7,946,550 |

Table 1

**Cost to Convert**

13. To determine the costs involved to convert funds related to deposits and withdrawals at GGP, I reviewed the flows of funds involved in depositing to and withdrawing from GGP on the Solana network. The typical pattern for these deposits included fiat deposits into the Defendants' Wells Fargo bank accounts, transfers of fiat from Wells Fargo to Defendants' Kraken exchange accounts, purchases of Tether with fiat in the exchange accounts, exchange withdrawals to Solana addresses represented as under the Defendants' control, and on-chain transfers to Solana addresses affiliated with GGP. I also reviewed the Solana network's flow of funds in the reverse order to determine costs to convert related to the payouts from GGP. I reviewed the withdrawal records identified from GGP exchange account activity, the payout transactions on chain from GGP to GCZ/TFG Solana addresses, deposits to the Kraken exchange accounts, sale of Tether for fiat, and withdrawal of fiat to the Defendants' Wells Fargo bank account.

14. In each distinct step of the funds flow for deposits to and withdrawals/payouts from GGP, I evaluated the transaction for any fees, including those imposed by banks, exchanges, or the blockchain.

15. I summarized the costs to convert in an illustrative flow of funds based on the aforementioned analysis as follows:

| Transaction Step | Fee per Transaction |
|---|---|
| Wells Fargo to Kraken | $40 |
| Purchase USDT on Kraken | 0.90% |
| Kraken USDT to Depositing Address | ≤$10 |
| Depositing Address to GGP | Gas fee[6] |
| GGP USDT to SOL Address | 5% |
| Profit Wallet to Corporate Wallet | Gas fee |
| Corporate Wallet to Kraken | Gas fee |
| Kraken Sell of USDT -> USD Fiat | 0.90% |
| Kraken USD to Wells Fargo | ≤$5 |

Table 2

**Summary of Lender Deposits and Payments**

16. To quantify the specific crypto deposits from lenders to the Defendants and crypto payments from the Defendants to the lenders, I performed the following analysis:

    a. I reviewed and extracted from the AFO files annotations related to the transfers of digital assets.

    b. I extracted from those annotations the specific blockchain-related references (e.g., transaction details, blockchain addresses) as well as the specific related lender from the accompanying fiat records.

    c. I confirmed these transactions per review of public blockchain records.

---

[6] Solana gas fees are small transaction costs users pay to successfully record actions on the Solana blockchain.

7

d. Based on the context of the AFO file annotation and corresponding fiat transaction, I determined if the transaction was a deposit to GCZ or Triten or a payout to a lender, and categorized accordingly.

17. Based on the aforementioned procedures, I summarized the identified digital asset deposits and payments to and from GCZ and Triten associated with specific lenders as follows:

|  | Deposits | | Payments | |
|---|---|---|---|---|
|  | **GCZ** | **Triten** | **GCZ** | **Triten** |
| *Crypto* | *270,216* | *200,002* | *(270,206)* | *(604,580)* |

Table 3

I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed in Los Angeles, California on this 16th day of March, 2026.

*David White*

David J. White

8

# AlixPartners



## David J. White

**Partner & Managing Director**
Investigations, Compliance & Privacy
dwhite @alixpartners.com
Phone: +1 617 407 4558

### Education

- J.D., Vermont Law School - Albert Schweitzer Fellow
- Research Assoc., Harvard Univ. Center for International Affairs
- LL.M., London University
- B.A., Salve Regina University, magna cum laude - Philosophy

### PROFESSIONAL HISTORY

David is an expert in digital currencies, blockchain, smart contracts, and NFTs. He is a Certified Cryptocurrency Forensic Investigator (CCFI) and has provided forensic investigations expertise into numerous disputes involving various forms of digital assets and blockchain technologies.

In addition to his work on digital assets and blockchain, David is a founding member of the firm's global Data Privacy and Security practice, where he leads large scale investigations for clients in data governance, data privacy, and digital forensics.

David is an active Infrastructure Liaison Officer in the FBI's InfraGard Program, a partnership between the FBI and private sector that is dedicated to sharing information and intelligence to prevent hostile attacks against the U.S. He is a former patent lawyer and commercial litigator who focused on highly technical issues for large and complex matters.

### PROFESSIONAL/RELEVANT EXPERIENCE

- Engaged as crypto asset tracing expert by the FTX bankruptcy estate to drive the forensic analysis of historic crypto assets holdings and positions and support special investigations.

- Certified Cryptocurrency Forensic Investigator (CCFI) and has served as Expert Witness on technical issues in multiple cryptocurrency matters.

- Deep experience tracing assets and deanonymizing entities on blockchains -Recently led training session for 500+ US FBI Agents on topic.

- Engaged as testifying expert to assess and quantify crypto mining capacity in defense of a shareholder derivative suit.

- Engaged as testifying expert to trace millions of dollars of stolen crypto assets in high profile SIM swap hacking case.

- Oversaw investigation and forensic asset tracing in response to stolen NFT digital assets and assisted client identify malicious actors.

- Engaged as an expert to analyze cryptocurrency holdings and forensically reconstruct wallets in a UK commercial dispute.

- Served as Fraud Analyst as part of the US Department of Justice's multiagency Bank Fraud Task Force.

- Currently serving as non-executive director on the Board of Directors at a large national financial institution in the US.

- Routinely publishes and is invited to speak around the globe on cryptocurrency and digital forensics topics.

**RECENT EXPERT TESTIMONY**

- Codex United, LLC et. al. v Profit Vault VC1 et al D. UT, 2025

- THE King v Tejpal Sing Vig, Crown Court at Inner London UK, 2025

- The Director of Public Prosecutions v Alvee Afrida and Azeem Ahmed Administrative Court of the High Court of Justice of England and Wales, UK 2025

- Regina v Liban Ali, Crown Court, Southwick UK, 2024

- D'Aloia v Persons Unknown, Category A and Others, UK High Court, 2023

- Eric Schiermeyer, and BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES vs. Wright Thurston and True North United Investments, LLC, D. UT, 2023

- P. Bart Stephens v Jane Doe et al., N.D. Cal., 2023

- AGH Media Group, LLC, v. Lola Digital, D. Del. 2022

- Steven McClurg v. Praesidium Partners, Inc et al, Super. Ct. Los Angeles, CA, 2022

- Ira Kleiman, et al., V. Craig Wright, S.D. Fla. 2018-2021

- United States v. Randall Crater, D. MA 2020

- The People Of The State Of California V. Kohl's Department Stores, Inc. Super. Ct. County of Los Angeles, CA 2021

- Alibaba Group Holding Limited v. Alibabacoin Foundation, S.D.N.Y. 2018

- In Re: Loestrin 24 Fe Antitrust Litigation, D.R.I., 2017

- Tiffany and Company v. Costco Wholesale Corporation, S.D.N.Y. 2017

- Paula Dittmar And Pauline Tilton, et al v. Costco Wholesale Corporation, S.D. Cal., 2016

**OTHER EXPERT EXPERIENCE**

- Engaged as expert by large crypto exchange to trace assets in fraud matter, lead to favorable dispositive motion on tracing issues.

- Engaged as expert witness by bankruptcy estate of global crypto exchange to conduct forensic lookback on historical asset holdings and DeFi positions.

- Engaged as expert to validate custodial crypto assets held for the benefit of customers by an exchange for an SEC investigation.

- Engaged as expert for global retailer to investigate and report on ecommerce database features for patent dispute

- Managed data analysis for consumer class action relating to warranty sales, refunds, and replacements

- Engaged as expert for regulatory matter involving sales schemes and ecommerce database scraping

- Investigated allegations of mobile app advertising fraud for large global app publisher by decompiling app code

- Oversaw compliance investigation of mobile application data privacy for major social media client

- Assisted with fact finding for regulatory subpoena for global cloud service provider regarding data handling

- Engaged as an expert to assist global social media company with app code review for copyright infringement litigation

- Several decades of experience with data analytics supporting litigation and expert analysis, including financial transactions and damage economics.

**David J. White**

## AFFILIATIONS

- International Association for Artificial Intelligence and Law

- Infrastructure Liaison Officer, U.S. FBI InfraGard – Blockchain Cross Sector Council and Cyber Security Working Group

- The Sedona Conference legal thinktank, Working Groups One and Six (Drafting Committee member)

- The International Association of Privacy Professionals (IAPP) – LA Chapter KnowledgeNet Co-Chair (2013-2016)

- High Technology Crime Investigation Association (HTCIA)

- The American Society of Digital Forensics & eDiscovery (ASDFED)

## RECENT PUBLICATIONS

- Cryptocurrencies & The Dark Web: Insolvency Considerations, AIRA Journal, Vol. 33 No. 3 - 2020
- Cryptocurrency Crimes Are in A Class of Their Own, Corporate Council Business Journal, Jan 2019
- Data Localization Law Across Asia, Asia Business Law Journal, Oct 2018
- GDPR Compliance & Strategy, Financier Worldwide Magazine, Jan 2018
- Preparing for GDPR, Corporate Disputes Magazine, Oct/Dec 2017
- Information Governance Insights, A Compendium of Articles from his Monthly Column, Metropolitan Corporate Counsel, February 2017
- Guarding Against Cyber Threats, Supply Chain Management Review, Jan/Feb 2017

## RECENT PUBLICATIONS (continued)

- The Use Of Data Analytics In Global Anti-Bribery And Anti-Money Laundering Investigations, Innoxcell Global Anti-Corruption Newsletter, August 2016
- Is Your E-Discovery Program Safe from Hackers, Metropolitan Corporate Counsel, April 2015
- Taking Control of Data Debris, Computer World, September 15, 2014
- Capturing and Reinvesting the Savings from Information Lifecycle Governance, Accounting Today, July 30, 2014
- Die Rechtlichen Auswirkungen von Social-Media- und Mobile-Strategien, e-Commerce Magazin (2013)
- The Impact of U.S. Privacy Laws on Enterprise Marketing, Mashable.com (2012)
- Social-Mobile Strategies: The Legal and Regulatory Impacts, BrandChannel.com (2012)
- The eDiscovery Implications of Structured Data, CIO Update (2012)
- Best Practices for Social and Mobile Media as Privacy Laws Evolve, Law Technology News (2011)
- The Sedona Database Principles: Best Practices, Recommendations, and Principles for Addressing the Production of Databases and Other Structured Data in Civil Litigation (2010)
- California Enacts New Electronic Discovery Act, Management Alert, Seyfarth Shaw LLP (2009)

**David J. White**

## RECENT PRESENTATIONS

- Digital Marketing & Consumer Surveillance, Privacy + Security Forum, Georgetown Univ. Wash DC (2025)

- Crypto Fraud and Market Manipulation Schemes, Euroinstitute, University of Zurich, CH (2025)

- Tracing Digital Assets in Cyber Crime Investigations, International Association of Financial Crime Investigator conference, Los Angeles CA (2024)

- Cutting Edge Technology Used by White Collar Criminals – Investigating Fraudulent Blockchain Transactions, US FBI Economic Crimes Unit CPA Conference, Miami FL (2019)

- Asset Recovery in Global Cryptocurrency Fraud Cases, Korea University Law School, Seoul (2018)

- Handling Cross Border Law Enforcement Search Warrants and Subpoenas for Electronically Stored Information, ABA Cross-Border Institute. Brussels (2018)

- Social Media and Mobile Forensics, Innoxcell Legal and Regulatory Compliance Symposium, Hong Kong (2017)

- Cyber Risk Facing Boards, C-Suites, & GC's – Directors Roundtable. San Francisco (2017)

- eDiscovery and Asian Data Privacy, The Sedona Conference - Asia Symposium, Hong Kong (2016)

- Developments in Data Localization Laws in China and International Transfer of Financial Records, IAPP Global Summit, Wash. DC (2016)

- Big Security – Using Big Data Analytics to Improve Cyber Programs – ISACA China, Hong Kong (2016)
- Building Privacy into Big Data Environments, Data Privacy Asia, Singapore (2015)
- The New Threat of Economic Espionage and the Theft of IP - The Bar Association of San Francisco (2014)
- Data Mapping for Privacy Compliance" IAPP KnowledgeNet Los Angeles, CA (2014)

- Capturing RIO from Information Lifecycle Governance Programs Austin, TX (2014)
- Using Content Analytics for Compliance Programs ARMA, New York, NY (2013)
- Defensible Destruction for Data Security & Privacy WMACCA DC (2013)
- How Privacy Policies Affect Information Governance and Disposal IBM IOD, Las Vegas, NV (2013)
- Improving Information Economics with Information Lifecycle Governance, Cambridge MD (2012)

## BAR ADMISSIONS & CERTIFICATIONS

- California (2009)
- Massachusetts (2001)
- Registered Patent Attorney, U.S. Patent Trademark Office (2001)
- Certified Information Privacy Professional (CIPP/US/E) - International Association of Privacy Professionals
- Certified Cryptocurrency Forensic Investigator (CCFI)
- Chainalysis Cryptocurrency Fundamentals Certification (CCFC), Chainalysis Reactor Certification (CRC)

**AlixPartners**

**WHEN IT REALLY MATTERS.**

©2025 AlixPartners, LLP.

SEC v. Tanner S. Adam, et al.
Confidential Under Protective Order
Exhibit 2: Listing of addresses

# Listing of certain addresses purported to be under the Defendants' control:

## Solana:

- FX1SREB3e4rhnJ2dqPDA6uy5LCQzdg7rPVQQPGV7NFAN
- GTnG2e8WsgsRRtanENDSi289dMm2Qpk83U5c5Wd3aPka
- 4qciHT4QmPYoMTjLcGzas9rv6pyN47Xq2BUTqUNPrdp9

## Tron:

- TFWXYJqpeDzGhMdJr8SDE2z4FQ5KBKb1fG
- TXbUesWoAzHNaxbgbBmsJ6n5mHwqW8Ltw1
- TSanWKrky31WoxmyN8hUqBYeLSFFt5FYai
- TFaAkC8LR2jyp8Pk4BbpWAs8RkSdfFY6tT
- TANZhUNHvK5qzhoaCUE3ZoQX7hxEsN7KfN
- TVnunwwZT5hWG7pMLTEAoEnJs6JeUr62sN
- TMsKRYEx8CXbodeSXozZHKupErZFeuMhMu
- TNfZUuAuZZmwSdeNA6VSDauNg69sJhsWjC
- TAivXFzfgVhD8EmhQAjMdgmUQ1u6YEPKof
- TJsPWXqKvNxMehM8VzM1ayXMvbLgGAeNpz
- TTb8YFLXxsDRXHsUono2hBzCGcbZgBU3bz
- TLHCMmgd3qe74u4Ate4m1YXehXXMrE93VC
- TQYLdjyhB3mwpV9osiioRFsUWHDpV8krD2

# Listing of addresses purported to be attributable to GGP:

## Solana

- BWYfaakpoJUsp5zwhuEdPhA2SYVWabTwQTe8fXWXjzze

## Tron

- TYbyMQkQR5QLt9g2vwpYpASFZirUFT9cEy

SEC v. Tanner S. Adam, et al.
Confidential Under Protective Order
Exhibit 2: Listing of addresses

# Listing of addresses purported to be attributable to related parties:

Solana

- 6n4wYFpwFRjdpJYJreBjSLH9haMAvgtyuRTfCBA3JZbo[1]

---

[1] This address is purported to be under the control of Violet Financial, and it received certain payouts directly from GGP. As Defendants made deposits to GGP on behalf of Violet Financial, and these deposits are included in our net deposits analysis, these transfers directly to Violet Financial are also included as payouts.

SEC v. Tanner S. Adam, et al.
Confidential Under Protective Order
Exhibit 3: Listing of Accounts Reviewed

| Bank Account | Account Holder | Date Range (Reviewed by AP) | | Footnote |
|---|---|---|---|---|
| | | Start Date | End Date | |
| Wells Fargo 3372 | GCZ Global LLC | February 12, 2024 | July 11, 2024 | 1 |
| Wells Fargo 5573 | GCZ Global LLC | June 6, 2023 | September 10, 2024 | 1 |
| Wells Fargo 1972 | Jonathan Adam | January 3, 2023 | September 9, 2024 | 1 |
| Wells Fargo 4153 | Jonathan Adam | July 1, 2023 | June 30, 2024 | |
| Kraken | Jonathan Adam | January 1, 2023 | July 12, 2024 | |
| Coinbase | Jonathan Adam | January 1, 2023 | July 11, 2024 | |
| Wells Fargo 1925 | Shorestream Limited | April 1, 2024 | June 30, 2024 | |
| Chase 3016 | Tanner Adam | December 23, 2020 | May 22, 2024 | |
| First Carolina 2767 | Tanner Adam | May 1, 2023 | March 7, 2024 | 2 |
| JP Morgan 7478 | Tanner Adam | March 30, 2024 | May 31, 2024 | |
| Chase 0919 | Triten Financial Group LLC | February 26, 2024 | April 30, 2024 | |
| Chase 8689 | Triten Financial Group LLC | February 26, 2024 | April 30, 2024 | |
| Chase 8912 | Triten Financial Group LLC | March 23, 2023 | May 31, 2024 | |
| Comerica 9126 | Triten Financial Group LLC | January 1, 2023 | January 31, 2023 | |
| First Carolina 2773 | Triten Financial Group LLC | March 1, 2023 | May 23, 2024 | 2 |
| First Carolina 2906 | Triten Financial Group LLC | April 3, 2023 | March 31, 2024 | |
| First Carolina 2964 | Triten Financial Group LLC | March 15, 2023 | May 23, 2024 | 2 |
| Zuntafi 0534 | Triten Financial Group LLC | February 1, 2024 | June 5, 2024 | 3 |
| Kraken | Triten Financial Group LLC | January 1, 2023 | May 22, 2024 | |
| JP Morgan 7767 | Triten Financial Group LLC | March 30, 2024 | May 31, 2024 | |

**Sources and notes:**

[1] AP received bank statements for
   - Wells Fargo 3372 from 2/12/2024 to 6/30/2024; AFO file contained additional transactions from 7/1/2024 - 7/11/2024
   - Wells Fargo 5573 from 6/6/2023 to 5/31/2024; AFO file contained additional transactions from 6/1/2024 to 9/10/2024
   - Wells Fargo 1972 from 1/3/2023 to 6/7/2024; AFO file contained additional transactions from 6/8/2024 to 9/9/2024

[2] For these accounts, AP reviewed the bank's account transaction summaries. Bank statements were received for certain periods within the date range.

[3] AP reviewed the account transaction summary as well as the payment summaries. Zuntafi's payment summaries include a breakdown of the recipients receiving the payment.