# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, *et al.*,<br><br>Defendants, and<br><br>AVA A. ADAM, *et al.*,<br><br>Relief Defendants. | Civil Action No. 1:24-cv-03774-VMC |

**Declaration of Alex Vosghanian**

I, Alex Vosghanian, hereby declare as follows:

1.    I am a Senior Director at Nardello & Co. LLC ("Nardello"), a global investigations firm, and work in Nardello's Digital Investigations and Cyber Risk practice group in New York.

2.    I respectfully submit this declaration on behalf of Jonathan Adam.  I submit this declaration based on my personal knowledge and my investigation of the facts herein.  If called as a witness, I could and would testify completely to them.

3.    I have ten years of experience working in the digital forensics field, conducting evidence collections and performing detailed forensic analysis across thousands of digital sources. I have extensive experience working with a wide range

of data sources, including mobile devices, computers, email accounts, and cloud services. I also hold an industry-recognized certification, GIAC Certified Forensic Examiner (GCFE).

4.    Mr. Adam provided Nardello & Co. credentials to 417 accounts registered within the Gemini Global Panama platform.

5.    On various non-consecutive dates, on or about July 13, 2024, July 14, 2024, July 15, 2024, July 23, 2024 and July 24, 2024, after logging into all 417 accounts at https[:]//app[.]geminiglobal[.]io/, certain numerical values were displayed on the home screen immediately following successful authentication. I used a website screen capture and evidence tool named WebPreserver to preserve the home screen of all 417 accounts.

6.    The numerical values that were displayed on the homepage of Mr. Adam's accounts were: "Bonus Balance", "ROI Balance", "Current Package", "Earnings", and "Remaining".

7.    Some time after July 24, 2024, the website was no longer operational or available.

8.    In aggregating the dollar figure displayed under the "ROI Balance" on the homepage for all 417 accounts, I calculated a sum of $171,967,233.49.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____16 March_____, 2026, at ____New York, NY_____.

_____
Alex Vosghanian