**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,**<br><br>**Defendants, and**<br><br>**AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, AND VIRGINIA I. HINOJOSA,**<br><br>**Relief Defendants.** | **Civil Action File No. 1:24-cv-03774-VMC** |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Securities and Exchange Commission (the "Commission") moves

this Court for an extension of time to submit its reply brief in support of its Motion

for Remedies and Default Judgment and its Response to Defendants' and Relief

Defendants' Motion for Hearing on Plaintiff's Motion for Remedies and Default

Judgment.  Currently, both the Commission's reply brief and response brief are

due on March 30, 2026.  The Commission requests a three-day extension until April 2, 2026 to file both briefs.  In support of this request, the Commission states that during conferral communications with counsel for Defendants, counsel provided the Commission with several spreadsheets prepared by their experts. Many of those spreadsheets were submitted in support of Defendants' and Relief Defendants' Response to the Commission's Motion for Remedies and Default Judgment.  It was not until March 25, 2026, that the Commission realized that it did not have a native version of Exhibit 3 to the Declaration of Justin Sutherland. [Dkt. No. 47-2.]  Counsel requested a copy of that spreadsheet from Defendants and received the requested copy the following day.

In order to allow the Commission's accountant sufficient time to analyze the discrepancies between the numbers presented by Defendants and the numbers submitted by the Commission, the Commission requests a short extension to reply to Defendants' responsive brief and to assess whether the Commission believes a hearing is necessary.  Should the Commission's accountant complete her analysis in advance of April 2, 2026, the Commission anticipates filing both its reply brief and response brief ahead of the requested deadline.  Defendants and Relief Defendants consent to the requested extension.

Respectfully submitted, this 27th day of March 2026,

/s/ Kristin W. Murnahan
M. Graham Loomis
Supervisory Trial Counsel
United States Securities & Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
404-842-7622
Georgia Bar No. 457868
loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
United States Securities & Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
404-842-7655
Georgia Bar No. 759054
murnahank@sec.gov

COUNSEL FOR PLAINTIFF

## <u>CERTIFICATION OF COMPLIANCE</u>

This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

*/s/ Kristin W. Murnahan*
Kristin W. Murnahan
Senior Trial Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record.

This 27th day of March 2026.


*/s/ Kristin W. Murnahan*
Kristin W. Murnahan
