# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,<br><br>Defendants, and<br><br>AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, AND VIRGINIA I. HINOJOSA,<br><br>Relief Defendants. | Civil Action File No.<br>1:24-cv-03774-VMC |

## ORDER GRANTING EXTENSION

Before this Court is the Motion of Plaintiff Securities and Exchange Commission for an extension of time to file its reply brief in support of its Motion for Remedies and Default Judgment and its response brief to Defendants' and Relief Defendants' Motion for Hearing on Plaintiff's Motion for Remedies and Default Judgment.  The Court having read and considered the motion and for good

cause shown, it is hereby GRANTED.  IT IS HEREBY ORDERED that Plaintiff's

reply brief in support of its Motion for Remedies and Default Judgment and

Plaintiff's brief in response to Defendants' and Relief Defendants' Motion for

Hearing on Plaintiff's Motion for Remedies and Default Judgment are due no later

than April 2, 2026.


    Dated: _____, 2026

                    VICTORIA M. CALVERT
                    UNITED STATES DISTRICT JUDGE