**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>        Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, *et al.*,<br><br>        Defendants, and<br><br>AVA A. ADAM, *et al.*,<br><br>        Relief Defendants. | Civil Action No. 1:24-cv-03774-VMC |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY) FOR SERVICE ON COINPAYMENTS INC.**

The United States District Court for the Northern District of Georgia presents its compliments to the appropriate judicial authority of Panama, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter. A hearing on this matter has been requested to take place in Atlanta, Georgia, United State of America. The Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of Panama compel the appearance of the below named corporation to produce documents.

The above captioned matter began when the Securities and Exchange Commission ("SEC") filed a complaint against Tanner S. Adam, Jonathan L. Adam, and their companies Triten Financial Group LLC and GCZ Global LLC (collectively "Defendants").   The SEC alleges that from January 2023 to June 2024, the Defendants raised at least $61.5 million from over 80 investors by purportedly misrepresenting that they were operating an automated crypto lending pool earning high returns.   Instead, the Defendants allegedly operated a Ponzi scheme, misappropriating at least $53.9 million for personal expenses like luxury real estate and vehicles.  The SEC accuses the Defendants of violating anti-fraud provisions of federal securities laws.  The complaint seeks permanent injunctions, disgorgement of ill-gotten gains, civil penalties, and ancillary relief to prevent dissipation of remaining assets.

The name of the corporation to be served is CoinPayments Inc. ("CoinPayments").  The address to be served is Bloc Office Hub, Fifth Floor, Santa Maria Business District, Panama City, the Republic of Panama.  The subpoena is being served on CoinPayments to produce documents, information, or objects and to permit inspection, copying, testing, or sampling of the material in a civil action. The production of such information is due by **April 15, 2026**.  This production is lawfully sought under the United States Federal Rules of Civil Procedure Rule 45

2

("Rule 45").  Under Rule 45, CoinPayments can be held in contempt in the Northern District of Georgia if it fails to obey the subpoena.

The United States Department of Justice, Civil Division, Office of Foreign Litigation,[1] on behalf of Mary M. Weeks of Troutman Pepper Locke LLP[2] as counsel for Defendants, is seeking the help of the Ministry of Foreign Affairs of Panama,[3] in affecting this service.  The person designated to act in connection with and responsible for costs of expenses of this letter rogatory is Derek Centola of Troutman Pepper Locke LLP, and Mr. Centola can be reached at derek.centola@troutman.com.  The service may be carried out in two ways: first, service may be done personally on the identified address or, as here in the case of a legal entity, on its authorized agent; second, service may be done in accordance with the law of Panama, if the person or the authorized agent of the entity to be served is not found. Attached to the subpoena that is to be served on CoinPayments are all applicable portions of Rule 45; definitions of terms used in the subpoena;

---

[1] The United States Department of Justice, Civil Division, Office of Foreign Litigation is located at 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001.

[2] Troutman Pepper Locke LLP is located at 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308.

[3] The Ministry of Foreign Affairs in Panama is located at Palacio Bolivar, Third Street, San Felipe, Panama City, the Republic of Panama.

instructions for compliance; document requests; and all applicable certificates of compliance and service.

The Court is willing to provide similar assistance to the judicial authorities of Panama, if and when needed.  The Court is also willing to reimburse to judicial authorities of Panama for costs incurred in executing the Court's letters rogatory.

This 31st day of March, 2026.

/s/_____
 Honorable Victoria M. Calvert

***United States District Court Judge for the Northern District of Georgia***

(SEAL OF COURT)