# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,<br><br>Defendants, and<br><br>AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, AND VIRGINIA I. HINOJOSA,<br><br>Relief Defendants. | Civil Action File No.<br>1:24-cv-03774-VMC<br><br>JURY DEMAND |

## <u>DECLARATION OF KRISTIN W. MURNAHAN</u>

I, Kristin W. Murnahan, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.     I am a Senior Trial Counsel in the Enforcement Division of the United States Securities and Exchange Commission (the "Commission").  I am over twenty-one years of age and am competent to make this declaration.

2.    I am one of the trial attorneys in charge for the Plaintiff in the above-entitled cause, and I submit this declaration in support of the Commission's Motion for Remedies and Default Judgments.

3.    Attached hereto as Exhibit A is a filed-stamped copy of the Declaration of Tiffany B. Kunkle, which was filed on February 7, 2024 to support the Commission's request for an order requiring the relief defendants in *SEC v. French*, No. 1:23-CV-01443-JPN (N.D. Ga. 2023), to relinquish all rights, title, and interest in certain properties that were purchased with investor funds.

4.    Beginning on a call on January 22, 2026, Defendants counsel requested that the Commission produce documents used to prepare the Commission's Motion for Remedies and Default Judgments.  Between January 27, 2026, and February 23, 2026, the Commission provided to Defendants every document it obtained during the course of its investigation, including all bank records underlying the Commission's disgorgement calculation.  On February 23, 2026, the Commission provided a spreadsheet Krysta Cannon, a Commission accountant, created identifying the payments made from Defendants' accounts to Heritage Residential.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2026,

*Kristin W. Murnahan*

Kristin W. Murnahan

2

EXHIBIT A

# EXHIBIT 1
# DECLARATION OF TIFFANY B. KUNKLE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. FRENCH, MJF HOLDINGS, LLC, and MJF CAPITAL, LLC,<br><br>　　　　Defendants, and<br><br>208 SEARS STREET, LLC, 211 CROOKED CEDAR WAY, LLC, 302 KEITHWOOD DRIVE, LLC, 313 SLIDING ROCK DRIVE, LLC, 52 RIVERMONT ROAD, LLC, ALLY'S FARM, LLC, and DUGOUT ENTERPRISES, LLC,<br><br>　　　　Relief Defendants. | Civil Action File No.<br>1:23-cv-01443-JPB<br><br>JURY DEMAND |

### DECLARATION OF TIFFANY B. KUNKLE

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.　　My name is Tiffany B. Kunkle.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.　　I am a Certified Public Accountant in the State of Georgia and am employed as a Staff Accountant in the Enforcement Division of the United States

Securities and Exchange Commission ("Commission").  I have over twenty years of experience as an accountant.

3.     This Declaration is based upon my personal review of the following financial records, including monthly account statements, cancelled checks, deposit records, and wire details for the accounts listed below:

| Financial Institution | Account No. | Account Name | Start Date | End Date |
|---|---|---|---|---|
| JP Morgan Chase Bank, N.A. | xxxxx9110 | MJF Capital, LLC | February 25, 2019 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx0298 | MJF Capital, LLC | July 1, 2020 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx2158 | MJF Holdings, LLC | April 30, 2020 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx3670 | MJF Holdings, LLC | May 21, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx6595 | Bandbox Homes, LLC | June 10, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx8658 | Dugout Capital, LLC | May 17, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx0910 | Dugout Cashflow, LLC | May 17, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx1872 | Dugout Enterprises, LLC | May 6, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx5216 | Dugout Solutions, LLC | May 17, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. - Ink Business Premier Credit Card | xxxxxxxx6362 xxxxxxxx9448 | MJF Capital, LLC / Michael French | August 8, 2022 | February 1, 2023 |

4.     The Commission obtained all of the financial account information detailed in paragraph 3 above from the listed financial institutions.

5. Michael French is listed as an authorized signer for each account identified in paragraph 3. For purposes of this declaration, I will refer to the accounts identified in paragraph 3 as the "French accounts."

6. Based on my review of the French accounts, I have concluded that Mr. French transferred or withdrew at least $12,446,711 in investor funds from the French accounts. Mr. French used these funds to make payments to third parties for his personal benefit or for the benefit of businesses he owned.

7. Attached as Exhibit A to this declaration is an itemized list of the total amount transferred from the French accounts to each third party we identified. Exhibit A also includes the total amount withdrawn from the French accounts.

8. Based on my review of the French accounts, I have concluded that Mr. French used Dugout Enterprises, LLC as a conduit for transferring funds from the French accounts to purchase real estate in the name of individual LLCs. I have determined that Mr. French transferred investor funds totaling $3,265,036 to Dugout Enterprises, LLC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 1, 2024

Tiffany B. Kunkle
Tiffany B. Kunkle

3

Exhibit A

| Third Party Payee | Amount |
|---|---|
| AMERICAN EXPRESS - DENISE FRENCH | 2,447,699 |
| GUSTO | 1,565,411 |
| QUEST EDUCATION LLC | 1,360,002 |
| QUANTUM CAPITAL GROUP, LLC - ECOMMERCE | 851,100 |
| REAL ESTATE PURCHASE - 351 WELBORN | 498,331 |
| PAYMENT TO CHASE CARD DENISE FRENCH - 1230 | 340,743 |
| WITHDRAWAL | 308,500 |
| PAYMENT TO CHASE CARD DENISE FRENCH-7330 | 289,917 |
| DORMAN TRADING LLC | 275,000 |
| TODEM BRANDS | 260,608 |
| REAL ESTATE PURCHASE - 313 SLIDING ROCK | 257,460 |
| CAMFERDAM LAW FIRM, LLC | 257,438 |
| SPECIALIZED TRUST COMPANY - SELF DIRECTED IRA | 245,000 |
| REAL ESTATE PURCHASE - 211 CROOKED CEDAR WAY | 241,844 |
| REAL ESTATE PURCHASE - 302 KEITHWOOD | 225,891 |
| MASSACHUSETTS MUTUAL | 213,846 |
| SUDRANIA FUND SERVICES | 200,000 |
| REAL ESTATE PURCHASE - 101 CUMBERLAND | 199,269 |
| REAL ESTATE PURCHAE - 52 RIVERMONT ROAD | 198,248 |
| CASH WITHDRAWAL | 185,000 |
| LAUREN JOHNSON - MENTAL PERFORMANCE COACH | 175,910 |
| JPMS LLC | 170,000 |
| CREDIT CARD PAYMENT - WILLIAM FRENCH | 166,758 |
| PAYMENT TO CHASE CARD DENISE FRENCH -7103 | 159,820 |
| CREDIT CARD PAYMENT - DENISE FRENCH | 132,627 |
| PAYMENT TO CHASE CARD DUGOUT ENTERPRISES LLC - 7973 | 132,207 |
| BANK OF AMERICA VISA - DENISE FRENCH | 129,976 |
| ECOM AUTOMATION GURUS LLC | 123,020 |
| REAL ESTATE PURCHASE - 112 BAYVIEW | 120,000 |
| AMERICAN TITLE SOLUTIONS | 105,467 |
| VENTURE X GREEN | 105,428 |
| GREENVILLE HANDYMAN | 104,191 |
| GUESTIO INC. INCOME | 100,000 |
| LEGACY ISLAND LLC | 100,000 |
| NINJATRADER | 100,000 |
| 107 OKATIE LLC | 100,000 |
| Total | 12,446,711 |

4