**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION

        Plaintiff,

v.

TANNER S. ADAM, *et al.*,

        Defendants, and

AVA A. ADAM, *et al.*,

        Relief Defendants.

Civil Action No. 1:24-cv-03774-VMC

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY) FOR SERVICE ON NEST TRADING LIMITED.

The United States District Court for the Northern District of Georgia presents its compliments to the appropriate judicial authority of the Abu Dhabi Global Market, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter. A hearing on this matter has been requested to take place in Atlanta, Georgia, United States of America. The Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of the Abu Dhabi Global Market compel the below named corporation to produce documents.

The above captioned matter began when the Securities and Exchange Commission ("SEC") filed a complaint against Tanner S. Adam, Jonathan L. Adam, and their companies Triten Financial Group LLC and GCZ Global LLC (collectively "Defendants").  The SEC alleges that from January 2023 to June 2024, the Defendants raised at least $61.5 million from over 80 investors by purportedly misrepresenting that they were operating an automated crypto lending pool earning high returns.  Instead, the Defendants allegedly operated a Ponzi scheme, misappropriating at least $53.9 million for personal expenses like luxury real estate and vehicles.  The SEC accuses the Defendants of violating anti-fraud provisions of federal securities laws.  The complaint seeks permanent injunctions, disgorgement of ill-gotten gains, civil penalties, and ancillary relief to prevent dissipation of remaining assets.

The name of the corporation to be served is Nest Trading Limited.  The address to be served is Addax Tower, Office 4607, Al Reem Island, Abu Dhabi, United Arab Emirates.  The subpoena is being served on Nest Trading Limited to produce documents, information, or objects and to permit inspection, copying, testing, or sampling of the material in a civil action.  The production of such information is due by **May 1, 2026**.  This production is lawfully sought under the United States Federal Rules of Civil Procedure Rule 45 ("Rule 45").  Under Rule

2

45, Nest Trading Limited can be held in contempt in the Northern District of Georgia if it fails to obey the subpoena.

The United States Department of Justice, Civil Division, Office of Foreign Litigation,[1] on behalf of Mary M. Weeks of Troutman Pepper Locke LLP[2] as counsel for Defendants, is seeking the help of the Ministry of Foreign Affairs of the United Arab Emirates,[3] in affecting this service.  The person designated to act in connection with and responsible for costs of expenses of this letter rogatory is Derek Centola of Troutman Pepper Locke LLP, and Mr. Centola can be reached at derek.centola@troutman.com.  The service may be carried out in two ways: first, service may be done personally on the identified address or, as here in the case of a legal entity, on its authorized agent; second, service may be done in accordance with the law of the United Arab Emirates, if the person or the authorized agent of the entity to be served is not found. Attached to the subpoena that is to be served on Nest Trading Limited are all applicable portions of Rule 45; definitions of terms used in

---

[1] The United States Department of Justice, Civil Division, Office of Foreign Litigation is located at 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001.

[2] Troutman Pepper Locke LLP is located at 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308.

[3] The Ministry of Foreign Affairs of the United Arab Emirates is located at Khor Qirqishan Street, Al Bateen, Abu Dhabi, United Arab Emirates.

the subpoena; instructions for compliance; document requests; and all applicable certificates of compliance and service.

The Court is willing to provide similar assistance to the judicial authorities of the United Arab Emirates, if and when needed. The Court is also willing to reimburse the judicial authorities of the United Arab Emirates for costs incurred in executing the Court's letters rogatory.

This _____ day of _____, 2026.

/s/_____
 Honorable Victoria M. Calvert

***United States District Court
Judge for the Northern District
of Georgia***

(SEAL OF COURT)

4