# EXHIBIT F

| From: | Robert Rhatigan <robert.rhatigan@practus.com> |
|---|---|
| Sent: | Tuesday, July 22, 2025 8:53 AM |
| To: | Murnahan, Kristin W.; Loomis, Madison G. |
| Cc: | Leslie R. Katz; Robert Moreiro |
| Subject: | RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order |

Kristin:  When we last spoke in November 2024 you indicated you were waiting on your colleagues to provide you with some information/analysis and then you would get back to us with additional questions you had on the information provided.  We had been waiting to hear from you so we could assist.

Also, we noticed that one of the GGP-controlled wallets (Solana: BWYfaakpoJUsp5zwhuEdPhA2SYVWabTwQTe8fXWXjzze) transferred the remaining $47,922 USDT a few months ago to the same Binance wallet that most of the other USDT was emptied into (4RuL7fn9iFz3tzXYbprHBor5rTBuv8tmepJA61pTaULf).  We were hoping you may have some insight into (or ability to request from Binance) information on the owner of the Binance account to which these transfers were made.  We think if someone can track that down then we can get to the source of the issue here.

Regards,

Bobby


**Robert (Bobby) Rhatigan** 🖳
Partner

PRΛCTUS

📞 (703) 215-8011
✉️ robert.rhatigan@practus.com
🌐 My Bio  |  Connect on LinkedIn

---

**From:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>
**Sent:** Monday, July 21, 2025 4:32 PM
**To:** Robert Rhatigan <robert.rhatigan@practus.com>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

Thank you for the statement.  What are you expecting to hear from me about the accounting?


**Kristin W. Murnahan** ⬥ *Senior Trial Counsel*

**U.S. Securities and Exchange Commission**

950 East Paces Ferry Road NE ◆ Suite 900

Atlanta, Georgia 30326-1382

(404) 842-7655 direct ◆ (703) 813-9525 facsimile

murnahank@sec.gov

---

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Monday, July 21, 2025 4:25 PM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kristin:  My apologies, I let this slip.  When are we going to hear back from you regarding the accounting we sent to you in 2024?

**Robert (Bobby) Rhatigan** 🖼️

Partner

**PRACTUS**

📞 (703) 215-8011

✉️ robert.rhatigan@practus.com

🌐 My Bio  |  Connect on LinkedIn

---

**From:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>
**Sent:** Monday, July 21, 2025 3:49 PM
**To:** Robert Rhatigan <robert.rhatigan@practus.com>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

We haven't received the June statements.  Please provide them to us.

**Kristin W. Murnahan** ◆ *Senior Trial Counsel*

**U.S. Securities and Exchange Commission**

950 East Paces Ferry Road NE ◆ Suite 900

Atlanta, Georgia 30326-1382

(404) 842-7655 direct ◆ (703) 813-9525 facsimile

murnahank@sec.gov

---

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Wednesday, June 18, 2025 3:16 PM

2

**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Robert (Bobby) Rhatigan**

Partner

# PRACTUS

🔵 (703) 215-8011
✉️ robert.rhatigan@practus.com
🌐 My Bio  |  Connect on LinkedIn

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Wednesday, May 21, 2025 12:38 PM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

Apologies for the delay in sending this. I thought I sent it but it was sitting in my outbox.

**Robert (Bobby) Rhatigan**

Partner

# PRACTUS

🔵 (703) 215-8011
✉️ robert.rhatigan@practus.com
🌐 My Bio  |  Connect on LinkedIn

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Thursday, April 3, 2025 2:29 PM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

**Robert (Bobby) Rhatigan**

Partner

3

# PRACTUS

📞 (703) 215-8011

✉️ robert.rhatigan@practus.com

🌐 My Bio  |  Connect on LinkedIn

---

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Wednesday, March 5, 2025 8:49 AM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

Latest statement.

**Robert (Bobby) Rhatigan** 📇
Partner

# PRACTUS

📞 (703) 215-8011

✉️ robert.rhatigan@practus.com

🌐 My Bio  |  Connect on LinkedIn

---

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Monday, February 3, 2025 5:28 PM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

J. Adam post-freeze account statement is attached.

 **Robert (Bobby) Rhatigan** 📇
**Partner**
Practus, LLP
Phone: 703.215.8011
Email: Robert.Rhatigan@practus.com
Website: www.practus.com

---

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Tuesday, January 7, 2025 9:44 AM

4

**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

J. Adam post-freeze account statement is attached.



**Robert (Bobby) Rhatigan**
**Partner**
Practus, LLP
Phone: 703.215.8011
Email: Robert.Rhatigan@practus.com
Website: www.practus.com

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Tuesday, December 3, 2024 9:51 AM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

Kristin/Graham:  Attached please find the most recent statements for J. Adam Post-Freeze account.



**Robert (Bobby) Rhatigan**
**Partner**
Practus, LLP
Phone: 703.215.8011
Email: Robert.Rhatigan@practus.com
Website: www.practus.com

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Monday, November 4, 2024 8:33 AM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

Kristin/Graham:  Attached please find the most recent statements for J. Adam Post-Freeze account.

Also, please let us know if we can discuss the Ava Adam account today.  Thank you.



**Robert (Bobby) Rhatigan**
**Partner**
Practus, LLP
Phone: 703.215.8011
Email: Robert.Rhatigan@practus.com
Website: www.practus.com

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Saturday, October 5, 2024 8:21 AM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; Loomis, Madison G. <LoomisM@sec.gov>
**Cc:** Leslie R. Katz <leslie.katz@practus.com>; Robert Moreiro <robert.moreiro@practus.com>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

Kristin/Graham:  Attached please find the most recent statements for J. Adam Post-Freeze account.


Regards,

Bobby



**Robert (Bobby) Rhatigan**
**Partner**
Practus, LLP
Phone: 703.215.8011
Email: Robert.Rhatigan@practus.com
Website: www.practus.com

**From:** Robert Rhatigan <robert.rhatigan@practus.com>
**Sent:** Monday, September 9, 2024 9:04 PM
**To:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>; wadleyd@gtlaw.com; McNiven, Carolyn Fitzhugh <carolyn.mcniven@faegredrinker.com>; Natali, Jessica <jessica.natali@faegredrinker.com>; Robert Moreiro <robert.moreiro@practus.com>; Leslie R. Katz <leslie.katz@practus.com>
**Cc:** Loomis, Madison G. <LoomisM@sec.gov>
**Subject:** RE: SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

Hi Counsel,

Attached please find a statement from Jonathan Adam regarding the wire to the Wells Fargo account ending in 1972, which was previously disclosed to you a few days ago.  Also attached please find the August statement for the same Wells Fargo account.

Defendant Tanner Adam has not had any transfers into any Post-Freeze accounts so there is nothing to disclose.

Regarding Paragraph III, you have all of that information already.  There is nothing additional to disclose.  Please let us know if there are any magic words we should use to fulfill that condition.

Regards,



**Robert (Bobby) Rhatigan** ▣
**Partner**
Practus, LLP
Phone: 703.215.8011
Email: Robert.Rhatigan@practus.com
Website: www.practus.com

---

**From:** Murnahan, Kristin W. <MurnahanK@SEC.GOV>
**Sent:** Monday, September 9, 2024 4:47 PM
**To:** wadleyd@gtlaw.com; Robert Rhatigan <robert.rhatigan@practus.com>; McNiven, Carolyn Fitzhugh <carolyn.mcniven@faegredrinker.com>; Natali, Jessica <jessica.natali@faegredrinker.com>; Robert Moreiro <robert.moreiro@practus.com>
**Cc:** Loomis, Madison G. <LoomisM@sec.gov>
**Subject:** SEC v. Adam, et al. 1:24-cv-03774 - Defendants' Obligations under the Freeze Order

Counsel,

        The consent asset freeze orders set deadlines for your clients to provide us with certain information.  Specifically, Paragraph III of the freeze orders requires Defendants to provide certain information within 5 business days of service of the order.  Included in the information to be provided is every account maintained in defendants' name or held for defendants' direct or indirect beneficial interest from January 1, 2023 through the date of the order.  The order was served on you via email on August 26, 2024, which means the required information was due on September 3rd.  Please comply with the terms of the order no later than September 13, 2024.

        Additionally, Paragraph I.A. requires Defendants to email us their account statements from any post-freeze accounts within two business days after receipt and to email us within 5 business days of each month end a statement under oath providing specific information about any deposits made into any post-freeze accounts.  Given that last Monday was a holiday, the sworn statements are due no later than today.

**Kristin W. Murnahan** ✦ *Senior Trial Counsel*

**U.S. Securities and Exchange Commission**
950 East Paces Ferry Road NE ✦ Suite 900
Atlanta, Georgia 30326-1382
(404) 842-7655 direct ✦ (703) 813-9525 facsimile
murnahank@sec.gov