# EXHIBIT G

## Attempts

Collapse all

**Attempt 1 by James Morris**

101 Hudson St, Jersey City, NJ 07302

Bad address

| | |
|---|---|
| Server | James Morris |
| Date | March 20, 2026 at 12:43 PM |
| Address | 101 Hudson St, Jersey City, NJ 07302 |
| Geolocation | 40.716085, -74.034638 |
| Service type | Unsuccessful |
| Description | I spoke with a security guard. They stated that the subject is unknown. Observed no relevant details during this attempt. No additional contacts were made. |
| Served documents | N/A |
| Physical description | N/A |
| Photos |  |