# EXHIBIT H

# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:24-cv-03774-MHC |
| **TANNER S. ADAM, et al.**<br>*Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Robert Gevorgyan, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to BAM Trading Services Inc. d/b/a Binance.US in Los Angeles County, CA on March 17, 2026 at 10:53 am at 330 N Brand Blvd, Ste 700, Glendale, CA 91203-2336 by leaving the following documents with Henry Liwag who as RECEPTIONIST at CT Corp is authorized by appointment or by law to receive service of process for BAM Trading Services Inc. d/b/a Binance.US.

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION
Race: Asian, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.1513607629,-118.2546627197
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Los Angeles County,
CA on 3/17/2026.

/s/ Robert Gevorgyan
Signature
Robert Gevorgyan
+1 (818) 220-3123


Exhibit 1a)
Wolters Kluwer
Welcome to 330 North Brand Blvd
700
CT Corporation
Service of Process
Department

Exhibit 1b)

