# EXHIBIT J

# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**<br>*Plaintiff*<br>v.<br>**TANNER S. ADAM, et al.**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-03774-MHC |

## AFFIDAVIT OF SERVICE

I, Laurel Glaze, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to BAM Trading Services Inc. d/b/a Binance.US in Sacramento County, CA on March 30, 2026 at 12:57 pm at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Alex Jenkins who as Intake Specialist at CSC is authorized by appointment or by law to receive service of process for BAM Trading Services Inc. d/b/a Binance.US.

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, EXHIBITS
Race: Black or African American, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.616185409,-121.5165524108
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Placer County,
CA on 3/31/2026.

/s/ *Laurel Glaze*
Signature
Laurel Glaze
+1 (279) 800-7940


Exhibit 1a)
NORTH
2710