# EXHIBIT K

**From:** Ashley Hopkins <ashley.hopkins@binance.us>
**Sent:** Tuesday, March 31, 2026 5:17 PM
**To:** Weeks, Mary <Mary.Weeks@troutman.com>
**Cc:** legal <legal@binance.us>
**Subject:** BAM Trading Services Inc. Response to Case No. 1:24-cv-03774-MHC

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Dear Ms. Weeks,

I write to you on behalf of the Legal Team at BAM Trading Services Inc. d/b/a Binance.US ("BAM Trading") in response to the subpoena referenced above (the "Subpoena").

BAM Trading has performed a diligent review of its records and did not identify any records responsive to the Subpoena. Specifically, no information pertaining to the wallet addresses in the Subpoena exists on the BAM Trading platform.

**To the extent you are seeking records associated with Binance Holdings Limited ("Binance" or "Binance.com"),** please be advised BAM Trading (*i.e.*, Binance.**US**) and Binance.**com** are separate and distinct legal companies. BAM Trading is a Florida-based Delaware corporation which allows only residents of the United States who live within certain states to use its platform. Accordingly, BAM Trading does not have any records for, and cannot respond to legal requests addressed to Binance.com. You can contact Binance.com via email at **legal@binance.com** to inquire about the matters requested in the Subpoena. Please reach back out if you have any questions or would like to discuss the foregoing.

In providing the foregoing response, BAM Trading waives no objection, right, or defense, all of which are expressly reserved. The foregoing information was gathered by BAM Trading based upon a reasonable review of its records and the information presently in its possession or otherwise reasonably available to it. BAM Trading reserves its right to amend the foregoing response should it obtain new information or documents which materially affect the substance thereof.

Thank you
–

**Ashley Hopkins**
Senior Legal Operations Coordinator

**BINANCE**.US
Do more with your crypto | Follow us on 𝕏

CONFIDENTIALITY NOTICE: This email, including its attachments, is intended for use only by the recipient named herein and may contain information that is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you believe you have received this email in error, please notify the sender immediately and permanently destroy the original email and its attachments.