# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION
                    Plaintiff,

v.

TANNER S. ADAM, *et al.*,

                    Defendants, and                Civil Action No. 1:24-cv-03774-VMC

AVA A. ADAM, *et al.*,

                    Relief Defendants.

## [PROPOSED] ORDER FOR ISSUANCE OF LETTERS ROGATORY

This cause came before the Court on Defendants and Relief Defendants' (collectively, the "Responding Parties") Motion for the Issuance of Letters Rogatory and Memorandum of Law in Support.

Based on the foregoing, and it appearing that such Letters Rogatory are appropriate to the ends of justice, the Court **ORDERS** that the Clerk of the Court is directed to: (i) enter the Letters Rogatory on the electronic docket, (ii) place the Court's official seal upon each signed Letter Rogatory, and (iii) permit the Responding Parties' counsel to pick up the signed and sealed Letters Rogatory for transmission to the appropriate foreign authority through the proper diplomatic channels.

- 2 -

**SO ORDERED** this ___ of _____, 2026.

_____

Victoria Marie Calvert
United States District Judge