UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**JUL 0 1 2026**

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

SECURITIES AND EXCHANGE
COMMISSION,

          PLAINTIFF,

    v

TANNER S. ADAM, et al.,

          DEFENDANTS.

CASE NO:
1:24-CV-3774-VMC

RECEIPT

I received from ___Benjamin G. Thurman___, Deputy Clerk, on this ___1st___ day of July, 2026, the following item(s):

The original signed and sealed Letters Rogatory, pursuant to the Dkt. 64 order in the above-captioned case.

_____
Signature

LAWSON PRUETT GMS893
Print Name