**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TANNER S. ADAM, *et al.*,<br><br>Defendants, and<br><br>AVA A. ADAM, *et al.*,<br><br>Relief Defendants. | Civil Action No. 1:24-cv-03774-VMC |

**DEFENDANTS' STATUS REPORT REGARDING LETTERS ROGATORY**

Defendants Tanner S. Adam, Jonathan L. Adam, Triten Financial Group, LLC, and GCZ Global LLC, and Relief Defendants Ava A. Adam, Garrett L.W. Adam, Robert S. Adam, Carrie L. Adam, Emilio F. Hinojosa, and Virginia I. Hinojosa (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this Status Report pursuant to this Court's Order dated June 30, 2026 (ECF No. 64), which directed Defendants to file a status report within sixty (60) days of entry of the Order indicating the status of each Letter Rogatory.

**STATUS OF LETTERS ROGATORY**

1. On June 30, 2026, this Court entered its Order granting Defendants' Motion for the Issuance of Letters Rogatory (ECF No. 64). The Court directed

Defendants' counsel to pick up the original signed and sealed Letters Rogatory from the Clerk's Office and further ordered Defendants to file a status report within sixty (60) days from entry of the Order indicating the status of each Letter Rogatory.

2. On or about July 1, 2026, Defendants' counsel procured the original signed and sealed Letters Rogatory from the Clerk's Office (ECF No. 65).

3. Each Letter Rogatory was thereafter properly translated into the language of the receiving jurisdiction—specifically, into Spanish (for the Letter Rogatory directed to Panama) and Arabic (for the Letters Rogatory directed to the Abu Dhabi Global Market in the United Arab Emirates).

4. Defendants then submitted the translated Letters Rogatory, along with the corresponding fees, to the United States Department of State for transmission through proper diplomatic channels to the United States Embassies in Panama City, Panama, and Abu Dhabi, United Arab Emirates.

5. As of August 19, 2026, Dustin Gant, Management Analyst for the United States Department of State, confirmed that he had forwarded each Letter Rogatory to the respective overseas posts for execution. *See* **Ex. A**.

6. Defendants will continue to monitor the progress of the Letters Rogatory and will promptly notify the Court of any developments or upon receipt of responsive documents.

## CONCLUSION

WHEREFORE, Defendants respectfully submit this Status Report for the Court's consideration and will continue to apprise the Court of the status of the Letters Rogatory as developments warrant.

Respectfully submitted, this 28th day of August, 2026.

*/s/ Mary M. Weeks*
Mary M. Weeks
Georgia Bar No. 559181
Derek Centola
Georgia Bar No. 749911
Hannah L. Baskind
Georgia Bar No. 276384
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
T: 404-885-3000
F: 404-885-3900
mary.weeks@troutman.com
derek.centola@troutman.com
hannah.baskind@troutman.com

*Patrick Clendenen*
(admitted pro hac vice)
PRACTUS, LLP
555 Long Wharf Drive
New Haven, CT 06511
T: 203-212-9046
patrick.clendenen@practus.com

*Counsel for Defendants and Relief Defendants*

# CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D, I certify that the foregoing document was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1.C.

*/s/ Mary M. Weeks*
Mary M. Weeks

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

*/s/ Mary M. Weeks*
Mary M. Weeks