# EXHIBIT A

**From:** Gant, Dustin W <GantDW@state.gov>
**Sent:** Wednesday, August 19, 2026 10:59 AM
**To:** Centola, Derek L.
**Cc:** Weeks, Mary; Gant, Dustin W; FSIA-LR
**Subject:** RE: [External] RE: Action Required:  Requests for Letters Rogatory - Securities and Exchange Commission v Tanner S. Adam, et al.

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Mr. Centola,

Hello!  I did receive your package with the checks and requested translations.  I am sending everything off as we speak.  Thank you!

**Dustin Gant**
Management Analyst
L/CA/POG/GC
Contractor, Contracting Resources Group, Inc.
(Office) 202.485.6017
(Cell) 931.980.5152
SA-17, 10.205A

U.S. DEPARTMENT *of* STATE