**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, GCZ GLOBAL LLC, AVA A. ADAM, *Relief Defendant*, GARRET L.W. ADAM, *Relief Defendant*, ROBERT S. ADAM, *Relief Defendant*, CARRIE ADAM, *Relief Defendant*, EMILIO F. HINOJOSA, *Relief Defendant*, VIRGINIA I. HINOJOSA, *Relief Defendant*,

Defendants.

Civil Action No.
1:24-cv-03774-VMC

**ORDER**

Upon consideration of Defendants' Status Report Regarding Letters Rogatory (Doc. 66) it is

**ORDERED** that Defendants **SHALL FILE**, within **NINETY (90) DAYS** from entry of this Order, an additional status report indicating the status of the Letters Rogatory. It is

**FURTHER ORDERED** that because the final judgment in favor of Plaintiff has since been vacated (*See* Docs. 31, 41) the Clerk is **DIRECTED** to reopen this case.

**SO ORDERED** this 31st day of August, 2026.

Victoria Marie Calvert
United States District Judge