**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TANNER S. ADAM, JONATHAN L. ADAM, TRITEN FINANCIAL GROUP, LLC, and GCZ GLOBAL LLC,**<br><br>**Defendants, and**<br><br>**AVA A. ADAM, GARRETT L.W. ADAM, ROBERT S. ADAM, CARRIE L. ADAM, EMILIO F. HINOJOSA, AND VIRGINIA I. HINOJOSA,**<br><br>**Relief Defendants.** | **Civil Action File No. 1:24-cv-03774-VMC** |

**PLAINTIFF'S RESPONSE TO THE COURT'S AUGUST 31, 2026 ORDER**

Plaintiff Securities and Exchange Commission (the "Commission") submits this Response to the Court's Order Reopening Case and granting Defendants and Relief Defendants an additional ninety days to inform the court of the status of the Letters Rogatory issued on June 30, 2026. The Commission respectfully requests that no further extensions of time be granted to Defendants, and that, at the

expiration of the current deadline, the Commission's Motion for Remedies be submitted to the Court for ruling or, if the Court deems appropriate, set for hearing.

The current deadline imposed by the Court expires on November 30, 2026, which is more than a year after the Commission's Motion for Remedies was filed on October 1, 2025. Given the length of time the motion has been pending and the fact that Defendants did not attempt to conduct any discovery of third parties until March 16, 2026, the Commission submits that an additional extension of time would be improper, particularly given that it is unclear whether any evidence from the letters rogatory will be forthcoming.

Respectfully submitted this 3rd day of September, 2026,

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Supervisory Trial Counsel
Georgia Bar No. 457868
loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
Georgia Bar No. 759054
murnahank@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
950 East Paces Ferry Road, NE,
Suite 900
Atlanta, GA 30326
Tel:(404) 842-7600
Fax:(404) 842-7679

**CERTIFICATE OF SERVICE**

On September 3, 2026, I electronically filed the foregoing Response to the Court's August 31, 2026 Order with the Office of the Clerk, using the CM/ECF system.

*/s/ Kristin W. Murnahan*
Kristin W. Murnahan