FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 29 2026

KEVIN P. WEIMER , Clerk

By: Velma Shanks
Deputy Clerk

Roy Cheran
[redacted]
Gibsonia, PA [redacted]

October 29, 2026

The Honorable Victoria M. Calvert
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re: Case - Securities and Exchange Commission v. Adam (1:24-cv-03774)– Victim Impact Statement Regarding Continued Sentencing Delays**

Dear Judge Calvert,

I am writing to your Honor as a victim in the criminal case involving Jonathan L. Adam and Tanner S. Adam, who orchestrated a Ponzi scheme that misappropriated over $50 million from numerous investors, including myself. I am deeply concerned by the repeated continuances that have been granted to the defendants, which significantly delay their sentencing and prolong the resolution of this matter.

While I understand that the court must balance many competing interests and ensure due process, these ongoing delays are severely impacting the victims. Every continuance effectively holds us hostage to a process that has already stripped us of our financial security. The extended timeline serves to slow down the process of justice and defers accountability for the perpetrators who engineered this massive fraud.

Furthermore, these delays have directly obstructed our ability to achieve any form of financial recovery. To my knowledge, a substantial amount of investor funds remains frozen by the federal government through the court. Until sentencing is finalized and formal restitution or distribution orders are established, we cannot access any of these recovered funds. For many of us, this ongoing delay creates severe, compounding financial hardship and frustration because it appears from the outside, the case is very clear cut.

On behalf of the victims who have suffered immense losses due to the defendants' actions, I respectfully request that the court deny further requests for continuances and proceed to sentencing without additional delay. Finalizing this case is a vital step toward delivering justice and allowing the victims to begin recovering from this devastating scheme.

Thank you for your time, your attention to this matter, and your dedication to the fair administration of justice.

Respectfully submitted,

Roy Cheran