# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:24-cv-03774-VMC**
**Securities and Exchange Commission v. Adam et al**
**Honorable Victoria M. Calvert**

Minute Sheet for proceedings held In Chambers on 11/19/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:25 A.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Velma Shanks

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Derek Centola representing Robert S. Adam<br>Patrick Clendenen representing Robert S. Adam<br>Kristin Murnahan representing Securities and Exchange Commission |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Court discussed the status of the case with the parties. |